### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*,[1] | ) ) ) | Case No. 24-11161 (JTD) |
| Alleged Debtors | ) ) ) | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS

The Texas Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller") hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Kimberly A. Walsh
Assistant Attorney General
bk-kwalsh@oag.texas.gov
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

The Texas Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

---

[1] The Alleged Debtors in these chapter 11 cases, along with the last four digits of each Alleged Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Kimberly A. Walsh*
**KIMBERLY A. WALSH**
Assistant Attorney General
Texas State Bar No. 24039230
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov

Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548, Capitol Station
Austin, TX 78711-2548
Telephone: (512) 475-4562
Facsimile: (512) 936-1409
bk-kwalsh@oag.texas.gov

**ATTORNEYS FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

## **CERTIFICATE OF SERVICE**

I certify that on August 28, 2024, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

Epic Creations, Inc.
702 Marshall St., Ste. 280
Redwood City, CA 94063

By Electronic Mean as listed on the Court's ECF Noticing System:

- **Jason Daniel Angelo** JAngelo@reedsmith.com, glauer@reedsmith.com
- **Robert S. Brady** bankfilings@ycst.com
- **Daniel N. Brogan** dbrogan@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Linda J. Casey** Linda.Casey@usdoj.gov
- **Shawn M. Christianson** schristianson@buchalter.com, cmcintire@buchalter.com
- **G. David Dean** ddean@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- **Kenneth J. Enos** bankfilings@ycst.com
- **Benjamin Finestone** benjaminfinestone@quinnemanuel.com
- **Laura Davis Jones** ljones@pszjlaw.com, efile1@pszjlaw.com
- **R. Craig Martin** craig.martin@dlapiper.com, carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com
- **Lauren Friend McKelvey** lmckelvey@reitlerlaw.com
- **Patrick J. Nash** pnash@kirkland.com
- **Brian Schartz** brian.schartz@kirkland.com, brian-schartz-0999@ecf.pacerpro.com
- **Brian Schartz** bschartz@kirkland.com, brian-schartz-0999@ecf.pacerpro.com
- **Richard A. Stieglitz Jr.** rstieglitz@cahill.com
- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV

*/s/ Sherri K. Simpson*
**SHERRI K. SIMPSON**