**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EPIC! CREATIONS, INC., *et. al.,* [1] | : | Case No. 24-11161 (JTD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

**APPLICATION OF THE UNITED STATES TRUSTEE FOR ENTRY OF**
**AN ORDER APPROVING THE APPOINTMENT OF CLAUDIA Z. SPRINGER**
**AS CHAPTER 11 TRUSTEE**

Andrew R. Vara, United States Trustee for Region Three (the "United States Trustee"),

through his counsel, hereby applies to this Court pursuant to Rule 2007.1 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") for entry of an order approving the appointment

of Claudia Z. Springer as the chapter 11 trustee in the above-captioned cases of Epic! Creations,

Inc., *et al.,* (the Application").   In support of the Application, the United States Trustee

respectfully represents as follows:

**Jurisdiction and Venue**

1.      This Court has jurisdiction over the Application pursuant to 28 U.S.C. §

1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue in this Court is proper

pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      Pursuant to 28 U.S.C. § 586(a)(3), the United States Trustee is charged

with administrative oversight of the bankruptcy system in this District.  Such oversight is part of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc.
(9331).

the United States Trustee's overarching responsibility to enforce the laws as written by Congress and interpreted by the courts. *See United States Trustee v. Columbia Gas Sys., Inc. (In re Columbia Gas Sys., Inc.),* 33 F.3d 294, 295-96 (3d Cir. 1994) (noting that United States Trustee has "public interest standing" under 11 U.S.C. § 307 which goes beyond mere pecuniary interest); *Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.),* 898 F.2d 498, 500 (6th Cir. 1990) (describing the United States Trustee as a "watchdog"); *see also* 11 U.S.C. § 1104(e) (United States Trustee shall seek appointment of a trustee in appropriate circumstances); 28 U.S.C. § 586(a)(8) (United States Trustee has responsibility to seek relief under 11 U.S.C. § 1112(b) in appropriate circumstances).

## Background

3.      On September 16, 2024, this Court entered an order directing the appointment of a chapter 11 trustee (Docket No. 147) (the "Order").

4.      Pursuant to the Order, the United States Trustee has appointed as chapter 11 trustee Claudia Z. Springer (the "Proposed Trustee") in the above-captioned cases of Epic! Creations, Inc., *et al*. A copy of the Notice of Appointment is attached hereto as **Exhibit A**.

5.      Counsel for the United States Trustee has consulted with the following parties-in-interest regarding the appointment of the Proposed Trustee: (i) David Dean, of Cole Schotz P.C., counsel to Diameter Capital Partners LP, Ellington CLO III, Ltd. and Ellington Special Relative Value Fund L.L.C., HGV BL SPV, LLC, HPS Investment Partners, LLC, India Credit Solutions, L.P., Midtown Acquisitions GP LLC, as general partner of Midtown Acquisitions L.P., Redwood Capital Management, LLC, Sentinel Dome Partners, LLC, Shawnee 22-00001 LLC, Silver Point Capital, L.P., Stonehill Capital Management LLC, TBK Bank, SSB,

Veritas Capital Credit Opportunities Fund SPV, L.L.C., Veritas Capital Credit Opportunities Fund II SPV, L.L.C. and Gamstar (US) V Pte Ltd and Gamstar (US) VI Pte Ltd; (ii) Laura Davis Jones, of Pachulski Stang Ziehl & Jones LLP, counsel to GLAS Trust Company LLC; and (iii) Kenneth Enos, or Young Conaway Stargatt & Taylor, LLP, counsel to BYJU's Alpha, Inc. Counsel for the United States Trustee also offered to consult with the Debtors and the Resolution Professional, by reaching out to R. Craig Martin, of DLA Piper LLP (US), who previously represented the alleged Debtors during the involuntary cases.

6.      To the best of the United States Trustee's knowledge, the Proposed Trustee's connections with the Debtors, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the verified statement of attached hereto as **Exhibit B**.

WHEREFORE, the United States Trustee requests that the Court enter an order, substantially in the form attached hereto as **Exhibit C**, approving the appointment of Claudia Z. Springer as chapter 11 trustee in the above-captioned cases of Epic! Creations, Inc., *et al*.


Dated: September 23, 2024             Respectfully submitted,
        Wilmington, Delaware

                                       **ANDREW R. VARA**
                                       **UNITED STATES TRUSTEE**
                                       **REGIONS 3 AND 9**

                                       By:  */s/  Linda J. Casey*
                                       Linda J. Casey
                                       Trial Attorney
                                       United States Department of Justice
                                       Office of the United States Trustee
                                       J. Caleb Boggs Federal Building
                                       844 King Street, Suite 2207, Lockbox 35
                                       Wilmington, DE 19801
                                       (302) 573-6491
                                       Linda.Casey@usdoj.gov

**Exhibit "A"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EPIC! CREATIONS, INC., *et. al.,*[1] | : | Case No. 24-11161 (JTD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - : 


## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

To:
Claudia Z. Springer
Novo Advisors
401 N. Franklin St.
Suite 4 East
Chicago, IL 60654
Email: cspringer@novo-advisors.com


Pursuant to the Order of this Court entered on September 16, 2024 (Docket No. 147) directing the United States Trustee to appoint a chapter 11 trustee in the above-captioned cases of Epic! Creations, Inc., et al., the United States Trustee hereby appoints Claudia Z. Springer to serve as the chapter 11 trustee in the case.

The chapter 11 trustee bond is initially set at 150% of the current aggregate of cash balances held in bank accounts of Epic! Creations, Inc., et al.  The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.  Pursuant to 11 U.S.C. § 322, the bond must be filed with the United States Trustee within five (5) days of the date of your appointment. You are required to notify the Court and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

the United States Trustee, in writing, within seven (7) days after receipt of this notice of your acceptance of this appointment.

Dated: September 23, 2024
      Wilmington, Delaware

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 AND 9**

By: */s/ Linda J. Casey*
Linda J. Casey
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
Linda.Casey@usdoj.gov

**Exhibit "B"**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EPIC! CREATIONS, INC., *et. al.,*[1] | : | Case No. 24-11161 (JTD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### VERIFIED STATEMENT OF CLAUDIA Z. SPRINGER

I hereby verify that I have no known connections with the debtors, known creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee except as follows: **(If you have no connections, write "none".)**

**NONE**

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Date: _9/23/_____, 2024

_____

Claudia Z. Springer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

**Exhibit "C"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EPIC! CREATIONS, INC., *et. al.,* | : | Case No. 24-11161 (JTD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

**ORDER APPROVING THE APPOINTMENT OF**
**CLAUDIA Z. SPRINGER AS CHAPTER 11 TRUSTEE**

The Court having considered the *Application of the United States Trustee for Entry of an Order Approving the Appointment of Claudia Z. Springer as Chapter 11 Trustee* in the above-captioned cases, it is ORDERED that the appointment is APPROVED.