IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Epic! Creations, Inc., *et al.*, | ) ) ) | Case No. 24-11161 (BLS) (Jointly Administered) |
| Debtors. | ) ) | |

## ORDER OF REASSIGNMENT OF JUDGE

IT IS HEREBY ORDERED this 25th day of September, 2024, that the above captioned Chapter 11 case (and all jointly administered cases and associated adversary proceedings if any) is reassigned to the Honorable Brendan Linehan Shannon for all further proceedings and dispositions.

_____
JOHN T. DORSEY, Chief Judge