## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*,[1] | Case No. 24-11161 (JTD) |
| Debtors. | Re: D.I. 223 |

### ORDER SHORTENING NOTICE OF HEARING ON CHAPTER 11 TRUSTEE'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE USE OF CASH COLLATERAL, (II) AUTHORIZING THE CHAPTER 11 TRUSTEE TO OBTAIN POSTPETITION FINANCING, (III) GRANTING SENIOR POSTPETITION SECURITY INTERESTS, AND ACCORDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS PURSUANT TO SECTIONS 364(c) AND 364(d) OF THE BANKRUPTCY CODE, (IV) GRANTING ADEQUATE PROTECTION, (V) MODIFYING THE AUTOMATIC STAY, AND (VI) GRANTING RELATED RELIEF

Upon the motion (the "Motion to Shorten")[2] of Claudia Z. Springer, Esq., in her capacity as Chapter 11 Trustee (the "Trustee") of Debtors for entry of an order (the "Order") shortening notice of the *Chapter 11 Trustee's Motion for Entry Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Authorizing the Chapter 11 Trustee to Obtain Postpetition Financing, (III) Granting Senior Postpetition Security Interests, and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (IV) Granting Adequate Protection, (V) Modifying The Automatic Stay, and (VI) Granting Related Relief* (the "Motion"), the Court having reviewed the Motion to Shorten and found that the relief requested therein is justified under the circumstances,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is **GRANTED**.

2. The Motion will be considered at the hearing scheduled for October 31, 2024, at 11:00 AM (EDT).

3. Objections, if any, to the relief requested in the Motion must be filed and served so as to be received by the Debtor by no later than the time of the Hearing.

4. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**Dated: October 29th, 2024**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

2