IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*,[1] | Case No. 24-11161 (JTD) |
| Debtors. | (Jointly Administered) |
| | Related to D.I. 244 |

### NOTICE OF FILING OF PROOF OF SERVICE IN INDIA OF TRUSTEE'S STAY ENFORCEMENT MOTION

PLEASE TAKE NOTICE that on November 4, 2024, Claudia Z. Springer, Esq., in her capacity as Chapter 11 Trustee (the "Trustee") of Epic! Creations, Inc. ("Epic"), Neuron Fuel, Inc. ("Neuron Fuel"), and Tangible Play, Inc. ("Tangible Play," together with Epic and Neuron Fuel, collectively the "Debtors") filed the *Trustee's Emergency Motion For Entry Of An Order (I) Enforcing The Automatic Stay, (II) Declaring Violations Of The Automatic Stay To Be Void Ab Initio, (III) Awarding Fees, Expenses, And Punitive Damages, And (IV) Granting Related Relief* [D.I. 244] (the "Stay Enforcement Motion").

PLEASE TAKE FURTHER NOTICE that, after filing the Stay Enforcement Motion, the Trustee caused her proposed India counsel at The Law Offices of Panag & Babu to serve copies of the Stay Enforcement Motion and its exhibits, as well as the related Notice of Hearing [D.I. 247] and Order Shortening Notice [D.I. 248], on:

(a) Think & Learn Private Ltd., at the time and place and in the manner specified in the affidavit and accompanying evidence attached as **Exhibit A**;

(b) Vinay Ravindra, at the time and place and in the manner specified in the affidavit and accompanying evidence attached as **Exhibit B**; and

(c) Voizzit Technology Private Ltd., at the time and place and in the manner specified in the affidavit and accompanying evidence attached as **Exhibit C**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

| | |
|---|---|
| Wilmington, Delaware<br>November 11, 2024 | */s/ Joseph C. Barsalona II*<br><br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>Joseph C. Barsalona II<br>Pashman Stein Walder Hayden, P.C.<br>824 North Market Street, Suite 800<br>Wilmington, DE 07601<br>Telephone: (302) 592-6497<br>jbarsalona@pashmanstein.com<br><br>-and-<br><br>**JENNER & BLOCK LLP**<br>Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>William A. Williams (*pro hac vice* pending)<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Telephone: (312) 923-2952<br>csteege@jenner.com<br>mroot@jenner.com<br>wwilliams@jenner.com<br><br>*Counsel to the Trustee* |