# EXHIBIT A

## AFFIDAVIT OF SERVICE

I, Amulya Anil, D/o Anil P, aged about 24 years, having office at  30, 4th Cross, 4th Block, Kumara Park Extension, Bengaluru, India – 560020, do hereby solemnly affirm and declare as under:

1.  That the deponent has on 6 November 2024, at around 4:40 pm visited the address at 58, 3rd Cross, Vinayaknagar Hebbal, Bengaluru, Karnataka, India – 560024 of M/s Think & Learn Private Limited (Mr Pankaj Srivastava, Resolution Professional), and has handed over by way of personal service to the person available at the aforesaid address, a hard copy of the following documents:

    a)  Trustee's emergency motion for entry of an order (I) enforcing the automatic stay, (II) declaring violations of the automatic stay to be void *ab initio*, (III) awarding fees, expenses, and punitive damages, and (IV) granting related relief dated 4 November 2024 filed before the United States Bankruptcy Court for the District of Delaware along with accompanying exhibits;

    b)  Notice of hearing Trustee's emergency motion for entry of an order (I) enforcing the automatic stay, (II) declaring violations of the automatic stay to be void *ab initio*, (III) awarding fees, expenses, and punitive damages, and (IV) granting related relief dated 5 November 2024 filed before the United States Bankruptcy Court for the District of Delaware along with accompanying exhibits; and

    c)  Order shortening notice of hearing on Trustee's emergency motion for entry of an order (I) enforcing the automatic stay, (II) declaring violations of the automatic stay to be void *ab initio*, (III) awarding fees, expenses, and punitive damages, and (IV) granting related relief dated 5 November 2024 of the United States Bankruptcy Court for the District of Delaware signed by John T. Dorsey, United States Bankruptcy Judge.

A document containing the signed receiving from the person available at the aforementioned address to whom such delivery has been effected is attached as **Exhibit A** to this affidavit of service.

2.  That the contents of the affidavit of service are true and correct to my knowledge and belief.

*Amulya*

**DEPONENT**

## **VERIFICATION**

Verified at Bangalore on this 6 day of November 2024 that the contents of para 1 to 2 of this affidavit are true and correct to my knowledge and belief, and nothing material has been concealed therefrom.

*Amulya*

**DEPONENT**

SWORN TO BEFORE ME

RAMACHANDRAPPA. C.
ADVOCATE & NOTARY PUBLIC
GOVERNMENT OF INDIA
CIT   CIVIL COURT
BENGALURU
06/11/24

NOTARY
RAMACHANDRAPPA. C.
BENGALURU
METROPOLITAN AREA
Reg. No. - 4066
GOVT. OF INDIA

**By Hand Delivery**

Date: 6 November 2024

To

**Mr Pankaj Srivastava**
**Resolution Professional**
**M/s Think & Learn Private Limited**
At  1.  4/1, 6th Floor, Tower D,
        IBC Knowledge Park,
        Bannerghatta Main Road,
        Bangalore, Karnataka, India – 560029
    2.  58, 3rd Cross, Vinayaknagar Hebbal,
        Bengaluru, Karnataka, India – 560024

Sub: Service of the enclosed documents.

Dear Mr Srivastava

Please find enclosed herewith a hardcopy of the documents, being served upon you on behalf of Claudia Springer, the Chapter 11 Trustee of Epic! Creations, Inc., Neuron Fuel, Inc., and Tangible Play, Inc. The details of the documents being served are as follows:

a)  Trustee's emergency motion for entry of an order (I) enforcing the automatic stay, (II) declaring violations of the automatic stay to be void *ab initio*, (III) awarding fees, expenses, and punitive damages, and (IV) granting related relief dated 4 November 2024 filed before the United States Bankruptcy Court for the District of Delaware along with accompanying exhibits;

b)  Notice of hearing Trustee's emergency motion for entry of an order (I) enforcing the automatic stay, (II) declaring violations of the automatic stay to be void *ab initio*, (III) awarding fees, expenses, and punitive damages, and (IV) granting related relief dated 5 November 2024 filed before the United States Bankruptcy Court for the District of Delaware along with accompanying exhibits; and

c)  Order shortening notice of hearing on Trustee's emergency motion for entry of an order (I) enforcing the automatic stay, (II) declaring violations of the automatic stay to be void *ab initio*, (III) awarding fees, expenses, and punitive damages, and (IV) granting related relief dated 5 November 2024 of the United States Bankruptcy Court for the District of Delaware signed by John T. Dorsey, United States Bankruptcy Judge.

