# EXHIBIT B

## **AFFIDAVIT OF SERVICE**

I, Amulya Anil, D/o Anil P, aged about 24 years, having office at 30, 4th Cross, 4th Block, Kumara Park Extension, Bengaluru, India – 560020, do hereby solemnly affirm and declare as under:

1. That the deponent on 6 November 2024 around 1 pm, visited the address at 4/1, 6th Floor, Tower D, IBC Knowledge Park Bannerghatta Main Road, Bangalore, Karnataka, India – 560029 of Mr Vinay Ravindra, to hand over by way of personal service, a hard copy of the following documents:

   a) Trustee's emergency motion for entry of an order (I) enforcing the automatic stay, (II) declaring violations of the automatic stay to be void *ab initio*, (III) awarding fees, expenses, and punitive damages, and (IV) granting related relief dated 4 November 2024 filed before the United States Bankruptcy Court for the District of Delaware along with accompanying exhibits;

   b) Notice of hearing Trustee's emergency motion for entry of an order (I) enforcing the automatic stay, (II) declaring violations of the automatic stay to be void *ab initio*, (III) awarding fees, expenses, and punitive damages, and (IV) granting related relief dated 5 November 2024 filed before the United States Bankruptcy Court for the District of Delaware along with accompanying exhibits; and

   c) Order shortening notice of hearing on Trustee's emergency motion for entry of an order (I) enforcing the automatic stay, (II) declaring violations of the automatic stay to be void *ab initio*, (III) awarding fees, expenses, and punitive damages, and (IV) granting related relief dated 5 November 2024 of the United States Bankruptcy Court for the District of Delaware signed by John T. Dorsey, United States Bankruptcy Judge.

2. That the deponent was informed by the security personnel of the building that Mr Vinay Ravindra was no longer occupying or working at the aforesaid address. As a result the delivery could not be effected on Mr Vinay Ravindra at the aforesaid address. The deponent was not informed of any alternative address of Mr Vinay Ravindra.

3. That the contents of the affidavit of service are true and correct to my knowledge and belief.

**DEPONENT**

## VERIFICATION

Verified at Bangalore on this 6 day of November 2024 that the contents of para 1 to 2 of this affidavit are true and correct to my knowledge and belief, and nothing material has been concealed therefrom.

**DEPONENT**

SWORN TO BEFORE ME

RAMACHANDRAPPA. C.
ADVOCATE & NOTARY PUBLIC
GOVERNMENT OF INDIA
CITY CIVIL COURT
BENGALURU
06/11/24



COMPANY ⌄    SERVICE VERTICALS ⌄    SOLUTIONS ⌄    GROW WITH US ⌄    CAREERS ⌄    CONTACT US ⌄    **SHIP WITH MyDTDC**

# Track Shipment

To track your consignment please enter DTDC tracking number (AWB or Reference Number)

◉ AWB/ CONSIGNMENT NUMBER    ○ REFERENCE NUMBER

7X6924574

[ ] I'm not a robot — reCAPTCHA — Privacy - Terms        **TRACK**



**BEWARE OF FRAUD CALLS.** DTDC **won't** ask for any payment through **OTP/UPI**

| | | |
|---|---|---|
| **DTDC** DTDC Express Limited<br>Regd. Office No. 3, Victoria Road<br>Bengaluru - 560047 | Origin:<br>PRODUCT: **B2C PRIORITY** | Dest:<br>Dest:<br>Dest:<br>Type: **DOCUMENT**<br>Date: Wed Nov 06 2024 |

Consignor's Name:
Consignor's Address: 110070
GSTIN No.:
Phone:  Email :

*Panoy Baby*

Customer Ref No:
Consignee's Name:
Consignee's Address: VINAY RAVINDRA, 560029
GSTIN No.:
Phone: 0000000000  Email :

*Banglore*

Content Specification :

Declared Value: Not Applicable
No Of Pieces: Not Applicable

Paperwork Enclosed :

Actual Weight: 0 Gms
Dim: Not Applicable
Charged weight: 0 Gms

I/We declare that this consignment does not contain personal mail, cash, jewellery, contraband, illegal drugs, any prohibited items and commodities which can cause safety hazards while transporting

**Sender's Signature & Seal**
I've read and understood terms & conditions of carriage mentioned on website www.dtdc.in, and I agree to the same.

Name : NEW SOUTH EXTENSION - PART I
Address: SHOP NO.1,LOWER GROUND FLOOR ,N-1,, SOUTH EXTENSION PART-1,NEW DELHI.,, DELHI, DELHI, 110070
Phone : 98918943205

AWB No: **7X6924574**

**Risk Surcharge**

Owner ☐
Carrier ☐

https://www.dtdc.in  |  customersupport@dtdc.com  |  +91-9606911811

Amount collected (in Rs.):

THIS DOCUMENT IS NOT A TAX INVOICE. WEIGHT CAPTURED BY DTDC WILL BE USED FOR INVOICE GENERATION.    Sender's Copy

     

Sign In    Register

        

You are here Home>> **Track Consignment**

# Track Consignment

Quick help

* Indicates a required field.

* Consignment Number

ED884128487IN    Track More

| Booked At | Booked On | Destination Pincode | Tariff | Article Type | Delivery Location |
|---|---|---|---|---|---|
| Kalkaji HO | 06/11/2024 18:45:50 | 560029 | 70.80 | Inland Speed Post | Dharmaram College S.O |

**Event Details For : ED884128487IN**
**Current Status : Item Received**

| Date | Time | Office | Event |
|---|---|---|---|
| 08/11/2024 | 02:01:05 | Bengaluru City TMO | Item Received |
| 07/11/2024 | 13:50:00 | Delhi AP TMO | Item Dispatched |
| 07/11/2024 | 08:31:00 | Delhi AP TMO | Item Received |
| 07/11/2024 | 07:31:00 | Delhi AP TMO | Item Received |
| 07/11/2024 | 04:16:05 | New Delhi NSH | Item Bagged |
| 06/11/2024 | 19:58:48 | Kalkaji HO | Item Dispatched |
| 06/11/2024 | 19:51:14 | Kalkaji HO | Item Bagged |
| 06/11/2024 | 18:45:50 | Kalkaji HO | Item Booked |

Home
About Us
Forms
Recruitments
Holidays
Feedback
Right To Information

Tenders India

Related sites
Website Policies
Contact Us
Employee Corner
Sitemap
Help

**External Links**



National Voter's Service Portal
India Code
Application Security Audit Report

    





**Download the Post Info App**

This website belongs to **Department of Posts, Ministry of Communications, GoI.** Created and Managed by **Tata Consultancy Services Ltd**.
Content owned and updated by Department of Posts, Ministry of Communications, Government of India. Last Updated: **07 Nov 2024**