# EXHIBIT C

## AFFIDAVIT OF SERVICE

I, Ansal M J, S/o Jaffar M A, aged about 33 years, resident at Madathilakathullu, Purayar Desam PO, Chengamanadu, Union Christian College, Ernakulam, Kerala, India – 683102, do hereby solemnly affirm and declare as under:

1. That the deponent has on 6 November 2024, at around 12:50 visited the address at 48/1391, 1C, Plumflower, Mather Constructions Pvt Ltd, Opposite Gold Souk, Vyttila, Ernakulam, Kerala, India – 682019 of M/s Voizzit Technology Private Limited, and has handed over by way of personal service to the person available at the aforesaid address, a hard copy of the following documents:

    a) Trustee's emergency motion for entry of an order (I) enforcing the automatic stay, (II) declaring violations of the automatic stay to be void *ab initio*, (III) awarding fees, expenses, and punitive damages, and (IV) granting related relief dated 4 November 2024 filed before the United States Bankruptcy Court for the District of Delaware along with accompanying exhibits;

    b) Notice of hearing Trustee's emergency motion for entry of an order (I) enforcing the automatic stay, (II) declaring violations of the automatic stay to be void *ab initio*, (III) awarding fees, expenses, and punitive damages, and (IV) granting related relief dated 5 November 2024 filed before the United States Bankruptcy Court for the District of Delaware along with accompanying exhibits; and

NAINA RAJI NAIR
ADVOCATE & NOTARY
Ernakulam Dist. Reg. No: 9914
Expiry Date: 09-07-2028
9447391876

c) Order shortening notice of hearing on Trustee's emergency motion for entry of an order (I) enforcing the automatic stay, (II) declaring violations of the automatic stay to be void *ab initio*, (III) awarding fees, expenses, and punitive damages, and (IV) granting related relief dated 5 November 2024 of the United States Bankruptcy Court for the District of Delaware signed by John T. Dorsey, United States Bankruptcy Judge.

A document containing the signed receiving from the person available at the aforementioned address to whom such delivery has been effected is attached as **Exhibit A** to this affidavit of service.

2. That the contents of the affidavit of service are true and correct to my knowledge and belief.

*Ansal. M.J*

**DEPONENT**

## VERIFICATION

Verified at Ernakulam on this 6 day of November 2024 that the contents of para 1 to 2 of this affidavit are true and correct to my knowledge and belief, and nothing material has been concealed therefrom.

*Ansa l. M.J*

**DEPONENT**

Solemnly affirmed and signed before me by the deponen, who is personally known to me on the......6th......day of...November 2024, in my office at......Ernakulam

Certified that the document is Registered in Vol... XXXV
Sl.No............574
60
6-11-2024

NAINA RAJI NAIR
ADVOCATE & NOTARY
Ernakulam Dist. Reg. No: 9914
Expiry Date : 09-07-2026
Mob No.: 9447391876

<u>By Hand Delivery</u>

<u>Date</u>: 6 November 2024

To

**M/s Voizzit Technology Private Limited**
48/1391, 1C, Plumflower,
Mather Constructions Pvt Ltd,
Opposite Gold Souk, Vyttila,
Ernakulam, Kerala, India – 682019

**Sub:** Service of the enclosed documents.

Dear Concerned

Please find enclosed herewith a hardcopy of the documents, being served upon you on behalf of Claudia Springer, the Chapter 11 Trustee of Epic! Creations, Inc., Neuron Fuel, Inc., and Tangible Play, Inc. The details of the documents being served are as follows:

a) Trustee's emergency motion for entry of an order (I) enforcing the automatic stay, (II) declaring violations of the automatic stay to be void *ab initio*, (III) awarding fees, expenses, and punitive damages, and (IV) granting related relief dated 4 November 2024 filed before the United States Bankruptcy Court for the District of Delaware along with accompanying exhibits;

b) Notice of hearing Trustee's emergency motion for entry of an order (I) enforcing the automatic stay, (II) declaring violations of the automatic stay to be void *ab initio*, (III) awarding fees, expenses, and punitive damages, and (IV) granting related relief dated 5 November 2024 filed before the United States Bankruptcy Court for the District of Delaware along with accompanying exhibits; and

c) Order shortening notice of hearing on Trustee's emergency motion for entry of an order (I) enforcing the automatic stay, (II) declaring violations of the automatic stay to be void *ab initio*, (III) awarding fees, expenses, and punitive damages, and (IV) granting related relief dated 5 November 2024 of the United States Bankruptcy Court for the District of Delaware signed by John T. Dorsey, United States Bankruptcy Judge.



