**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EPIC! CREATIONS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11161 (JTD)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Alejandro Guerra, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On November 6, 2024, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Trustee's Motion for Entry of an Order Authorizing the Trustee to Retain and Compensate Professionals Utilized in the Ordinary Course of Business** [Docket No. 251]

Furthermore, on November 6, 2024, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit C**; and via First Class Mail upon the service lists attached hereto as **Exhibit B**, **Exhibit D**, and **Exhibit E**:

- **Chapter 11 Trustee's Motion for Order Authorizing the Trustee to Conduct Rule 2004 Examinations and to Establish Procedures in Connection Therewith** [Docket No. 253]

Dated: November 11, 2024

/s/ Alejandro Guerra
Alejandro Guerra
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Conscious Content Media, Inc. dba Begin | Benesch Friedlander Coplan & Aronoff LLP | Daniel Brogan | dbrogan@beneschlaw.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cahill Gordon & Reindel LLP | Sesi Garimella; Joel Moss; Richard Stieglitz, Jr; Jordan Wishnew | sgarimella@cahill.com; jmoss@cahill.com; rstieglitz@cahill.com; jwishnew@cahill.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; India Credit Solutions, L.P.; Gamstar (US) V Pte Ltd and Gamstar (US) VI Pte Ltd | Cole Schotz PC | G. David Dean, Justin R. Alberto | ddean@coleschotz.com; jalberto@coleschotz.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cole Schotz PC | Seth Van Aalten, Sarah Carnes, Bryant Churbuck | svanaalten@coleschotz.com; scarnes@coleschotz.com; bchurbuck@coleschotz.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | R. Craig Martin | craig.martin@us.dlapiper.com |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | Richard Chesley | richard.chesley@us.dlapiper.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Brian Schartz, Jordan Elkin | bschartz@kirkland.com; jordan.elkin@kirkland.com |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Richard Howell; Sarah Kimmer; Patrick Nash, Jr; Colin Rathe; Ravi Shankar | richard.howell@kirkland.com; sarah.kimmer@kirkland.com; pnash@kirkland.com; colin.rathe@kirkland.com; ravi.shankar@kirkland.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | Linda.Casey@usdoj.gov |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones, Peter J. Keane | ljones@pszjlaw.com; pkeane@pszjlaw.com |
| Counsel for BYJU's Alpha, Inc. | Quinn Emanuel Urquhart & Sullivan, LLP | Susheel Kirpalani, Benjamin Finestone, Daniel Holzman, Jianjian Ye | SusheelKirpalani@quinnemanuel.com; BenjaminFinestone@quinnemanuel.com; DanielHolzman@quinnemanuel.com; JianjianYe@quinnemanuel.com |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Reed Smith LLP | David Pisciotta; Nicholas Vislocky | dpisciotta@reedsmith.com; nvislocky@reedsmith.com |
| Counsel for Epic! Creations, Inc.; and Conscious Content Media, Inc. dba Begin | Reitler Kallas & Rosenblatt LLP | Lauren Friend McKelvey | lmckelvey@reitlerlaw.com |
| Counsel for Ad Hoc Group of Publishers | Robinson & Cole LLP | Jamie Edmonson | jedmonson@rc.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Texas Comptroller of Public Accounts | Texas Attorney General's Office | Bankruptcy & Collections Division | bk-kwalsh@oag.texas.gov; sherri.simpson@oag.texas.gov |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel for BYJU's Alpha, Inc. | Young, Conaway, Stargatt & Taylor, LLP | Robert Brady, Kenneth Enos, Jared W. Kochenash, Timothy R. Powell | kenos@ycst.com; rbrady@ycst.com; jkochenash@ycst.com; tpowell@ycst.com |

