**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*, | Case No. 24-11161 (JTD) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Alejandro Guerra, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On November 8, 2024, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C**; and via Overnight Mail upon the service lists attached hereto as **Exhibit D**, **Exhibit E**, and **Exhibit F**:

- **Declaration of Jacob Grall in Support of Trustee's Emergency Motion for Entry of an Order (I) Enforcing the Automatic Stay, (II) Declaring Violations of the Automatic Stay to be Void *Ab Initio*, (III) Awarding Fees, Expenses, and Punitive Damages, and (IV) Granting Related Relief** [Docket No. 256]

- **Notice of Amended Agenda of Matters Scheduled for Hearing on November 12, 2024 at 10:00 a.m. (ET)** [Docket No. 257]

Furthermore, on November 8, 2024, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via Overnight Mail upon the service list attached hereto as **Exhibit D**:

*(Continued on Next Page)*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

- **Chapter 11 Trustee's Application for an Order Under Sections 327(e) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of the Law Offices of Panag & Babu as Indian Local Counsel to the Trustee *Nunc Pro Tunc* to October 14, 2024** [Docket No. 258]

Dated: November 11, 2024

/s/ *Alejandro Guerra*
Alejandro Guerra
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Conscious Content Media, Inc. dba Begin | Benesch Friedlander Coplan & Aronoff LLP | Daniel Brogan | dbrogan@beneschlaw.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cahill Gordon & Reindel LLP | Sesi Garimella; Joel Moss; Richard Stieglitz, Jr; Jordan Wishnew | sgarimella@cahill.com; jmoss@cahill.com; rstieglitz@cahill.com; jwishnew@cahill.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; India Credit Solutions, L.P.; Gamstar (US) V Pte Ltd; and Gamstar (US) VI Pte Ltd | Cole Schotz PC | G. David Dean, Justin R. Alberto | ddean@coleschotz.com; jalberto@coleschotz.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cole Schotz PC | Seth Van Aalten, Sarah Carnes, Bryant Churbuck | svanaalten@coleschotz.com; scarnes@coleschotz.com; bchurbuck@coleschotz.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | R. Craig Martin | craig.martin@us.dlapiper.com |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | Richard Chesley | richard.chesley@us.dlapiper.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Brian Schartz, Jordan Elkin | bschartz@kirkland.com; jordan.elkin@kirkland.com |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Richard Howell; Sarah Kimmer; Patrick Nash, Jr; Colin Rathe; Ravi Shankar | richard.howell@kirkland.com; sarah.kimmer@kirkland.com; pnash@kirkland.com; colin.rathe@kirkland.com; ravi.shankar@kirkland.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | Linda.Casey@usdoj.gov |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones, Peter J. Keane | ljones@pszjlaw.com; pkeane@pszjlaw.com |
| Counsel for BYJU's Alpha, Inc. | Quinn Emanuel Urquhart & Sullivan, LLP | Susheel Kirpalani, Benjamin Finestone, Daniel Holzman, Jianjian Ye | SusheelKirpalani@quinnemanuel.com; BenjaminFinestone@quinnemanuel.com; DanielHolzman@quinnemanuel.com; JianjianYe@quinnemanuel.com |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Reed Smith LLP | David Pisciotta; Nicholas Vislocky | dpisciotta@reedsmith.com; nvislocky@reedsmith.com |
| Counsel for Epic! Creations, Inc.; and Conscious Content Media, Inc. dba Begin | Reitler Kallas & Rosenblatt LLP | Lauren Friend McKelvey | lmckelvey@reitlerlaw.com |
| Counsel for Ad Hoc Group of Publishers | Robinson & Cole LLP | Jamie Edmonson | jedmonson@rc.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Texas Comptroller of Public Accounts | Texas Attorney General's Office | Bankruptcy & Collections Division | bk-kwalsh@oag.texas.gov; sherri.simpson@oag.texas.gov |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel for BYJU's Alpha, Inc. | Young, Conaway, Stargatt & Taylor, LLP | Robert Brady, Kenneth Enos, Jared W. Kochenash, Timothy R. Powell | kenos@ycst.com; rbrady@ycst.com; jkochenash@ycst.com; tpowell@ycst.com |

