**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*, | Case No. 24-11161 (JTD) |
| Debtors.[1] | (Jointly Administered) |
|  | **RE: D.I. 258** |

**ORDER UNDER SECTIONS 327(e) AND 328(a) OF THE
BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 2016,
AND LOCAL RULES 2014-1 AND 2016-1 AUTHORIZING RETENTION AND
EMPLOYMENT OF THE LAW OFFICES OF PANAG & BABU AS INDIAN LOCAL
COUNSEL TO THE TRUSTEE *NUNC PRO TUNC* TO THE ENGAGEMENT DATE**

Upon the application (the "Application")[2] of Claudia Z. Springer, Esq. as Chapter 11
Trustee (the "Trustee") of Epic! Creations, Inc. ("Epic"), Neuron Fuel, Inc. ("Neuron Fuel"), and
Tangible Play, Inc. ("Tangible Play," together with Epic and Neuron Fuel, collectively the
"Debtors") for entry of an order (this "Order"), pursuant to sections 327(e) and 328(a) of the
Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1,
authorizing the retention and employment of The Law Offices of Panag & Babu ("P&B") as local
counsel in India to the Trustee *nunc pro tunc* to the Engagement Date; and upon the Sarangi
Declaration; and the Court being satisfied that P&B represents no interest adverse to the Debtors'
estates, that P&B is a "disinterested person" within the meaning of section 101(14) of the
Bankruptcy Code, and that the retention and employment of P&B is necessary and in the best
interests of the Debtors and their estates; and the Court having jurisdiction over the Application

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc.
(9331).

[2]     Capitalized terms not defined herein are defined in the Application.

pursuant to 28 U.S.C. § 157(b)(2)(A); and sufficient notice of the Application having been given;

and this Court having determined that the relief requested in the Application is just and proper;

and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1.     The Application is **GRANTED**.

2.     The Trustee is authorized to retain and employ P&B as local counsel in India

pursuant to sections 327(e) and 328(a) of the Bankruptcy Code in these Chapter 11 Cases *nunc*

*pro tunc* to the Engagement Date.

3.     The compensation to be paid to P&B for professional services rendered and

reimbursement for expenses incurred shall be determined by this Court upon proper application

pursuant to sections 330 and 331 of the Bankruptcy Code.

4.     P&B shall provide ten (10) business days' notice to the Trustee, the U.S. Trustee,

and any official committee appointed in these Chapter 11 Cases before implementing any periodic

rate increases and shall file such notice with the Court.

5.     The Trustee is authorized and empowered to take such actions as may be necessary

and appropriate to implement the terms of this Order.

6.     The Court shall retain jurisdiction with respect to all matters relating to the

interpretation or implementation of this Order.

Dated: December 4th, 2024
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE