## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*, | Case No. 24-11161 (JTD) |
| Debtors. [1] | (Jointly Administered) |

| | |
|---|---|
| Claudia Z. Springer, Chapter 11 Trustee, | Adv. Pro. No. 24-50233 (JTD) |
| Plaintiff, | (Jointly Administered) |
| vs. | |
| Google LLC, Voizzit Technology Private Ltd., Voizzit Information Technology LLC, Vinay Ravindra, Rajendran Vellapalath, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Andrew Henchen, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On November 27, 2024, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Chapter 11 Trustee's Emergency Motion for Sanctions Against Voizzit Technology Private, Ltd., Voizzit Information Technology LLC, Vinay Ravindra, Rajendran Vellapath, and Think & Learn Private Ltd. for Their Continuing Failure to Comply with the Automatic Stay** [Docket No. 340]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

- **Chapter 11 Trustee's Motion for Entry of an Order Shortening Notice of Hearing on (I) the Chapter 11 Trustee's Emergency Motion to Hold the Voizzit Defendants in Contempt of Court for Their Failure to Comply with the Court's November 19 Order; and (II) the Chapter 11 Trustee's Emergency Motion to Hold Voizzit Technology Private, Ltd., Voizzit Information Technology, LLC, Vinay Ravindra, Rejendran Vellapalath, and Think & Learn Private Ltd. in Contempt of Court for Their Continuing Failure to Comply with the Automatic Stay** [Docket No. 341]

- **Order Shortening Notice of Hearing on (I) The Chapter 11 Trustee's Emergency Motion to Hold the Voizzit Defendants in Contempt of Court for Their Failure to Comply with the Court's November 19 Order; and (II) the Chapter 11 Trustee's Emergency Motion to Hold Voizzit Technology Private, Ltd., Voizzit Information Technology, LLC, Vinay Ravindra, Rejendran Vellapalath, and Think & Learn Private Ltd. in Contempt of Court for Their Continuing Failure to Comply with the Automatic Stay** [Docket No. 342]

Furthermore, on November 27, 2024, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit B** and **Exhibit E**; and via First Class Mail upon the service lists attached hereto as **Exhibit D** and **Exhibit F**:

- **Chapter 11 Trustee's Emergency Motion to Hold the Voizzit Defendants in Contempt of Court for Their Failure to Comply with the Court's November 19 Order** [Adv. Pro. Docket No. 18]

- **Chapter 11 Trustee's Motion for Entry of an Order Shortening Notice of Hearing on (I) the Chapter 11 Trustee's Emergency Motion to Hold the Voizzit Defendants in Contempt of Court for Their Failure to Comply with the Court's November 19 Order; and (II) the Chapter 11 Trustee's Emergency Motion to Hold Voizzit Technology Private, Ltd., Voizzit Information Technology, LLC, Vinay Ravindra, Rejendran Vellapalath, and Think & Learn Private Ltd. in Contempt of Court for Their Continuing Failure to Comply with the Automatic Stay** [Adv. Pro. Docket No. 19]

- **Order Shortening Notice of Hearing on (I) The Chapter 11 Trustee's Emergency Motion to Hold the Voizzit Defendants in Contempt of Court for Their Failure to Comply with the Court's November 19 Order; and (II) the Chapter 11 Trustee's Emergency Motion to Hold Voizzit Technology Private, Ltd., Voizzit Information Technology, LLC, Vinay Ravindra, Rejendran Vellapalath, and Think & Learn Private Ltd. in Contempt of Court for Their Continuing Failure to Comply with the Automatic Stay** [Adv. Pro. Docket No. 20]

Furthermore, on November 27, 2024, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit E**; and via Overnight Mail upon the service lists attached hereto as **Exhibit G**, **Exhibit H**, and **Exhibit I**:

- **Notice of Hearing (I) the Chapter 11 Trustee's Emergency Motion to Hold the Voizzit Defendants in Contempt of Court for Their Failure to Comply with the Court's November 19 Order; and (II) Chapter Trustee's Emergency Motion for Sanctions Against Voizzit Technology Private, Ltd., Voizzit Information Technology Private, Ltd., Voizzit Information Technology LLC, Vinay Ravindra, Rajendran Vellapath, and Think & Learn Private Ltd. for Their Continuing Failure to Comply with the Automatic Stay** [Docket No. 346]

