## **EXHIBIT B**

Mann Declaration

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*, | Case No. 24-11161 (JTD) |
| Debtors.[1] | (Jointly Administered) |

### DECLARATION OF KENNETH W. MANN IN SUPPORT OF APPLICATION OF CLAUDIA Z. SPRINGER, CHAPTER 11 TRUSTEE, FOR ENTRY OF AN ORDER UNDER SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 2016 AND LOCAL RULES 2014-1 AND 2016-1 AUTHORIZING RETENTION AND EMPLOYMENT OF SC&H GROUP, INC. TO PROVIDE CONSULTING AND ADVISORY SERVICES FOR THE SALE TRANSACTIONS OF TANGIBLE PLAY, INC. AND NEURON FUEL, INC. EFFECTIVE NUNC PRO TUNC AS OF THE ENGAGEMENT DATE

Pursuant to 28 U.S.C. § 1746, I, Kenneth W. Mann, being duly sworn according to law, hereby declares as follows:

1.      I am the Managing Director of SC&H Group, Inc. ("SC&H"), an international consulting firm, and I am authorized to make this Declaration on behalf of SC&H.

2.      I submit this declaration (the "Declaration") in support of the *Application of Claudia Z. Springer, Chapter 11 Trustee, for Entry of an Order Under Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 Authorizing the Retention and Employment of SC&H Group, Inc. to Provide Consulting and Advisory Services for the Sale Transactions of Tangible Play, Inc. and Neuron Fuel, Inc. Effective as of the Engagement Date* (the "Application")[2] filed by Claudia Z. Springer, as the

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

chapter 11 trustee (the "<u>Trustee</u>") of the above-captioned debtors (the "<u>Debtors</u>").

**<u>SC&H'S Qualifications</u>**

3.    The Trustee requires the services of an investment banker to aid the Trustee with the sale transaction of the assets of the Estates of Tangible Play, Inc. and Neuron Fuel Inc. (the "<u>Company</u>"). I believe that engaging an investment banker will ensure that the highest price possible is paid for the Company's assets.

4.    SC&H has extensive experience in providing investment banking services to public and private companies for a broad range of transactions including advice on mergers and acquisitions and guidance on strategic decisions. SC&H specializes in turnarounds, financial restructuring, consulting, refinancing, sales as going concerns, purchase of chattels and real property, and liquidation of assets of financially troubled companies. SC&H has more than 100 years of combined experience in assisting over 500 financially troubled companies, including more than 250 entities in chapter 11 cases in over 70 Districts.

5.    A true and correct copy of my professional resume is attached hereto as <u>Annex 1</u> and is incorporated herein by reference. I am the professional at SC&H primarily responsible for managing work on the Trustee's case.

6.    Based on my and SC&H's extensive experience in providing consulting and advisory services in connection with mergers and acquisitions, I believe that SC&H is well qualified to act as the Trustee's consultant and advisor in conjunction with a sale of the Company's assets and that SC&H will allow the Trustee to obtain the highest and best price for the Company's assets, which will benefit all creditors.

7.    SC&H and its professionals have assisted and advised numerous financially troubled companies from a variety of industries in complex financial restructurings, both out of

court and in chapter 11 cases. SC&H's professionals have been retained in numerous large, complex chapter 11 cases, including, among others: *In re Humanigen, Inc.*, 1:24-10003-BLS (Bankr. D. Del. January 31, 2024); *Quality Heating & Air-Conditioning Co., Inc.,* 1:23-10354 (Bankr. D. Del. March 27, 2023); *Astech Engineered Products, Inc.*, 1:22-bk- 10635 (Bankr. D. Del. Jul. 15, 2022), *E-Box, LLC*, 2:22-bk-23526 (Bankr. W.D. Tenn. Aug. 23, 2022), *Glen Hope Harbor, Inc.*, 1:22-bk-10146 (Bankr. W.D. Tex. Mar. 7, 2022), *CCX, Inc.*, 1:22-bk-10252 (Bankr. D. Del. Mar. 27, 2022).

### SC&H'S Disinterestedness

8.      In connection with its retention by the Debtor, SC&H undertook to determine whether SC&H, its principals and professionals (a) have any connection with the Debtors, their affiliates, their creditors or any other parties in interest in these Chapter 11 Cases or (b) have an interest adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders.

9.      To check potential connections with the Debtors and other parties in interest in these Chapter 11 Cases, SC&H has searched a database containing the names of all clients that have paid SC&H to determine whether it had any relationship with the entities identified by the Trustee as potential parties in interest listed on <u>Annex 2</u> hereto (the "<u>Potential Parties in Interest</u>"). To the extent that this inquiry has revealed that any Potential Parties in Interest are currently or were former clients of SC&H within the past 3 years, those parties have been identified on a list (the "<u>Client Match List</u>"), annexed hereto as <u>Annex 3</u>.  Through the information generated from the aforementioned inquiry and through follow up inquiries to SC&H professionals responsible for certain clients listed on the Client Match List, SC&H has determined that its representation of the clients on the Client Match List, if any, concerned matters unrelated to the Debtors.

10. SC&H will not hold a prepetition claim against the Debtors for services rendered to, or expenses incurred prior to the Petition Date.

11. As part of its diverse operations, SC&H is involved in numerous cases, proceedings, and transactions involving many different attorneys, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in these Chapter 11 Cases. Further, SC&H has in the past, and may in the future, advise and/or be represented by several attorneys, law firms and other professionals, some of whom may be involved in these Chapter 11 Cases. Finally, SC&H has in the past, and will likely in the future, be working with or against other professionals involved in these Chapter 11 Cases.

12. Based upon the foregoing, I believe that SC&H is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtor or its estates. If this Court approves the proposed engagement of SC&H by the Trustee, SC&H will not accept any engagement or perform any service for any entity or person other than the Trustee in connection with these Chapter 11 Cases.

