## EXHIBIT A

**Murphy Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*,[1] | Case No. 24-11161 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: Jan. 22, 2025, at 10:00 a.m. ET**<br>**Objection Date: Dec. 20, 2024, at 4:00 p.m. ET** |

### DECLARATION OF CULLEN MURPHY
### IN SUPPORT OF THE APPLICATION OF THE CHAPTER 11 TRUSTEE FOR
### ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT
### AND RETENTION OF MOELIS & COMPANY LLC AS INVESTMENT
### BANKER AND FINANCIAL ADVISOR FOR THE SALE TRANSACTION
### OF EPIC! CREATIONS, INC. EFFECTIVE AS OF THE ENGAGEMENT DATE

I, Cullen Murphy, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an Executive Director at the investment banking firm of Moelis & Company LLC ("Moelis").

2. I am authorized to submit this declaration (the "Declaration") in support of the *Application of the Chapter 11 Trustee for Entry of an Order Authorizing and Approving the Employment and Retention of Moelis & Company LLC as Investment Banker and Financial Advisor for the Sale Transaction of Epic! Creations, Inc. Effective as of the Engagement Date* (the "Application").[2]

3. The facts set forth in this Declaration are based upon my personal knowledge, upon information and belief, or upon client matter records kept in the ordinary course

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Application.

of business that were reviewed either by me or other employees of Moelis under my supervision and direction.  If called and sworn as a witness, I could and would testify competently to the facts set forth herein.

### Moelis' Qualifications

4.      Moelis is an investment banking firm with its principal office located at 399 Park Avenue, 4th Floor, New York, New York 10022.  Moelis is a registered broker-dealer with the United States Securities and Exchange Commission and is a member of the Financial Industry Regulatory Authority.  Moelis was founded in 2007 and is a wholly owned subsidiary of Moelis & Company Group LP.  Moelis & Company Group LP, together with its subsidiaries, has approximately 1,200 employees with geographic locations in North and South America, Europe, the Middle East, and Asia.  Moelis & Company Group LP is a subsidiary of Moelis & Company, a public company listed on the New York Stock Exchange.

5.      Moelis provides a broad range of financial advisory and investment banking services to its clients, including:  (a) general corporate finance; (b) mergers, acquisitions, and divestitures; (c) corporate restructurings; (d) special committee assignments; and (e) capital raising.  Moelis and its senior professionals have extensive experience in the reorganization and restructuring of distressed companies, both out-of-court and in chapter 11 cases.  Moelis' business reorganization professionals have served as financial advisors and/or investment bankers in numerous cases, including:  *In re Express, Inc., et al.*, No. 24-10831 (KBO) (Bankr. D. Del. June 5, 2024); *In re Proterra*, No. 23-11120 (BLS) (Bankr. D. Del. Aug. 25, 2023); *In re TPC Grp. Inc.*, No. 22-10493 (CTG) (Bankr. D. Del. June 30, 2022); *In re MD Helicopters, Inc.*, No. 22-10263 (KBO) (Bankr. D. Del. May 6, 2022); *In re Knotel, Inc.*, No. 21-10146 (MFW) (Bankr. D. Del. Jan. 31, 2021); *In re Party City Holdco Inc., et al.*, No. 23-90005 (DRJ) (Bankr. S.D. Tex. Feb. 21, 2023); *In re Brazos Elec. Power*, No. 21-30725 (DRJ) (Bankr. S.D. Tex. Mar. 1, 2021);

*In re Talen Energy Supply, LLC*, No. 22-90054 (MI) (Bankr. S.D. Tex. July 26, 2022);  *In re Internap Technology Solutions Inc.*, No. 20-22393 (RDD) (Bankr. S.D.N.Y. May 5, 2020); *In re Rentpath Holdings*, Inc., No. 20-10312 (BLS) (Bankr. D. Del. Mar. 10, 2020); *In re Sanchez Energy Corp.*, No. 19-34508 (MI) (Bankr. S.D. Tex. Oct. 21, 2019); *In re Monitronics Int'l, Inc.*, No. 19-33650 (DRJ) (Bankr. S. D. Tex. Aug. 2, 2019); *In re Aegerion Pharmaceuticals, Inc.*, No. 19-11632 (MG) (Bankr. S.D.N.Y. July 10, 2019); *In re Aegean Marine Petroleum Network Inc.*, No. 18-13374 (MEW) (Bankr. S.D.N.Y. Feb. 20, 2019); *In re iHeartMedia, Inc.*, No. 18-31274 (MI) (Bankr. S.D. Tex. May 1, 2019); *In re Global A&T Electronics Ltd*, No. 17-23931 (RDD) (Bankr. S.D.N.Y. Feb. 26, 2018); *In re Cumulus Media Inc.*, No. 17-13381 (SCC) (Bankr. S.D.N.Y. Dec. 21, 2017); *In re Breitburn Energy Partners LP*, No. 16-11390 (Bankr. S.D.N.Y. July 20, 2016); *In re AOG Entm't, Inc.*, No. 16-11090 (SMB) (Bankr. S.D.N.Y. June 8, 2016); *In re Sabine Oil & Gas Corp.*, No. 15-11835 (SCC) (Bankr. S.D.N.Y. Sept. 11, 2015);  *In re Allied Nevada Gold Corp.*, No. 15-10503 (MFW) (Bankr. D. Del. April 15, 2015); *In re Eagle Bulk Shipping Inc.*, No. 14-12303 (SHL) (Bankr. S.D.N.Y. Sept. 19, 2014); *In re GSE Envtl., Inc.*, No. 14-11126 (MFW) (Bankr. D. Del. May 30, 2014); *In re MPM Silicones, LLC*, No. 14-22503 (RDD) (Bankr. S.D.N.Y. May 16, 2014); *In re MACH Gen, LLC*, No. 14 10461 (MFW) (Bankr. D. Del. Apr. 11, 2014); *In re Sbarro LLC*, No. 14-10557 (MG) (Bankr. S.D.N.Y. Apr. 7, 2014).[3]

6.      Moelis began advising Epic on potential strategic transactions prior to the commencement of these Chapter 11 cases.  Moelis was initially engaged as Epic's exclusive financial advisor in August 2023 in connection with a sale process. Moelis contacted over 118

---

[3]      Because of the voluminous nature of the orders cited herein, such orders are not attached to this Declaration. Copies of these orders are available upon request of the Debtors' proposed counsel.

parties as part of the sale process efforts and received 3 preliminary indications of interest from potential bidders.  The process was paused in March 2024 and these cases were filed in June 2024.

7.     Moelis was engaged as the Trustee's investment banker and financial advisor for the sale transaction of Epic on November 19, 2024 and has provided extensive services in connection with the sale process since then.

8.     As a result of its work with the Debtors pre-petition and the Trustee post-petition, Moelis has developed valuable institutional knowledge regarding the Debtors' businesses, operations, capital structure and other material information.  Accordingly, I believe Moelis is well-qualified to represent the Trustee in a cost-effective, efficient and timely manner.

### Services to Be Provided

9.     Subject to further order of the Court, and as set forth more fully in the Engagement Letter attached to the Order as **Exhibit 1**, in consideration for the compensation contemplated therein, Moelis has and will perform the following services the ("Services"), as requested, for the Trustee:[4]

   a.     assist the Trustee in reviewing and analyzing the results of Epic's operations, financial condition and business plan;

   b.     assist the Trustee in reviewing and analyzing any potential Sale Transaction;

   c.     assist the Trustee in negotiating any Sale Transaction;

   d.     advise the Trustee on its preparation of information memorandum for, a potential Sale Transaction (each, an "Information Memo");

   e.     assist the Trustee in contacting potential Acquirers that Moelis and the Trustee agree are appropriate, and meet with and provide them with the Information Memo and such additional information about Epic's assets,

---

[4]     The summary of the Engagement Letter in this Declaration is qualified in its entirety by reference to the provisions of the Engagement Letter.  To the extent there is any discrepancy between the summary contained herein and the terms set forth in the Engagement Letter, the terms of the Engagement Letter shall control. Capitalized terms used and not otherwise defined in this Declaration shall have the meanings ascribed to them in the Engagement Letter.

properties or businesses that is acceptable to the Trustee, subject to customary business confidentiality agreements;

f.      provide testimony, in the form of affidavits, declarations, and/or live testimony before the Bankruptcy Court, in connection with obtaining the Bankruptcy Court's approval of any Sale Transaction; and

g.      provide such other financial advisory and investment banking services in connection with a Sale Transaction as Moelis and the Trustee may mutually agree upon in writing.

