# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EPIC! CREATIONS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11161 (JTD)<br><br>(Jointly Administered)<br><br>**Re. D.I. 384** |

### NOTICE WITHDRAWING THE
### CHAPTER 11 TRUSTEE'S CERTIFICATION OF
### DAMAGES AS A RESULT OF THE VIOLATIONS
### OF THE AUTOMATIC STAY BY THINK & LEARN LTD., VINAY
### RAVINDRA, RAJENDRAN VELLAPALATH, VOIZZIT INFORMATION
### TECHNOLOGY LLC AND VOIZZIT TECHNOLOGY PRIVATE LTD.

**PLEASE TAKE NOTICE** that on December 9, 2024, Claudia Z. Springer, not individually but solely as chapter 11 trustee (the "Trustee") for the estates (the "Estates") of the debtors (the "Debtors") in the above-captioned chapter 11 cases by and through the undersigned counsel filed the *Chapter 11 Trustee's Certification of Damages as a Result of the Violations of the Automatic Stay By Think & Learn Ltd., Vinay Ravindra, Rajendran Vellapalath, Voizzit Information Technology LLC and Voizzit Technology Private Ltd.* [D.I. 384] (the "Certification").

**PLEASE TAKE FURTHER NOTICE** that the Trustee hereby withdraws the Certification without prejudice.

| | |
|---|---|
| Dated: December 9, 2024<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ Alexis R. Gambale*<br>Henry J. Jaffe (No. 2987)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>824 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Email: hjaffe@pashmanstein.com<br>          jbarsalona@pashmanstein.com<br>          agambale@pashmanstein.com<br>-and- |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

US-DOCS\145493306.1

**JENNER & BLOCK LLP**

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Email: csteege@jenner.com
       mroot@jenner.com
       wwilliams@jenner.com

*Co-Counsel to the Trustee*