## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*, | Case No. 24-11161 (JTD) |
| Debtors. [1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alejandro Guerra, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On December 4, 2024, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Order Under Sections 327(e) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of the Law Offices of Panag & Babu as Indian Local Counsel to the Trustee *Nunc Pro Tunc* to the Engagement Date** [Docket No. 367]

- **Application of Claudia Z. Springer, Chapter 11 Trustee, for Entry of an Order Under Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016- 1 Authorizing Retention and Employment of SC&H Group, Inc. to Provide Investment Banking and Advisory Services for the Sale Transactions of Tangible Play, Inc. and Neuron Fuel, Inc. Effective *Nunc Pro Tunc* as of the Engagement Date** [Docket No. 369]

Dated: December 9, 2024

*/s/ Alejandro Guerra*
Alejandro Guerra
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Conscious Content Media, Inc. dba Begin | Benesch Friedlander Coplan & Aronoff LLP | Daniel Brogan | dbrogan@beneschlaw.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cahill Gordon & Reindel LLP | Sesi Garimella; Joel Moss; Richard Stieglitz, Jr; Jordan Wishnew | sgarimella@cahill.com; jmoss@cahill.com; rstieglitz@cahill.com; jwishnew@cahill.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; India Credit Solutions, L.P.; Gamstar (US) V Pte Ltd; and Gamstar (US) VI Pte Ltd | Cole Schotz PC | G. David Dean, Justin R. Alberto | ddean@coleschotz.com; jalberto@coleschotz.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cole Schotz PC | Seth Van Aalten, Sarah Carnes, Bryant Churbuck | svanaalten@coleschotz.com; scarnes@coleschotz.com; bchurbuck@coleschotz.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | R. Craig Martin | craig.martin@us.dlapiper.com |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | Richard Chesley | richard.chesley@us.dlapiper.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Brian Schartz, Jordan Elkin | bschartz@kirkland.com; jordan.elkin@kirkland.com |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Richard Howell; Sarah Kimmer; Patrick Nash, Jr; Colin Rathe; Ravi Shankar | richard.howell@kirkland.com; sarah.kimmer@kirkland.com; pnash@kirkland.com; colin.rathe@kirkland.com; ravi.shankar@kirkland.com |
| Counsel for Geodis USA, LLC and Geodis Hong Kong Limited | Nelson Mullins Riley & Scarborough, LLP | Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | Linda.Casey@usdoj.gov |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones, Peter J. Keane | ljones@pszjlaw.com; pkeane@pszjlaw.com |
| Counsel for BYJU's Alpha, Inc. | Quinn Emanuel Urquhart & Sullivan, LLP | Susheel Kirpalani, Benjamin Finestone, Daniel Holzman, Jianjian Ye | SusheelKirpalani@quinnemanuel.com; BenjaminFinestone@quinnemanuel.com; DanielHolzman@quinnemanuel.com; JianjianYe@quinnemanuel.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Reed Smith LLP | David Pisciotta; Nicholas Vislocky | dpisciotta@reedsmith.com; nvislocky@reedsmith.com |
| Counsel for Epic! Creations, Inc.; and Conscious Content Media, Inc. dba Begin | Reitler Kallas & Rosenblatt LLP | Lauren Friend McKelvey | lmckelvey@reitlerlaw.com |
| Counsel for Ad Hoc Group of Publishers | Robinson & Cole LLP | Jamie Edmonson | jedmonson@rc.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Texas Comptroller of Public Accounts | Texas Attorney General's Office | Bankruptcy & Collections Division | bk-kwalsh@oag.texas.gov; sherri.simpson@oag.texas.gov |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel for BYJU's Alpha, Inc. | Young, Conaway, Stargatt & Taylor, LLP | Robert Brady, Kenneth Enos, Jared W. Kochenash, Timothy R. Powell | kenos@ycst.com; rbrady@ycst.com; jkochenash@ycst.com; tpowell@ycst.com |

