# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*, | Case No. 24-11161 (JTD) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Matthew J. Canty, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On December 5, 2024, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Second Monthly Application of Jenner & Block LLP as Counsel to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period of November 1, 2024 Through and Including November 30, 2024** [Docket No. 371]

Dated: December 9, 2024

/s/ Matthew J. Canty
Matthew J. Canty
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

# Exhibit A

**Exhibit A**
**Fee Application Notice Parties**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cahill Gordon & Reindel LLP | Sesi Garimella; Joel Moss; Richard Stieglitz, Jr; Jordan Wishnew | sgarimella@cahill.com; jmoss@cahill.com; rstieglitz@cahill.com; jwishnew@cahill.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; India Credit Solutions, L.P.; Gamstar (US) V Pte Ltd; and Gamstar (US) VI Pte Ltd | Cole Schotz PC | G. David Dean, Justin R. Alberto | ddean@coleschotz.com; jalberto@coleschotz.com |
| Counsel for Chapter 11 Trustee | Jenner & Block LLP | Catherine Steege, Melissa Root | csteege@jenner.com; mroot@jenner.com |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Brian Schartz, Jordan Elkin | bschartz@kirkland.com; jordan.elkin@kirkland.com |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Richard Howell; Sarah Kimmer; Patrick Nash, Jr; Colin Rathe; Ravi Shankar | richard.howell@kirkland.com; sarah.kimmer@kirkland.com; pnash@kirkland.com; colin.rathe@kirkland.com; ravi.shankar@kirkland.com |
| Chapter 11 Trustee | Novo Advisors | Claudia Springer | cspringer@novo-advisors.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | Linda.Casey@usdoj.gov |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones, Peter J. Keane | ljones@pszjlaw.com; pkeane@pszjlaw.com |
| Counsel for Chapter 11 Trustee | Pashman Stein Walder Hayden, P.C. | Henry J. Jaffe, Joseph C. Barsalona II | hjaffe@pashmanstein.com; JBarsalona@pashmanstein.com |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Reed Smith LLP | David Pisciotta; Nicholas Vislocky | dpisciotta@reedsmith.com; nvislocky@reedsmith.com |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 1 of 1

# Exhibit B

Exhibit B
Fee Application Notice Parties
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cahill Gordon & Reindel LLP | Sesi Garimella; Joel Moss; Richard Stieglitz, Jr; Jordan Wishnew | 32 Old Slip | | New York | NY | 10005 |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; India Credit Solutions, L.P.; Gamstar (US) V Pte Ltd; and Gamstar (US) VI Pte Ltd | Cole Schotz PC | G. David Dean, Justin R. Alberto | 500 Delaware Ave | Ste 1410 | Wilmington | DE | 19801 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Brian Schartz, Jordan Elkin | 601 Lexington Ave | | New York | NY | 10022 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Richard Howell; Sarah Kimmer; Patrick Nash, Jr; Colin Rathe; Ravi Shankar | 333 West Wolf Point Plaza | | Chicago | IL | 60654 |
| Chapter 11 Trustee | Novo Advisors | Claudia Springer | 401 N Franklin St | Ste 4 East | Chicago | IL | 60654 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones, Peter J. Keane | 919 N Market St | 17th Fl | Wilmington | DE | 19801 |
| Counsel for Chapter 11 Trustee | Pashman Stein Walder Hayden, P.C. | Henry J. Jaffe, Joseph C. Barsalona II | 824 N Market Street | Ste 800 | Wilmington | DE | 19801 |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Reed Smith LLP | David Pisciotta; Nicholas Vislocky | 599 Lexington Ave | 22nd Fl | New York | NY | 10022 |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 1 of 1