IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*,[1] | Case No. 24-11161 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: Jan. 22, 2025, at 10:00 a.m. ET**<br>**Objection Date: Dec. 27, 2024, at 4:00 p.m. ET** |

**NOTICE OF HEARING REGARDING CHAPTER 11 TRUSTEE'S MOTION (I) TO APPROVE PERMANENT REMOVAL OF THE CHAPTER 11 TRUSTEE'S CERTIFICATION OF DAMAGES AS A RESULT OF THE VIOLATIONS OF THE AUTOMATIC STAY BY THINK & LEARN LTD., VINAY RAVINDRA, RAJENDRAN VELLAPALATH, VOIZZIT INFORMATION TECHNOLOGY LLC AND VOIZZIT TECHNOLOGY PRIVATE LTD; AND (II) FILE UNDER SEAL CERTAIN EXHIBITS TO THE CHAPTER 11 TRUSTEE'S CERTIFICATION OF DAMAGES AS A RESULT OF THE VIOLATIONS OF THE AUTOMATIC STAY BY THINK & LEARN LTD., VINAY RAVINDRA, RAJENDRAN VELLAPALATH, VOIZZIT INFORMATION TECHNOLOGY LLC AND VOIZZIT TECHNOLOGY PRIVATE LTD**

**PLEASE TAKE NOTICE** that on December 12, 2024, Claudia Z. Springer, Esq., in her capacity as Chapter 11 Trustee (the "Trustee") of Epic! Creations, Inc. ("Epic"), Neuron Fuel, Inc. ("Neuron Fuel"), and Tangible Play, Inc. ("Tangible Play," together with Epic and Neuron Fuel, collectively the "Debtors") filed the *Chapter 11 Trustee's Motion (I) to Approve Permanent Removal of the Chapter 11 Trustee's Certification of Damages as a Result of the Violations of the Automatic Stay by Think & Learn Ltd., Vinay Ravindra, Rajendran Vellapalth Voizzit Information Technology LLC and Voizzit Technology Private Ltd; and (II) File Under Seal Certain Exhibits to the Chapter 11 Trustee's Certifications of Damages as a Result of the Violations of the Automatic Stay by Think & Learn Ltd., Vinay Ravindra, Rajendran Vellapalth, Voizzit Information Technology LLC and Voizzit Technology Private Ltd.* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must (a) be in writing, (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **December 27, 2024 at 4:00 p.m. (E.T.)** (the "Objection Deadline"), and (c) served as to be received on or before the Objection Deadline upon (a) the Debtors, (b) counsel to the Trustee, Jenner & Block LLP, 353 N. Clark Street, Chicago, Illinois 60654, Attn: Catherine Steege (csteege@jenner.com) and Melissa Root (mroot@jenner.com); (c) co-counsel to the Trustee, Pashman Stein Walder Hayden, P.C., 824 N. Market Street, Suite 800, Wilmington, DE 19801, Attn: Henry J. Jaffe (hjaffe@pashmanstein.com), Joseph C. Barsalona II (jbarsalona@pashmanstein.com) and Alexis

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

R. Gambale (agambale@pashmanstein.com), and (d) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801, Attn: Linda J. Casey (Linda.Casey@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON JANUARY 22, 2025 AT 10:00 A.M. (ET) BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: December 12, 2024
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Alexis R. Gambale*
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email:  hjaffe@pashmanstein.com
   jbarsalona@pashmanstein.com
   agambale@pashmanstein.com

-and-

**JENNER & BLOCK LLP**
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Email:  csteege@jenner.com
   mroot@jenner.com
   wwilliams@jenner.com