IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*,[1] | Case No. 24-11161 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re. D.I. 244 & 276** |

**CHAPTER 11 TRUSTEE'S CERTIFICATION OF
DAMAGES AS A RESULT OF THE VIOLATIONS
OF THE AUTOMATIC STAY BY THINK & LEARN LTD., VINAY
RAVINDRA, RAJENDRAN VELLAPALATH, VOIZZIT INFORMATION
TECHNOLOGY LLC AND VOIZZIT TECHNOLOGY PRIVATE LTD.**

The undersigned, counsel to Claudia Z. Springer, not individually but solely as chapter 11 trustee (the "Trustee") for the estates (the "Estates") of the debtors (the "Debtors") in the above-captioned chapter 11 cases, hereby certifies as follows:

1.   On November 4, 2024, the Trustee filed the *Trustee's Emergency Motion for Entry of an Order (I) Enforcing the Automatic Stay, (II) Declaring Violations of the Automatic Stay to be Void Ab Initio, (III) Awarding Fees, Expenses, and Punitive Damages, and (IV) Granting Related Relief* [D.I. 244] (the "Apple Accounts Stay Motion"). By the Stay Motion, the Trustee sought entry of an order declaring that Think & Learn Ltd., Vinay Ravindra, Voizzit Technology Private Ltd, and Voizzit Information Technology LLC, and those acting in concert with them, including Rajendran Vellapalath (collectively, the "Respondents"), engaged in a willful violation of the automatic stay, that their actions taken were void ab initio, and that the Trustee was entitled

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

to an award of her actual damages, including an award of the attorneys' fees and expenses incurred by the estate and punitive damages.

2. On November 12, 2024, this Court entered the *Order Granting in Part Trustee's Emergency Motion for Entry of an Order (I) Enforcing the Automatic Stay, (II) Declaring Violations of the Automatic Stay to be Void Ab Initio, (III) Awarding Fees, Expenses, and Punitive Damages, and (IV) Granting Related Relief* [D.I. 276] (the "Stay Violation Order").

3. On November 26, the Trustee filed her *Chapter 11 Emergency Motion for Sanctions Against Voizzit Technology Private, Ltd., Voizzit Information Technology LLC, Vinay Ravindra, Rajendran Vellapalath and Think & Learn Private Ltd. For Their Continuing Failure to Comply With the Automatic Stay* (the "Cloudflare Accounts Stay Motion"). [D.I. 340]

4. On November 21, 2024, and December 3, 2024, this Court received evidence and heard argument on the Apple Account Stay Motion and Cloudflare Account Stay Motion. At the conclusion of the hearing, the Court directed the Trustee to submit a certification of the damages incurred as a result of the stay violations set forth in the Apple Accounts Stay Motion and Cloudflare Account Stay Motion.

5. **ATTORNEYS' FEES AND EXPENSES**: The attorneys' and financial advisor fees and expenses incurred by the Estates, as well as the fees and expenses of GLAS Trust Company LLC, for which the Estates are responsible for pursuant to the *Final Order (I) Authorizing The Use Of Cash Collateral, (II) Authorizing The Chapter 11 Trustee On Behalf Of The Debtors' Estates To Obtain Postpetition Financing, (III) Granting Senior Postpetition Security Interests, And According Superpriority Administrative Expense Status Pursuant To Sections 364(c) And 364(d) Of The Bankruptcy Code, (IV) Granting Adequate Protection,*

*(V) Modifying The Automatic Stay, And (VI) Granting Related Relief* (the "Final DIP Order") [D.I. 313] are set forth below:

| Exhibit | Professional | Fees & Expenses |
|---|---|---|
| A | Jenner & Block LLP | $437,428.29 |
| B | Pashman Stein Walder Hayden P.C. | $155,841.33 |
| C | Novo Advisors | $71,025.00 |
| D | Kirkland & Ellis LLP | $587,226.75 |
| E | Reed Smith LLP | $59,680.50 |
| F | Pachulski Stang Ziehl & Jones LLP | $107,460.00 |
| G | Khaitan & Co | $50,798.00 |
| H | UK Consultant/Investigator | $127,302.27 |
| | *Total:* | **$1,596,762.14** |

Attached hereto as Exhibits A through H are itemized statements of those fees and expenses.

6.  **OTHER ACTUAL DAMAGES**: In addition, the estate incurred actual damages as a result of the Respondents' stay violations, evidence of which was presented at trial and the record cite at which such actual damages were established is set forth below:

| Stay Violation | Record Cite | Damages |
|---|---|---|
| Transfer from the Tangible Play Apple Account to Voizzit Information Technology LLC | D.I. 256 at ¶ 19<br>D.I. 318 at ¶ 7;<br>Trustee Ex. 2 | $1,049,044.00 |
| Transfer from the Tangible Play Epic Account to Voizzit Information Technology LLC | D.I. 256 at ¶ 19<br>D.I. 318 at ¶ 7<br>Trustee Ex. 2 | $14,719.04 |
| Charges by Google for Google Cloud Account during period in which the Estates had no access to the Google Cloud Account due the stay violation | D.I. 318 at ¶ 9 | $464,039.86 |
| Loss of Revenue from Tangible Play website outage | D.I. 256 at ¶ 8<br>D.I. 318 at ¶ 25 | $15,000.00 |
| | *Total:* | **$1,542,802.90** |

7.     **TOTAL ACTUAL DAMAGES**: In total, the Estates experienced actual damages totaling $3,139,565.04.[2]

**WHEREFORE**, the Debtors respectfully request that the Court enter a judgment against the Respondents, jointly and severally, directing them to make payment to the Trustee in the amount of $3,139,565.04 plus punitive damages. A proposed form of judgment order is attached hereto as **Exhibit I**.

| | |
|---|---|
| Dated: December 9, 2024<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br> /s/ Alexis R. Gambale  <br>Henry J. Jaffe (DE Bar No. 2987)<br>Joseph C. Barsalona II (DE Bar No. 6102)<br>Alexis R. Gambale (DE Bar No. 7150)<br>824 North Market Street<br>Suite 800<br>Wilmington, DE 07601<br>Telephone: (302) 592-6497<br>Email: hjaffe@pashmanstein.com<br>       jbarsalona@pashmanstein.com<br>       agambale@pashmanstein.com<br>              -and-<br>**JENNER & BLOCK LLP**<br>Catherine Steege<br>Melissa Root<br>William A. Williams<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Telephone: (312) 923-2952<br>Email: csteege@jenner.com<br>       mroot@jenner.com<br>       wwilliams@jenner.com<br><br>*Counsel to the Trustee* |

---

[2] The foregoing totals do not include the majority of the attorney's fees and other damages incurred as a result of Respondents' stay violations related to the taking of the Google accounts, which is the subject of a separate adversary proceeding, Adv. Case No. 24-50233, although because of the overlap of issues there may be some time that the Trustee incurred that applied to both the Google and Apple stay violations and that time is included in this submission. The Trustee reserves her right to move for further damages if she identifies additional damages as a result of the Voizzit Entities' stay violations related to the Apple accounts and will seek further damages in connection with the Google stay violations when appropriate in Adv. Case No. 24-50233.