**Exhibit A**

**Jenner & Block LLP**

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 11/1/2024 | CS | 1.0 | Telephone conference with team re strategy re Apple. | $ 2,305.00 |
| 11/1/2024 | CS | 0.3 | Emails re Apple/Voizzit issue and transfer of accounts. | $ 691.50 |
| 11/1/2024 | CS | 0.2 | Telephone conference with M. Root re suit vs. Voizzit. | $ 461.00 |
| 11/1/2024 | MMR | 1.6 | Review of diligence from Apple accounts (.8); call with Apple and J. Grall re same (.4); call with team re same (.4). | $ 2,472.00 |
| 11/1/2024 | BSB | 0.7 | Researched methods of foreign service. | $ 672.00 |
| 11/2/2024 | CS | 0.4 | Telephone conference with S. Pillay and M. Root re service and strategy issues (Apple). | $ 922.00 |
| 11/2/2024 | MMR | 0.5 | Call with UAE counsel re service issues | $ 772.50 |
| 11/3/2024 | MMR | 2.8 | Revisions to motion (.5), TRO order (.5), and TRO brief (1.8) (Apple). | $ 4,326.00 |
| 11/3/2024 | BSB | 0.4 | Researched to obtain Third Circuit authority on issue of violations of the automatic stay are void ab initio (Apple). | $ 384.00 |
| 11/3/2024 | BSB | 1.3 | Researched caselaw re mandatory injunctive relief for automatic stay violations (Apple). | $ 1,248.00 |
| 11/4/2024 | CS | 3.0 | Revised motion re stay violation (Apple). | $ 6,915.00 |
| 11/4/2024 | CS | 0.5 | Telephone conference with Pashman team re emergency motion re Apple accounts (Apple). | $ 1,152.50 |
| 11/4/2024 | CS | 0.4 | Telephone conference with Apple counsel re Apple accounts and stay violation (Apple). | $ 922.00 |
| 11/4/2024 | CS | 0.4 | Second telephone conference with Apple re stay violation. | $ 922.00 |

| 11/4/2024 | CS | 0.6 | Telephone conference with Kirkland & Ellis team re stay violation motion vs. Apple and Voizzit (Apple). | $ | 1,383.00 |
|---|---|---|---|---|---|
| 11/4/2024 | CS | 0.4 | Edited stay violation motion(Apple). | $ | 922.00 |
| 11/4/2024 | MMR | 9.6 | Call with C. Steege re Voizzit issue (.5) (Apple); call with Apple's counsel re same (.5) (Apple); review and comment on complaint (1.0) (Apple); work on stay violation motion (3.5) (Apple); call with litigation team (.7); provide litigation team with factual information (.4);  incorporate comments to Apple stay violation motion (1.1); call with Apple's counsel re stay violation motion (.3); call with C. Steege and W. Williams Apple stay violation motion (.6); further revisions to stay violation motion related to Apple Accounts (1.3). | $ | 14,832.00 |

| 11/4/2024 | WAW | 13.2 | Continued expanding draft complaint to include additional detail and counts (4.2) (Google); conferred with Jenner team re same (.3) (Google); researched case law re voiding unauthorized post-petition transfers via stay enforcement motion (1.4) (Apple); multiple email correspondence with M. Root and B. Bornhoft re same (.6) (Apple); drafted portions of stay enforcement motion (1.5) (Apple); telephone call with Apple's counsel re next steps (.4); drafted proposed order granting stay enforcement motion (.5) (Apple); coordinated with Pashman team re motion for order shortening notice (.4) (Apple); reviewed additional investigative findings and supporting materials re Voizzit entities and V. Ravindra (.4) (Apple); incorporated same into draft stay enforcement motion (.3); researched methods and means of service on foreign respondents (1.4) (Apple); conferred with Kirkland team re same (.3) (Apple); prepared declaration in | $ | 18,084.00 |
| 11/4/2024 | SP | 0.8 | Conferred with Jenner and Kirkland attorneys re draft pleadings relevant to the Voizzit matter (Apple). | $ | 1,376.00 |
| 11/4/2024 | SP | 0.6 | Reviewed revised draft pleadings in Voizzit matter(Apple). | $ | 1,032.00 |
| 11/4/2024 | BSB | 0.5 | Reviewed and edited emergency motion to enforce the automatic stay (Apple). | $ | 480.00 |
| 11/4/2024 | BSB | 0.6 | Researched caselaw holding that violations of the automatic stay are void ab initio (Apple). | $ | 576.00 |
| 11/5/2024 | CS | 0.3 | Telephone conference with UAE counsel re service (Apple). | $ | 691.50 |
| 11/5/2024 | MMR | 0.5 | Participate in update call with India counsel (Apple). | $ | 772.50 |