Regards

[AMULYA ANIL]
ASSOCIATE
LAW OFFICES OF PANKAJ & BABU



COMPANY ⌄   SERVICE VERTICALS ⌄   SOLUTIONS ⌄   GROW WITH US ⌄   CAREERS ⌄   CONTACT US ⌄

**SHIP WITH MyDTDC**

# Track Shipment

To track your consignment please enter DTDC tracking number (AWB or Reference Number)

⦿ AWB/ CONSIGNMENT NUMBER      ◯ REFERENCE NUMBER

7X6924575

I'm not a robot    reCAPTCHA
Privacy - Terms

**TRACK**



TRACKING DETAILS : 7X6924575                                    Raise your Query ✎

| Reference No | Origin | Destination | Booked On | Status |
|---|---|---|---|---|
| 127274554827 | DELHI, 110017 | BANGALORE, 560024 | Wed, 6th Nov'24 @9:39 PM | Delivered ✓ |

| Softdata Upload | Picked Up | Accepted | In Transit | At Destination | Delivered | |
|---|---|---|---|---|---|---|
| Wed, 6th Nov'24 @7:06 PM | | DELHI Wed, 6th Nov'24 @9:39 PM | DELHI Thu, 7th Nov'24 @12:41 PM | BANGALORE Thu, 7th Nov'24 @5:57 PM | BANGALORE Thu, 7th Nov'24 @5:58 PM | Thu, 7th Nov'24 @5:58 PM Received by -pankaj [SELF] By: -FR-HEBBAL NEW B26 HEBBAL NEW, BANGALORE |

BEWARE OF FRAUD CALLS. DTDC won't ask for any payment through OTP/UPI



COMPANY ⌄    SERVICE VERTICALS ⌄    SOLUTIONS ⌄    GROW WITH US ⌄    CAREERS ⌄    CONTACT US ⌄          **SHIP WITH MyDTDC**

# Track Shipment

To track your consignment please enter DTDC tracking number (AWB or Reference Number)

🔘 AWB/ CONSIGNMENT NUMBER    ⚪ REFERENCE NUMBER

```
7X6924573
```

☐ I'm not a robot    reCAPTCHA
               Privacy - Terms        **TRACK**



| TRACKING DETAILS : 7X6924573 | | | | Raise your Query ✏ |
|---|---|---|---|---|

| Reference No | Origin | Destination | Booked On | Status |
|---|---|---|---|---|
| 127274554863 | DELHI, 110017 | BANGALORE, 560029 | Wed, 6th Nov'24 @9:39 PM | **Attempted** |

[RECEIVER SHIFTED FROM GIVEN ADDRESS-(CIR)]
Thu, 7th Nov'24 @5:20 PM
BOMMANAHALLI BRANCH, BANGALORE

| Softdata Upload | Picked Up | Accepted | In Transit | At Destination | Attempted |
|---|---|---|---|---|---|
| Wed, 6th Nov'24 @7:06 PM | | DELHI Wed, 6th Nov'24 @9:39 PM | DELHI Thu, 7th Nov'24 @1:15 PM | BANGALORE Thu, 7th Nov'24 @3:21 PM | BANGALORE Thu, 7th Nov'24 @5:20 PM |

BEWARE OF FRAUD CALLS. DTDC won't ask for any payment through OTP/UPI

**DTDC**

DTDC Express Limited
Regd. Office No. 3, Victoria Road
Bengaluru - 560047

Origin:

Dest:
Dest:

Type: **DOCUMENT**

PRODUCT: **B2C PRIORITY**

Date: Wed Nov 06 2024

Consignor's Name:
Consignor's Address: 110070
GSTIN No.:
Phone:   Email :

*Panay Babu*

Customer Ref No:
Consignee's Name:
Consignee's Address: **MR.PANKAJ SRIVASTAVA, 560024**
GSTIN No.:
Phone: **0000000000**   Email :

*Banglore*

Content Specification :

Paperwork Enclosed :

I/We declare that this consignment does not
contain personal mail, cash, jewellery,
contraband, illegal drugs, any prohibited items
and commodities which can cause safety
hazards while transporting

**Sender's Signature & Seal**
 have read and understood terms & conditions
carriage mentioned on website www.dtdc.in,
and I agree to the same.

Declared Value: **Not Applicable**
No Of Pieces: **Not Applicable**
Actual Weight: **0 Gms**
Dim: **Not Applicable**
Charged weight: **0 Gms**

Name : NEW SOUTH EXTENSION - PART I
Address: SHOP NO.1,LOWER GROUND FLOOR
,N-1,, SOUTH EXTENSION PART-1,NEW DELHI.,,
DELHI, DELHI, 110070
Phone : 98918943205

AWB No: **7X6924575**

**Risk Surcharge**

Owner ☐

Carrier ☐

https://www.dtdc.in   |   customersupport@dtdc.com   |   +91-9606911811

Amount collected (in Rs.):

Sender's Copy

THIS DOCUMENT IS NOT A TAX INVOICE. WEIGHT CAPTURED BY DTDC WILL BE USED FOR INVOICE GENERATION.