06/11/2024



COMPANY ⌄   SERVICE VERTICALS ⌄   SOLUTIONS ⌄   GROW WITH US ⌄   CAREERS ⌄   CONTACT US ⌄                SHIP WITH MyDTDC

# Track Shipment

To track your consignment please enter DTDC tracking number (AWB or Reference Number)

◉ AWB/ CONSIGNMENT NUMBER    ◯ REFERENCE NUMBER

7X6924576

[ ] I'm not a robot — reCAPTCHA          **TRACK**



BEWARE OF FRAUD CALLS. DTDC won't ask for any payment through OTP/UPI

| | | | |
|---|---|---|---|
| **DTDC** DTDC Express Limited<br>Regd. Office No. 3, Victoria Road<br>Bengaluru - 560047 | Origin:<br>PRODUCT: **B2C PRIORITY** | Dest:<br>Type: **DOCUMENT**<br>Date: Wed Nov 06 2024 | |

Consignor's Name:
Consignor's Address: 110070
GSTIN No.:
Phone:  Email:

*Paros Baby*

Customer Ref No:
Consignee's Name:
Consignee's Address: 682019
GSTIN No.:
Phone: 0000000000  Email:

*V0122 H Puhamdy Ernakulam*

Content Specification :

Paperwork Enclosed :

I/We declare that this consignment does not contain personal mail, cash, jewellery, contraband, illegal drugs, any prohibited items and commodities which can cause safety hazards while transporting

**Sender's Signature & Seal**
ve read and understood terms & conditions
arriage mentioned on website www.dtdc.in, and I agree to the same.

Declared Value: **Not Applicable**
No Of Pieces: **Not Applicable**
Actual Weight: **0 Gms**
Dim: **Not Applicable**
Charged weight: **0 Gms**

Name : NEW SOUTH EXTENSION - PART I
Address: SHOP NO.1,LOWER GROUND FLOOR ,N-1,, SOUTH EXTENSION PART-1,NEW DELHI..,DELHI, DELHI, 110070
Phone : 98918943205

AWB No: **7X6924576**

**Risk Surcharge**

Owner ☐

Carrier ☐

https://www.dtdc.in   |   customersupport@dtdc.com   |   +91-9606911811        Amount collected (in Rs.):

THIS DOCUMENT IS NOT A TAX INVOICE. WEIGHT CAPTURED BY DTDC WILL BE USED FOR INVOICE GENERATION.        Sender's Copy



Sign In       Register

   

You are here Home>> **Track Consignment**

# Track Consignment

Quick help

* Indicates a required field.

* Consignment Number

ED884128717IN

Track More

| Booked At | Booked On | Destination Pincode | Tariff | Article Type | Delivery Location |
|---|---|---|---|---|---|
| Kalkaji HO | 06/11/2024 18:45:50 | 682019 | 82.60 | Inland Speed Post | Vyttila SO |

**Event Details For : ED884128717IN**
**Current Status : Item Dispatched**

| Date | Time | Office | Event |
|---|---|---|---|
| 06/11/2024 | 19:58:48 | Kalkaji HO | Item Dispatched |
| 06/11/2024 | 19:51:14 | Kalkaji HO | Item Bagged |
| 06/11/2024 | 18:45:50 | Kalkaji HO | Item Booked |

Home
About Us
Forms
Recruitments
Holidays
Feedback
Right To Information

Tenders India
Related sites
Website Policies
Contact Us
Employee Corner
Sitemap

Help

**External Links**



National Voter's Service Portal

India Code

Application Security Audit Report

    





**Download the Post Info App**

This website belongs to **Department of Posts, Ministry of Communications, GoI.** Created and Managed by **Tata Consultancy Services Ltd**.

Content owned and updated by Department of Posts, Ministry of Communications, Government of India. Last Updated: **07 Nov 2024**