# Exhibit B

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel for Conscious Content Media, Inc. dba Begin | Benesch Friedlander Coplan & Aronoff LLP | Daniel Brogan | 1313 N Market Street | Ste 1201 | | Wilmington | DE | 19801-6101 |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cahill Gordon & Reindel LLP | Sesi Garimella; Joel Moss; Richard Stieglitz, Jr; Jordan Wishnew | 32 Old Slip | | | New York | NY | 10005 |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; India Credit Solutions, L.P.; Gamstar (US) V Pte Ltd; and Gamstar (US) VI Pte Ltd | Cole Schotz PC | G. David Dean, Justin R. Alberto | 500 Delaware Ave | Ste 1410 | | Wilmington | DE | 19801 |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cole Schotz PC | Seth Van Aalten, Sarah Carnes, Bryant Churbuck | 1325 Avenue of the Americas | 19th Fl | | New York | NY | 10019 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | R. Craig Martin | 1201 N Market St | Ste 2100 | | Wilmington | DE | 19801 |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | Richard Chesley | 444 W Lake St | Ste 900 | | Chicago | IL | 60606 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Brian Schartz, Jordan Elkin | 601 Lexington Ave | | | New York | NY | 10022 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Richard Howell; Sarah Kimmer; Patrick Nash, Jr; Colin Rathe; Ravi Shankar | 333 West Wolf Point Plaza | | | Chicago | IL | 60654 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones, Peter J. Keane | 919 N Market St | 17th Fl | | Wilmington | DE | 19801 |
| Counsel for BYJU's Alpha, Inc. | Quinn Emanuel Urquhart & Sullivan, LLP | Susheel Kirpalani, Benjamin Finestone, Daniel Holzman, Jianjian Ye | 51 Madison Ave | 22nd Fl | | New York | NY | 10010 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Reed Smith LLP | David Pisciotta; Nicholas Vislocky | 599 Lexington Ave | 22nd Fl | | New York | NY | 10022 |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 1 of 2

Exhibit B
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel for Epic! Creations, Inc.; and Conscious Content Media, Inc. dba Begin | Reitler Kallas & Rosenblatt LLP | Lauren Friend McKelvey | 11921 Freedom Dr | Ste 550 | | Reston | VA | 20190 |
| Counsel for Ad Hoc Group of Publishers | Robinson & Cole LLP | Jamie Edmonson | 1201 N Market St | Ste 1406 | | Wilmington | DE | 19801 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Texas Comptroller of Public Accounts | Texas Attorney General's Office | Bankruptcy & Collections Division | Kimberly Walsh, Sherri Simpson | PO Box 12548 | | Austin | TX | 78711-2548 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |
| Counsel for BYJU's Alpha, Inc. | Young, Conaway, Stargatt & Taylor, LLP | Robert Brady, Kenneth Enos, Jared W. Kochenash, Timothy R. Powell | 1000 N King St | | | Wilmington | DE | 19801 |

# Exhibit C

**Exhibit C**
**Initial Discovery Parties**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Auctane, Inc. (Stamps.com) | Attn Legal Department | legalnotice@auctane.com |
| Byju Raveendran | | byju@byjus.com |
| Divya Gokulnath | | divya.gokulnath@byjus.com |
| Microsoft Corp. (GitHub) | | legal-support@github.com |
| Prateek Rath | | prateek@rath.org.in |
| Riju Ravindran | | riju@byjus.com |
| Roshan Thomas | | roshan.thomas@byjus.com |
| Slack Technologies, LLC | | legal@slack.com |
| Spectrum Legal | Chintan Chinnappa | chintan@spectrumlegal.in |
| Think & Learn Private Ltd. | Attn: Mr. Pankaj Srivastava | rpal@psri.in; ip.byjus@outlook.com; vinay@byjus.com |
| Vinay Ravindra | | vinay@byjus.com |
| Voizzit Information Technology LLC | | sreejithkunniyur@gmail.com; info@voizzit.com; rajendran@voizzit.com; aswani@voizzit.com |
| Voizzit Technology Private Ltd | | sreejithkunniyur@gmail.com; info@voizzit.com |
| Wells Fargo Bank, NA | | bnkrptrp@wellsfargo.com |
| WhiteHat Education Technology LLC | | secretarial@whitehatjr.com |