# Exhibit B

Case 24-11161-BLS    Doc 265    Filed 11/11/24    Page 5 of 19

**Exhibit B**
**Voizzit Affected Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
| --- | --- | --- |
| Prateek Rath | | prateek@rath.org.in |
| Spectrum Legal | Chintan Chinnappa | chintan@spectrumlegal.in |
| Think & Learn Private Ltd. | Attn: Mr. Pankaj Srivastava | rpal@psri.in; ip.byjus@outlook.com; vinay@byjus.com |
| Vinay Ravindra | | vinay@byjus.com |
| Voizzit Information Technology LLC | | sreejithkunniyur@gmail.com; info@voizzit.com; rajendran@voizzit.com; aswani@voizzit.com |
| Voizzit Technology Private Ltd | | sreejithkunniyur@gmail.com; info@voizzit.com |

# Exhibit C

**Exhibit C**
**Affected Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| WhiteHat Education Technology LLC | | secretarial@whitehatjr.com |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 1 of 1

# Exhibit D

**Exhibit D**
**Core/2002 Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel for Conscious Content Media, Inc. dba Begin | Benesch Friedlander Coplan & Aronoff LLP | Daniel Brogan | 1313 N Market Street | Ste 1201 | | Wilmington | DE | 19801-6101 |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cahill Gordon & Reindel LLP | Sesi Garimella; Joel Moss; Richard Stieglitz, Jr; Jordan Wishnew | 32 Old Slip | | | New York | NY | 10005 |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| California Secretary of State | California Secretary of State | | 1500 11th St | | | Sacramento | CA | 95814 |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; India Credit Solutions, L.P.; Gamstar (US) V Pte Ltd; and Gamstar (US) VI Pte Ltd | Cole Schotz PC | G. David Dean, Justin R. Alberto | 500 Delaware Ave | Ste 1410 | | Wilmington | DE | 19801 |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cole Schotz PC | Seth Van Aalten, Sarah Carnes, Bryant Churbuck | 1325 Avenue of the Americas | 19th Fl | | New York | NY | 10019 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | R. Craig Martin | 1201 N Market St | Ste 2100 | | Wilmington | DE | 19801 |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | Richard Chesley | 444 W Lake St | Ste 900 | | Chicago | IL | 60606 |
| Debtor's Registered Agent | Epic! Creations, Inc. | c/o NATIONAL REGISTERED AGENTS, INC., as registered agent | 1209 ORANGE STREET | | | Wilmington | DE | 19801 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Brian Schartz, Jordan Elkin | 601 Lexington Ave | | | New York | NY | 10022 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Richard Howell; Sarah Kimmer; Patrick Nash, Jr; Colin Rathe; Ravi Shankar | 333 West Wolf Point Plaza | | | Chicago | IL | 60654 |
| Debtor's Registered Agent | NEURON FUEL, INC. | c/o INCORPORATING SERVICES, LTD., as registered agent | 3500 S DUPONT HWY | | | DOVER | DE | 19901 |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 1 of 2

**Exhibit D**
**Core/2002 Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones, Peter J. Keane | 919 N Market St | 17th Fl | | Wilmington | DE | 19801 |
| Counsel for BYJU's Alpha, Inc. | Quinn Emanuel Urquhart & Sullivan, LLP | Susheel Kirpalani, Benjamin Finestone, Daniel Holzman, Jianjian Ye | 51 Madison Ave | 22nd Fl | | New York | NY | 10010 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Reed Smith LLP | David Pisciotta; Nicholas Vislocky | 599 Lexington Ave | 22nd Fl | | New York | NY | 10022 |
| Counsel for Epic! Creations, Inc.; and Conscious Content Media, Inc. dba Begin | Reitler Kallas & Rosenblatt LLP | Lauren Friend McKelvey | 11921 Freedom Dr | Ste 550 | | Reston | VA | 20190 |
| Counsel for Ad Hoc Group of Publishers | Robinson & Cole LLP | Jamie Edmonson | 1201 N Market St | Ste 1406 | | Wilmington | DE | 19801 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Debtor's Registered Agent | Tangible Play, Inc. | c/o Delaware Secretary of State | 401 Federal St. | Suite 3 | | Dover | DE | 19901 |
| Texas Comptroller of Public Accounts | Texas Attorney General's Office | Bankruptcy & Collections Division | Kimberly Walsh, Sherri Simpson | PO Box 12548 | | Austin | TX | 78711-2548 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |
| US Department of Justice | US Department of Justice | | 950 Pennsylvania Ave NW | | | Washington | DC | 20530-0001 |
| Counsel for BYJU's Alpha, Inc. | Young, Conaway, Stargatt & Taylor, LLP | Robert Brady, Kenneth Enos, Jared W. Kochenash, Timothy R. Powell | 1000 N King St | | | Wilmington | DE | 19801 |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 2 of 2