Dated: December 4, 2024

*/s/ Andrew Henchen*
Andrew Henchen
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Conscious Content Media, Inc. dba Begin | Benesch Friedlander Coplan & Aronoff LLP | Daniel Brogan | dbrogan@beneschlaw.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cahill Gordon & Reindel LLP | Sesi Garimella; Joel Moss; Richard Stieglitz, Jr; Jordan Wishnew | sgarimella@cahill.com; jmoss@cahill.com; rstieglitz@cahill.com; jwishnew@cahill.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; India Credit Solutions, L.P.; Gamstar (US) V Pte Ltd; and Gamstar (US) VI Pte Ltd | Cole Schotz PC | G. David Dean, Justin R. Alberto | ddean@coleschotz.com; jalberto@coleschotz.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cole Schotz PC | Seth Van Aalten, Sarah Carnes, Bryant Churbuck | svanaalten@coleschotz.com; scarnes@coleschotz.com; bchurbuck@coleschotz.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fund, Inc. | DLA Piper LLP (US) | R. Craig Martin | craig.martin@us.dlapiper.com |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fund, Inc. | DLA Piper LLP (US) | Richard Chesley | richard.chesley@us.dlapiper.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Brian Schartz, Jordan Elkin | bschartz@kirkland.com; jordan.elkin@kirkland.com |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Richard Howell; Sarah Kimmer; Patrick Nash, Jr; Colin Rathe; Ravi Shankar | richard.howell@kirkland.com; sarah.kimmer@kirkland.com; pnash@kirkland.com; colin.rathe@kirkland.com; ravi.shankar@kirkland.com |
| Counsel for Geodis USA, LLC and Geodis Hong Kong Limited | Nelson Mullins Riley & Scarborough, LLP | Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | Linda.Casey@usdoj.gov |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones, Peter J. Keane | ljones@pszjlaw.com; pkeane@pszjlaw.com |
| Counsel for BYJU's Alpha, Inc. | Quinn Emanuel Urquhart & Sullivan, LLP | Susheel Kirpalani, Benjamin Finestone, Daniel Holzman, Jianjian Ye | SusheelKirpalani@quinnemanuel.com; BenjaminFinestone@quinnemanuel.com; DanielHolzman@quinnemanuel.com; JianjianYe@quinnemanuel.com |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Reed Smith LLP | David Pisciotta; Nicholas Vislocky | dpisciotta@reedsmith.com; nvislocky@reedsmith.com |
| Counsel for Epic! Creations, Inc.; and Conscious Content Media, Inc. dba Begin | Reitler Kallas & Rosenblatt LLP | Lauren Friend McKelvey | lmckelvey@reitlerlaw.com |
| Counsel for Ad Hoc Group of Publishers | Robinson & Cole LLP | Jamie Edmonson | jedmonson@rc.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Texas Comptroller of Public Accounts | Texas Attorney General's Office | Bankruptcy & Collections Division | bk-kwalsh@oag.texas.gov; sherri.simpson@oag.texas.gov |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for BYJU's Alpha, Inc. | Young, Conaway, Stargatt & Taylor, LLP | Robert Brady, Kenneth Enos, Jared W. Kochenash, Timothy R. Powell | kenos@ycst.com; rbrady@ycst.com; jkochenash@ycst.com; tpowell@ycst.com |

# Exhibit B

**Exhibit B**
**Voizzit Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Potter Anderson & Corroon LLP | Christopher Samis, Aaron Stulman, Nicholas Mozal, Jesse Noa, Levi Akkerman | csamis@potteranderson.com; astulman@potteranderson.com; nmozal@potteranderson.com; jnoa@potteranderson.com; lakkerman@potteranderson.com |
| Prateek Rath | | prateek@rath.org.in |
| Rajendran Vellapalath | | rajendran@voizzit.com |
| Spectrum Legal | Chintan Chinnappa | chintan@spectrumlegal.in |
| Think & Learn Private Ltd. | Attn: Mr. Pankaj Srivastava | rpal@psri.in; ip.byjus@outlook.com; vinay@byjus.com |
| Vinay Ravindra | | vinay@byjus.com |
| Voizzit Information Technology LLC | | sreejithkunniyur@gmail.com; info@voizzit.com; rajendran@voizzit.com; aswani@voizzit.com |
| Voizzit Technology Private Ltd | | sreejithkunniyur@gmail.com; info@voizzit.com; rajendran@voizzit.com; aswani@voizzit.com |