13. If any new relevant facts or relationships are discovered or arise during the pendency of these Chapter 11 Cases, SC&H will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration as required by Bankruptcy Rule 2014.

14. Except as otherwise set forth herein, to the best of my knowledge, information, and belief, neither SC&H nor any employee of SC&H, including myself, (i) is a creditor, equity security holder or an insider of the Debtors or (ii) is or was, within two years before the Petition Date, a director, officer, or employee of any of the Debtors. In addition, none of the SC&H

professionals expected to assist the Debtor in these Chapter 11 Cases are related or connected to any United States Bankruptcy Judge for the District of Delaware (the "U.S. Trustee"), or any person employed in the office of the U.S. Trustee.

## Services to be Provided

15.     The terms and conditions of the Engagement Agreement were negotiated in good faith and reflect the Trustee's and SC&H's mutual agreement as to the services to be performed in this engagement.   Under the Engagement Agreement, in consideration for the compensation contemplated therein, SC&H has provided and agreed to continue to provide the consulting and advisory services as set forth in the Engagement Agreement, which are accurately summarized in the Application.

## Professional Compensation

16.     The Fee and Expense Structure set forth in the Application is consistent with SC&H's typical fee for work of this nature. The fees are set at a level designed to compensate SC&H fairly for the work of its professionals and assistants and to cover fixed and routine overhead expenses.

17.     The Fee and Expense Structure is comparable to those generally charged by investment banking firms of similar stature to SC&H and for comparable engagements, both in and out of court, and reflects a contingency amount tied to the consummation and closing of a transaction as contemplated in the Engagement Agreement.

18.     The Engagement Agreement was negotiated at arm's length and in good faith, and I believe that the provisions contained therein are reasonable terms and conditions of SC&H's employment by the Trustee. With respect to the Engagement Agreement's indemnification provisions, unlike the market for other professionals that a trustee or committee may retain, indemnification is a standard term of the market for financial advisors and investment bankers.

The indemnity, moreover, is comparable to those generally obtained by investment banking firms of similar stature to SC&H and for comparable engagements, both in and out of court

19.    It is not the general practice of investment banking firms to keep detailed time records similar to those customarily kept by attorneys. SC&H's restructuring professionals, when formally retained in a chapter 11 case, and when required by local rules, do, and in this case will, keep time records in one hour increments describing their daily activities and the identity of persons who performed such tasks. SC&H will also supplement this information with a list of the non-restructuring professionals who assist the restructuring department on this matter but who do not, as a matter of general practice, keep records in the same manner.

20.    As more fully described in the Engagement Agreement, in consideration of the services provided, SC&H and the Trustee have agreed to the following terms of compensation and reimbursement:

a.    **Initial Fee**. There is no initial fee.

b.    **Monthly Advisory Fees**. In addition to the other fees described herein and set forth in the Engagement Agreement, the Trustee shall be obligated to direct, and the Company shall be obligated to pay, SC&H a monthly nonrefundable cash fee of $25,000.

c.    **Sale Transaction Fee**. At the closing of a Transaction, the Trustee shall direct the Company to pay SC&H a transaction fee (the "Transaction Fee") based on Total Consideration (as defined below). The Transaction Fee shall be the amount resulting from applying the following formula to the Total Consideration:

i.    In the event that a sale is completed, a fee (the "Sale Fee") to be paid upon the closing of sale equal to the greater of $600,000 (the

"<u>Minimum Transaction Fee</u>") or the sum of: up to and including $50 million, 2%; and greater than $50 million but less than $60 million, 1%; and greater than or equal to $60 million, 3%.

d. **Expenses**. Whether or not any Transaction is consummated, the Trustee will direct the Company to pay all of SC&H's reasonable out-of-pocket expenses (including document and presentation material expenses, travel and lodging, telecommunications, outside research and database charges, delivery charges, and other such out-of-pocket expenses) incurred in connection with this engagement. Reimbursement for such expenses shall be paid to SC&H by the Company within ten days of invoicing by SC&H.

21.     Further, because the Trustee is seeking to retain SC&H under section 328(a) of the Bankruptcy Code, the Trustee requests that, except with respect to the U.S. Trustee and in recognition of the practice in this District, SC&H's compensation and expense reimbursements not be subject to any standard of review other than section 328(a) of the Bankruptcy Code (for the avoidance of doubt, except with respect to the U.S. Trustee, SC&H's fees and expenses would not be subject to review under section 330 of the Bankruptcy Code).

22.     In addition, SC&H will be reimbursed for the reasonable out-of- pocket expenses incurred in connection with this assignment, such as travel, lodging, local transportation, reasonable working meals, duplicating, messenger and other delivery fees, telephone and internet charges.

23.     Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable procedures and orders of the Court, SC&H will seek from the Trustee, through the Company,

payment for compensation, and reimbursement of actual and necessary expenses incurred by SC&H. SC&H's fee and expense structure, including its customary rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement, is set forth above and in the Application. SC&H's rates are adjusted periodically, typically on an annual basis.

24.     To the best of my knowledge, (i) no commitments have been made or received by SC&H with respect to compensation or payment in connection with these Chapter 11 Cases other than in accordance with applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, and (ii) SC&H has no agreement with any other entity to share with such entity any compensation received by SC&H in connection with these Chapter 11 Cases.

25.     Additionally, as part of the overall compensation payable to SC&H under the terms of the Engagement Agreement (as defined in the Application), the Trustee shall be obligated to direct the Company to pay certain contributions and reimbursements to, SC&H in accordance with the terms and conditions set forth in the Engagement Agreement (such provisions, collectively, the "Indemnification Provisions"). I believe that the Indemnification Provisions are customary and reasonable terms of consideration for financial advisors such as SC&H in connection with in-court and out-of-court restructuring engagements. SC&H negotiated the Engagement Agreement, including the fee and expense structure and the Indemnification Provisions, with the Trustee in good faith and at arms-length.