10.      I believe these professional services are necessary to the Trustee's restructuring and sale efforts.  Further, if the Trustee requests that Moelis perform services not contemplated by the Moelis Engagement Letter, Moelis and the Trustee will agree, in writing, on the terms for such services and seek the Court's approval.  I believe that the employment of Moelis is important to enabling the Trustee to execute her duties as Trustee and to effectuate reorganization efforts.

**Professional Compensation**

11.      Moelis' decision to advise and assist the Trustee in connection with these chapter 11 cases is subject to its ability to be retained in accordance with its customary terms and conditions of employment, compensated for its services, and reimbursed for the out-of-pocket expenses it incurs in accordance with its customary billing practices, as set forth in the Engagement Letter.

12.      Moelis does not typically charge for its services on an hourly basis.  Instead, it customarily charges a monthly advisory fee plus an additional fee that is contingent upon the occurrence of a specified type of transaction.  The Engagement Letter follows this custom in the financial advisory and investment banking industry and sets forth the monthly and transaction-based fees that are to be payable to Moelis.

13.     As set forth more fully in the Engagement Letter, Moelis and the Trustee have agreed on the following terms of compensation and expense reimbursement (the "Fee Structure").  The Trustee, not individually but solely on behalf of the Estate, has agreed to pay Moelis the following nonrefundable cash fees:

i.   **Monthly Fee.**  During the term of the Engagement Letter, a fee of $150,000 per month (the "Monthly Fee"), payable in advance of each month. The Trustee will cause the Estate to pay the first Monthly Fee immediately upon the execution of the Engagement Letter, and all subsequent Monthly Fees prior to each monthly anniversary of the date of the Engagement Letter. Whether or not a Sale Transaction occurs, Moelis shall earn and be paid the Monthly Fee every month during the term of the Engagement Letters. 50% of the Monthly Fee shall be offset, to the extent previously paid, against the first Sale Transaction Fee (as defined below), provided that such crediting shall not reduce such Sale Transaction Fee payable to less than zero.

ii.   **Sale Transaction Fee.**  A transaction fee (the "Sale Transaction Fee"), payable promptly at the initial closing of a Sale Transaction, equal to the greater of (i) the Minimum Sale Transaction Fee (as defined below) and (ii) the Minimum Sale Transaction Fee plus an amount based on Transaction Value (as defined in *Annex A* to the Engagement Letter) as follows:

   a.   1.5% for the portion of Transaction Value between $150 million and $200 million; plus
   b.   3.0% for the portion of Transaction Value in excess of $200 million.

iii.   **Minimum Sale Transaction Fee**. A transaction fee (the "Minimum Sale Transaction Fee") of $2,000,000; provided, that, in the event that a credit bid is selected as the winning bid for a Sale Transaction (such Sale Transaction, a "Credit Bid Sale Transaction"), the Minimum Sale Transaction Fee shall be $1,500,000, regardless of whether a third party bid is received or not.

   In the event of a Credit Bid Sale Transaction, the applicable Transaction Value used to calculate the Sale Transaction Fee will be the Transaction Value of the highest binding third party bid that is deemed a "qualified bid" (as will be set forth in the bidding procedures to be approved by the Bankruptcy Court in connection with the Sale Transaction) received during the term of the Engagement Letter and the Sale Transaction Fee will be calculated at a 25% discount to the Sale Transaction Fee calculated based on such Transaction Value (provided however, that such Sale Transaction Fee shall not be lower than the Minimum Sale Transaction Fee).

14.     If, at any time prior to the end of the Tail Period,[5] the Trustee consummates any Sale Transaction or enters into an agreement or a Plan is filed regarding any Sale Transaction and a Sale Transaction is subsequently consummated, then the Estate shall pay Moelis the Sale Transaction Fee specified in Section 2(a) above immediately upon the closing of any such Sale Transaction(s). Moelis hereby agrees to waive any claims for any "tail" or similar fee arrangement that may be owed or come due under any prior engagement letter(s) with Epic and/or its affiliates.

15.     In addition to any fees payable to Moelis, the Estate will reimburse Moelis, whether or not a Sale Transaction is consummated, upon request for all of its expenses incurred (including related expenses incurred prior to the date of the Engagement Letter) in entering into and performing services pursuant to the Engagement Letter, including the reasonable costs of Moelis' legal counsel. Moelis agrees to provide the Trustee with reasonable support for its expenses at the Trustee's request or at the Bankruptcy Court's direction (without the need for such legal counsel to be retained as a professional in these Chapter 11 Cases and without regard to whether such legal counsel's services satisfy section 330(a)(3)(C) of the Bankruptcy Code).

16.     Moelis intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Trustee Guidelines, and any other applicable procedures and orders of the Court, including any order granting this Application (to the extent compliance is not waived) and consistent with the proposed compensation set forth in the Engagement Letter.

---

[5]     The "Tail Period" shall end 12 months following the expiration or termination of the Engagement Letter.

17.     However, because (a) it is not the general practice of investment banking firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys, (b) Moelis does not ordinarily keep time records on a "project category" basis, and (c) Moelis' compensation is based on a fixed Monthly Fee and fixed transaction fees, I respectfully request that only Moelis' professionals who advise or provide professional services to or on behalf of the Trustee be required to maintain records (in summary format) of the services rendered for the Trustee, including summary descriptions of those services, the approximate time expended in providing those services (in hourly increments) and the identity of the professionals who provided those services, consistent with its ordinary practice.  Moelis will present such records to the Court in its fee application(s).  Moreover, I respectfully request that Moelis' restructuring professionals not be required to keep time records on a "project category" basis, that its non-restructuring professionals and personnel in administrative departments (including legal) not be required to maintain any time records, and that we not be required to provide or conform to any schedule of hourly rates.  To the extent that Moelis would otherwise be required to submit more detailed time records for its professionals by the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Trustee Guidelines, or other applicable procedures and orders of the Court, I respectfully request that this Court waive such requirements.

18.     Moelis will maintain records in support of any actual, necessary costs and expenses incurred in connection with the rendering of its services in these Chapter 11 Cases.  In the event that Moelis seeks reimbursement for attorneys' fees during the term of these chapter 11 cases, Moelis will include the applicable invoices and supporting time records from such attorneys in Moelis' own applications, both interim and final.  Such invoices and time records will be subject to the approval of the Court under the standards of sections 330 and 331 of the Bankruptcy Code,

without regard to whether such attorneys have been retained under section 327 of the Bankruptcy Code and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code.

19.     I believe the Fee Structure is reasonable, consistent with, and typical of compensation arrangements entered into by Moelis and other comparable firms in connection with the rendering of similar services under similar circumstances, both in and out of bankruptcy proceedings.  I also believe that the Fee Structure reflects a proper balance between a fixed, monthly fee, and a contingency amount, which is tied to the consummation and closing of the transactions and services contemplated by the Trustee and Moelis in the Engagement Letter.  The Fee Structure is consistent with Moelis' normal and customary billing practices for cases of this size and complexity that require the level of scope and services outlined herein.  After discussions and arm's-length negotiations with the Trustee, I believe that the Fee Structure is reasonable, market based and designed to compensate Moelis fairly for its work.