# Exhibit B

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel for Conscious Content Media, Inc. dba Begin | Benesch Friedlander Coplan & Aronoff LLP | Daniel Brogan | 1313 N Market Street | Ste 1201 | | Wilmington | DE | 19801-6101 |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cahill Gordon & Reindel LLP | Sesi Garimella; Joel Moss; Richard Stieglitz, Jr; Jordan Wishnew | 32 Old Slip | | | New York | NY | 10005 |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| California Secretary of State | California Secretary of State | 1500 11th St | | | | Sacramento | CA | 95814 |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; India Credit Solutions, L.P.; Gamstar (US) V Pte Ltd; and Gamstar (US) VI Pte Ltd | Cole Schotz PC | G. David Dean, Justin R. Alberto | 500 Delaware Ave | Ste 1410 | | Wilmington | DE | 19801 |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cole Schotz PC | Seth Van Aalten, Sarah Carnes, Bryant Churbuck | 1325 Avenue of the Americas | 19th Fl | | New York | NY | 10019 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | R. Craig Martin | 1201 N Market St | Ste 2100 | | Wilmington | DE | 19801 |

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | Richard Chesley | 444 W Lake St | Ste 900 | | Chicago | IL | 60606 |
| Debtor's Registered Agent | Epic! Creations, Inc. | c/o NATIONAL REGISTERED AGENTS, INC., as registered agent | 1209 ORANGE STREET | | | Wilmington | DE | 19801 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Brian Schartz, Jordan Elkin | 601 Lexington Ave | | | New York | NY | 10022 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Richard Howell; Sarah Kimmer; Patrick Nash, Jr; Colin Rathe; Ravi Shankar | 333 West Wolf Point Plaza | | | Chicago | IL | 60654 |
| Counsel for Geodis USA, LLC and Geodis Hong Kong Limited | Nelson Mullins Riley & Scarborough, LLP | Shane G. Ramsey | 1222 Demonbreun St., Suite 1700 | | | Nashville | TN | 37203 |
| Debtor's Registered Agent | NEURON FUEL, INC. | c/o INCORPORATING SERVICES, LTD., as registered agent | 3500 S DUPONT HWY | | | DOVER | DE | 19901 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones, Peter J. Keane | 919 N Market St | 17th Fl | | Wilmington | DE | 19801 |
| Counsel for BYJU's Alpha, Inc. | Quinn Emanuel Urquhart & Sullivan, LLP | Susheel Kirpalani, Benjamin Finestone, Daniel Holzman, Jianjian Ye | 51 Madison Ave | 22nd Fl | | New York | NY | 10010 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Reed Smith LLP | David Pisciotta; Nicholas Vislocky | 599 Lexington Ave | 22nd Fl | | New York | NY | 10022 |
| Counsel for Epic! Creations, Inc.; and Conscious Content Media, Inc. dba Begin | Reitler Kallas & Rosenblatt LLP | Lauren Friend McKelvey | 11921 Freedom Dr | Ste 550 | | Reston | VA | 20190 |
| Counsel for Ad Hoc Group of Publishers | Robinson & Cole LLP | Jamie Edmonson | 1201 N Market St | Ste 1406 | | Wilmington | DE | 19801 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Debtor's Registered Agent | Tangible Play, Inc. | c/o Delaware Secretary of State | 401 Federal St. | Suite 3 | | Dover | DE | 19901 |
| Texas Comptroller of Public Accounts | Texas Attorney General's Office | Bankruptcy & Collections Division | Kimberly Walsh, Sherri Simpson | PO Box 12548 | | Austin | TX | 78711-2548 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |
| US Department of Justice | US Department of Justice | | 950 Pennsylvania Ave NW | | | Washington | DC | 20530-0001 |
| Counsel for BYJU's Alpha, Inc. | Young, Conaway, Stargatt & Taylor, LLP | Robert Brady, Kenneth Enos, Jared W. Kochenash, Timothy R. Powell | 1000 N King St | | | Wilmington | DE | 19801 |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 2 of 2