| 11/5/2024 | MMR | 1.7 | Call with UAE re service of stay motion (.3) (Apple); prepare declaration regarding same (.4) (Apple); coordinate service with India counsel (.2) (Apple); research re FRE 4 (.8) (Apple). | $ | 2,626.50 |
|---|---|---|---|---|---|
| 11/5/2024 | MMR | 0.2 | Correspond with Apple re stay motion and next steps. | $ | 309.00 |
| 11/5/2024 | MMR | 0.6 | Email discussions with K&E re matters for 11/12 hearing (.3) (Apple); confer with C. Steege re same (.3) (Apple). | $ | 927.00 |
| 11/5/2024 | MMR | 0.8 | Review of data/chart of transfers in connection with stay motion/amended complaint (Google). | $ | 1,236.00 |
| 11/5/2024 | WAW | 1.8 | Conferred with J. Grall re draft declaration in support of stay enforcement motion (.2) (Apple); prepared summary chart of all unauthorized post-petition transfers (1.2) (Apple); multiple email correspondence with Jenner team and Kirkland team re same (.4) (Apple). | $ | 2,466.00 |
| 11/5/2024 | SP | 0.8 | Conferred with Jenner and Kirkland attorneys re matter strategy in Voizzit matter (Apple). | $ | 1,376.00 |
| 11/6/2024 | CS | 0.5 | Responded to K&E email re discovery and stay hearing (Apple). | $ | 1,152.50 |
| 11/6/2024 | MMR | 0.5 | Correspond with Apple team regarding Voizzit issue (.2) (Apple); call with W. Williams re same (.2) (Apple); call with C. Steege re same (.1) (Apple). | $ | 772.50 |
| 11/6/2024 | MMR | 1.0 | Work on Voizzit discovery (Apple). | $ | 1,545.00 |

| 11/6/2024 | WAW | 2.2 | Prepared deposition notices for R. Ravindra and R. Vellapalath (.4) (Apple); conferred with B. Bornhoft re preparing document requests re stay enforcement motion (.3) (Apple); met with Apple's counsel to discuss transfer logistics and related next steps (.5) (Apple); multiple email correspondence with Apple's counsel and Novo team re same (.2) (Apple); prepared summary of discussion with Apple's counsel for C. Steege and M. Root (.6) (Apple); telephone call with M. Root re same (.2) (Apple). | $ | 3,014.00 |
|---|---|---|---|---|---|
| 11/6/2024 | SP | 0.8 | Reviewed correspondence by Jenner attorneys and common interest counsel regarding Voizzit matter strategy (Apple). | $ | 1,376.00 |
| 11/6/2024 | BSB | 1.5 | Drafted requests for production to V. Ravindra (Apple). | $ | 1,440.00 |
| 11/7/2024 | CS | 0.4 | Edited J. Grall declaration(Apple). | $ | 922.00 |
| 11/7/2024 | CS | 0.3 | Emails re subpoenaing Apple for information re who transferred apple apps (Apple). | $ | 691.50 |
| 11/7/2024 | MMR | 0.3 | Phone call with C. Steege re 11/12 hearing prep, Grall declaration, etc. (Apple) | $ | 463.50 |
| 11/7/2024 | MMR | 0.2 | Confer with UAE counsel re declaration. (Apple) | $ | 309.00 |
| 11/7/2024 | MMR | 0.2 | Confer with B. Williams re Apple status and Grall declaration. | $ | 309.00 |
| 11/7/2024 | MMR | 0.3 | Call with CloudFlare counsel (.2) and follow up with email re same (.1). | $ | 463.50 |
| 11/7/2024 | MMR | 1.1 | Work on preparation for 11/12 hearing (Apple). | $ | 1,699.50 |

| 11/7/2024 | WAW | 5.8 | Continued revising Grall declaration in support of stay enforcement motion (2.1) (Apple); compiled exhibits to Grall declaration (.5) (Apple); email correspondence with Kirkland team re same (.2) (Apple); incorporated Kirkland's comments to same (.6) (Apple); multiple email correspondence with J. Grall re same (.3) (Apple); finalized and coordinated filing of Grall declaration (.5) (Apple); discussed account turnover logistics and related issues with Apple's counsel (.4) (Apple); email correspondence with Apple's counsel re same (.2) (Apple); conferred with C. Steege and M. Root re same (.4) (Apple); prepared additional discovery requests re account turnover(.5) (Apple); email correspondence with Pashman team re same (.1) (Apple). | $ | 7,946.00 |
| 11/8/2024 | MMR | 1.5 | Work on various matters for 11/12 hearing including service research, Voizzit potential counsel, and declarations (Apple). | $ | 2,317.50 |
| 11/8/2024 | MMR | 0.5 | Review of subpoena and rider re Voizzit (Apple). | $ | 772.50 |