**DTDC**

DTDC Express Limited
Regd. Office No. 3, Victoria Road
Bengaluru - 560047

Origin:

Type: **DOCUMENT**

PRODUCT: **B2C PRIORITY**

Date: Wed Nov 06 2024

Dest
Dest

Dest

| Consignor's Name: | Customer Ref No: |
|---|---|
| Consignor's Address: **110070** | Consignee's Name: |
| GSTIN No.: | Consignee's Address: **PANKAJ SRIVASTAVA, 560029** |
| Phone:  Email : | GSTIN No.: |
| *Panag Baby* | Phone: **0000000000**  Email : |

*Banglore*

Content Specification :

aperwork Enclosed :

I/We declare that this consignment does not contain personal mail, cash, jewellery, ntraband, illegal drugs, any prohibited items and commodities which can cause safety hazards while transporting

**Sender's Signature & Seal**

e read and understood terms & conditions mage mentioned on website www.dtdc.in, and I agree to the same.

| Declared Value: **Not Applicable** |
| No Of Pieces: **Not Applicable** |
| Actual Weight: **0 Gms** |
| Dim: **Not Applicable** |
| Charged weight: **0 Gms** |

**Name :** NEW SOUTH EXTENSION - PART I
**Address:** SHOP NO.1,LOWER GROUND FLOOR ,N-1, SOUTH EXTENSION PART-1,NEW DELHI, DELHI, DELHI, 110070
**Phone :** 98918943205

AWB No: **7X6924573**

**Risk Surcharge**

| Owner | ☐ |
|---|---|
| Carrier | ☐ |

https://www.dtdc.in | customersupport@dtdc.com | +91-9606911811 | Amount collected (in Rs.):

**THIS DOCUMENT IS NOT A TAX INVOICE. WEIGHT CAPTURED BY DTDC WILL BE USED FOR INVOICE GENERATION.**    Sender's Copy

Sign In          Register

     



  

You are here Home>> **Track Consignment**

# Track Consignment

Quick help

\* Indicates a required field.

\* Consignment Number

ED884128601IN

Track More

| Booked At | Booked On | Destination Pincode | Tariff | Article Type | Delivery Location |
|-----------|-----------|---------------------|--------|--------------|-------------------|
| Kalkaji HO | 06/11/2024 18:45:50 | 560024 | 70.80 | Inland Speed Post | H A Farm S.O |

**Event Details For : ED884128601IN**

**Current Status : Item Received**

| Date | Time | Office | Event |
|------|------|--------|-------|
| 08/11/2024 | 02:01:05 | Bengaluru City TMO | Item Received |
| 07/11/2024 | 13:50:00 | Delhi AP TMO | Item Dispatched |
| 07/11/2024 | 08:31:00 | Delhi AP TMO | Item Received |
| 07/11/2024 | 07:31:00 | Delhi AP TMO | Item Received |
| 07/11/2024 | 04:16:05 | New Delhi NSH | Item Bagged |
| 06/11/2024 | 19:58:48 | Kalkaji HO | Item Dispatched |
| 06/11/2024 | 19:51:14 | Kalkaji HO | Item Bagged |
| 06/11/2024 | 18:45:50 | Kalkaji HO | Item Booked |

Home

About Us

Forms

Recruitments

Holidays

Feedback

Right To Information

Tenders India

Related sites

Website Policies

Contact Us

Employee Corner

Sitemap

Help

**External Links**



National Voter's Service Portal

India Code

Application Security Audit Report

    





**Download the Post Info App**

This website belongs to **Department of Posts, Ministry of Communications, GoI.** Created and Managed by **Tata Consultancy Services Ltd**.

Content owned and updated by Department of Posts, Ministry of Communications, Government of India. Last Updated: **07 Nov 2024**

Track Consignment

Sign In      Register

    



You are here Home>> **Track Consignment**

# Track Consignment

Quick help

\* Indicates a required field.

**\* Consignment Number**

| ED884128725IN | Track More |

| Booked At | Booked On | Destination Pincode | Tariff | Article Type | Delivery Location |
|---|---|---|---|---|---|
| Kalkaji HO | 06/11/2024 18:45:50 | 560029 | 70.80 | Inland Speed Post | Dharmaram College S.O |

**Event Details For : ED884128725IN**
**Current Status : Item Received**

| Date | Time | Office | Event |
|---|---|---|---|
| 08/11/2024 | 02:01:05 | Bengaluru City TMO | Item Received |
| 07/11/2024 | 13:50:00 | Delhi AP TMO | Item Dispatched |
| 07/11/2024 | 08:31:00 | Delhi AP TMO | Item Received |
| 07/11/2024 | 07:31:00 | Delhi AP TMO | Item Received |
| 07/11/2024 | 04:16:05 | New Delhi NSH | Item Bagged |
| 06/11/2024 | 19:58:48 | Kalkaji HO | Item Dispatched |
| 06/11/2024 | 19:51:14 | Kalkaji HO | Item Bagged |
| 06/11/2024 | 18:45:50 | Kalkaji HO | Item Booked |

Home

About Us

Forms

Recruitments

Holidays

Feedback

Right To Information

Tenders India

Related sites

Website Policies

Contact Us

Employee Corner

Sitemap

Help

## External Links



National Voter's Service Portal

India Code

Application Security Audit Report

    





**Download the Post Info App**

This website belongs to **Department of Posts, Ministry of Communications, GoI.** Created and Managed by **Tata Consultancy Services Ltd**.
Content owned and updated by Department of Posts, Ministry of Communications, Government of India. Last Updated: **08 Nov 2024**