# Exhibit D

**Exhibit D**
**Initial Discovery Parties**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Aswanit Nambarambath | | Business Village B Block | Port Saeed | | Dubai | | 33846 | UAE |
| Auctane, Inc. (Stamps.com) | Attn Legal Department | 4301 Bull Creek Rd | Suite 300 | | Austin | TX | 78731 | |
| Byju Raveendran | | | | | | | | |
| Byju's Beta, Inc. | c/o Harvard Business Services, Inc., as registered agent | 16192 Coast Hwy | | | Lewes | DE | 19958 | |
| Camshaft Capital Fund | | 285 NW 42nd Ave | | | Miami | FL | 33126 | |
| Cherian Thomas | c/o Delaware Secretary of State, on behalf of Tangible Play, Inc. | 401 Federal St., Suite 3 | | | Dover | DE | 19901 | |
| CloudFlare, Inc. | | 101 Townsend St | | | San Francisco | CA | 94107 | |
| Divya Gokulnath | | | | | | | | |
| First Citizens Bank, as successor by merger to Silicon Valley Bank | | 222 2nd St | | | San Francisco | CA | 94105 | |
| GoDaddy Operating Company, LLC | | 2155 E. GoDaddy Way | | | Tempe | AZ | 85284 | |
| Google LLC | | 1600 Amphitheatre Parkway | | | Mountain View | CA | 94043 | |
| Inspilearn LLC c/o Harvard Business Services, Inc., as registered agent | | 16192 Coastal Hwy | | | Lewes | DE | 19958 | |
| Jino Joseph & Associates | | 3160 De La Cruz Blvd | Ste 204 | | Santa Clara | CA | 95054 | |
| Jonathan Naseath | | 5275 S Acheron Ave | | | Meridian | ID | 83642-5255 | |
| Kevin Donahue | c/o National Registered Agents, Inc. as registered agent of Epic! Creations, Inc. | 1209 Orange St | | | Wilmington | DE | 19801 | |
| Les Wright | c/o National Registered Agents, Inc. as registered agent of Epic! Creations, Inc. | 1209 Orange St | | | Wilmington | DE | 19801 | |
| Mark Solomon | c/o Delaware Secretary of State, on behalf of Tangible Play, Inc. | 401 Federal St., Suite 3 | | | Dover | DE | 19901 | |
| Microsoft Corp. (GitHub) | | 88 Colin P Kelly Jr St | | | San Francisco | CA | 94107 | |
| Pramod Sharma | c/o Delaware Secretary of State, on behalf of Tangible Play, Inc. | 401 Federal St., Suite 3 | | | Dover | DE | 19901 | |
| Prateek Rath | | 110, Commerce House | Cunningham Rd | | Bengaluru | KA | 560001 | India |
| Rajendran Vellapalath | | Business Village B Block | Port Saeed | | Dubai | | 33846 | UAE |
| Relay Financial Technologies Inc. | | 590 Madison Ave | | | New York | NY | 10022 | |
| Riju Ravindran | | | | | | | | |
| Roshan Thomas | | | | | | | | |
| SalesForce, Inc. | | 415 Mission St. | | | San Francisco | CA | 94105 | |
| Shaji Puthalath | c/o National Registered Agents, Inc. as registered agent of Epic! Creations, Inc. | 1209 Orange St | | | Wilmington | DE | 19801 | |
| Slack Technologies, LLC | | 415 Mission St, 3rd Fl | | | San Francisco | CA | 94105 | |
| Spectrum Legal | Chintan Chinnappa | 101, 30/A | 1st Floor, Promenade Rd | | Bengaluru | KA | 560005 | India |
| Stripe, Inc. | | 354 Oyster Point Blvd | | | South San Francisco | CA | 94080 | |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 1 of 2