# Exhibit E

**Exhibit E**
**Voizzit Affected Parties Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Epic! Creations, Inc c/o National Registered Agents, Inc, as registered agent | | 1209 Orange Street | | | Wilmington | DE | 19801 | |
| Inspilearn LLC c/o Harvard Business Services, Inc., as registered agent | | 16192 Coastal Hwy | | | Lewes | DE | 19958 | |
| Neuron Fuel, Inc. c/o Incorporating Services, Ltd., as registered agent | | 3500 S. DuPont Hwy | | | Dover | DE | 19901 | |
| Prateek Rath | | 110, Commerce House | Cunningham Rd | | Bengaluru | KA | 560001 | India |
| Spectrum Legal | Chintan Chinnappa | 101, 30/A | 1st Floor, Promenade Rd | | Bengaluru | KA | 560005 | India |
| Tangible Play, Inc. c/o Sudha Prabhu | | 228 Hamilton Ave, Floor 3 | | | Palo Alto | CA | 94301 | |
| Think & Learn Private Ltd. | Attn: Mr. Pankaj Srivastava | Resolution Professional | 4/1, 6th Floor, Tower D | IBC Knowledge Park Bannerghatta Main Road | Bangalore | KA | 560 029 | India |
| Think & Learn Private Ltd. | Attn: Mr. Pankaj Srivastava | Resolution Professional | 58, 3rd Cross | Vinayaknagar Hebbal | Bengaluru | KA | 560 024 | India |
| Vinay Ravindra | | 4/1, 6th Floor, Tower D | IBC Knowledge Park Bannerghatta Main Road | | Bangalore | KA | 560 029 | India |
| Vinay Ravindra | | 732 Greer Road | | | Palo Alto | CA | 94303 | |
| Voizzit Information Technology LLC | | Business Village B Block | Port Saeed | | Dubai | | 33846 | UAE |
| Voizzit Technology Private Ltd | | 48/1391, 1C, Plumflower | Mather Constructions Pvt Ltd | Opposite Gold Souk | Vyttila | KL | 682 019 | India |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 1 of 1