# Exhibit C

Exhibit C
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel for Conscious Content Media, Inc. dba Begin | Benesch Friedlander Coplan & Aronoff LLP | Daniel Brogan | 1313 N Market Street | Ste 1201 | | Wilmington | DE | 19801-6101 |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cahill Gordon & Reindel LLP | Sesi Garimella; Joel Moss; Richard Stieglitz, Jr; Jordan Wishnew | 32 Old Slip | | | New York | NY | 10005 |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| California Secretary of State | California Secretary of State | 1500 11th St | | | | Sacramento | CA | 95814 |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; India Credit Solutions, L.P.; Gamstar (US) V Pte Ltd; and Gamstar (US) VI Pte Ltd | Cole Schotz PC | G. David Dean, Justin R. Alberto | 500 Delaware Ave | Ste 1410 | | Wilmington | DE | 19801 |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cole Schotz PC | Seth Van Aalten, Sarah Carnes, Bryant Churbuck | 1325 Avenue of the Americas | 19th Fl | | New York | NY | 10019 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | R. Craig Martin | 1201 N Market St | Ste 2100 | | Wilmington | DE | 19801 |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | Richard Chesley | 444 W Lake St | Ste 900 | | Chicago | IL | 60606 |
| Debtor's Registered Agent | Epic! Creations, Inc. | c/o NATIONAL REGISTERED AGENTS, INC., as registered agent | 1209 ORANGE STREET | | | Wilmington | DE | 19801 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Counsel for GLAS TRUST Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Brian Schartz, Jordan Elkin | 601 Lexington Ave | | | New York | NY | 10022 |
| Counsel for GLAS TRUST Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Richard Howell; Sarah Kimmer; Patrick Nash, Jr; Colin Rathe; Ravi Shankar | 333 West Wolf Point Plaza | | | Chicago | IL | 60654 |
| Counsel for Geodis USA, LLC and Geodis Hong Kong Limited | Nelson Mullins Riley & Scarborough, LLP | Shane G. Ramsey | 1222 Demonbreun St., Suite 1700 | | | Nashville | TN | 37203 |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Debtor's Registered Agent | NEURON FUEL, INC. | c/o INCORPORATING SERVICES, LTD., as registered agent | 3500 S DUPONT HWY | | | DOVER | DE | 19901 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones, Peter J. Keane | 919 N Market St | 17th Fl | | Wilmington | DE | 19801 |
| Counsel for BYJU's Alpha, Inc. | Quinn Emanuel Urquhart & Sullivan, LLP | Susheel Kirpalani, Benjamin Finestone, Daniel Holzman, Jianjian Ye | 51 Madison Ave | 22nd Fl | | New York | NY | 10010 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Reed Smith LLP | David Pisciotta; Nicholas Vislocky | 599 Lexington Ave | 22nd Fl | | New York | NY | 10022 |
| Counsel for Epic! Creations, Inc.; and Conscious Content Media, Inc. dba Begin | Reitler Kallas & Rosenblatt LLP | Lauren Friend McKelvey | 11921 Freedom Dr | Ste 550 | | Reston | VA | 20190 |
| Counsel for Ad Hoc Group of Publishers | Robinson & Cole LLP | Jamie Edmonson | 1201 N Market St | Ste 1406 | | Wilmington | DE | 19801 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Debtor's Registered Agent | Tangible Play, Inc. | c/o Delaware Secretary of State | 401 Federal St. | Suite 3 | | Dover | DE | 19901 |
| Texas Comptroller of Public Accounts | Texas Attorney General's Office | Bankruptcy & Collections Division | Kimberly Walsh, Sherri Simpson | PO Box 12548 | | Austin | TX | 78711-2548 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |
| US Department of Justice | US Department of Justice | | 950 Pennsylvania Ave NW | | | Washington | DC | 20530-0001 |
| Counsel for BYJU's Alpha, Inc. | Young, Conaway, Stargatt & Taylor, LLP | Robert Brady, Kenneth Enos, Jared W. Kochenash, Timothy R. Powell | 1000 N King St | | | Wilmington | DE | 19801 |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 2 of 2