**No Duplication of Services**

26.     SC&H has used and will continue to use reasonable efforts to coordinate with the Trustee and other retained professionals to avoid unnecessary duplication of services in these Chapter 11 Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 4, 2024          */s/ Kenneth W. Mann*
                                                    Kenneth W. Mann (Managing Director of SC&H Group Inc.)

## <u>ANNEX 1</u>

**Resume of Kenneth W. Mann**

SC&H is an investment banking firm that provides going concern solutions (debt, equity, entirety sale) to distressed businesses, as well as ESOPs, valuations, and M&A for healthy companies. The Special Situations Team at SC&H Capital was formerly known as Equity Partners, Inc., and joined SC&H in January of 2020. That group has completed more than 600 special situations transactions, including 300+ in 74 bankruptcy court districts. We have testified at many sale hearings in bankruptcy courts. Today, in addition to the Equity Partners team, the group consists of professionals with extensive relevant M&A experience with firms such as Stifel, Focal Point, B. Riley, Livingstone, SSG, and Stout Risius.

**Ken Mann, Senior Managing Director**

Ken was a partner with Equity Partners since '95, its leader since '02. Since 2020, he has been the practice leader and Managing Director at SC&H Capital. He has personally handled investment-banking services for hundreds of companies in a host of industries including e-commerce, metal fabrication, plastics manufacturing, food processing, furniture manufacturing, textiles, building products manufacturers, wholesale distribution, hotels, and technology companies to name a few. He has served as a bid examiner in a Chapter 11 sale process and has testified as an expert on numerous occasions in courts, and more than 100 times in support of transactions. On the topics of bid procedures, maximizing value in a distressed sale, Section 363 versus a plan, how investment bankers can coexist with financial advisors, and others, Ken has been a frequent speaker at Turnaround Management Association, American Bankruptcy Institute, Florida Bar, Association of Insolvency and Restructuring Advisors, and Mississippi Bankruptcy Conference events, among others, and has been an author for the American Bankruptcy Institute and various secured lender trade publications. The firm and its professionals have won numerous industry awards, including Ken Mann being named the M&A Advisor's "Distressed M&A Dealmaker of the Year" and a "Top 100 Restructuring Professional".

Prior to joining Equity Partners, Ken had a broad base of experience, including selling small initial public offerings as a licensed investment banker for a Wall Street firm; providing public relations services to major corporations and government agencies; serving as a VP of Sales for a company with multiple offices and 50 sales reps; and serving as an independent marketing consultant to 200 distributors and manufacturers and media outlets. He has also owned and exited from several successful small businesses. Ken graduated with honors from Salisbury University with a B.S. in Business Administration, Marketing Concentration. He passed the Series 7 and 63 (investment banking) licensing exams in 1989, currently maintains a Series 79 license, has been a licensed real estate agent since 2008, and has completed hundreds of hours of continuing education regarding the sale of commercial real estate and investment banking, as well as hundreds of hours of continuing education regarding business bankruptcy matters through the American Bankruptcy Institute over 30 years of conference participation. He currently serves on the board of directors and finance committee for the ABI.

## <u>ANNEX 2</u>

**Potential Parties in Interest**

**Parties In Interest List**

**Debtors**

Epic! Creations, Inc.
Neuron Fuel, Inc.
Tangible Play, Inc.

**Debtors' Other Names**
Byju's Inc.
StoryMagic
Codr Inc.
Tynker
Osmo

**Debtors' Affiliates**
BYJU's Alpha Inc.
BYJU's Pte. Ltd.
Great Learning Education Pte. Ltd.
Think & Learn Pvt Ltd.
Whitehat Education Technology LLC
Whitehat Education Technology Pvt. Ltd.

**Officers and Directors**
Timonthy R. Pohl

**Chapter 11 Trustee**
Claudia Springer

**Trustee Professionals**
Quinn Emanuel Urquhart & Sullivan, LLP
Jenner & Block LLP
Pashman Stein Walder Hayden, PC
Novo Advisors LLC

**Litigation Parties**
BYJU's Alpha, Inc.
Camshaft Capital Advisors, LLC
Camshaft Capital Fund, LP
Camshaft Capital Management, LLC
Riju Ravindran
Tangible Play, Inc.

**Lender's and Agent's Professionals**
Kirkland & Ellis LLP
Reed Smith LLP

**Litigation Paty's Professionals**
Kasowitz Benson Torres LLP
Hogan Lovells

**Bankruptcy Judges and Staff and the Office of the United States Trustee**
Amanda Hrycak
Ashley Chan
Brendan L. Shannon
Cacia Butts
Craig T. Goldblatt
John T. Dorsey
Karen B. Owens
Kate Stickles
Laurie Selber
Mary F. Walrath
Stacey Drechsler,
Thomas B. Horan
Una O'Boyle
Andrew R. Vara
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Elizabeth Thomas
Fang Bu
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Jonathan Lipshie
Jonathan Nyaku
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch

Timothy J. Fox, Jr.

**Miscellaneous Parties**
GLAS Trust Company LLC
Conscious Content Media, Inc. dba Begin.
Texas Comptroller of Public Accounts

**Lenders**
Ares Dynamic Credit Allocation Fund, Inc.
Ares Enhanced Credit Opportunities Fund B, Ltd.
Ares Enhanced Credit Opportunities Fund II Ltd.
Ares Institutional Loan Fund, LP
Alphabet Capital US II LLC - Fidelity
Ares L CLO LTD
Ares LI CLO Ltd
Ares LII CLO LTD
Ares LIII CLO Ltd
Ares LIV CLO LTD
Ares LIX CLO LTD
Ares Loan Funding I, Ltd.
Ares LV CLO LTD
Ares LVI CLO LTD
ARES LVII CLO LTD
Ares LVIII CLO LTD
ARES LX CLO LTD
Ares LXI CLO Ltd.
Ares LXII CLO LTD
Ares LXIV CLO LTD
Ares Multi-Asset Credit Strategies Fund LP
Ares XLI CLO Ltd
Ares XLIII CLO Ltd
Ares XLIV CLO LTD
Ares XLIX CLO Ltd
Ares XLV CLO LTD
Ares XLVI CLO LTD
Ares XLVII CLO LTD
Ares XLVIII CLO LTD
Ares XXVII CLO LTD
ARES XXVIIIR CLO LTD
Ares XXXIIR CLO Ltd
Ares XXXIR CLO LTD
Ares XXXIV CLO LTD
Ares XXXIX CLO Ltd
Ares XXXVII CLO Ltd
Ares XXXVIII CLO Ltd
Ares XXXVR CLO LTD