20.     I understand that Moelis' strategic and financial expertise, as well as its capital markets knowledge, financing skills, restructuring capabilities and mergers and acquisitions expertise, some or all of which has and will be required by the Trustee during the term of Moelis' engagement, were all important factors in determining the Fee Structure.  I believe that the ultimate benefit of Moelis' services cannot be measured by reference to the number of hours to be expended by Moelis' professionals in the performance of such services.  Moelis and the Trustee have agreed upon the Fee Structure in anticipation that a substantial commitment of professional time and effort will be required of Moelis and its professionals in connection with these Chapter 11 Cases and in light of the fact that (a) such commitment may foreclose other opportunities for Moelis and (b) the actual time and commitment required of Moelis and its

9

professionals to perform its services under the Engagement Letter may vary substantially from week-to-week and month-to-month, creating "peak load" issues for Moelis.

**Indemnification, Exculpation, Contribution and Reimbursement of Moelis**

21.     As part of the overall compensation payable to Moelis under the terms of the Engagement Letter, the Trustee, not individually but solely on behalf of the Estate will indemnify and exculpate any and all Moelis Persons (as defined in the Engagement Letter), and pay certain contributions and reimbursements to, Moelis in accordance with the terms and conditions set forth in the Engagement Letter, including the annexes thereto (such provisions, collectively, the "Indemnification Provisions").   As set forth more fully therein, under the Indemnification Provisions, if any Moelis Person becomes involved in an becomes involved in any capacity in any Action (as defined in the Engagement Letter), the Trustee, not individually but solely on behalf of the Estate will reimburse such Moelis Person for the reasonable out-of-pocket costs and expenses (including counsel fees) of investigating, preparing for and responding to such Action or enforcing the Engagement Letter, as they are incurred.   The Trustee, not individually but solely on behalf of the Estate will also indemnify and hold harmless any Moelis Person from and against, and the Trustee each agrees that no Moelis Person shall have any liability to the Trustee, the Debtors or their affiliates, or their respective owners, directors, officers, employees, security holders or creditors for, any losses, claims, damages, expenses or liabilities (collectively, "Losses") (A)(i) related to the Trustee's actions or omissions (or the actions or omissions of the Debtors' officers, directors, employees and agents other than Moelis, but only to the extent such officers, directors, employees and agents are working at the direction of the Trustee) in connection with the Engagement Letter or the matters referred to therein, or (ii) related to or arising out of oral or written statements of omissions made or information provided by the Trustee or its agents in connection with the Engagement Letter or the matters referred to therein (including, without

limitation, all information in the Information Presentation and any other information provided by or on behalf of the Debtors to any Purchasers by or on behalf of the Debtors (which shall be deemed to include the Debtors public filings)), or (B) otherwise arising out of, related to or in connection with the Engagement Letter or Moelis' performance thereunder or any other services or advice the Trustee requests any Moelis Person to provide (in each case, including prior to the date of the Engagement Letter), except that this clause (B) shall not apply to Losses to the extent such Losses are finally judicially determined to have resulted primarily from the bad faith, willful misconduct or gross negligence of such Moelis Person.[6]

22.     I believe that the Indemnification Provisions are customary and reasonable terms of consideration for investment bankers and financial advisors such as Moelis in connection with in court and out of court restructuring activities.  Moelis negotiated the Engagement Letter, including the Indemnification Provisions, with the Trustee in good faith and at arm's length.

### No Duplication of Services

23.     The Trustee has applied, or expects to apply, to the Court to retain additional professionals in these Chapter 11 Cases.  Moelis is mindful of the need to avoid duplication of services and appropriate procedures will be implemented to ensure that there is minimal duplication of effort as a result of Moelis' retention as the Trustee's investment banker and financial advisor for the sale transaction of Epic in these cases.  Moelis will use its reasonable efforts to work cooperatively with the Trustee's other professionals to integrate any respective work performed by those professionals on behalf of the Trustee.

---

[6]     To the extent there is any inconsistency between the summary of the indemnification provisions set forth in this Application and the indemnifications set forth in Annex A to the Engagement Letter, the terms of the Engagement Letter shall control.

## **Moelis' Disinterestedness**

24.     Moelis has undertaken to determine whether it has any conflicts or other relationships that might cause it not to be eligible for employment by the Trustee in these cases. Specifically, Moelis obtained from the Trustee the names of individuals and entities that may be parties in interest in these cases. Moelis then (a) researched its internal records to determine whether Moelis has any connections with the Trustee, the Debtors, and the parties listed on **Schedule 1** attached hereto (the "Potential Parties in Interest"), and (b) issued a general inquiry to certain of its officers with respect to the Trustee, the Debtors, and certain Potential Parties in Interest.

25.     Based on the foregoing inquiry, other than in connection with this engagement and as otherwise disclosed herein, Moelis has no relationships or connections with the Trustee or the Debtors of which I am aware. In particular, to the best of my knowledge, information and belief, neither I, Moelis, nor any of its professionals:

  i.      is a creditor, equity security holder or insider of the Debtors;

  ii.     is or has been within three years before the Petition Date, a director, officer or employee of the Debtors; or

  iii.    has any interest adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

26.     Accordingly, I believe Moelis is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest adverse to the Trustee, the Debtors or their estates.

27.     Neither I nor any of the Moelis professionals who will provide services for the Trustee is related to any Judge of this Court, the U.S. Trustee, or any person employed in the office of the U.S. Trustee assigned to these Chapter 11 Cases.

28.     To the extent that I have been able to ascertain to date that Moelis has been engaged within the last three years or is currently engaged by any of the Potential Parties in Interest (or their affiliates, as the case may be) in matters unrelated to these Chapter 11 Cases, such facts are disclosed on **Schedule 2** attached hereto.  **Schedule 2** also sets forth certain other relationships Moelis has with certain Potential Parties in Interest.  In addition to the facts disclosed on **Schedule 2**, Moelis may in the future be engaged by parties that are or may become parties in interest in these Chapter 11 Cases.  As these cases progress, new parties may become parties in interest in these Chapter 11 Cases and similarly, Moelis may have been engaged, may be currently engaged, and may in the future be engaged by such new parties in interest in matters unrelated to these Chapter 11 Cases.  Also, Moelis may have engaged or had mutual clients with, may currently engage or have mutual clients with, and may in the future engage or have mutual clients with certain law firms, financial advisors, accounting firms, and other professionals that are Potential Parties in Interest or may become parties in interest, all in matters unrelated to these Chapter 11 Cases.  In addition, Moelis may have also been engaged by, be currently engaged by, or in the future be engaged by persons who are creditors or shareholders of the Debtors, otherwise have a business relationship with the Debtors, or who are competitors or customers of the Debtors.  Potential Parties in Interest, persons that may become parties in interest in these Chapter 11 Cases, and persons that have business relationships with the Trustee or the Debtors, are competitors of the Debtors, or that are customers of the Debtors may be:  (a) parties in interest in other bankruptcy cases where Moelis is acting as investment banker or financial advisor to the debtors, the Trustee, or to other parties in interest therein; or (b) may be affiliates of or creditors of persons who Moelis may have been engaged, is currently engaged, or may in the future be engaged by.  In the ordinary

course of its business, Moelis may also purchase services or products from Potential Parties in Interest and other persons that are or may become parties in interest in these Chapter 11 Cases.

29.     Given the large number of parties in interest in these Chapter 11 Cases, despite the efforts described above to identify and disclose Moelis' relationships with parties in interest in these Chapter 11 Cases, Moelis is unable to state with certainty that every client relationship or other connection has been disclosed.  In particular, among other things, Moelis may have relationships with persons who are beneficial owners of parties in interest and persons whose beneficial owners include parties in interest or persons who otherwise have relationships with parties in interest.  Moreover, Moelis' employees may have relationships with Potential Parties in Interest, persons that may become parties in interest in these Chapter 11 Cases, and/or persons that have business relationships with the Debtors, are competitors of the Debtors or that are customers of the Debtors.  Continued inquiry will be made following the filing of the Application, on a periodic basis, with additional disclosures to this Court if necessary or otherwise appropriate.