| 11/8/2024 | WAW | 4.0 | Reviewed declaration from UAE counsel in support of service of stay enforcement motion (.2) (Apple); conferred with M. Root re same (.2) (Apple); prepared notice of filing re foreign service-related evidence (.4) (Apple); prepared deposition notices and discovery requests to V. Ravindra, R. Vellapalath, and Voizzit entities (2.8) (Apple); email correspondence with Apple's counsel re discovery requests (.2) (Apple). | $ | 5,480.00 |
|---|---|---|---|---|---|
| 11/9/2024 | MMR | 0.3 | Phone call with C. Steege re status and strategy for 11/12 hearing (Apple). | $ | 463.50 |
| 11/10/2024 | CS | 0.5 | Call with Morris Nichol's attorneys C. Miller and M. Harvey re hearing on stay motion (Apple). | $ | 1,152.50 |
| 11/10/2024 | CS | 0.3 | Telephone conference with team re hearing and filings (Apple). | $ | 691.50 |
| 11/10/2024 | CS | 0.2 | Telephone conference with Ravi re litigation and hearing (Apple). | $ | 461.00 |
| 11/10/2024 | CS | 0.3 | Telephone conference with C. Springer re hearing and Morris Nichol's attorneys C. Miller and M. Harvey (Apple). | $ | 691.50 |
| 11/10/2024 | MMR | 1.4 | Prepare for 11/12 hearing on stay motion (.8) (Apple); call with Morris Nichols re hearing (.2) (Apple); call with Pashman team re hearing (.2) (Apple); call with K&E re hearing (.2) (Apple). | $ | 2,163.00 |
| 11/10/2024 | WAW | 1.0 | Attended conference call with potential counsel for Voizzit entities (.4) (Apple); prepared and circulated summary of same (.4) (Apple); email correspondence with C. Steege and M. Root re exhibits to Grall Declaration (.2) (Apple). | $ | 1,370.00 |

| 11/11/2024 | CS | 0.4 | Telephone conference with J. Barsalona and D. Dean re hearing re Apple stay violation. | $ | 922.00 |
|---|---|---|---|---|---|
| 11/11/2024 | CS | 2.0 | Prepared for hearing on stay issue (Apple). | $ | 4,610.00 |
| 11/11/2024 | CS | 1.3 | Multiple telephone conferences with Apple counsel re hearing (Apple). | $ | 2,996.50 |
| 11/11/2024 | CS | 0.2 | Telephone conference with new proposed Voizzit counsel (Apple). | $ | 461.00 |
| 11/11/2024 | CS | 0.3 | Telephone conference with Ravi S. re Apple stay hearing. | $ | 691.50 |
| 11/11/2024 | MMR | 1.4 | Revise discovery to V. Ravindra and Voizzit entities (Apple). | $ | 2,163.00 |
| 11/11/2024 | MMR | 0.3 | Call with Apple counsel regarding 11/12 hearing (Apple). | $ | 463.50 |
| 11/11/2024 | MMR | 0.9 | Call with Novo and Jenner teams regarding 11/12 hearing (Apple). | $ | 1,390.50 |
| 11/11/2024 | MMR | 0.2 | Call with C. Steege and S. Pillay re research for 11/12 hearing (Apple). | $ | 309.00 |
| 11/11/2024 | MMR | 1.0 | Multiple conferences with C. Steege regarding 11/12 hearing (Apple). | $ | 1,545.00 |
| 11/11/2024 | WAW | 5.7 | Prepared summary of Trustee's efforts to serve stay enforcement motion for inclusion in hearing argument outline (1.8) (Apple); coordinated filing of foreign service-related evidence (.3) (Apple); prepared subpoena to Github (.6); email correspondence with GitHub's counsel re same (.2); continued preparing discovery requests to V. Ravindra and Voizzit respondents (2.4) (Apple); conferred with M. Root re same (.4) (Apple). | $ | 7,809.00 |
| 11/12/2024 | CS | 3.0 | Prepared for stay violation hearing (Apple). | $ | 6,915.00 |