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Suren Markosian | c/o National Registered Agents, Inc. as registered agent of Epic! Creations, Inc. | 1209 Orange St | | | Wilmington | DE | 19801 | |
| Think & Learn Private Ltd. | Attn: Mr. Pankaj Srivastava | Resolution Professional | 4/1, 6th Floor, Tower D | IBC Knowledge Park Bannerghatta Main Road | Bangalore | Karnataka | 560 029 | India |
| Think & Learn Private Ltd. | Attn: Mr. Pankaj Srivastava | Resolution Professional | 58, 3rd Cross | Vinayaknagar Hebbal | Bengaluru | Karnataka | 560 024 | India |
| Vinay Ravindra | | 4/1, 6th Floor, Tower D | IBC Knowledge Park Bannerghatta Main Road | | Bangalore | Karnataka | 560 029 | India |
| Vinay Ravindra | | 732 Greer Road | | | Palo Alto | CA | 94303 | |
| Voizzit Information Technology LLC | | Business Village B Block | | | Port Saeed | Dubai | 33846 | UAE |
| Voizzit Technology Private Ltd | | 48/1391, 1C, Plumflower | Mather Constructions Pvt Ltd | Opposite Gold Souk | Vyttila | Kerala | 682 019 | India |
| Wells Fargo Bank, NA | | 420 Montgomery Street | | | San Francisco | CA | 94104 | |
| WhiteHat Education Technology LLC | Incorp Services Inc. | 131 Continental Drive Suite 301 | | | Newark | DE | 19713 | |
| WhiteHat Education Technology LLC | Nataliia Valiavska and Prupa Rupa, Directors | 919 N Market St Ste 950 | | | Wilmington | DE | 19801 | |
| WhiteHat Education Technology LLC | | 1160 Battery St Ste 100 | Spaces Levis Plaza | | San Francisco | CA | 94111-1233 | |
| WhiteHat Education Technology LLC | | Office-5 Kritarth Jeevan Co-Operative Housing Society | 1st Floor Lokmanya Tilak Nagar, Goregaon Road 1, M.G Road | | Goregaon East | Maharashtra | 400063 | India |
| William Cameron Morton | | 285 NW 42nd Ave | | | Miami | FL | 33126 | |
| Zendesk, Inc. | | 989 Market St. | | | San Francisco | CA | 94103 | |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 2 of 2