# Exhibit F

**Exhibit F**
**Affected Parties Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ABDO | Paul Abdo, Paul Skaj | 8000 W 78th St | Suite 310 | | Minneapolis | MN | 55439 | |
| ABRAMS (Harry N. Abrams, a company of La Martiniere Group) | Lindy Humphreys | 195 Broadway 9th Flr. | | | New York | NY | 10007 | |
| Akashic Books | Johnny Temple, Publisher | 232 Third Street | #A115 | | Brooklyn | NY | 11215 | |
| Amazon | | 410 Terry Ave. North | | | Seattle | WA | 98109 | |
| Amerifi Capital LLC | | 330 MAIN ST STE 105 | | | HARTFORD | CT | 06106 | |
| Andrews McMeel Publishing, LLC | Kirsty Melville, President & Publisher | 1130 Walnut St | | | Kansas City | MO | 64106 | |
| Annick Press, Ltd. | Rick Wilks, Director | 15 Patricia Ave. | | | Toronto | ON | M2M 1H9 | Canada |
| Apple | | One Apple Park Way | | | Cupertino | CA | 95014 | |
| Arbordale Publishing, LLC | Elma Haley, Donna German, Lee B. German, Owner/Publihser | 612 Johnnie Dodds Blvd. Suite A2 | | | Mount Pleasant | SC | 29464 | |
| Archie Comic Publications, Inc. | Robert M. Wintle, Chief Financial Officer/Jerome Levy | 629 Fifth Avenue | Suite 100 | | Pelham | NY | 10803-1242 | |
| Arte Publico Press--University of Houston | Marina Tristan Assistant Director | 4900 Gulf Frwy | Bldg. #19 | Room 100 | Houston | TX | 77204-2004 | |
| Astra/Kane Press/Thinkingdom/Boyds Mills/Toon | JoAnne E. Kane | 350 Fifth Avenue | Suite 7206 | | New York | NY | 10118 | |
| August House, Inc. | Steve Floyd, President | 3500 Piedmont Road | Sutie 310 | | Atlanta | GA | 30305 | |
| Avalara | | 255 South King Street | Suite 1200 | | Seattle | WA | 98104 | |
| Badger Publishing Ltd. | Danny Pearson, Publisher, Senior Editor | Suite G08 | Business & Technology Centre | Bessemer Drive | Stevenage | | SG12DX | United Kingdom |
| Barefoot Books, Inc. | Nancy Traversy, CEO & Co-founder | 23 Bradford Street | 2nd Floor | | Concord | MA | 01742 | |
| Bayard Canada Livres, Inc. | Judy Brunsek, Karen Boersma | 4475 Rue Frontenac | | | Montreal | QC | H2H 2S2 | Canada |
| BeachHouse Publishing, LLC | Jane Gillespie, Publishser | 45-124B William Henry Road | PO Box 5464 | | Kaneohe | HI | 96744 | |
| Bellwether Media, Inc. | Erez, John Martin | 6012 Blue Cir Dr | | | Hopkins | MN | 55343 | |
| Blue Apple | Harriet Ziefert, Publisher & President | 515 Valley St. | Suite 160 | | Maplewood | NJ | 07040 | |
| Blue Door Education | Geena Maharaj, Communications Manager | 330 Indian | | | Melbourne Beach | FL | 32951 | |
| BlueWater (StormFront Entertainment/Cosmic Ray Gun) | Darren G. Davis, Publisher | PO Box 333 | | | Keller | TX | 76248 | |
| BrambleKids, LTD | William W. Burnham, Managing Director | 241 White Oak Shade Rd | | | New Canaan | CT | 06840 | |
| Brickhouse Education (aka Cambridge BrickHouse, Inc. | Yanitzia Canetti, President & CEO | 855 Turnpike St | Suite 237 | | North Andover | MA | 01845 | |
| Britannica Digital Learning, a division of Encyclopaedia Britannica, Inc. | Matt Dube, Vice President, Business Development | 325 N. LaSalle St | Suite 200 | | Chicago | IL | 60654 | |
| BYJU's Pte. Ltd. | | 11 Collyer Quay #17-00 The Arcade | | | Singapore | | 049317 | Singapore |
| Candlewick Press Licensing Deal | Karen Lotz, President & Publisher | 99 Dover St | | | Somerville | MA | 02144 | |
| Capstone (Coughlan Companies, Inc. dba Capstone) | Eda Gimenez | 1710 Roe Crest Dr. | | | North Mankato | MN | 56003 | |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 1 of 5