# Exhibit D

**Exhibit D**
**Voizzit Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Epic! Creations, Inc | c/o National Registered Agents, Inc, as registered agent | 1209 Orange Street | | | Wilmington | DE | 19801 | |
| Inspilearn LLC | c/o Harvard Business Services, Inc., as registered agent | 16192 Coastal Hwy | | | Lewes | DE | 19958 | |
| Neuron Fuel, Inc. | c/o Incorporating Services, Ltd., as registered agent | 3500 S. DuPont Hwy | | | Dover | DE | 19901 | |
| Potter Anderson & Corroon LLP | Christopher Samis, Aaron Stulman, Nicholas Mozal, Jesse Noa, Levi Akkerman | Hercules Plaza | 1313 North Market Street, 6th Floor | P.O. Box 951 | Wilmington | DE | 19801 | |
| Prateek Rath | | 110, Commerce House | Cunningham Rd | | Bengaluru | KA | 560001 | India |
| Rajendran Vellapalath | | Business Village B Block | | | Port Saeed | Dubai | 33846 | United Arab Emirates |
| Spectrum Legal | Chintan Chinnappa | 101, 30/A | 1st Floor, Promenade Rd | | Bengaluru | KA | 560005 | India |
| Tangible Play, Inc. | c/o Sudha Prabhu | 228 Hamilton Ave, Floor 3 | | | Palo Alto | CA | 94301 | |
| Think & Learn Private Ltd. | Attn: Mr. Pankaj Srivastava | Resolution Professional | 4/1, 6th Floor, Tower D | IBC Knowledge Park Bannerghatta Main Road | Bangalore | KA | 560 029 | India |
| Think & Learn Private Ltd. | Attn: Mr. Pankaj Srivastava | Resolution Professional | 58, 3rd Cross | Vinayaknagar Hebbal | Bengaluru | KA | 560 024 | India |
| Vinay Ravindra | | 4/1, 6th Floor, Tower D | IBC Knowledge Park Bannerghatta Main Road | | Bangalore | KA | 560 029 | India |
| Voizzit Information Technology LLC | | Business Village B Block | | | Port Saeed | Dubai | 33846 | United Arab Emirates |
| Voizzit Technology Private Ltd | | 48/1391, 1C, Plumflower | Mather Constructions Pvt Ltd | Opposite Gold Souk | Vyttila | KL | 682 019 | India |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 1 of 1

# Exhibit E

**Exhibit E**
**Google Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| White and Williams LLP | Michael Ingrassia | ingrassiam@whiteandwilliams.com |
| White and Williams LLP | James Vandermark | vandermarkj@whiteandwilliams.com |

# Exhibit F

**Exhibit F**
**Google Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Google, LLC | c/o Corporation Service Company | 251 Little Falls Dr | | Wilmington | DE | 19808 |
| White and Williams LLP | Michael Ingrassia | Courthouse Square | 600 N King St, Ste 800 | Wilmington | DE | 19899-1347 |
| White and Williams LLP | James Vandermark | 1650 Market St | Ste 1800 | Philadelphia | PA | 19103 |

# Exhibit G

Exhibit G
Core/2002 Service List
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel for Conscious Content Media, Inc. dba Begin | Benesch Friedlander Coplan & Aronoff LLP | Daniel Brogan | 1313 N Market Street | Ste 1201 | | Wilmington | DE | 19801-6101 |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cahill Gordon & Reindel LLP | Sesi Garimella; Joel Moss; Richard Stieglitz, Jr; Jordan Wishnew | 32 Old Slip | | | New York | NY | 10005 |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| California Secretary of State | California Secretary of State | 1500 11th St | | | | Sacramento | CA | 95814 |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; India Credit Solutions, L.P.; Gamstar (US) V Pte Ltd; and Gamstar (US) VI Pte Ltd | Cole Schotz PC | G. David Dean, Justin R. Alberto | 500 Delaware Ave | Ste 1410 | | Wilmington | DE | 19801 |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cole Schotz PC | Seth Van Aalten, Sarah Carnes, Bryant Churbuck | 1325 Avenue of the Americas | 19th Fl | | New York | NY | 10019 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | R. Craig Martin | 1201 N Market St | Ste 2100 | | Wilmington | DE | 19801 |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | Richard Chesley | 444 W Lake St | Ste 900 | | Chicago | IL | 60606 |
| Debtor's Registered Agent | Epic! Creations, Inc. | c/o NATIONAL REGISTERED AGENTS, INC., as registered agent | 1209 ORANGE STREET | | | Wilmington | DE | 19801 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Brian Schartz, Jordan Elkin | 601 Lexington Ave | | | New York | NY | 10022 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Richard Howell; Sarah Kimmer; Patrick Nash, Jr; Colin Rathe; Ravi Shankar | 333 West Wolf Point Plaza | | | Chicago | IL | 60654 |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 1 of 2