Bank of America, N.A.
BLUE HIAWATHA DD3 LLC
Blue Hiawatha LLC
California State Teachers' Retirement System
Cardinal Fund, L.P.
CION Ares Diversified Credit Fund
Continental Casualty Company
CQS Alternative Credit Fund, a sub-fund of CQS Global Funds (Ireland) p.l.c
CQS Brunel Multi Asset Credit Fund, a sub-fund of CQS Global Funds (Ireland) plc
CQS Credit Multi Asset Fund, a sub-fund of CQS Global Funds (Ireland) plc
Crestline Denali CLO XIV, Ltd.
Crestline Denali CLO XV, Ltd.
Crestline Denali CLO XVI, Ltd.
Crestline Denali CLO XVII, Ltd.
D.E. Shaw Galvanic Portfolios, L.L.C.
Denali Capital CLO XII, Ltd.
Deutsche Bank AG, London Branch
Diameter Dislocation Master Fund II LP
Diameter Dislocation Master Fund LP
Diameter Master Fund LP
DoubleLine Income Solutions Fund
DoubleLine Opportunistic Credit Fund
DoubleLine Yield Opportunities Fund
Ellington CLO III Ltd
Ellington Special Relative Value Fund LLC
FIAM Floating Rate High Income Commingled Pool
FIAM Leveraged Loan LP
Fidelity Advisor Series I - Fidelity Advisor Floating Rate High Income Fund
Fidelity Central Investment Portfolios LLC Fidelity Floating Rate Central Fund
Fidelity Floating Rate High Income Fund
Fidelity Floating Rate High Income Multi-Asset Base Fund
FIDELITY INCOME FUND-FIDELITY TOTAL BOND FUND
Fidelity Inflation-Focused Fund
Fidelity Merrimack Street Trust: Fidelity Total Bond ETF
Fidelity Qualifying Investor Funds Plc
Fidelity Salem Street Trust: Fidelity SAI Total Bond Fund
Fidelity Summer Street Trust - Fidelity Series Floating Rate High Income Fund
Fir Tree Capital Opportunity Master Fund III, LP
Florida Power & Light Company Qualified Decommissioning Trusts for Turkey Point and St.
Lucie Nuclear Plants
HG Vora Special Opportunities Master Fund
Gamstar (US) V Pte. Ltd.
Gamstar (US) VI Pte. Ltd.
HGV BL SPV, LLC
HPS Loan Management 10-2016, Ltd
HPS Loan Management 11-2017, Ltd.

HPS Loan Management 12-2018, Ltd.
HPS Loan Management 13-2018, Ltd.
HPS Loan Management 14-2019, Ltd.
HPS Loan Management 15-2019, Ltd.
HPS Loan Management 2013-2, Ltd.
HPS Loan Management 2021-16, Ltd.
HPS Loan Management 3-2014, Ltd.
HPS Loan Management 4-2014, Ltd.
HPS Loan Management 5-2015, Ltd.
HPS Loan Management 6-2015, Ltd.
HPS Loan Management 8-2016, Ltd
HPS Loan Management 9-2016, Ltd.
HPS Mauna Kea Fund, L.P
IG Mackenzie Floating Rate Income Fund
iMGP Alternative Strategies Fund (aka PartnerSelect Alternative Strategies Fund)
India Credit Solutions, L.P.
Institutional Credit Fund Subsidiary LP
JNL Multi-Manager Alternative Fund
JNL/Fidelity Institutional Asset Management Total Bond Fund
JPMorgan Chase Bank, N.A.
Mackenzie Floating Rate Income ETF
Mackenzie Floating Rate Income Fund
Mercer QIF Fund plc (in respect of Mercer Multi-Asset Credit Fund)
Midtown Acquisitions L.P.
Morgan Stanley Senior Funding Inc
NPB Manager Fund, SPC. Segregated Portfolio 103
Redwood Drawdown Master Fund III, LP.
Redwood Master Fund, Ltd
REDWOOD OPPORTUNITY MASTER FUND, LTD
Renaissance Floating Rate Income Fund
RiverNorth DoubleLine Strategic Income Fund
RiverNorth DoubleLine Strategic Opportunity Fund, Inc.
SDP Flagship Master Fund LP
Seattle City Employees' Retirement System
SEI Global Master Fund plc - The SEI High Yield Fixed Income Fund (Benefit St)
SEI Institutional Investments Trust - High Yield Bond Fund (Benefit St)
SEI Institutional Managed Trust - High Yield Bond Fund (Benefit St)
Shawnee 2022-1 LLC-Warehouse
Silver Point Finance LLC
SPCP GROUP, LLC
SPCP Institutional Group LLC
Stonehill Institutional Partners LP
Stonehill Master Fund Ltd
Strata CLO II, Ltd.
TBK Bank, SSB
TACF Institutional Credit Master Fund LP

U.S. High Yield Bond Fund (Benefit Street)
Variable Insurance Products Fund: Floating Rate High Income Portfolio
TACF Institutional Credit Master Fund LP
TOR Asia Credit Opportunity Master Fund III LP
Veritas Capital Credit Opportunities Fund II SPV, L.L.C.
Veritas Capital Credit Opportunities Fund SPV, L.L.C.
White Granite LLC
ZALICO VL Series Account-2