30.     Moelis Asset Management ("MAM") is an asset management holding company that is controlled by Kenneth Moelis, who also controls Moelis.  MAM holds interests in various funds, including private equity, credit investments, direct lending and collateralized loan obligations funds.  These funds may hold investment positions in various entities from time-to-time, some of which may be parties in interest in these Chapter 11 Cases.  MAM and its subsidiaries are operated in separate legal and operating entities from Moelis and its financial advisory affiliates.  MAM and its subsidiaries are separated from Moelis and its financial advisory affiliates by a compliance information barrier that prevents (a) an employee of Moelis and its financial advisory affiliates from disclosing non-public information concerning the Debtors or these Chapter 11 Cases to any employee of MAM or its subsidiaries, and (b) an employee of MAM

14

or its subsidiaries from disclosing non-public information concerning an investment of a MAM

subsidiary to an employee of Moelis or its financial advisory affiliates.  No employees of MAM

or its subsidiaries will work on these Chapter 11 Cases, and employees of Moelis working on these

Chapter 11 Cases have no involvement in the investment decisions of MAM's subsidiaries.  Based

on the business separation and compliance information barriers referred to above, I do not believe

that the investment activities of MAM's subsidiaries constitute a conflict of interest that would

disqualify Moelis from providing services described in the Engagement Letter.

31.     To the best of my knowledge, information, and belief, some of Moelis'

present and future employees may have, or may in the future have, personal investments in funds

or other investment vehicles over whose investment decisions such employees have no input or

control.  Such entities may have made, or may in the future make, investments in the claims or

securities of the Debtors, or those of their creditors or other parties in interest in these

Chapter 11 Cases.

32.     Moelis will not share any compensation to be paid by the Trustee, not

individually but solely on behalf of the Estate in connection with services to be performed after

the Engagement Date with any other person, other than other principals and employees of Moelis,

to the extent required by section 504 of the Bankruptcy Code.  In the ordinary course of its

business, Moelis regularly retains the services of senior advisors with specific industry or other

expertise to supplement the investment banking and financial advisory services offered by Moelis'

regular employees to Moelis' clients.  Upon Moelis' engagement on a particular assignment, one

such senior advisor may be assigned to assist the other Moelis professionals for such engagement.

Such advisor acts under the management of the Moelis Managing Director who retains the lead

role and primary responsibility for such assignment.  The fees and expenses of such senior advisor are paid solely by Moelis.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  December 6, 2024                     Respectfully submitted,


*/s/ Cullen Murphy*
Cullen Murphy
Executive Director
Moelis & Company LLC

## <u>SCHEDULE 1</u>

**Potential Parties in Interest**

**Parties In Interest List**

**Debtors**

Epic! Creations, Inc.
Neuron Fuel, Inc.
Tangible Play, Inc.

**Debtors' Other Names**
Byju's Inc.
StoryMagic
Codr Inc.
Tynker
Osmo

**Debtors' Affiliates**
BYJU's Alpha Inc.
BYJU's Pte. Ltd.
Great Learning Education Pte. Ltd.
Think & Learn Pvt Ltd.
Whitehat Education Technology LLC
Whitehat Education Technology Pvt. Ltd.

**Officers and Directors**
Timonthy R. Pohl

**Chapter 11 Trustee**
Claudia Springer

**Trustee Professionals**
Quinn Emanuel Urquhart & Sullivan, LLP
Jenner & Block LLP
Pashman Stein Walder Hayden, PC
Novo Advisors LLC

**Litigation Parties**
BYJU's Alpha, Inc.
Camshaft Capital Advisors, LLC
Camshaft Capital Fund, LP
Camshaft Capital Management, LLC
Riju Ravindran
Tangible Play, Inc.

**Lender's and Agent's Professionals**
Kirkland & Ellis LLP
Reed Smith LLP

1

**Litigation Paty's Professionals**
Kasowitz Benson Torres LLP
Hogan Lovells

**Bankruptcy Judges and Staff and the Office of the United States Trustee**
Amanda Hrycak
Ashley Chan
Brendan L. Shannon
Cacia Butts
Craig T. Goldblatt
John T. Dorsey
Karen B. Owens
Kate Stickles
Laurie Selber
Mary F. Walrath
Stacey Drechsler,
Thomas B. Horan
Una O'Boyle
Andrew R. Vara
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Elizabeth Thomas
Fang Bu
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Jonathan Lipshie
Jonathan Nyaku
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch

2

Timothy J. Fox, Jr.

**Miscellaneous Parties**
GLAS Trust Company LLC
Conscious Content Media, Inc. dba Begin.
Texas Comptroller of Public Accounts

**Lenders**
Ares Dynamic Credit Allocation Fund, Inc.
Ares Enhanced Credit Opportunities Fund B, Ltd.
Ares Enhanced Credit Opportunities Fund II Ltd.
Ares Institutional Loan Fund, LP
Alphabet Capital US II LLC - Fidelity
Ares L CLO LTD
Ares LI CLO Ltd
Ares LII CLO LTD
Ares LIII CLO Ltd
Ares LIV CLO LTD
Ares LIX CLO LTD
Ares Loan Funding I, Ltd.
Ares LV CLO LTD
Ares LVI CLO LTD
ARES LVII CLO LTD
Ares LVIII CLO LTD
ARES LX CLO LTD
Ares LXI CLO Ltd.
Ares LXII CLO LTD
Ares LXIV CLO LTD
Ares Multi-Asset Credit Strategies Fund LP
Ares XLI CLO Ltd
Ares XLIII CLO Ltd
Ares XLIV CLO LTD
Ares XLIX CLO Ltd
Ares XLV CLO LTD
Ares XLVI CLO LTD
Ares XLVII CLO LTD
Ares XLVIII CLO LTD
Ares XXVII CLO LTD
ARES XXVIIIR CLO LTD
Ares XXXIIR CLO Ltd
Ares XXXIR CLO LTD
Ares XXXIV CLO LTD
Ares XXXIX CLO Ltd
Ares XXXVII CLO Ltd
Ares XXXVIII CLO Ltd
Ares XXXVR CLO LTD

Bank of America, N.A.
BLUE HIAWATHA DD3 LLC
Blue Hiawatha LLC
California State Teachers' Retirement System
Cardinal Fund, L.P.
CION Ares Diversified Credit Fund
Continental Casualty Company
CQS Alternative Credit Fund, a sub-fund of CQS Global Funds (Ireland) p.l.c
CQS Brunel Multi Asset Credit Fund, a sub-fund of CQS Global Funds (Ireland) plc
CQS Credit Multi Asset Fund, a sub-fund of CQS Global Funds (Ireland) plc
Crestline Denali CLO XIV, Ltd.
Crestline Denali CLO XV, Ltd.
Crestline Denali CLO XVI, Ltd.
Crestline Denali CLO XVII, Ltd.
D.E. Shaw Galvanic Portfolios, L.L.C.
Denali Capital CLO XII, Ltd.
Deutsche Bank AG, London Branch
Diameter Dislocation Master Fund II LP
Diameter Dislocation Master Fund LP
Diameter Master Fund LP
DoubleLine Income Solutions Fund
DoubleLine Opportunistic Credit Fund
DoubleLine Yield Opportunities Fund
Ellington CLO III Ltd
Ellington Special Relative Value Fund LLC
FIAM Floating Rate High Income Commingled Pool
FIAM Leveraged Loan LP
Fidelity Advisor Series I - Fidelity Advisor Floating Rate High Income Fund
Fidelity Central Investment Portfolios LLC Fidelity Floating Rate Central Fund
Fidelity Floating Rate High Income Fund
Fidelity Floating Rate High Income Multi-Asset Base Fund
FIDELITY INCOME FUND-FIDELITY TOTAL BOND FUND
Fidelity Inflation-Focused Fund
Fidelity Merrimack Street Trust: Fidelity Total Bond ETF
Fidelity Qualifying Investor Funds Plc
Fidelity Salem Street Trust: Fidelity SAI Total Bond Fund
Fidelity Summer Street Trust - Fidelity Series Floating Rate High Income Fund
Fir Tree Capital Opportunity Master Fund III, LP
Florida Power & Light Company Qualified Decommissioning Trusts for Turkey Point and St. Lucie Nuclear Plants
HG Vora Special Opportunities Master Fund
Gamstar (US) V Pte. Ltd.
Gamstar (US) VI Pte. Ltd.
HGV BL SPV, LLC
HPS Loan Management 10-2016, Ltd
HPS Loan Management 11-2017, Ltd.