| 11/12/2024 | CS | 0.8 | Attended hearing re stay violation (Apple). | $ | 1,844.00 |
|---|---|---|---|---|---|
| 11/12/2024 | CS | 0.3 | Telephone conference with C. Samis re discovery (Apple). | $ | 691.50 |
| 11/12/2024 | CS | 1.5 | Revised discovery requests to Voizzit and Ravindra  (Apple). | $ | 3,457.50 |
| 11/12/2024 | CS | 0.2 | Drafted email to Apple re stay order (Apple). | $ | 461.00 |
| 11/12/2024 | MMR | 1.8 | Revise Voizzit discovery (Apple). | $ | 2,781.00 |
| 11/12/2024 | MMR | 0.5 | Call with Pashman and Trustee team on strategy/stay hearing (Apple). | $ | 772.50 |
| 11/12/2024 | MMR | 1.1 | Prepare for hearing on stay motion (Apple). | $ | 1,699.50 |
| 11/12/2024 | MMR | 0.8 | Participate in hearing on Apple stay violation motion. | $ | 1,236.00 |
| 11/12/2024 | MMR | 0.3 | Call with Voizzit counsel and C. Steege (Apple). | $ | 463.50 |
| 11/12/2024 | WAW | 6.0 | Multiple email correspondence with C. Steege and J. Grall re turnover of Google accounts (.6); attended hearing on stay enforcement motion (.6) (Apple); revised draft order granting stay enforcement motion to incorporate additional edits from Apple (.4) (Apple); revised discovery requests to V. Ravindra and Voizzit entities (2.4) (Apple); multiple email correspondence with Jenner team re same (.5); prepared additional deposition notices re same (.4) (Apple); finalized and coordinated service of deposition notices and discovery requests to V. Ravindra, R. Vellapalath, and Voizzit entities (.6) (Apple); finalized and coordinated service of Github subpoena (.3); email correspondence with GitHub's counsel re same (.2). | $ | 8,220.00 |

| 11/13/2024 | CS | 0.4 | Responded to Ravi's email re open issues re Apple stay violation (Apple). | $ | 922.00 |
|---|---|---|---|---|---|
| 11/13/2024 | CS | 0.3 | Telephone conference with C. Springer re Voizzit emails (Apple). | $ | 691.50 |
| 11/13/2024 | MMR | 0.5 | Call with Apple re account access (Apple). | $ | 772.50 |
| 11/13/2024 | MMR | 2.2 | Diligence on Voizzit issues and transfers in preparation for damages hearing (Apple). | $ | 3,399.00 |
| 11/13/2024 | WAW | 3.4 | Coordinated logistics for upcoming depositions (.6) (Apple); multiple email correspondence with Jenner team and Kirkland team re discovery-related matters (.4) (Apple); revised draft second emergency motion to enforce automatic stay (1.6) (Google); multiple email correspondence with Jenner team re same (.6) (Google); email correspondence with Voizzit's counsel re responses to written discovery (.2) (Apple). | $ | 4,658.00 |
| 11/13/2024 | BSB | 0.3 | Communicated with S. Rosen re reviewing DLA Piper production for evidence re knowledge of bankruptcy (Apple). | $ | 288.00 |
| 11/14/2024 | CS | 0.2 | Telephone conference with C. Samis re stay violation motion (Apple). | $ | 461.00 |
| 11/14/2024 | CS | 0.5 | Telephone conference with C. Springer re call with Voizzit counsel (Apple). | $ | 1,152.50 |
| 11/14/2024 | CS | 0.6 | Reviewed documents re knowledge of chapter 11 case by Ravindra (Apple). | $ | 1,383.00 |
| 11/14/2024 | MMR | 2.1 | Review of information purporting to show ownership of stock and research on same (Apple). | $ | 3,244.50 |

| 11/14/2024 | MMR | 1.7 | Prepare for V. Ravindra deposition (Apple). | $ 2,626.50 |
|---|---|---|---|---|
| 11/14/2024 | WAW | 9.0 | multiple email correspondence with C. Steege, M. Root, and J. Grall re Naseath emails (.4) (Apple); prepared deposition outline for V. Ravindra (3.8) (Apple); prepared deposition outline for Voizzit respondents (1.6) (Apple); compiled exhibits for deposition of V. Ravindra (.8) (Apple); multiple email correspondence with Jenner team re same (.4) (Apple); multiple email correspondence with court reporter re upcoming depositions (.2) (Apple); email correspondence with GitHub's counsel re subpoena (.2); email correspondence with Cloudflare's counsel re website outage (.2) (Cloudflare); reviewed and analyzed R. Vellapalath declaration and related loan document exhibits (.8) (Apple); prepared summary of key counterpoints re same (.6) (Apple). | $ 12,330.00 |
| 11/14/2024 | BSB | 2.8 | Reviewed and analyzed DLA Piper document production to locate documents re knowledge of bankruptcy by stay violators (Apple). | $ 2,688.00 |
| 11/14/2024 | BSB | 1.1 | Compiled exhibits for deposition and hearing (Apple). | $ 1,056.00 |
| 11/14/2024 | BSB | 0.7 | Revised and edited deposition outline of Voizzit entities (Apple). | $ 672.00 |
| 11/15/2024 | CS | 0.3 | Email with R. Shankar re T&L discovery (Apple). | $ 691.50 |
| 11/15/2024 | CS | 0.3 | Office conference with M. Root re discovery for stay violation hearing (Apple). | $ 691.50 |