# Exhibit E

Exhibit E
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Abdo | | 8000 W 78th St | Suite 310 | | Minneapolis | MN | 55439 | |
| Abrams | | 195 Broadway 9th Flr. | | | New York | NY | 10007 | |
| Akashic Books | | 232 Third Street | #A115 | | Brooklyn | NY | 11215 | |
| Amazon | | 410 Terry Ave. North | | | Seattle | WA | 98109 | |
| Amerifi Capital LLC | | 330 MAIN ST STE 105 | | | HARTFORD | CT | 06106 | |
| Andrews McMeel Publishing | | 1130 Walnut St. | | | Kansas City | MO | 64106 | |
| Annick Press Ltd | | 15 Patricia Ave. | | | Toronto | ON | M2M1H9 | Canada |
| Apple | | One Apple Park Way | | | Cupertino | CA | 95014 | |
| Arbordale Publishing | | 612 Johnnie Dodds Blvd. Suite A2 | | | Mount Pleasant | SC | 29464 | |
| Archie Comic Publications | | 629 Fifth Avenue | Suite 100 | | Pelham | NY | 10803-1242 | |
| Arte Publico Press | | 4900 Gulf Frwy | Bldg. #19 | Room 100 | Houston | TX | 77204-2004 | |
| Astra/Kane Press/Thinkingdom/Boyds Mills/Toon | | 350 Fifth Avenue | Suite 7206 | | New York | NY | 10118 | |
| August House Inc | | 3500 Piedmont Road | Sutie 310 | | Atlanta | GA | 30305 | |
| Avalara | | 255 South King Street | Suite 1200 | | Seattle | WA | 98104 | |
| Badger Publishing | | Suite G08, Business & Technology Centre | Bessemer Drive | | Stevenage | | SGI 2DX | United Kingdom |
| Barefoot Books | | 23 Bradford Street | 2nd Floor | | Concord | MA | 01742 | |
| Bayard Canada Livres | | 4475 Rue Frontenac | | | Montreal | QC | H2H 2S2 | Canada |
| BeachHouse Publishing | | 45-124B William Henry Road | PO Box 5464 | | Kaneohe | HI | 96744 | |
| Bellwether Media | | 6012 Blue Cir Dr | | | Hopkins | MN | 55343 | |
| Blue Apple | | 515 Valley St. | Suite 160 | | Maplewood | NJ | 07040 | |
| Blue Door Education | | 330 Indian | | | Melbourne Beach | FL | 32951 | |
| Blue Water | | PO Box 333 | | | Keller | TX | 76248 | |
| BrambleKids | | 241 White Oak Shade Rd | | | New Canaan | CT | 06840 | |
| Brickhouse Education | | 855 Turnpike St. Suite 237 | | | North Andover | MA | 01845 | |
| Brittanaca Digital Learning | | 325 N. LaSalle St | Suite 200 | | Chicago | IL | 60654 | |
| BYJU's Pte. Ltd. | | 11 Collyer Quay #17-00 The Arcade | | | Singapore | | 049317 | Singapore |
| Candlewick Press Licensing | | 99 Dover Street | | | Somerville | MA | 02144 | |
| Capstone | | 1710 Roe Crest Dr. | | | North Mankato | MN | 56003 | |
| Cardinal Publishing Group | | 2402 N. Shadeland Ave. Suite A | | | Indianapolis | IN | 46219 | |
| Ceva Logistics | | 15350 Vickery Dr. | | | Houston | TX | 77032 | |
| Charlesbridge Publishing | | 9 Galen Street | | | Watertown | MA | 02472 | |
| Child's Play | | 250 Minot Ave. | | | Auburn | ME | 04210 | |
| Chouette Publishing, Inc. | | 395-3700 rue Griffith | | | Montreal | QC | H4T 2B3 | Canada |
| Chronicle Books | | 80 Second Street | | | San Francisco | CA | 94107 | |
| CIDCLI, S.C. | | Avenida Mexico #145-601 | Colonia Del Carmen Coyoacan | | Mexico City | | 04100 | Mexico |
| Cider Mill Press | | 12 Spring St. | | | Kennebunkport | ME | 04046 | |
| Clavis | | 530 7th Avenue | Suite 902 | | New York | NY | 10018 | |
| Clever Media Group | | 79 Madison Avenue | 8th Floor | | New York | NY | 10016 | |
| Cornell Lab Publishing Group (Phoenix St. Claire Publishing, LLC for both Cornell and Persnickety Press imprints) | | 120A North Salem St. | | | Apex | NC | 27502 | |