Exhibit F
**Affected Parties Service List**
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Cardinal Publishers Group | Tom Doherty | 2402 N. Shadeland Ave. Suite A | | | Indianapolis | IN | 46219 | |
| Ceva Logistics | | 15350 Vickery Dr. | | | Houston | TX | 77032 | |
| Charlesbridge Publishing, Inc. | Megan Bencivenni Quinn, Director, Subsidiary Rights, | 9 Galen Street | | | Watertown | MA | 02472 | |
| Childs Play | Joe Gardner, VP Sales & Marketing | 250 Minot Ave. | | | Auburn | ME | 04210 | |
| Chouette Publishing, Inc. | Chouette | 395-3700, rue Griffith | | | Montreal | QC | H4T 2B3 | Canada |
| Chronicle Books | | 80 Second Street | | | San Francisco | CA | 94107 | |
| CIDCLI, S.C. | Elisa Castellanos, Associate Director | Avenida Mexico #145-601 | Colonia Del Carmen Coyoacan | | Mexico City | | 04100 | Mexico |
| Cider Mill Press | | 12 Spring St | | | Kennebunkport | ME | 04046 | |
| Clavis | Lise Merken, Carolina Schwartz | 530 7th Avenue | Suite 902 | | New York | NY | 10018 | |
| Clever Media Group, LLC | Diane Naughton, Marketing Director | 79 Madison Avenue | 8th Floor | | New York | NY | 10016 | |
| Cloudflare | | 101 Townsend St | | | San Francisco | CA | 94107 | |
| Cornell Lab Publishing Group (Phoenix St. Claire Publishing, LLC for both Cornell and Persnickety Press imprints) | Brian Scott Sockin, CEO & Publisher | 120A North Salem St. | | | Apex | NC | 27502 | |
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | PO BOX 2576 | | | SPRINGFIELD | IL | 62708 | |
| Cottage Door Press | Stephen McCallum, President | 5005 Newport Drive | | | Rolling Meadows | IL | 60008. | |
| Crabtree Publishing | Ramana Earley | 347 Fifth Avenue | Suite 1402-145 | | New York | NY | 10016 | |
| Creative Company, The (including Amicus, Black Rabbit, Bookstaves) | Anna Erickson, VP, Sales, Tom Peterson, President | 2140 W Howard Dr | | | North Mankato | MN | 56003 | |
| Crow Cottage (Brain Warp Studios) | Stephen McCallum, Creative Director | 2412 Central Ave. | | | Victoria | BC | V8S 2S6 | Canada |
| Cuento De Luz | Carolina Schwarz, Christian Hultner, Director | Laveles 10 | | | Madrid | | 28223 | Spain |
| Extensiv | | 100 N Pacific Coast Hwy | | | El Segundo | CA | 90245 | |
| FarrisTech | | 12337 Field Bluff Road | Suite F | | Jacksonville | FL | 32223 | |
| Fitzhenry & Whiteside | | 209 Wicksteed Avenue | Unit 51 | | Toronto | ON | M4G 0B1 | Canada |
| Flowerpot Press (Kamalu, LLC/dba Flowerpot Press) | Arnold Cardillo, President | 142 2nd Ave N | | | Franklin | TN | 37064 | |
| Flying Start Books, LTD | Sarah Ensor, Managing Director | 18 Ardern Avenue | Stanmore Bay | | Auckland | | 0932 | New Zealand |
| Frederator Books LLC | c/o Paracorp Incorporated | One Commerce Plaza | 99 Washington Ave #805A | | Albany | NY | 12210 | |
| Free Spirit Publishing | Judy Galbraith, President/ Shaina Thompson, Trade Sales Account Manager | 6325 Sandburg Road, Suite 100 | | | Minneapolis | MN | 55427-3629 | |
| Geodis | | 5101 S. Broad Street | | | Philadelphia | PA | 19112 | |
| GoDaddy | | 2155 E. GoDaddy Way | | | Tempe | AZ | 85284 | |
| Google | | 1600 Amphitheatre Parkway | | | Mountain View | CA | 94043 | |
| Goosebottom Books | | 3020 Bridgeway #286 | | | Sausalito | CA | 94965 | |
| Gray Duck Creative Works | Kari Noel Schuetz | 1224 Quincy St NE Ste 230 | | | Minneapolis | MN | 55413 | |