**Exhibit G**
**Core/2002 Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel for Geodis USA, LLC and Geodis Hong Kong Limited | Nelson Mullins Riley & Scarborough, LLP | Shane G. Ramsey | 1222 Demonbreun St., Suite 1700 | | | Nashville | TN | 37203 |
| Debtor's Registered Agent | NEURON FUEL, INC. | c/o INCORPORATING SERVICES, LTD., as registered agent | 3500 S DUPONT HWY | | | DOVER | DE | 19901 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones, Peter J. Keane | 919 N Market St | 17th Fl | | Wilmington | DE | 19801 |
| Counsel for BYJU's Alpha, Inc. | Quinn Emanuel Urquhart & Sullivan, LLP | Susheel Kirpalani, Benjamin Finestone, Daniel Holzman, Jianjian Ye | 51 Madison Ave | 22nd Fl | | New York | NY | 10010 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Reed Smith LLP | David Pisciotta; Nicholas Vislocky | 599 Lexington Ave | 22nd Fl | | New York | NY | 10022 |
| Counsel for Epic! Creations, Inc.; and Conscious Content Media, Inc. dba Begin | Reitler Kallas & Rosenblatt LLP | Lauren Friend McKelvey | 11921 Freedom Dr | Ste 550 | | Reston | VA | 20190 |
| Counsel for Ad Hoc Group of Publishers | Robinson & Cole LLP | Jamie Edmonson | 1201 N Market St | Ste 1406 | | Wilmington | DE | 19801 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Debtor's Registered Agent | Tangible Play, Inc. | c/o Delaware Secretary of State | 401 Federal St. | Suite 3 | | Dover | DE | 19901 |
| Texas Comptroller of Public Accounts | Texas Attorney General's Office | Bankruptcy & Collections Division | Kimberly Walsh, Sherri Simpson | PO Box 12548 | | Austin | TX | 78711-2548 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |
| US Department of Justice | US Department of Justice | | 950 Pennsylvania Ave NW | | | Washington | DC | 20530-0001 |
| Counsel for BYJU's Alpha, Inc. | Young, Conaway, Stargatt & Taylor, LLP | Robert Brady, Kenneth Enos, Jared W. Kochenash, Timothy R. Powell | 1000 N King St | | | Wilmington | DE | 19801 |

# Exhibit H

Exhibit H
Voizzit Parties Service List
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Epic! Creations, Inc | c/o National Registered Agents, Inc, as registered agent | 1209 Orange Street | | | Wilmington | DE | 19801 | |
| Inspilearn LLC | c/o Harvard Business Services, Inc., as registered agent | 16192 Coastal Hwy | | | Lewes | DE | 19958 | |
| Neuron Fuel, Inc. | c/o Incorporating Services, Ltd., as registered agent | 3500 S. DuPont Hwy | | | Dover | DE | 19901 | |
| Potter Anderson & Corroon LLP | Christopher Samis, Aaron Stulman, Nicholas Mozal, Jesse Noa, Levi Akkerman | Hercules Plaza | 1313 North Market Street, 6th Floor | P.O. Box 951 | Wilmington | DE | 19801 | |
| Prateek Rath | | 110, Commerce House | Cunningham Rd | | Bengaluru | KA | 560001 | India |
| Rajendran Vellapalath | | Business Village B Block | | | Port Saeed | Dubai | 33846 | United Arab Emirates |
| Spectrum Legal | Chintan Chinnappa | 101, 30/A | 1st Floor, Promenade Rd | | Bengaluru | KA | 560005 | India |
| Tangible Play, Inc. | c/o Sudha Prabhu | 228 Hamilton Ave, Floor 3 | | | Palo Alto | CA | 94301 | |
| Think & Learn Private Ltd. | Attn: Mr. Pankaj Srivastava | Resolution Professional | 4/1, 6th Floor, Tower D | IBC Knowledge Park Bannerghatta Main Road | Bangalore | KA | 560 029 | India |
| Think & Learn Private Ltd. | Attn: Mr. Pankaj Srivastava | Resolution Professional | 58, 3rd Cross | Vinayaknagar Hebbal | Bengaluru | KA | 560 024 | India |
| Vinay Ravindra | | 4/1, 6th Floor, Tower D | IBC Knowledge Park Bannerghatta Main Road | | Bangalore | KA | 560 029 | India |
| Voizzit Information Technology LLC | | Business Village B Block | | | Port Saeed | Dubai | 33846 | United Arab Emirates |
| Voizzit Technology Private Ltd | | 48/1391, 1C, Plumflower | Mather Constructions Pvt Ltd | Opposite Gold Souk | Vyttila | KL | 682 019 | India |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 1 of 1

# Exhibit I

**Exhibit I**
**Google Parties Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Google, LLC | c/o Corporation Service Company | 251 Little Falls Dr | | Wilmington | DE | 19808 |
| White and Williams LLP | Michael Ingrassia | Courthouse Square | 600 N King St, Ste 800 | Wilmington | DE | 19899-1347 |
| White and Williams LLP | James Vandermark | 1650 Market St | Ste 1800 | Philadelphia | PA | 19103 |