**Banks**
JP Morgan Chase & Co.
Silicon Valley Bank, a division of First-Citizens Bank & Trust Company
Webster Bank, N.A.
Wells Fargo Bank, N.A

**Former Equity Holders**
A&Q Metric SPC – Fir Tree Opportunistic II SP- UBS
Aarin Capital Partners (Mauritius)
Alkeon Group
Antara Capital Master Fund LP
Arison Holdings (1998) Ltd.
ARK NCORE Edutech 1 Former Equity Holder
Asmaan Ventures
B Capital Asia
Baron Funds
Bearnaise Lux S.C.Sp./Vitruvian Partners
Benett Coleman & Co
Beta Oryx Limited
BlackRock
Bond Capital Asia Holdings Ltd
BrokerCredit Service Structured Products PLC
BSP India Edtech LLC
Byju Raveendran
Byjus Time Capital Advisors LP
Chan Zuckerberg Mauritius
Disruptive Technology Solutions XXXV, LLC
Divya Gokulnath
DST Global
Edelweiss Funds
Epic Creations Aggregator
ESOP/MSOP
Footpath Ventures
General Atlantic Singapore TL PTE Ltd
GenGlobal Bright Corp
Geogebra GmBH Erstwhile Shareholders
Great Learning Erstwhile shareholders

GSV BY, L.P.
Hello English Ertswhile Shareholders
IIFL Special Opportunities Fund
International Finance Corporation
Internet Fund V Pte Ltd (Tiger Global)
Lightspeed India Partners
Maitri EdTech Special Opportunities Fund LLC
MC Global Edtech Investments Holdings LP
MIH Edtech Investments B.V. (Naspers)
Mirae Asset - Naver Asia Growth Investment Pte. Ltd
Mrinal Mohit
Neuron Aggregator Holding Trust
Olayan Investments Singapore Pte. Ltd
Osmo Ertswhile shareholders
Owl Ventures
Phoenix Rising – Beacon Holdings, LLC
Proxima Beta Pte Limited (Tencent)
QIA
Ranjan Pai and related parties
Riju Ravindran
Sands Capital Global Innovation Fund-Cayman Ltd
Sequoia Capital
SLP Beta Holdings Cayman Ltd (Silverlake)
Smash Beta SPV I
Sofina SA
Sonal Gala
T. Rowe Price
Tarsadia
The Prudential Assurance Company Ltd (M&G)
Times Internet
Toppr Ertswhile shareholders
Trilegal
Verition Multi-Strategy Master Fund, Ltd.
Verlinvest SA
XN Exponent Holdings Ltd.
Zoom Founder Family Office

**Additional Names as of October 7, 2024**

**Publishers**
ABDO
ABRAMS (Harry N. Abrams, a company of La Martiniere Group)
Akashic Books
Amar Chitra Katha Pvt. Ltd.
Amicus Publishing
Andrews McMeel Publishing, LLC
Annick Press, Ltd.
Arbordale Publishing, LLC
Archie Comic Publications, Inc.
Arte Público Press--University of Houston
Astra/Kane Press/Thinkingdom/Boyds Mills/Toon
August House, Inc.
Babl Books
Badger Publishing Ltd.
Barefoot Books, Inc.
Barron's Educational Series Inc.
Bayard Canada Livres, Inc.
BeachHouse Publishing, LLC
Beaming Books
Bearport Publishing Company, Inc.
Bearport Publishing Company, Inc. Perpetual
Beijing Caterpillar Books
Beijing Yutian Hangeng Books Co. Ltd (UTOP)
Beijing Yutian Hanfeng Books (UTOP)
Bellwether Media, Inc.
Berbay
Black Rabbit Books
Blue Apple
Blue Door Education
BlueWater (StormFront Entertainment)/ (originally signed under "Cosmic Ray Gun"
Bonnier Books UK Inc.
BookStaves
Boxer Books
BrambleKids, LTD
Brickhouse Education (aka Cambridge BrickHouse, Inc.
Britannica Digital Learning, a division of Encyclopaedia Britannica, Inc.
Bunker Hill Publishing
Candlewick Press
Capstone (Coughlan Companies, Inc. dba Capstone)
Cardinal Publishers Group
Carus Publishing Company d/b/a Cricket Media
Charlesbridge Publishing, Inc.
Child's Play

Chouette Publishing, Inc.
Chronicle Books
CIDCLI, S.C.
Cider Mill Press
Cinco Puntos Press, Inc. (Lee & Low)
Clavis
Clever Media Group, LLC
Cornell Lab Publishing Group (Phoenix St. Claire Publishing, LLC for both Cornell and Persnickety Press imprints)
Cottage Door Press
Crabtree Publishing
Creative Company, The (including Amicus, Black Rabbit, Bookstaves)
Creston Books
Crow Cottage (Brain Warp Studios)
Cuento De Luz
David R. Godine, Publisher
Dawn Publications (Sourcebooks)
Delta Publishing
De Marque
Digital Publishing Company Ltd, Guangdong Provincial Publishing
Disney Licensed Publishing (Disney Book Group)
Dolphin Books
Dover Publications (Research and Education Association)
Dreamscape Media, LLC
Easton Studio Press LLC
Eerdman's Books for Young Readers (Wm. B. Eerdmans Publishing)
Editions Cepages
Éditions Panda inc.
Editions Planete Rebelle
Fable Learning
Familius, LLC
Fast Pencil
Firefly Books LTD.
Fitzhenry & Whiteside
Flowerpot Press (Kamalu, LLC/dba Flowerpot Press)
Flying Start Books, LTD
Frederator Books, LLC
Free Spirit Publishing (Teacher Created Materials)
Full Cast Audio
GEMSER Publications, S.L.
Gibbs Smith
Goosebottom Books LLC
Gray Duck Creative Works
Great Dog Literary LLC
Groundwood Books Limited
Groupe Bayard/Bayard Presse