HPS Loan Management 12-2018, Ltd.
HPS Loan Management 13-2018, Ltd.
HPS Loan Management 14-2019, Ltd.
HPS Loan Management 15-2019, Ltd.
HPS Loan Management 2013-2, Ltd.
HPS Loan Management 2021-16, Ltd.
HPS Loan Management 3-2014, Ltd.
HPS Loan Management 4-2014, Ltd.
HPS Loan Management 5-2015, Ltd.
HPS Loan Management 6-2015, Ltd.
HPS Loan Management 8-2016, Ltd
HPS Loan Management 9-2016, Ltd.
HPS Mauna Kea Fund, L.P
IG Mackenzie Floating Rate Income Fund
iMGP Alternative Strategies Fund (aka PartnerSelect Alternative Strategies Fund)
India Credit Solutions, L.P.
Institutional Credit Fund Subsidiary LP
JNL Multi-Manager Alternative Fund
JNL/Fidelity Institutional Asset Management Total Bond Fund
JPMorgan Chase Bank, N.A.
Mackenzie Floating Rate Income ETF
Mackenzie Floating Rate Income Fund
Mercer QIF Fund plc (in respect of Mercer Multi-Asset Credit Fund)
Midtown Acquisitions L.P.
Morgan Stanley Senior Funding Inc
NPB Manager Fund, SPC. Segregated Portfolio 103
Redwood Drawdown Master Fund III, LP.
Redwood Master Fund, Ltd
REDWOOD OPPORTUNITY MASTER FUND, LTD
Renaissance Floating Rate Income Fund
RiverNorth DoubleLine Strategic Income Fund
RiverNorth DoubleLine Strategic Opportunity Fund, Inc.
SDP Flagship Master Fund LP
Seattle City Employees' Retirement System
SEI Global Master Fund plc - The SEI High Yield Fixed Income Fund (Benefit St)
SEI Institutional Investments Trust - High Yield Bond Fund (Benefit St)
SEI Institutional Managed Trust - High Yield Bond Fund (Benefit St)
Shawnee 2022-1 LLC-Warehouse
Silver Point Finance LLC
SPCP GROUP, LLC
SPCP Institutional Group LLC
Stonehill Institutional Partners LP
Stonehill Master Fund Ltd
Strata CLO II, Ltd.
TBK Bank, SSB
TACF Institutional Credit Master Fund LP

U.S. High Yield Bond Fund (Benefit Street)
Variable Insurance Products Fund: Floating Rate High Income Portfolio
TACF Institutional Credit Master Fund LP
TOR Asia Credit Opportunity Master Fund III LP
Veritas Capital Credit Opportunities Fund II SPV, L.L.C.
Veritas Capital Credit Opportunities Fund SPV, L.L.C.
White Granite LLC
ZALICO VL Series Account-2

### Banks

JP Morgan Chase & Co.
Silicon Valley Bank, a division of First-Citizens Bank & Trust Company
Webster Bank, N.A.
Wells Fargo Bank, N.A

### Former Equity Holders

A&Q Metric SPC – Fir Tree Opportunistic II SP- UBS
Aarin Capital Partners (Mauritius)
Alkeon Group
Antara Capital Master Fund LP
Arison Holdings (1998) Ltd.
ARK NCORE Edutech 1 Former Equity Holder
Asmaan Ventures
B Capital Asia
Baron Funds
Bearnaise Lux S.C.Sp./Vitruvian Partners
Benett Coleman & Co
Beta Oryx Limited
BlackRock
Bond Capital Asia Holdings Ltd
BrokerCredit Service Structured Products PLC
BSP India Edtech LLC
Byju Raveendran
Byjus Time Capital Advisors LP
Chan Zuckerberg Mauritius
Disruptive Technology Solutions XXXV, LLC
Divya Gokulnath
DST Global
Edelweiss Funds
Epic Creations Aggregator
ESOP/MSOP
Footpath Ventures
General Atlantic Singapore TL PTE Ltd
GenGlobal Bright Corp
Geogebra GmBH Erstwhile Shareholders
Great Learning Erstwhile shareholders

GSV BY, L.P.
Hello English Ertswhile Shareholders
IIFL Special Opportunities Fund
International Finance Corporation
Internet Fund V Pte Ltd (Tiger Global)
Lightspeed India Partners
Maitri EdTech Special Opportunities Fund LLC
MC Global Edtech Investments Holdings LP
MIH Edtech Investments B.V. (Naspers)
Mirae Asset - Naver Asia Growth Investment Pte. Ltd
Mrinal Mohit
Neuron Aggregator Holding Trust
Olayan Investments Singapore Pte. Ltd
Osmo Ertswhile shareholders
Owl Ventures
Phoenix Rising – Beacon Holdings, LLC
Proxima Beta Pte Limited (Tencent)
QIA
Ranjan Pai and related parties
Riju Ravindran
Sands Capital Global Innovation Fund-Cayman Ltd
Sequoia Capital
SLP Beta Holdings Cayman Ltd (Silverlake)
Smash Beta SPV I
Sofina SA
Sonal Gala
T. Rowe Price
Tarsadia
The Prudential Assurance Company Ltd (M&G)
Times Internet
Toppr Ertswhile shareholders
Trilegal
Verition Multi-Strategy Master Fund, Ltd.
Verlinvest SA
XN Exponent Holdings Ltd.
Zoom Founder Family Office

**<u>Additional Names as of October 7, 2024</u>**

**<u>Publishers</u>**
ABDO
ABRAMS (Harry N. Abrams, a company of La Martiniere Group)
Akashic Books
Amar Chitra Katha Pvt. Ltd.
Amicus Publishing
Andrews McMeel Publishing, LLC
Annick Press, Ltd.
Arbordale Publishing, LLC
Archie Comic Publications, Inc.
Arte Público Press--University of Houston
Astra/Kane Press/Thinkingdom/Boyds Mills/Toon
August House, Inc.
Babl Books
Badger Publishing Ltd.
Barefoot Books, Inc.
Barron's Educational Series Inc.
Bayard Canada Livres, Inc.
BeachHouse Publishing, LLC
Beaming Books
Bearport Publishing Company, Inc.
Bearport Publishing Company, Inc. Perpetual
Beijing Caterpillar Books
Beijing Yutian Hangeng Books Co. Ltd (UTOP)
Beijing Yutian Hanfeng Books (UTOP)
Bellwether Media, Inc.
Berbay
Black Rabbit Books
Blue Apple
Blue Door Education
BlueWater (StormFront Entertainment)/ (originally signed under "Cosmic Ray Gun"
Bonnier Books UK Inc.
BookStaves
Boxer Books
BrambleKids, LTD
Brickhouse Education (aka Cambridge BrickHouse, Inc.
Britannica Digital Learning, a division of Encyclopaedia Britannica, Inc.
Bunker Hill Publishing
Candlewick Press
Capstone (Coughlan Companies, Inc. dba Capstone)
Cardinal Publishers Group
Carus Publishing Company d/b/a Cricket Media
Charlesbridge Publishing, Inc.
Child's Play