| 11/15/2024 | CS | 0.1 | Telephone conference with C. Samis re resolution of stay issues (Apple). | $ | 230.50 |
|---|---|---|---|---|---|
| 11/15/2024 | CS | 0.8 | Telephone conference with Trustee and team re Voizzit proposal (Apple). | $ | 1,844.00 |
| 11/15/2024 | CS | 0.2 | Email to C. Samis re requirements to cure stay violation (Apple). | $ | 461.00 |
| 11/15/2024 | CS | 0.8 | Telephone conference with K&E re Voizzit deposition planning (Apple). | $ | 1,844.00 |
| 11/15/2024 | MMR | 1.5 | Prepare for V. Ravidnra deposition (1.0) (Apple); participate in deposition where he failed to appear (.5). | $ | 2,317.50 |
| 11/15/2024 | MMR | 0.7 | Work on comprehensive list of transfers to Voizzit related entities (.5) (Apple); confer with C. Steege re same (.2) (Apple). | $ | 1,081.50 |
| 11/15/2024 | MMR | 1.8 | Prepare for Monday 30(b)(6) depositions (Apple). | $ | 2,781.00 |
| 11/15/2024 | WAW | 3.7 | Attended deposition of V. Ravindra where he failed to show (.5) (Apple); prepared for same (.6) (Apple); continued preparing deposition outline for Voizzit respondents (2.4) (Apple); email correspondence with M. Root re summary of Voizzit transfers (.2) (Apple). | $ | 5,069.00 |
| 11/15/2024 | FPM | 0.1 | Organized deposition transcript on the drive (Apple). | $ | 53.50 |
| 11/16/2024 | CS | 0.4 | Reviewed Voizzit's response to stay violation motion (Apple). | $ | 922.00 |
| 11/16/2024 | CS | 0.3 | Emails with N. Mozel re Voizzit failure to respond to discovery (Apple). | $ | 691.50 |
| 11/16/2024 | MMR | 1.5 | Review of declaration and objection filed by Voizzit (.8) (Apple); work on outline of reply (.4) (Apple); email with C. Steege and team re same (.3) (Apple). | $ | 2,317.50 |

| 11/16/2024 | MMR | 1.5 | Work on deposition preparation for Monday depositions of Voizzit entities and Vellalapalth (Apple). | $ | 2,317.50 |
|---|---|---|---|---|---|
| 11/16/2024 | WAW | 7.5 | Continued preparing deposition outline for Voizzit respondents (5.8) (Apple); compiled exhibits for same (1.4) (Apple); multiple email correspondence with Jenner team re same (Apple)(.3). | $ | 10,275.00 |
| 11/17/2024 | CS | 0.2 | Prepared letter re meet and confer with Voizzit's counsel re discovery (Apple). | $ | 461.00 |
| 11/17/2024 | CS | 0.1 | Email to team re issues for call with Voizzit's counsel (Apple). | $ | 230.50 |
| 11/17/2024 | CS | 0.5 | Telephone conference with N. Mozel, R. Shanker, and M. Root re discovery (Apple). | $ | 1,152.50 |
| 11/17/2024 | CS | 0.5 | Telephone conference with C. Springer re J. Grall re Apple issues (Apple). | $ | 1,152.50 |
| 11/17/2024 | MMR | 2.2 | Prepare for Voizzit depositions (Apple). | $ | 3,399.00 |
| 11/17/2024 | MMR | 0.9 | Participate in meet and confer with Voizzit (.5) (Apple); follow up with C. Steege and R. Shankar (.4) (Apple). | $ | 1,390.50 |
| 11/17/2024 | MMR | 0.5 | Call with C. Springer, C. Steege, and J. Grall on Thursday hearing (.3) (Apple) and Google issues (.2). | $ | 772.50 |
| 11/17/2024 | WAW | 0.2 | Multiple email correspondence with Jenner team and court reporter re upcoming depositions. | $ | 274.00 |
| 11/18/2024 | CS | 0.6 | Met re trial preparation for stay sanctions hearing (Apple). | $ | 1,383.00 |
| 11/18/2024 | CS | 1.0 | Met with Pashman team re trial preparation (Apple). | $ | 2,305.00 |
| 11/18/2024 | CS | 2.0 | Prepared reply in support of motion for sanctions vs. Voizzit and objection to continuance (Apple). | $ | 4,610.00 |