Exhibit E
Affected Parties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | PO BOX 2576 | | | SPRINGFIELD | IL | 62708 | |
| Cottage Door Press | | 5005 Newport Drive | | | Rolling Meadows | IL | 60008 | |
| Crabtree Publishing | | 347 Fifth Avenue | Suite 1402-145 | | New York | NY | 10016 | |
| Creative Company | | 2140 W Howard Dr | | | North Mankato | MN | 56003 | |
| Crow Cottage | | 2412 Central Ave. | | | Victoria | BC | | Canada |
| Cuento de Luz | | Laveles 10 | | | Madrid | | 28223 | Spain |
| Epic! Creations, Inc c/o National Registered Agents, Inc, as registered agent | | 1209 Orange Street | | | Wilmington | DE | 19801 | |
| Epic! Creations, Inc. | c/o NATIONAL REGISTERED AGENTS, INC., as registered agent | 1209 ORANGE STREET | | | Wilmington | DE | 19801 | |
| Extensiv | | 100 N Pacific Coast Hwy | | | El Segundo | CA | 90245 | |
| FarrisTech | | 12337 Field Bluff Road | Suite F | | Jacksonville | FL | 32223 | |
| Fitzhenry & Whiteside | | 209 Wicksteed Avenue | Unit 51 | | Toronto | ON | M4G 0B1 | Canada |
| Flowerpot Press (Kamalu, LLC/dba Flowerpot Press) | | 142 2nd Ave N | | | Franklin | TN | 37064 | |
| Flying Start Books, LTD | | 18 Ardern Avenue | Stanmore Bay | | Auckland | | 0932 | New Zealand |
| Frederator Books LLC | c/o Paracorp Incorporated | One Commerce Plaza | 99 Washington Ave #805A | | Albany | NY | 12210 | |
| Free Spirit Publishing | | 6325 Sandburg Road | Suite 100 | | Minneapolis | MN | 55427-3629 | |
| Geodis | | 5101 S. Broad Street | | | Philadelphia | PA | 19112 | |
| Goosebottom Books | | 3020 Bridgeway #286 | | | Sausalito | CA | 94965 | |
| Gray Duck Creative Works | | 1224 Quincy St NE Ste 230 | | | Minneapolis | MN | 55413 | |
| Great Dog Literacy | Gray Duck Creative Works LLC | 5573 E Oberlin Circle | | | Minneapolis | MN | 55432 | |
| Great Learning Education Pte. Ltd. | | 4/1, 6th Floor, Tower D, IBC Knowledge Park | Bannerghatta Main Road | | Bangalore | Karnataka | 560 029 | India |
| Groundwood Books Limited | | 128 Sterling Road | Lower Level | | Toronto | ON | MGR 287 | Canada |
| Groupe Bayard | | 18 rue Barbes | | | Montrouge | | F-92128 | France |
| Happy Hollisters | | 2990 Northfield Drive | | | Tarpon Springs | FL | 34688 | |
| Heritage Builders | | 3105 E. Locan Ave | | | Clovis | CA | 93619 | |
| Holiday House | | 50 Broad Street | #301 | | New York | NY | 10004 | |
| Igloo | | 460 N Orlando Ave | Suite 200 | | Winter Park | FL | 32789 | |
| Immedium | | 535 Rockdale Drive | | | San Francisco | CA | 94127 | |
| Independent Publishers Group | | 814 North Franklin Street | | | Chicago | IL | 60610 | |
| Insight Editions | | 800 A Street | | | San Rafael | CA | 94901 | |
| JD Group | | 1537 Pontius Ave #B | | | Los Angeles | CA | 90025 | |
| Jetta | | Jetta House | 19 On Kui Street | On Lok Tsuen | Fanling | | | Hong Kong |
| Jump! Library | | 5357 Penn Ave S. | | | Minneapolis | MN | 55419 | |
| Just Us Books, Inc. | | 202 Dodd Street | | | East Orange | NJ | 07017 | |
| Kaiken Publishing Ltd | | Tallberginkatu 2B | | | Helsinki | | 00180 | Finland |
| Kaleidoscope Publishing | | 6012 Blue Circle Dr. | | | Minnetonka | MN | 55343 | |
| Kids can Press | | 25 Dockside Drive | | | Toronto | ON | M5A 0B5 | Canada |
| Lerner Publishing Group | | 241 First Avenue North | | | Minneapolis | MN | 55401 | |
| Little Bee Books | | 598 Broadway | | | New York | NY | 10012 | |
| Little Libros, LLC | | 1960 Hawkins Circle | | | Los Angeles | CA | 90001 | |
| Magination Press | | 750 First Street NE | | | Washington | DC | 20002-4242 | |