Exhibit F
**Affected Parties Service List**
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Great Dog Literacy | Gray Duck Creative Works LLC | 5573 E Oberlin Circle | | | Minneapolis | MN | 55432 | |
| Great Learning Education Pte. Ltd. | | 4/1, 6th Floor, Tower D, IBC Knowledge Park | Bannerghatta Main Road | | Bangalore | Karnataka | 560 029 | India |
| Groundwood Books Limited | Barbara Howson, contract signed by Matt Williams, VP Publishing Operations | 128 Sterling Road | Lower Level | | Toronto | ON | M6R2B7 | Canada |
| Groupe Bayard/Bayard Presse | Patricia.Strenger, Nolwenn Guillemot, Emilie Coulette | 18 rue Barbes | | | Montrouge | | 92128 | France |
| Happy Hollisters, The (The Svenson Group dba The Happy Hollisters) | Andy Svenson | 2990 Northfield Drive | | | Tarpon Springs | FL | 34688 | |
| Heritage Builders, LLC | Sherman Smith | 3105 E. Locan Ave | | | Clovis | CA | 93619 | |
| Holiday House | Miriam Miller, Erin Mathis | 50 Broad Street | #301 | | New York | NY | 10004 | |
| Igloo (BONNIER BOOKS) | Stephanie Whaley | 460 N Orlando Ave | Suite 200 | | Winter Park | FL | 32789 | |
| Immedium | Oliver Chin, Publisher | 535 Rockdale Drive | | | San Francisco | CA | 94127 | |
| Independent Publishers Group (IPG) | Kristen Noon, Frank Autunnale | 814 North Franklin Street | | | Chicago | IL | 60610 | |
| Insight Editions | Julie Hamilton, Sales Director, | 800 A Street | | | San Rafael | CA | 94901 | |
| JD Group | | 1537 Pontius Ave #B | | | Los Angeles | CA | 90025 | |
| Jetta | | Jetta House | 19 On Kui Street | On Lok Tsuen | Fanling | | | Hong Kong |
| Jump! Library | Gabe Kaufman | 5357 Penn Ave S. | | | Minneapolis | MN | 55419 | |
| Just Us Books, Inc. | Wade Hudson, President & CEO | 202 Dodd Street | | | East Orange | NJ | 07017 | |
| Kaiken Publishing, LTD | Laura Nevanlinna, CEO, Publishing Director | Tallberginkatu 2B | | | Helsinki | | 00180 | Finland |
| Kaleidoscope Publishing, Inc. | John Martin | 6012 Blue Circle Dr. | | | Minnetonka | MN | 55343 | |
| Kids Can Press Ltd | Ali Lapp | 25 Dockside Drive | | | Toronto | ON | M5A 0B5 | Canada |
| Lerner Publishing Group | David Wexler, Tracy Kill, Mindy Ondich, Maria Kjoller | 241 First Avenue North | | | Minneapolis | MN | 55401 | |
| Little Bee Books, Inc. | Shimul Tolia, Thomas Morgan | 598 Broadway | | | New York | NY | 10012 | |
| Little Libros, LLC | Ariana Stein, Co-founder | 1960 Hawkins Circle | | | Los Angeles | CA | 90001 | |
| Magination Press | | 750 First Street NE | | | Washington | DC | 20002-4242 | |
| Mason Crest (an imprint of National Highlights Inc.) | Daniel Hilferty | 450 Park Way Ste 206 | | | Broomall | PA | 19008-4202 | |
| Mims House (IPG) | Darcy Pattison, President | 1309 Broadway | | | Little Rock | AR | 72202 | |
| Mitchell Lane Publishers, Inc. | Phil Comer | 20 Shea Way | Ste 205 | | Newark | DE | 19713 | |
| ModusLink | | 2000 Midway Ln | | | Smyrna | TN | 37167 | |
| NAPS | | 517 South Cedros Avenue | | | Solana Beach | CA | 92075 | |
| National Geographic Society | Hector Sierra, SVP, General Manager | 1145 17th St. NW | | | Washington | DC | 20036 | |
| No Starch Press, Inc. | Bill Pollack | 329 Primrose Road #42 | | | Burlingame | CA | 94010-4093 | |
| Nobrow, Limited (also Flying Eye Books) | Harry Gwinner, COO, Sam A. Miller, CEO & Co-Founder | 27 Westgate Street | | | London | | E8 3RL | United Kingdom |
| Nomad Press | Rachel Benoit | PO Box 1036 | | | Norwich | VT | 05055 | |