Guangdong Provincial Publishing Group (Digital Publishing Co. Ltd)
HarperCollins Publishers
HarperCollins Publishers UK
Harriet Ziefert Inc.
Heritage Builders, LLC
Highlights for Children
Holiday House
Houghton Mifflin Harcourt IP LLC (Carmen)
Houghton Mifflin Harcourt Trade Publishing
Igloo (PLACEHOLDER--See)
Immedium
Independent Publishers Group (IPG)
Inhabit Media (PLACEHOLDER
Insight Editions
JOY EDUCATION LTD.
Jumo Health USA, Inc. (Medikidz Inc.)
Jump! Library
Just Us Books, Inc.
Kaiken Publishing, LTD
Kaleidoscope Publishing, Inc.
Karadi Tales (India)
Kids Can Press Ltd
Language World Co., Ltd.
Lerner Publishing Group
Les 400 Coups
Lee & Low, Books, Inc.
Levine Querido
LittlePickle (Sourcebooks)
Listen & Live Audio, Inc.
Little Bee Books, Inc.
Little Libros, LLC
Live Oak Media (ABRA Media dba Live Oak Media)
Liyan Books Co. Ltd.
Liyan Books
Macmillan (Holtzbrinck Publishers LLC)
Macmillan Children's Publishing Group
Magination Press
Mason Crest (an imprint of National Highlights Inc.)
Midpoint Trade Books
Mims House (IPG)
Mitchell Lane Publishers, Inc.
National Geographic Society
Naxos of America, Inc.
No Starch Press, Inc.
Nobrow, Limited (also Flying Eye Books)
Nomad Press

North South Books
North Star Editions, Inc.
Norwood House Press, Inc.
Oasis Audio, LLC
Oni-Lion Forge Publishing Group, LLC
Open Road
Orca Book Publishers
Owlkids Books, Inc.
Pajama Press, Inc.
Pangea
Papercutz
Peachtree Publishers
Pearson Education
Petra
Pickle Yolk Books (India)
Pippin Properties, Inc.
Purple Toad Publishing, Inc.
Quarto Group
Quirk Books
Rabbit Ears
Readers to Eaters
Reagent
Rebel Girls, Inc. (Timbuktu)
Red Chair Press
Red Heart Books
RoadRunner Press, The LLC
Rourke Educational Media
Saddleback Educational
Scholastic Inc. (audio)
Second Story Press
Sesame Workshop
Simon & Schuster
Sinolingua
Sinolingua Co., LTD,
Sky Horse Publishing
Sleeping Bear Press/Cherry Lake
Sourcebooks, Inc. (Little Pickle Press & Dawn)
Star Bright Books
StarWalk Kids Media (Seymour Science)
Streamline Brand Associates, Inc.
SupperTime Entertainment (L & G Creative Resources Inc. dba SupperTime Entertainment)
Tanglewood Publishing Inc.
Teacher Created Materials
The Child's World, Inc.
The Creative Company
The Jim Henson Company

The Happy Hollisters (The Svenson Group dba The Happy Hollisters)
The New York Review of Books (NYREV, Inc. dba The New York Review of Books)
The Rosen Publishing Group
Thomas Jeunesse
Tiger Tales
Tilbury House
Toon Books
Tournez Le Page
Trajectory, Inc.
Tulika (India)
Twin Sisters IP
Vearsa (ePub Direct)
Vishv Books - Delhi Press
Weston Woods Studios (Scholastic)
What on Earth
Winfortune Cultural Enterprise Co., Ltd.
Winfortune Cultural Enterprise
Wisconsin Historical Society Press
Workman Publishing Co. Inc. (see also Storey, Timber)
Xinjiang Juvenile Publishing House
Xist (Buy More)
Zhejiang Youjia Shaoer
Zhengdiang Youjia Shaoer
Zuckerberg Media, Inc.

**Additional Names as of October 8, 2024**

**Employees**
Abhishek Maheshwari
Anil Goel
Anita Kishore
Arjun Mohan
Atit Mehta
Brahmanand
Brijesh Patel
Byju Raveendran
Deepak Bunde
Dev Roy
Dharmesh Gandhi
Divya Gokulnath
Jiny Thattil
Jiny Thattil
JP Schuerman
Krishna Vedati
Majid Yazdani
Manil Gupta
Mark Solomon
Pravin Prakash
Puneet Bhirani
Rajarshi Ghosh
Ranjit Radhakrishnan
Richard Lobo
Riju Ravindran
Rohit Bhardwaj
Siddhesh Joglekar
Sriram Ganesh
Teri Rousseau
Vidhya Lakshmi
Vipan Joshi
Yuvan Prasanth Ve

**Think & Learn Investors**
A&Q Metric SPC
Aakash Educational Services
Aarin Capital
Abu Dhabi Developmental Holding Company PJSC (ADQ))
Accel Investors 2014 LLC
Alkeon Capital
Alteria Capital India Fund
Antara Capital Master Fund LP

Arison Investments
ARK Ncore
Asas Tech Opportunities LLC
Asmaan Ventures
Axevil Capital
B Capital Asia III LLC
Baron Emerging Markets Fund
Beacon Holding
Bearnaise Lux S.C.sp.
Bennett Coleman and Company Limited
Beta Oryx Limited
Bin Yuan
BlackRock
Blackstone GroupADQ
Bond Capital Asia Holdings Limited
Boundary Holding
BrokerCreditService Structured Products PLC
BSP India Edtech LLC
Byju Family Members and Associates
Byjus Investments Private Limited
Byjus Time Capital Advisors LP
Chan Zuckerberg Initiative
Collab Sesame, LLC
Copford Ed India, LLC
CPP Investments
Davidson Kempner
DIC Company Limited
Disruptive Technology Solutions XXXV, LLC
DST Asia VII
DST Global
Edelweiss.vc
Eight Roads Investments Mauritius II Limited
Epic Creations Aggregator
Eric Yuan
FH Learn LLP
Fir Tree Opportunistic II SP
Footpath Ventures SPV III LP
General Atlantic Singapore TL Pte Ltd.
GenGlobal Bright Corp.
GSV BY, LP
Helion Venture Partners India III LLC
Houghton Mifflin Harcourt Publishing Company
IFC Venture Capital Group
IIFL Finance
IIFL Special Opportunities Fund LLC
InnoVen Capital