Chouette Publishing, Inc.
Chronicle Books
CIDCLI, S.C.
Cider Mill Press
Cinco Puntos Press, Inc. (Lee & Low)
Clavis
Clever Media Group, LLC
Cornell Lab Publishing Group (Phoenix St. Claire Publishing, LLC for both Cornell and Persnickety Press imprints)
Cottage Door Press
Crabtree Publishing
Creative Company, The (including Amicus, Black Rabbit, Bookstaves)
Creston Books
Crow Cottage (Brain Warp Studios)
Cuento De Luz
David R. Godine, Publisher
Dawn Publications (Sourcebooks)
Delta Publishing
De Marque
Digital Publishing Company Ltd, Guangdong Provincial Publishing
Disney Licensed Publishing (Disney Book Group)
Dolphin Books
Dover Publications (Research and Education Association)
Dreamscape Media, LLC
Easton Studio Press LLC
Eerdman's Books for Young Readers (Wm. B. Eerdmans Publishing)
Editions Cepages
Éditions Panda inc.
Editions Planete Rebelle
Fable Learning
Familius, LLC
Fast Pencil
Firefly Books LTD.
Fitzhenry & Whiteside
Flowerpot Press (Kamalu, LLC/dba Flowerpot Press)
Flying Start Books, LTD
Frederator Books, LLC
Free Spirit Publishing (Teacher Created Materials)
Full Cast Audio
GEMSER Publications, S.L.
Gibbs Smith
Goosebottom Books LLC
Gray Duck Creative Works
Great Dog Literary LLC
Groundwood Books Limited
Groupe Bayard/Bayard Presse

Guangdong Provincial Publishing Group (Digital Publishing Co. Ltd)
HarperCollins Publishers
HarperCollins Publishers UK
Harriet Ziefert Inc.
Heritage Builders, LLC
Highlights for Children
Holiday House
Houghton Mifflin Harcourt IP LLC (Carmen)
Houghton Mifflin Harcourt Trade Publishing
Igloo (PLACEHOLDER--See)
Immedium
Independent Publishers Group (IPG)
Inhabit Media (PLACEHOLDER
Insight Editions
JOY EDUCATION LTD.
Jumo Health USA, Inc. (Medikidz Inc.)
Jump! Library
Just Us Books, Inc.
Kaiken Publishing, LTD
Kaleidoscope Publishing, Inc.
Karadi Tales (India)
Kids Can Press Ltd
Language World Co., Ltd.
Lerner Publishing Group
Les 400 Coups
Lee & Low, Books, Inc.
Levine Querido
LittlePickle (Sourcebooks)
Listen & Live Audio, Inc.
Little Bee Books, Inc.
Little Libros, LLC
Live Oak Media (ABRA Media dba Live Oak Media)
Liyan Books Co. Ltd.
Liyan Books
Macmillan (Holtzbrinck Publishers LLC)
Macmillan Children's Publishing Group
Magination Press
Mason Crest (an imprint of National Highlights Inc.)
Midpoint Trade Books
Mims House (IPG)
Mitchell Lane Publishers, Inc.
National Geographic Society
Naxos of America, Inc.
No Starch Press, Inc.
Nobrow, Limited (also Flying Eye Books)
Nomad Press

North South Books
North Star Editions, Inc.
Norwood House Press, Inc.
Oasis Audio, LLC
Oni-Lion Forge Publishing Group, LLC
Open Road
Orca Book Publishers
Owlkids Books, Inc.
Pajama Press, Inc.
Pangea
Papercutz
Peachtree Publishers
Pearson Education
Petra
Pickle Yolk Books (India)
Pippin Properties, Inc.
Purple Toad Publishing, Inc.
Quarto Group
Quirk Books
Rabbit Ears
Readers to Eaters
Reagent
Rebel Girls, Inc. (Timbuktu)
Red Chair Press
Red Heart Books
RoadRunner Press, The LLC
Rourke Educational Media
Saddleback Educational
Scholastic Inc. (audio)
Second Story Press
Sesame Workshop
Simon & Schuster
Sinolingua
Sinolingua Co., LTD,
Sky Horse Publishing
Sleeping Bear Press/Cherry Lake
Sourcebooks, Inc. (Little Pickle Press & Dawn)
Star Bright Books
StarWalk Kids Media (Seymour Science)
Streamline Brand Associates, Inc.
SupperTime Entertainment (L & G Creative Resources Inc. dba SupperTime Entertainment)
Tanglewood Publishing Inc.
Teacher Created Materials
The Child's World, Inc.
The Creative Company
The Jim Henson Company

11

The Happy Hollisters (The Svenson Group dba The Happy Hollisters)
The New York Review of Books (NYREV, Inc. dba The New York Review of Books)
The Rosen Publishing Group
Thomas Jeunesse
Tiger Tales
Tilbury House
Toon Books
Tournez Le Page
Trajectory, Inc.
Tulika (India)
Twin Sisters IP
Vearsa (ePub Direct)
Vishv Books - Delhi Press
Weston Woods Studios (Scholastic)
What on Earth
Winfortune Cultural Enterprise Co., Ltd.
Winfortune Cultural Enterprise
Wisconsin Historical Society Press
Workman Publishing Co. Inc. (see also Storey, Timber)
Xinjiang Juvenile Publishing House
Xist (Buy More)
Zhejiang Youjia Shaoer
Zhengdiang Youjia Shaoer
Zuckerberg Media, Inc.

**Additional Names as of October 8, 2024**

**Employees**
Abhishek Maheshwari
Anil Goel
Anita Kishore
Arjun Mohan
Atit Mehta
Brahmanand
Brijesh Patel
Byju Raveendran
Deepak Bunde
Dev Roy
Dharmesh Gandhi
Divya Gokulnath
Jiny Thattil
Jiny Thattil
JP Schuerman
Krishna Vedati
Majid Yazdani
Manil Gupta
Mark Solomon
Pravin Prakash
Puneet Bhirani
Rajarshi Ghosh
Ranjit Radhakrishnan
Richard Lobo
Riju Ravindran
Rohit Bhardwaj
Siddhesh Joglekar
Sriram Ganesh
Teri Rousseau
Vidhya Lakshmi
Vipan Joshi
Yuvan Prasanth Ve

**Think & Learn Investors**
A&Q Metric SPC
Aakash Educational Services
Aarin Capital
Abu Dhabi Developmental Holding Company PJSC (ADQ))
Accel Investors 2014 LLC
Alkeon Capital
Alteria Capital India Fund
Antara Capital Master Fund LP

Arison Investments
ARK Ncore
Asas Tech Opportunities LLC
Asmaan Ventures
Axevil Capital
B Capital Asia III LLC
Baron Emerging Markets Fund
Beacon Holding
Bearnaise Lux S.C.sp.
Bennett Coleman and Company Limited
Beta Oryx Limited
Bin Yuan
BlackRock
Blackstone GroupADQ
Bond Capital Asia Holdings Limited
Boundary Holding
BrokerCreditService Structured Products PLC
BSP India Edtech LLC
Byju Family Members and Associates
Byjus Investments Private Limited
Byjus Time Capital Advisors LP
Chan Zuckerberg Initiative
Collab Sesame, LLC
Copford Ed India, LLC
CPP Investments
Davidson Kempner
DIC Company Limited
Disruptive Technology Solutions XXXV, LLC
DST Asia VII
DST Global
Edelweiss.vc
Eight Roads Investments Mauritius II Limited
Epic Creations Aggregator
Eric Yuan
FH Learn LLP
Fir Tree Opportunistic II SP
Footpath Ventures SPV III LP
General Atlantic Singapore TL Pte Ltd.
GenGlobal Bright Corp.
GSV BY, LP
Helion Venture Partners India III LLC
Houghton Mifflin Harcourt Publishing Company
IFC Venture Capital Group
IIFL Finance
IIFL Special Opportunities Fund LLC
InnoVen Capital