| 11/18/2024 | CS | 0.3 | Prepared trial task list (Apple). | $ | 691.50 |
|---|---|---|---|---|---|
| 11/18/2024 | CS | 0.8 | Reviewed statement re dealings with R. Byju (Apple). | $ | 1,844.00 |
| 11/18/2024 | MMR | 1.2 | Work on response to motion for continuance (Apple). | $ | 1,854.00 |
| 11/18/2024 | MMR | 1.6 | Work on witness/exhibit prep for 11/21 hearing (1.4) (Apple); call with C. Martin (.2) (Apple). | $ | 2,472.00 |
| 11/18/2024 | BSB | 0.3 | Communicated with B. Williams re legal research for the stay violation motion reply brief (Apple). | $ | 288.00 |
| 11/18/2024 | BSB | 1.7 | Researched corporate debtor's ability to receive attorneys' fees and punitive damages under section 362(k) of the Bankruptcy Code (Apple). | $ | 1,632.00 |
| 11/18/2024 | BSB | 1.7 | Researched permissible amounts of punitive damages under section 362(k) of the Bankruptcy Code (Apple). | $ | 1,632.00 |
| 11/18/2024 | BSB | 2.0 | Researched whether a subsidiary's officer's knowledge is imputed to a parent company (Apple). | $ | 1,920.00 |
| 11/19/2024 | CS | 0.6 | Prepared witness and exhibit list (Apple). | $ | 1,383.00 |
| 11/19/2024 | CS | 3.0 | Prepared for hearing on 11/21/24 regarding damages for Apple Stay violation by preparing outline of arguments. | $ | 6,915.00 |
| 11/19/2024 | WAW | 1.2 | Conference call with Cloudflare's counsel and technical team re Debtors' accounts and necessary steps to restore control of domains (.6); multiple email correspondence with Cloudflare's counsel re same (.2); prepared draft agreed order and certification of counsel re Cloudflare accounts (.4). | $ | 1,644.00 |
| 11/19/2024 | CS | 0.4 | Reviewed and commented on Google edits to TRO (Apple). | $ | 922.00 |

| 11/19/2024 | CS | 0.3 | Revised C. Martin document declaration (.2) and emailed C. Martin (.1) (Apple). | $ | 691.50 |
|---|---|---|---|---|---|
| 11/19/2024 | CS | 0.2 | Telephone conference with Apple re discovery re party that transferred applications. | $ | 461.00 |
| 11/19/2024 | CS | 0.2 | Reviewed Grall declaration (Apple). | $ | 461.00 |
| 11/19/2024 | MMR | 1.3 | Work on Grall declaration (.8) (Apple); call re Grall declaration (.5) (Apple). | $ | 2,008.50 |
| 11/19/2024 | MMR | 0.5 | Call with Apple's counsel re discovery re who made the transfer of the Apple applications. | $ | 772.50 |
| 11/19/2024 | MMR | 0.8 | Participate in Cloudflare call (.5); work on COC to obtain control over Cloudflare account (.3). | $ | 1,236.00 |
| 11/19/2024 | MMR | 1.8 | Preparation for damages hearing (Apple). | $ | 2,781.00 |
| 11/19/2024 | WAW | 5.5 | Prepared exhibit list and witness list for November 21 hearing (1.2) (Apple); compiled hearing exhibits (.7) (Apple); multiple email correspondence with Jenner team and Pashman team re hearing exhibits (.7) (Apple); email correspondence with Kirkland re hearing exhibits (.2) (Apple); continued preparing supplemental declaration of J. Grall (2.3) (Apple); multiple email correspondence with Jenner team re J. Grall Declaration (.4) (Apple). | $ | 7,535.00 |
| 11/19/2024 | WAW | 0.7 | Began preparing supplemental declaration of J. Grall in support of stay enforcement motion (Apple). | $ | 959.00 |
| 11/19/2024 | FPM | 0.5 | Prepared redacted exhibits per attorney request for Apple stay damages hearing. | $ | 267.50 |