Exhibit E
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Mason Crest (an imprint of National Highlights Inc.) | | 450 Park Way Ste 206 | | | Broomall | PA | 19008-4202 | |
| Mim's House | | 1309 Broadway | | | Little Rock | AR | 72202 | |
| Mitchell Lane Publishers | | 20 Shea Way | Ste 205 | | Newark | DE | 19713 | |
| ModusLink | | 2000 Midway Ln | | | Smyrna | TN | 37167 | |
| NAPS | | 517 South Cedros Avenue | | | Solana Beach | CA | 92075 | |
| National Geographic Society | | 1145 17th St. NW | | | Washington | DC | 20036 | |
| NEURON FUEL, INC. | c/o INCORPORATING SERVICES, LTD., as registered agent | 3500 S DUPONT HWY | | | DOVER | DE | 19901 | |
| Neuron Fuel, Inc. c/o Incorporating Services, Ltd., as registered agent | | 3500 S. DuPont Hwy | | | Dover | DE | 19901 | |
| No Starch Press | | 329 Primrose Road, #42 | | | Burlingame | CA | 94010-4093 | |
| Nobrow Limited | | 27 Westgate Street | | | London | | E8 3RL | United Kingdom |
| Nomad Press | | PO Box 1036 | | | Norwich | VT | 05055 | |
| North South Books | | 600 Third Ave. | 2nd Floor | | New York | NY | 10016 | |
| North Star Editions | | 2297 Waters Drive | | | Mendota Heights | MN | 55120 | |
| Oasis Audio | | 289 S. Main Place | | | Carol Stream | IL | 60188 | |
| Oni-Lion Forge Publishing | | 227 NORTH LINDBERGH BLVD | | | SAINT LOUIS | MO | 63141 | |
| Open Road | | 180 Maiden Lane | Suite 8A | | New York | NY | 10038 | |
| Orca Book Publishers | | 1016 Balmoral Rd. | | | Victoria | BC | V8T 1AB | Canada |
| Owlkids Books | | 1 Eglinton Ave. East | Suite 800 | | Toronto | ON | M4P 3A1 | Canada |
| Pajama Press | | 11 Davies Ave. | Suite 103 | | Toronto | ON | M4M 2A9 | Canada |
| PayPal | | 211 N First St. | | | San Jose | CA | 95131 | |
| Peachtree Publishers | | 1700 Chattahoochee Avenue | | | Atlanta | GA | 30318 | |
| Purple Toad Publishing, Inc. | | 204 S Union St | | | Kennett Square | PA | 19348 | |
| Quirk Books | | 215 Church Street | | | Philadelphia | PA | 19106 | |
| Red Chair Press | | PO Box 333 | | | South Egremont | MA | 01258-0333 | |
| RL Jones | | 1610 Landmark Rd | | | Otay Mesa | CA | 92154 | |
| RoadRunner Press LLC | | P.O.Box 2564 | | | Oklahoma City | OK | 73101 | |
| Rourke Educational Media | | PO Box 35665 | | | Greensboro | NC | 27425-5665 | |
| RR Donelly | | 35 W. Wacker Dr. | | | Chicago | IL | 60601 | |
| Second Story Press | | 20 Maud St. | Suite 401 | | Toronto | ON | M5V 2M5 | Canada |
| Sesame Workshop | | 1900 Broadway | | | New York | NY | 10023 | |
| ShipMonk | | 201 NW 22nd Ave | Unit 100 | | Fort Lauderdale | FL | 33311 | |
| Sky Horse Publishing | | 307 West 36th Street | 11th Floor | | New York | NY | 10018 | |
| Sleeping Bear Press | | 2395 South Huron Parkway | Suite 200 | | Ann Arbor | MI | 48104 | |
| Speck | | 177 Bovet Rd. | Suite 200 | | San Mateo | CA | 94402 | |
| Star Bright Books | | 13 Landsdowne St | | | Cambridge | MA | 02139 | |
| Stephen Gould | | 5 Giralda Farms | | | Madison | NJ | 07940 | |
| Tangible Play, Inc. | c/o Delaware Secretary of State | 401 Federal St. | Suite 3 | | Dover | DE | 19901 | |
| Tangible Play, Inc. c/o Sudha Prabhu | | 228 Hamilton Ave, Floor 3 | | | Palo Alto | CA | 94301 | |
| Teacher Created Materials | | 5301 Oceanus Drive | | | Huntington Beach | CA | 92649 | |
| The Jim Henson Company | | 1416 N. La Brea Ave. | | | Hollywood | CA | 90028 | |
| The Rosen Publishing Group | | 29 East 21st Street | | | New York | NY | 10010 | |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 3 of 4

**Exhibit E**
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Think & Learn Pvt. Ltd. | | 4/1, 6th Floor, Tower D, IBC Knowledge Park | Bannerghatta Main Road | | Bangalore | Karnataka | 560 029 | India |
| Twin Sisters IP | | 1653 Merriman Rd L-1 | | | Akron | OH | 44313 | |
| Unity | | 30 3rd Street | | | San Francisco | CA | 94103 | |
| Xist | | 24200 Southwest Fwy Ste 402-290 | | | Rosenberg | TX | 77471 | |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 4 of 4