Exhibit F
Affected Parties Service List
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| North South Books | Heather Lennon, Managing Director | 600 Third Ave. | 2nd Floor | | New York | NY | 10016 | |
| North Star Editions, Inc. | Sam Temple | 2297 Waters Drive | | | Mendota Heights | MN | 55120 | |
| Oasis Audio, LLC | Martha | 289 S. Main Place | | | Carol Stream | IL | 60188 | |
| Oni-Lion Forge Publishing Group, LLC | Erika Kuster, Managing Editor, signed by David Steward II/Chris Faerber, Counsel | 227 NORTH LINDBERGH BLVD | | | SAINT LOUIS | MO | 63141 | |
| Open Road | | 180 Maiden Lane | Suite 8A | | New York | NY | 10038 | |
| Orca Book Publishers | Michelle Simms, Yasmin Vickery | 1016 Balmoral Rd. | | | Victoria | BC | V8T 1A8 | Canada |
| Owlkids Books, Inc. | Karen Boersma | 1 Eglinton Ave. East | Suite 800 | | Toronto | ON | M4P 3A1 | Canada |
| Pajama Press, Inc. | Jenny La | 11 Davies Ave. | Suite 103 | | Toronto | ON | M4M 2A9 | Canada |
| PayPal | | 211 N First St. | | | San Jose | CA | 95131 | |
| Peachtree Publishers | | 1700 Chattahoochee Avenue | | | Atlanta | GA | 30318 | |
| Purple Toad Publishing, Inc. | Cynthia Cope, President | 204 S Union St | | | Kennett Square | PA | 19348 | |
| Quirk Books | Moneka Hewlett, Vice President, Sales | 215 Church Street | | | Philadelphia | PA | 19106 | |
| Red Chair Press | Keith Garton | PO Box 333 | | | South Egremont | MA | 01258-0333 | |
| RL Jones | | 1610 Landmark Rd | | | Otay Mesa | CA | 92154 | |
| RoadRunner Press, The LLC | Jeanne Devlin, Publisher | PO Box 2564 | | | Oklahoma City | OK | 73101 | |
| Rourke Educational Media | Deborah Shine, Publisher | PO Box 35665 | | | Greensboro | NC | 27425-5665 | |
| RR Donelly | | 35 W. Wacker Dr. | | | Chicago | IL | 60601 | |
| SalesForce | | 415 Mission St. | | | San Francisco | CA | 94105 | |
| Second Story Press | Margie Wolfe, Publisher & President | 20 Maud St. | Suite 401 | | Toronto | ON | M5V 2M5 | Canada |
| Sesame Workshop | Lili Lampasona | 1900 Broadway | | | New York | NY | 10023 | |
| ShipMonk | | 201 NW 22nd Ave | Unit 100 | | Fort Lauderdale | FL | 33311 | |
| Sky Horse Publishing | Nick Grant | 307 West 36th Street | 11th Floor | | New York | NY | 10018 | |
| Sleeping Bear Press/Cherry Lake | Ben Mondloch | 2395 South Huron Parkway | Suite 200 | | Ann Arbor | MI | 48104 | |
| Speck | | 177 Bovet Rd. | Suite 200 | | San Mateo | CA | 94402 | |
| Star Bright Books | Alex Kahan, President & Co-founder | 13 Landsdowne St | | | Cambridge | MA | 02139 | |
| Stephen Gould | | 5 Giralda Farms | | | Madison | NJ | 07940 | |
| Stripe | | 354 Oyster Point Blvd | | | South San Francisco | CA | 94080 | |
| Teacher Created Materials | Lauren Hirsh | 5301 Oceanus Drive | | | Huntington Beach | CA | 92649 | |
| The Jim Henson Company | | 1416 N. La Brea Ave. | | | Hollywood | CA | 90028 | |
| The Rosen Publishing Group | Roger Rosen, Gina Strazzabosco, Gary Spears | 29 East 21st Street | | | New York | NY | 10010 | |
| Think & Learn Pvt. Ltd. | | 4/1, 6th Floor, Tower D, IBC Knowledge Park | Bannerghatta Main Road | | Bangalore | Karnataka | 560 029 | India |
| Twin Sisters IP | | 1653 Merriman Rd L-1 | | | Akron | OH | 44313 | |
| Unity | | 30 3rd Street | | | San Francisco | CA | 94103 | |
| WhiteHat Education Technology LLC | Incorp Services Inc. | 131 Continental Drive Suite 301 | | | Newark | DE | 19713 | |
| WhiteHat Education Technology LLC | Nataliia Valiavska and Prupa Rupa, Directors | 919 N Market St Ste 950 | | | Wilmington | DE | 19801 | |

**Exhibit F**
**Affected Parties Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| WhiteHat Education Technology LLC | | 1160 Battery St Ste 100 | Spaces Levis Plaza | | San Francisco | CA | 94111-1233 | |
| WhiteHat Education Technology LLC | | Office-5 Kritarth Jeevan Co-Operative Housing Society | 1st Floor Lokmanya Tilak Nagar, Goregaon Road 1, M.G Road | | Goregaon East | Maharashtra | 400063 | India |
| Xist (Buy More) | Calee Lee | 24200 Southwest Fwy Ste 402-290 | | | Rosenberg | TX | 77471 | |
| ZenDesk | | 989 Market St. | | | San Francisco | CA | 94103 | |