International Finance Corporation
Jaws Ventures
K9 Ventures II, LP
Kaizen Private Equity II PTE LTD
Learn 2 Holdings LTD
Lightspeed India Partners
Lightspeed Venture Partners
LMK Holdings Ltd
Maitri EdTech Special Opportunities Fund
MarketX Ventures
Matrix Benefit Trust
Mattel Ventures, US Inc.
MC Global Edtech Investment Holdings
MIH Edtech Investments B.V.
Mirae Asset
Northwood Ventures
Olayan Investments Singapore PTE LTD
Owl Ventures
Oxshott Capital Partners
Peak XV Partners
Phoenix Rising Investments
Prosus & Naspers
Proxima Beta PTE Limited
Prudential Assurance Company Ltd.
Qatar Investment Authority
Quatar Investment Authority
Roy Yua Children's Trust
Sands Capital Ventures
SCHF PV Mauritius Limited
SCI Investments V
Sequoia India Investments IV
Shea Ventures Opportunity Fund II, LP
Silver Lake
SLP Beta Holdings Cayman Ltd
Sofina
SquareOne Capital
StartX Fund, LLC
Sumeru Ventures
SWFI
T. Rowe Price
Tarsadia Investments
TCDS India LP
Tencent
The Founders Coner, LP
Tiga Investments
Tiger Global Management

Time Capital
Times Internet
UBS
UCFI Holdco LLC
Upfront IV, LP
US Global Holdings LTD
Verition Fund Management
Verlinvest S.A.
Vitruvian Partners
Volta Circle
XG Ventures, LLC
XN Exponent Holdings Ltd.
Yuan and Zhang Revocable Trust
Zheng Yuan

**<u>Flat Fee License Holders</u>**

Steve Rotfeld Productions
9 Story Media Group
A Kid Explains History
ABDO Publishing
Abrams
Abrams (Wimpy Kid)
Adam Marshall
Addition Digital Strategies
Adventure Family Journal
Akashic Books
Amanta Co., Ltd.
Amar Chitra Katha
Andrews Mcmeel Publishing
Andrews McMeel Video
Andy Capp
Anibrain
Animal Wonders Inc.
Annick Press
Arbordale
Archie Comic Publications
Arte Publico Press
Astonishing Studios
Astra Publishing House
August House
Barefoot Books
Bari Koral, BKI Corp
Bayard Canada
Bayard Presse S.A.
BBC Earth.

BBC Studios Americas, Inc.
BeachHouse
Beaming Books
Bearport Publishing
Bearport Publishing distributed by JUMP
Become Elite
Beijing Caterpillar
Bellwether Media
Ben Hehn
Berbay Books
Big Word Club
Blue Apple Books
Blue Door Education
Blue Water Comics
Boclips
Boxer Books
Brainy Pixel Productions
Brainy Pixel Productions, LLC
Bramble Kids
BRICK 101
Brickhouse Education
Britannica
Brittany Adams
Bulb Holdings Inc
BYJUs Originals
Byju's Video
Canada Inc 10049735
Candlewick Press
Candlewick.
Capp00
Capstone Publishing
Captain Hobby
Cardinal Publishers Group
Catherine Swanson, Founder
Chad Johnson
Charlesbridge
Child's Play (International) Ltd.
Child's World
Chouette Publishing
Chouette Video
Chronicle Books
Cidcli
Cider Mill Press
Clavis Publishing
Clever Media Group
Columbus Zoo

Columbus Zoo and Aquarium
Common Core 4 Kids
Complexly
Conservation International
Cook With Amber
Cook With Amber LLC.
Cornell Lab Publishing Group
Cottage Door Press
Crabtree Publishing Company
Crash Course Kids
Creston Books
Crow Cottage
Cuento de Luz
Dance 'N' Culture Inc.
Dance 'N' Culture
Danny Joe's Tree House, LLC
Danny Weinkauf
Dave McDonald
Dave Pickett
David R. Godine
De Marque
Delta Publishing
Design Squad
Distribution360
Distribution360 Inc.
DM Creative
Dolphin Books：海豚出版社
Dover Publications
Dreamscape Media LLC
Dreamscape Media Video
DreamWorksTV
DWA Kids, LLC
EarthTree Media
Earthtree Media AS
Éditions Panda
eHow
eHow / Demand Media
Electric Monster Media
EM Investments I, LLC
Encyclopædia Britannica, Inc.
Encyclopaedia Britannica, Inc. Video
Epic Wildlife
Epic! Creations Inc.
Epic! Originals
Epic! Originals Video
Fabulous Lemon Drops

Familius
Fireflies: Musical Yoga for Kids
Firefly Books
Fitzhenry & Whiteside Limited
Flocabulary
Flowerpot Press
Flying Start Books
Frederator Books
Free Spirit Publishing
Full Cast Audio
GAPC Entertainment Inc.
GDPG Digital Publishing：广东省出版集团数字出版有限公司
Gemser Publications, S.L.
Gibbs Smith
Global Tinker
Global Tinker, Inc.
GO with YOYO
GoldieBlox, Inc.
Goosebottom Books
Gray Duck
Great Dog Literary
Groundwood Books
Groupe Bayard
Guinness World Records
H. Gagnon Distribution
H. Gagnon Distribution Inc.
Happy Hollister
Harper Collins #1
Harper Collins #2
HarperCollins old license (inactive)
HarperCollins Publishing..
Harriet Ziefert Inc.
Health Nuts Media
Health Nuts Media, LLC
Henson Company
Heritage Builders
HG Distribution
Hillary Seides
Holiday House
Houghton Mifflin Harcourt
Howdytoons
Howdytoons Productions Inc.
Igloo Books, a division of Bonnier Books UK
Imagine Create Media
Immedium
Inhabit Media