International Finance Corporation
Jaws Ventures
K9 Ventures II, LP
Kaizen Private Equity II PTE LTD
Learn 2 Holdings LTD
Lightspeed India Partners
Lightspeed Venture Partners
LMK Holdings Ltd
Maitri EdTech Special Opportunities Fund
MarketX Ventures
Matrix Benefit Trust
Mattel Ventures, US Inc.
MC Global Edtech Investment Holdings
MIH Edtech Investments B.V.
Mirae Asset
Northwood Ventures
Olayan Investments Singapore PTE LTD
Owl Ventures
Oxshott Capital Partners
Peak XV Partners
Phoenix Rising Investments
Prosus & Naspers
Proxima Beta PTE Limited
Prudential Assurance Company Ltd.
Qatar Investment Authority
Quatar Investment Authority
Roy Yua Children's Trust
Sands Capital Ventures
SCHF PV Mauritius Limited
SCI Investments V
Sequoia India Investments IV
Shea Ventures Opportunity Fund II, LP
Silver Lake
SLP Beta Holdings Cayman Ltd
Sofina
SquareOne Capital
StartX Fund, LLC
Sumeru Ventures
SWFI
T. Rowe Price
Tarsadia Investments
TCDS India LP
Tencent
The Founders Coner, LP
Tiga Investments
Tiger Global Management

Time Capital
Times Internet
UBS
UCFI Holdco LLC
Upfront IV, LP
US Global Holdings LTD
Verition Fund Management
Verlinvest S.A.
Vitruvian Partners
Volta Circle
XG Ventures, LLC
XN Exponent Holdings Ltd.
Yuan and Zhang Revocable Trust
Zheng Yuan

**Flat Fee License Holders**

Steve Rotfeld Productions
9 Story Media Group
A Kid Explains History
ABDO Publishing
Abrams
Abrams (Wimpy Kid)
Adam Marshall
Addition Digital Strategies
Adventure Family Journal
Akashic Books
Amanta Co., Ltd.
Amar Chitra Katha
Andrews Mcmeel Publishing
Andrews McMeel Video
Andy Capp
Anibrain
Animal Wonders Inc.
Annick Press
Arbordale
Archie Comic Publications
Arte Publico Press
Astonishing Studios
Astra Publishing House
August House
Barefoot Books
Bari Koral, BKI Corp
Bayard Canada
Bayard Presse S.A.
BBC Earth.

BBC Studios Americas, Inc.
BeachHouse
Beaming Books
Bearport Publishing
Bearport Publishing distributed by JUMP
Become Elite
Beijing Caterpillar
Bellwether Media
Ben Hehn
Berbay Books
Big Word Club
Blue Apple Books
Blue Door Education
Blue Water Comics
Boclips
Boxer Books
Brainy Pixel Productions
Brainy Pixel Productions, LLC
Bramble Kids
BRICK 101
Brickhouse Education
Britannica
Brittany Adams
Bulb Holdings Inc
BYJUs Originals
Byju's Video
Canada Inc 10049735
Candlewick Press
Candlewick.
Capp00
Capstone Publishing
Captain Hobby
Cardinal Publishers Group
Catherine Swanson, Founder
Chad Johnson
Charlesbridge
Child's Play (International) Ltd.
Child's World
Chouette Publishing
Chouette Video
Chronicle Books
Cidcli
Cider Mill Press
Clavis Publishing
Clever Media Group
Columbus Zoo

Columbus Zoo and Aquarium
Common Core 4 Kids
Complexly
Conservation International
Cook With Amber
Cook With Amber LLC.
Cornell Lab Publishing Group
Cottage Door Press
Crabtree Publishing Company
Crash Course Kids
Creston Books
Crow Cottage
Cuento de Luz
Dance 'N' Culture Inc.
Dance 'N' Culture
Danny Joe's Tree House, LLC
Danny Weinkauf
Dave McDonald
Dave Pickett
David R. Godine
De Marque
Delta Publishing
Design Squad
Distribution360
Distribution360 Inc.
DM Creative
Dolphin Books：海豚出版社
Dover Publications
Dreamscape Media LLC
Dreamscape Media Video
DreamWorksTV
DWA Kids, LLC
EarthTree Media
Earthtree Media AS
Éditions Panda
eHow
eHow / Demand Media
Electric Monster Media
EM Investments I, LLC
Encyclopædia Britannica, Inc.
Encyclopaedia Britannica, Inc. Video
Epic Wildlife
Epic! Creations Inc.
Epic! Originals
Epic! Originals Video
Fabulous Lemon Drops

Familius
Fireflies: Musical Yoga for Kids
Firefly Books
Fitzhenry & Whiteside Limited
Flocabulary
Flowerpot Press
Flying Start Books
Frederator Books
Free Spirit Publishing
Full Cast Audio
GAPC Entertainment Inc.
GDPG Digital Publishing：广东省出版集团数字出版有限公司
Gemser Publications, S.L.
Gibbs Smith
Global Tinker
Global Tinker, Inc.
GO with YOYO
GoldieBlox, Inc.
Goosebottom Books
Gray Duck
Great Dog Literary
Groundwood Books
Groupe Bayard
Guinness World Records
H. Gagnon Distribution
H. Gagnon Distribution Inc.
Happy Hollister
Harper Collins #1
Harper Collins #2
HarperCollins old license (inactive)
HarperCollins Publishing..
Harriet Ziefert Inc.
Health Nuts Media
Health Nuts Media, LLC
Henson Company
Heritage Builders
HG Distribution
Hillary Seides
Holiday House
Houghton Mifflin Harcourt
Howdytoons
Howdytoons Productions Inc.
Igloo Books, a division of Bonnier Books UK
Imagine Create Media
Immedium
Inhabit Media

Insider Inc.
Insight Editions
IPG
Jaime Amor
Jared Owen
JENerationDIY
Jessica Honaker
JibJab Media Inc.
Jim Henson
Joy Education
Julie Gribble, NY Mediaworks
Julie Gribble,New York Media Works, LLC
Jumo Health USA, Inc.
JUMP
Jump with Jill
Just Us Books
Kaiken
Kaleidoscope Publishing, Inc.
Kamalu, LLC dba Flowerpot Press
Karadi Tales
Karadi Tales - Video
KARADI TALES COMPANY PRIVATE LIMITED
Kasper Borys
Katie Swanson, Founder
Kid Explorer
KidLit TV
Kids Academy
Kids Academy Company
Kids Can Press
KidsHealth
KidsHealth.org
Kika Imai (individual)
Kira Willey Productions, LLC
Knowledgemotion Ltd
KQED
KQED Deep Look
Kristie Reddick
Lee & Low Books
Lerner Publishing Group
Les Éditions Chouette (1987) Inc.
Let's Play Today, LLC
Levine Querido
Lil' Libros
Listen & Live
Little Bee Books
Little Monster Media Co.

Live Oak Media
Liyan Book Co.: 立言圖書有限公司
Luke Jacobs
Macmillan
Magination Press
Mark Crilley
Mark Lavery
Mason Crest
Matt Sheldon, Become Elite LLC
MDM Productions LLC
Media Animal TV
Merriam-Webster, Incorporated
Mims House
Mitchell Lane
Mocomi Kids
Monster Entertainment
Monster Entertainment Ltd.
Motiontellers, LLC
Music with Nancy
Mylemarks
Mylemarks LLC
Nancy Kopman
National Film Board of Canada
National Geographic
National Geographic Digital Media
National Geographic Partners, LLC.
National Geographic Video
NBC Universal
Neptune Studios
Neptune Studios, LLC
Niels Duinker
No Starch Press
NoBrow Press
Nomad Press
North Star Editions
NorthSouth
Norwood House Press
Note to Health, LLC
NUMBEROCK
NUMBEROCK, LLC
Oasis Audio
Oceanic Research Group, Inc.
Oceanic Research, Inc.
Oni-Lion Forge Publishing Group
Open Road
Open Road Integrated Media