| 11/20/2024 | CS | 1.4 | Revised J. Grall declaration for 11/21 sanctions hearing (Apple). | $ | 3,227.00 |
|---|---|---|---|---|---|
| 11/20/2024 | CS | 0.2 | Emailed C. Samis re hearing issues (Apple). | $ | 461.00 |
| 11/20/2024 | CS | 2.5 | Prepared for hearing by reviewing case law to prepare closing argument (Apple). | $ | 5,762.50 |
| 11/20/2024 | CS | 0.2 | Emails re Cloud Fair order to obtain control of the site. | $ | 461.00 |
| 11/20/2024 | MMR | 6.5 | Prepare for damages hearing on stay motion by preparing witness outlines (Apple). | $ | 10,042.50 |
| 11/20/2024 | MMR | 0.5 | Phone call with Novo and legal team re strategy for 11/21 hearing (Apple). | $ | 772.50 |
| 11/20/2024 | WAW | 2.6 | Revised draft supplemental declaration of J. Grall in support of stay enforcement motion (1.4) (Apple); multiple email correspondence with Jenner, Novo, and Pashman teams re J. Grall declaration (.5) (Apple); multiple email correspondence with B. Bornhoft re case law summaries for upcoming hearing (.2) (Apple); reviewed declaration of W. Hailer (.5) (Apple). | $ | 3,562.00 |
| 11/20/2024 | BSB | 2.5 | Drafted case summaries for hearing on the stay violation motion (Apple). | $ | 2,400.00 |
| 11/20/2024 | WAW | 0.9 | Reviewed and incorporated comments from Cloudlfare's counsel and Pashman team to Cloudflare agreed order and certification of counsel (.4); conferred with Jenner team re same (.2); finalized and coordinated filing of same (.2); email correspondence with Cloudflare's counsel re entry of agreed order (.1). | $ | 1,233.00 |

| 11/20/2024 | WAW | 0.9 | Reviewed and incorporated comments from Cloudlfare's counsel and Pashman team to Cloudflare agreed order and certification of counsel (.4); conferred with Jenner team re same (.2); finalized and coordinated filing of same (.2); email correspondence with Cloudflare's counsel re entry of agreed order (.1). | $ | 1,233.00 |
| --- | --- | --- | --- | --- | --- |
| 11/20/2024 | CS | 1.5 | Travel to Wilmington (50 percent) | $ | 3,457.50 |
| 11/20/2024 | MMR | 1.5 | Travel to Wilmington (50 percent) | $ | 2,317.50 |
| 11/21/2024 | CS | 2.0 | Travel to Chicago (50 percent) | $ | 4,610.00 |
| 11/21/2024 | MR | 3.0 | Travel to Chicago (50 percent) | $ | 4,635.00 |
| 11/21/2024 | MMR | 3.0 | Attend hearing (both sessions) re Apple stay violation damages. | $ | 4,635.00 |
| 11/21/2024 | CS | 3.5 | Attended hearing (Apple). | $ | 8,067.50 |
| 11/21/2024 | CS | 2.5 | Prepared closing argument (Apple). | $ | 5,762.50 |
| 11/21/2024 | CS | 1.5 | Prepared argument re opposition to continuance (Apple). | $ | 3,457.50 |
| 11/21/2024 | CS | 0.6 | Telephone conference with C. Samis and team and Kirkland re hearing logistics (Apple). | $ | 1,383.00 |
| 11/21/2024 | CS | 1.0 | Assisted in preparation of witness outline for J. Grall (Apple). | $ | 2,305.00 |
| 11/21/2024 | CS | 1.0 | Team discussion re strategy for hearing re damages (Apple). | $ | 2,305.00 |
| 11/21/2024 | MMR | 7.0 | Prepare for hearing on damages, including preparing direct exams (5), working exhibits and witness list (1), reviewing case law for argument (1) (Apple). | $ | 10,815.00 |