Insider Inc.
Insight Editions
IPG
Jaime Amor
Jared Owen
JENerationDIY
Jessica Honaker
JibJab Media Inc.
Jim Henson
Joy Education
Julie Gribble, NY Mediaworks
Julie Gribble,New York Media Works, LLC
Jumo Health USA, Inc.
JUMP
Jump with Jill
Just Us Books
Kaiken
Kaleidoscope Publishing, Inc.
Kamalu, LLC dba Flowerpot Press
Karadi Tales
Karadi Tales - Video
KARADI TALES COMPANY PRIVATE LIMITED
Kasper Borys
Katie Swanson, Founder
Kid Explorer
KidLit TV
Kids Academy
Kids Academy Company
Kids Can Press
KidsHealth
KidsHealth.org
Kika Imai (individual)
Kira Willey Productions, LLC
Knowledgemotion Ltd
KQED
KQED Deep Look
Kristie Reddick
Lee & Low Books
Lerner Publishing Group
Les Éditions Chouette (1987) Inc.
Let's Play Today, LLC
Levine Querido
Lil' Libros
Listen & Live
Little Bee Books
Little Monster Media Co.

Live Oak Media
Liyan Book Co.: 立言圖書有限公司
Luke Jacobs
Macmillan
Magination Press
Mark Crilley
Mark Lavery
Mason Crest
Matt Sheldon, Become Elite LLC
MDM Productions LLC
Media Animal TV
Merriam-Webster, Incorporated
Mims House
Mitchell Lane
Mocomi Kids
Monster Entertainment
Monster Entertainment Ltd.
Motiontellers, LLC
Music with Nancy
Mylemarks
Mylemarks LLC
Nancy Kopman
National Film Board of Canada
National Geographic
National Geographic Digital Media
National Geographic Partners, LLC.
National Geographic Video
NBC Universal
Neptune Studios
Neptune Studios, LLC
Niels Duinker
No Starch Press
NoBrow Press
Nomad Press
North Star Editions
NorthSouth
Norwood House Press
Note to Health, LLC
NUMBEROCK
NUMBEROCK, LLC
Oasis Audio
Oceanic Research Group, Inc.
Oceanic Research, Inc.
Oni-Lion Forge Publishing Group
Open Road
Open Road Integrated Media

Orca Book Publishers
Owlkids
Pajama Press
Panda Corner Corporation
Pangea
Papercutz
Peachtree Publishers
Peekaboo Kids / Rajshri Productions, Mumbai, India
Peppy Pals
Peppy Pals AB
Pickle Yolk Books
Pinkfong
Pippin Properties, Inc
Planetary Society
Portfolio Entertainment
Portfolio Entertainment Inc.
Purple Toad
QA Test Publisher 2
Quarto Group
Quirk Books
R Homayoon, LLC
Rabbit Ears Entertainment
Rabbit Ears Entertainment, LLC
Rabbit Ears Video
Rajshri
Readers to Eaters
Rebel Girls, Inc.
Rebel Girls, Inc. Video
Red Chair Press
Roadrunner Press
Rob's World
Rourke Educational Media
Sabbatical Entertainment
Sabbatical Entertainment LLC
Scholastic Audio
Scholastic, Inc
Science Fun
Science Insider
SciShow Kids
Scratch Garden
Second Story Press
Sesame Street
Sesame Workshop
Sesame Workshop Books
Shane DeRolf, Founder
Shoo Rayner

Sinolingua

Sinolingua：华语教学出版社

Skyhorse
Sleeping Bear Press
Smile and Learn
Smile and Learn Digital Creations, S.L
Smithsonian Enterprises
Smithsonian Magazine
Son of Hutch Pictures
Sourcebooks
StarBright Books
Steve Newberry, Topic Simple Inc.
Streamline Brand Associates, Inc.
SupperTime Entertainment
Talltanic
Tanglewood Publishing
Tavin's Origami
Teacher Created Materials
Teaching Without Frills
test publisher 2
The Bazillions
The Bug Chicks
The Creative Company
The Kiboomers
The Magic Crafter
The Nemours Foundation
The Pinkfong Company
The Planetary Society
The Rosen Publishing Group, Inc
The Secret Mountain
The Singing Walrus
The Singing Walrus Music Production
The Wild Adventure Girls
Thomas Jeunesse
Tilbury House
TIY Makers
TIY Makers Pvt. Ltd.
TMW Media
TMW Media Group, Inc
Tom Simek
Tony Darnell
Tracey Preston, Media Animal
Trajectory, Inc.
Troom Troom
Tulika Publishers
Twin Sisters IP, LLC.

Twin Sisters Video
twinsisters.com, LLC
Twist Animation
Unicorn Media LTD
Urban Geek Productions
Urban Geek Productions, LLC
UTOP: 禹田文化传媒
Vearsa
VideoElephant
Vishv Books
Vishv Books - Delhi Press
Wenfang: 文房（香港）出版公司
Weston Woods
Weston Woods Video
WGBH, Boston
WGBH, Boston
What On Earth Publishing
WildWorks
WildWorks Inc.
Wisconsin Historical Society
WNET 13
Wolf Weidner
Wonderscape
Workman
Xist Publishing
Xist Publishing Video
Yesterday's Zoo LLC DBA: BIG WORD CLUB
Yogapalooza
Zhejiang Juvenile and Children's Publishing House: 浙江少年儿童出版社
Zuckerberg Media Inc.

**<u>Litigant</u>**
Stripe, Inc.

## ANNEX 3

### Client Match List

A non-employee contractor for SC&H who may advise on this matter currently provides (independent of SC&H) oversight and advice to a non- SC&H client on matters that involve loans from that client to an individual that holds certain ownership stakes in Britannica, Inc., which owns Britannica Digital learning and Merriam-Webster, Incorporated.