Orca Book Publishers
Owlkids
Pajama Press
Panda Corner Corporation
Pangea
Papercutz
Peachtree Publishers
Peekaboo Kids / Rajshri Productions, Mumbai, India
Peppy Pals
Peppy Pals AB
Pickle Yolk Books
Pinkfong
Pippin Properties, Inc
Planetary Society
Portfolio Entertainment
Portfolio Entertainment Inc.
Purple Toad
QA Test Publisher 2
Quarto Group
Quirk Books
R Homayoon, LLC
Rabbit Ears Entertainment
Rabbit Ears Entertainment, LLC
Rabbit Ears Video
Rajshri
Readers to Eaters
Rebel Girls, Inc.
Rebel Girls, Inc. Video
Red Chair Press
Roadrunner Press
Rob's World
Rourke Educational Media
Sabbatical Entertainment
Sabbatical Entertainment LLC
Scholastic Audio
Scholastic, Inc
Science Fun
Science Insider
SciShow Kids
Scratch Garden
Second Story Press
Sesame Street
Sesame Workshop
Sesame Workshop Books
Shane DeRolf, Founder
Shoo Rayner

Sinolingua

Sinolingua：华语教学出版社

Skyhorse
Sleeping Bear Press
Smile and Learn
Smile and Learn Digital Creations, S.L
Smithsonian Enterprises
Smithsonian Magazine
Son of Hutch Pictures
Sourcebooks
StarBright Books
Steve Newberry, Topic Simple Inc.
Streamline Brand Associates, Inc.
SupperTime Entertainment
Talltanic
Tanglewood Publishing
Tavin's Origami
Teacher Created Materials
Teaching Without Frills
test publisher 2
The Bazillions
The Bug Chicks
The Creative Company
The Kiboomers
The Magic Crafter
The Nemours Foundation
The Pinkfong Company
The Planetary Society
The Rosen Publishing Group, Inc
The Secret Mountain
The Singing Walrus
The Singing Walrus Music Production
The Wild Adventure Girls
Thomas Jeunesse
Tilbury House
TIY Makers
TIY Makers Pvt. Ltd.
TMW Media
TMW Media Group, Inc
Tom Simek
Tony Darnell
Tracey Preston, Media Animal
Trajectory, Inc.
Troom Troom
Tulika Publishers
Twin Sisters IP, LLC.

Twin Sisters Video
twinsisters.com, LLC
Twist Animation
Unicorn Media LTD
Urban Geek Productions
Urban Geek Productions, LLC
UTOP: 禹田文化传媒
Vearsa
VideoElephant
Vishv Books
Vishv Books - Delhi Press
Wenfang: 文房（香港）出版公司
Weston Woods
Weston Woods Video
WGBH, Boston
WGBH, Boston
What On Earth Publishing
WildWorks
WildWorks Inc.
Wisconsin Historical Society
WNET 13
Wolf Weidner
Wonderscape
Workman
Xist Publishing
Xist Publishing Video
Yesterday's Zoo LLC DBA: BIG WORD CLUB
Yogapalooza
Zhejiang Juvenile and Children's Publishing House: 浙江少年儿童出版社
Zuckerberg Media Inc.

**<u>Litigant</u>**
Stripe, Inc.

## SCHEDULE 2

### Relationship with Potential Parties in Interest

Moelis (and its financial advisory affiliates) has been engaged within the last three years or is currently engaged by the following Potential Parties in Interest (or one or more of their identified affiliates, as the case may be) in matters unrelated to these cases (including where the Potential Party in Interest was only a member of an official or an ad hoc creditor committee or an equity committee):

**Debtors**
Epic! Creations, Inc.

**Debtors' Affiliates**
Think & Learn Pvt Ltd.

**Flat Fee License Holders**
Epic Wildlife
Epic! Creations Inc.
Epic! Originals
Epic! Originals Video

**Former Equity Holders**
Antara Capital Master Fund LP
BlackRock
Bond Capital Asia Holdings Ltd
Epic Creations Aggregator
Lightspeed India Partners
QIA
T. Rowe Price

**Lenders**
Ares Dynamic Credit Allocation Fund, Inc.
Ares Enhanced Credit Opportunities Fund B, Ltd.
Ares Enhanced Credit Opportunities Fund II Ltd.
Ares Institutional Loan Fund, LP
Ares L CLO LTD
Ares LI CLO Ltd
Ares LII CLO LTD
Ares LIII CLO Ltd
Ares LIV CLO LTD
Ares LIX CLO LTD
Ares Loan Funding I, Ltd.
Ares LV CLO LTD
Ares LVI CLO LTD
ARES LVII CLO LTD

Ares LVIII CLO LTD
ARES LX CLO LTD
Ares LXI CLO Ltd.
Ares LXII CLO LTD
Ares LXIV CLO LTD
Ares Multi-Asset Credit Strategies Fund LP
Ares XLI CLO Ltd
Ares XLIII CLO Ltd
Ares XLIV CLO LTD
Ares XLIX CLO Ltd
Ares XLV CLO LTD
Ares XLVI CLO LTD
Ares XLVII CLO LTD
Ares XLVIII CLO LTD
Ares XXVII CLO LTD
ARES XXVIIIR CLO LTD
Ares XXXIIR CLO Ltd
Ares XXXIR CLO LTD
Ares XXXIV CLO LTD
Ares XXXIX CLO Ltd
Ares XXXVII CLO Ltd
Ares XXXVIII CLO Ltd
Ares XXXVR CLO LTD
Crestline Denali CLO XIV, Ltd.
Crestline Denali CLO XV, Ltd.
Crestline Denali CLO XVI, Ltd.
Crestline Denali CLO XVII, Ltd.
Deutsche Bank AG, London Branch
Fidelity Advisor Series I - Fidelity Advisor Floating Rate High Income Fund
Fidelity Central Investment Portfolios LLC Fidelity Floating Rate Central Fund
Fidelity Floating Rate High Income Fund
Fidelity Floating Rate High Income Multi-Asset Base Fund
FIDELITY INCOME FUND-FIDELITY TOTAL BOND FUND
Fidelity Inflation-Focused Fund
Fidelity Merrimack Street Trust: Fidelity Total Bond ETF
Fidelity Qualifying Investor Funds Plc
Fidelity Salem Street Trust: Fidelity SAI Total Bond Fund
Fidelity Summer Street Trust - Fidelity Series Floating Rate High Income Fund
HPS Loan Management 10-2016, Ltd
HPS Loan Management 11-2017, Ltd
HPS Loan Management 12-2018, Ltd.
HPS Loan Management 13-2018, Ltd.
HPS Loan Management 14-2019, Ltd.
HPS Loan Management 15-2019, Ltd.
HPS Loan Management 2013-2, Ltd.
HPS Loan Management 2021-16, Ltd.

HPS Loan Management 3-2014, Ltd.
HPS Loan Management 4-2014, Ltd.
HPS Loan Management 5-2015, Ltd.
HPS Loan Management 6-2015, Ltd.
HPS Loan Management 8-2016, Ltd
HPS Loan Management 9-2016, Ltd.
HPS Mauna Kea Fund, L.P
JNL/Fidelity Institutional Asset Management Total Bond Fund
JPMorgan Chase Bank, N.A.
Redwood Drawdown Master Fund III, LP.
Redwood Master Fund, Ltd
REDWOOD OPPORTUNITY MASTER FUND, LTD
Silver Point Finance LLC
Variable Insurance Products Fund: Floating Rate High Income Portfolio
Veritas Capital Credit Opportunities Fund II SPV, L.L.C.
Veritas Capital Credit Opportunities Fund SPV, L.L.C.
Vitruvian Partners

**Think & Learn Investors**
Antara Capital Master Fund LP
Abu Dhabi Developmental Holding Company PJSC (ADQ))
BlackRock
Blackstone Group
Bond Capital Asia Holdings Limited
Davidson Kempner
Epic Creations Aggregator
Lightspeed India Partners
Lightspeed Venture Partners
Qatar Investment Authority
Silver Lake
T. Rowe Price
UBS