| 11/21/2024 | WAW | 6.0 | Attended hearing on stay violations (3.2) (Apple); finalized exhibits for hearing (.7) (Apple); multiple email correspondence with Jenner team and Pashman team re same (.5) (Apple); multiple email correspondence with opposing counsel re same (.2) (Apple); telephone call with A. Gambale re hearing logistics (.2) (Apple); revised draft Grall declaration to include additional detail re Apple discovery response (.6)(Apple); prepared draft second supplemental declaration of J. Grall in support of stay enforcement motion (.4) (Apple). | $ | 8,220.00 |
|---|---|---|---|---|---|
| 11/22/2024 | MMR | 0.2 | Phone call with R. Shankar re hearing preparation and additional motions to be filed as a result of Cloudflare stay violation (Apple). | $ | 309.00 |
| 11/22/2024 | BSB | 0.7 | Prepared stay violation motion filing initial draft (Cloudflare). | $ | 672.00 |
| 11/22/2024 | CS | 0.4 | Emails with Voizzit's counsel re meeting to discuss open discovery issues and upcoming hearing . | $ | 922.00 |
| 11/23/2024 | MMR | 0.3 | Research re former GC in connection with Voizzit matter (Apple). | $ | 463.50 |
| 11/25/2024 | CS | 0.4 | Prepared email to Voizzit's counsel re request for discovery conference (Apple). | $ | 922.00 |
| 11/25/2024 | CS | 6.5 | Revised and edited contempt motion re Apple stay order violation related to Cloudflare stay violation. | $ | 14,982.50 |
| 11/25/2024 | CS | 0.3 | Telephone conference with R. Shenker re call with Voizzit counsel (Apple). | $ | 691.50 |

| 11/25/2024 | CS | 0.8 | Telephone conference with Voizzit counsel re discovery (Apple). | $ | 1,844.00 |
|---|---|---|---|---|---|
| 11/25/2024 | MMR | 1.0 | Meet and confer with Potter Anderson re discovery compliance and upcoming hearing (.6) (Apple); follow up call with team (.4). | $ | 1,545.00 |
| 11/26/2024 | CS | 1.7 | Revised stay contempt motion (Cloudflare). | $ | 3,918.50 |
| 11/26/2024 | CS | 0.2 | Emailed C. Samis re TRO compliance (Apple). | $ | 461.00 |
| 11/27/2024 | CS | 0.3 | Emails re hearing with C. Samis and others re Apple Damages hearing and efforts to meet to obtain discovery. | $ | 691.50 |
| 11/29/2024 | MMR | 0.6 | Review of K&E Rule 44.1 declaration and research on same (.5) (Apple); sent to India counsel for comment (.1) (Apple). | $ | 927.00 |
| 11/7/2024 | N/A | | UAE Counsel Retainer for R.44.1 Declaration | $ | 5,000.00 |
| 11/21/2024 | CS | | Travel (Expense) for CS | $ | 1,201.29 |
| 10/7/2024 | MMR | | Travel (Expense) for MMR | $ | 1,203.56 |
| 12/1/2024 | CS | 0.2 | Emails with C. Samis re hearing scheduling. | $ | 461.00 |
| 12/1/2024 | MMR | 1.9 | Review of "pro se" filings by Voizzit and attachments to same, and compare attachments to record evidence (1.4) call with C. Steege re same (.2): call with C. Steege and DE counsel re same (.3). | $ | 2,935.50 |
| 12/2/2024 | CS | 1.5 | Prepared motion to strike. | $ | 3,457.50 |
| 12/2/2024 | CS | 0.6 | Telephone conference with team following call with Voizzit's counsel re hearing preparation. | $ | 1,383.00 |
| 12/2/2024 | CS | 0.3 | Telephone conference with R. Shanker re hearing preparation and motion to strike. | $ | 691.50 |
| 12/2/2024 | CS | 3.5 | Prepared Apple sanctions closing argument. | $ | 8,067.50 |

| Date | Initials | Hours | Description | | Amount |
|------|----------|-------|-------------|---|--------|
| 12/2/2024 | MMR | 2.1 | Call with Voizzit counsel (.5); follow up call with Trustee team (.4); work on letter to Voizzit counsel (.8); call with Jenner team re same (.2): revise letter (.4). | $ | 3,244.50 |
| 12/2/2024 | MMR | 0.9 | Review and comment on motion to strike (.6); call with K&E on same (.3). | $ | 1,390.50 |
| 12/2/2024 | MMR | 2.2 | Phone call with J. Grall re 12/3 hearing (.4); review of exhibits from prior hearing and compare with Voizzit document (.5); review of outline for hearing and prepare for same (1.3). | $ | 3,399.00 |
| 12/3/2024 | CS | 1.5 | Prepared and revised outline for hearing. | $ | 3,457.50 |
| 12/3/2024 | CS | 2.8 | Prepared for and attended hearing on Apple damages motion, Google preliminary injunction and Cloudfare motion. | $ | 6,454.00 |
| 12/3/2024 | MMR | 1.0 | Prepare for damages/PI hearing, including review of late filed documents. | $ | 1,545.00 |
| 12/3/2024 | WAW | 1.6 | Attended hearing on stay violations. | $ | 2,192.00 |
| 12/3/2024 | MMR | 1.7 | Attend hearing on stay violation and PI. | $ | 2,626.50 |
| | | | Total: | $ | 458,442.85 |