**Exhibit C**

**Novo Advisors**

**Epic! Creations, Inc.,** *et al.*                                                                                  Case 24-11161 (JTD)
*Fee Application Excerpts - Novo Advisors*                                                                    Jointly Administered

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 10/8/2024 | J. Grall | 0.4 | $ 750.00 | $ 300.00 | 1 | Call with Trustee regarding next day action items [Case Administration] |
| 10/8/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 2 | Call with J. Ransom (epic) regarding account and access [Business Operations] |
| 10/8/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 15 | Call with Trustee, C. Steege (Jenner), M. Root (Jenner), S. Gupta (Novo) regarding legal actions against unapproved account access [Meetings of and Communications with Case Professionals] |
| 10/9/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 1 | Call with Trustee regarding daily tasks  [Case Administration] |
| 10/10/2024 | J. Grall | 0.3 | $ 750.00 | $ 225.00 | 1 | Call with Trustee regarding daily agenda [Case Administration] |
| 10/10/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 15 | Call with R. Shankar (KE), J. Elkin (KE), Trustee and S. Gupta (Novo) to discuss support to contact key personnel at Google, Apple and other tech platforms to secure cash and IP. [Meetings of and Communications with Case Professionals] |
| 10/10/2024 | J. Grall | 0.3 | $ 750.00 | $ 225.00 | 7 | Call with W. Williams (Jenner) regarding complaint [Support for Orders and Filings] |
| 10/10/2024 | J. Grall | 0.1 | $ 750.00 | $ 75.00 | 15 | Call with Kirkland, C. Steege (Jenner), Trustee regarding tech company contacts [Meetings of and Communications with Case Professionals] |
| 10/10/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 15 | Call with UST, Trustee, C. Steege (Jenner), S. Gupta (Novo) regarding fraud actions  [Meetings of and Communications with Case Professionals] |
| 10/11/2024 | J. Grall | 0.8 | $ 750.00 | $ 600.00 | 1 | Call with Trustee and S. Gupta (Novo) regarding daily agenda  [Case Administration] |
| 10/11/2024 | J. Grall | 0.4 | $ 750.00 | $ 300.00 | 2 | Email correspondence with Apple regarding unauthorized account access  [Business Operations] |
| 10/11/2024 | J. Grall | 0.8 | $ 750.00 | $ 600.00 | 15 | Daily update call with Trustee, Jenner, and Novo [Meetings of and Communications with Case Professionals] |
| 10/12/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 1 | Call with Trustee regarding weekly agenda [Case Administration] |
| 10/12/2024 | J. Grall | 0.8 | $ 750.00 | $ 600.00 | 1 | Call with S. Gupta (Novo) and Trustee to discuss case management and open issues. [Case Administration] |
| 10/14/2024 | J. Grall | 0.1 | $ 750.00 | $ 75.00 | 1 | Call with Trustee regarding daily agenda  [Case Administration] |
| 10/14/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 2 | Call with Tangible Play employee regarding current situation in India with Think and Learn / Byju's [Business Operations] |
| 10/14/2024 | J. Grall | 0.6 | $ 750.00 | $ 450.00 | 15 | Call with Trustee, S. Gupta (Novo), W. Rittsteuer (Novo), N. VanDeCasteele (Novo) to recap previous week's findings on Epic and Tangible Play and discuss workstreams [Meetings of and Communications with Case Professionals] |
| 10/15/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 15 | Call with counsel from Panag & Babu, M. Root (Jenner), S. Gupta (Novo)and W. Rittsteuer (Novo) to discuss adverse actions in India [Meetings of and Communications with Case Professionals] |

**Epic! Creations, Inc.,** *et al.*                                                            Case 24-11161 (JTD)
*Fee Application Excerpts - Novo Advisors*                                                 Jointly Administered

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|------|------|-------|-----------|--------|------|-------------|
| 10/15/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 15 | Daily update call with Trustee, Jenner, and W. Rittsteuer (Novo), and S. Gupta (Novo). [Meetings of and Communications with Case Professionals] |
| 10/16/2024 | J. Grall | 0.4 | $ 750.00 | $ 300.00 | 1 | Call with W. Rittsteuer (Novo) regarding ongoing workstreams [Case Administration] |
| 10/16/2024 | J. Grall | 0.6 | $ 750.00 | $ 450.00 | 15 | Call with India counsel, Jenner team, Novo team regarding India strategy [Meetings of and Communications with Case Professionals] |
| 10/16/2024 | J. Grall | 1.0 | $ 750.00 | $ 750.00 | 15 | Attend daily call with M. Root (JB), C. Steege (JB), S. Gupta (Novo), Trustee, W. Rittsteuer (Novo), N. VanDeCasteele (Novo) to coordinate various work streams and status updates. [Meetings of and Communications with Case Professionals] |
| 10/17/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 1 | Call with Trustee regarding various case matters [Case Administration] |
| 10/17/2024 | J. Grall | 0.8 | $ 750.00 | $ 600.00 | 15 | Daily update call with Trustee, Jenner, and Novo teams [Meetings of and Communications with Case Professionals] |
| 10/18/2024 | J. Grall | 1.0 | $ 750.00 | $ 750.00 | 2 | Call with W. Rittsteuer (Novo) to discuss DIP, operational process flow, cash flow, and other operational matters [Business Operations] |
| 10/18/2024 | J. Grall | 0.8 | $ 750.00 | $ 600.00 | 15 | Call with HL, Kirkland, Jenner, and Novo teams regarding sale offer and progress with tech platforms [Meetings of and Communications with Case Professionals] |
| 10/18/2024 | J. Grall | 0.9 | $ 750.00 | $ 675.00 | 15 | Daily update call with Trustee, Jenner, and Novo teams [Meetings of and Communications with Case Professionals] |
| 10/18/2024 | J. Grall | 0.2 | $ 750.00 | $ 150.00 | 15 | Call with R. Shankar (K&E), M. Root (Jenner) regarding Tangible Play Mexico operations [Meetings of and Communications with Case Professionals] |
| 10/19/2024 | J. Grall | 0.7 | $ 750.00 | $ 525.00 | 1 | Call with Trustee regarding various case matters [Case Administration] |
| 10/19/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 2 | Call with vendor and M. Gallo (K&E) regarding Tangible Play [Business Operations] |
| 10/19/2024 | J. Grall | 0.4 | $ 750.00 | $ 300.00 | 7 | Reviewed and provided commentary on Apple order [Support for Orders and Filings] |
| 10/19/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 15 | Call with Trustee, M. Root (Jenner), C. Steege (Jenner), R. Shankar (Kirkland), P. Nash (Kirkland), and S. Gupta (Novo) regarding ongoing workstreams with tech platforms [Meetings of and Communications with Case Professionals] |
| 10/21/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 15 | Attend daily call with M. Root (JB), C. Steege (JB), W. Rittsteuer (Novo), Trustee, S. Gupta (Novo), to coordinate various work streams and status updates. [Meetings of and Communications with Case Professionals] |
| 10/21/2024 | J. Grall | 0.2 | $ 750.00 | $ 150.00 | 15 | Weekly status call with Pashman, Jenner, and Trustee [Meetings of and Communications with Case Professionals] |

**Epic! Creations, Inc.,** *et al.*                                                                  Case 24-11161 (JTD)
*Fee Application Excerpts - Novo Advisors*                                                    Jointly Administered

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 10/22/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 15 | Daily update call with Trustee, Jenner, and Novo teams  [Meetings of and Communications with Case Professionals] |
| 10/23/2024 | J. Grall | 0.6 | $ 750.00 | $ 450.00 | 1 | Call with Trustee about various case updates  [Case Administration] |
| 10/23/2024 | J. Grall | 0.1 | $ 750.00 | $ 75.00 | 2 | Call with security vendor to discuss warehouse staffing [Business Operations] |
| 10/23/2024 | J. Grall | 0.3 | $ 750.00 | $ 225.00 | 2 | Call with M. Gallo (Kirkland) regarding inventory movement  [Business Operations] |
| 10/23/2024 | J. Grall | 0.8 | $ 750.00 | $ 600.00 | 15 | Daily update call with Trustee, Jenner, and Novo teams [Meetings of and Communications with Case Professionals] |
| 10/23/2024 | J. Grall | 1.1 | $ 750.00 | $ 825.00 | 15 | Weekly update call with Trustee, Kirkland, Houlihan, Jenner, and Novo teams  [Meetings of and Communications with Case Professionals] |
| 10/24/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 2 | Email correspondence with Epic employee regarding tech platform and data locations  [Business Operations] |
| 10/24/2024 | J. Grall | 0.2 | $ 750.00 | $ 150.00 | 2 | Call with security vendor regarding Tangible Play contract  [Business Operations] |
| 10/24/2024 | J. Grall | 0.4 | $ 750.00 | $ 300.00 | 7 | Review of Agreed Order with Apple  [Support for Orders and Filings] |
| 10/24/2024 | J. Grall | 1.0 | $ 750.00 | $ 750.00 | 15 | Update call with India counsel, FTI and Trustee teams regarding case status in India [Meetings of and Communications with Case Professionals] |
| 10/24/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 15 | Daily update call with Trustee, Jenner, and Novo teams  [Meetings of and Communications with Case Professionals] |
| 10/25/2024 | J. Grall | 0.8 | $ 750.00 | $ 600.00 | 1 | Review and reply to emails related to various legal matters  [Case Administration] |
| 10/25/2024 | J. Grall | 1.0 | $ 750.00 | $ 750.00 | 2 | Call with Sandeep Gupta, Jacob Grall, and Matt Mimlitz discussing Epic status update [Business Operations] |
| 10/25/2024 | J. Grall | 0.7 | $ 750.00 | $ 525.00 | 15 | Daily update call with Trustee, Jenner, and Wen Rittsteuer (Novo) [Meetings of and Communications with Case Professionals] |
| 10/25/2024 | J. Grall | 0.6 | $ 750.00 | $ 450.00 | 15 | Call with FTI team and S. Gupta (Novo) regarding project management and workstreams [Meetings of and Communications with Case Professionals] |
| 10/26/2024 | J. Grall | 0.8 | $ 750.00 | $ 600.00 | 1 | Review and reply to emails related to various legal matters  [Case Administration] |
| 10/28/2024 | J. Grall | 2.0 | $ 750.00 | $ 1,500.00 | 1 | Review and replied to emails with employees regarding various operational matters  [Case Administration] |
| 10/28/2024 | J. Grall | 1.4 | $ 750.00 | $ 1,050.00 | 15 | Attend call with R. Shakar (KE), A. Bishnoi (Khaitan), S. Sarango (PB), J. Bhullar (PB), Trustee, S. Gupta (Novo), W. Rittsteuer (Novo) to coordinate legals actions in India against Company founders, including prep. [Meetings of and Communications with Case Professionals] |

**Epic! Creations, Inc.,** *et al.*

Case 24-11161 (JTD)

*Fee Application Excerpts - Novo Advisors*

Jointly Administered

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 10/29/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 2 | Review of documentation regarding GitHub access and email correspondence regarding the same [Business Operations] |
| 10/29/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 15 | Update call with India legal team and FTI regarding ongoing case matters in India [Meetings of and Communications with Case Professionals] |
| 10/29/2024 | J. Grall | 1.0 | $ 750.00 | $ 750.00 | 15 | Call with M. Greenblatt (FTI), A. Bugga (FTI), S. Sarangi (PB), S. Panag (PB), M. Root (JB), C. Steege (JB), K. Beelin (PS), Trustee, S. Gupta (Novo) to discuss case status, status of litigation in India and organize workstreams. [Meetings of and Communications with Case Professionals] |
| 10/29/2024 | J. Grall | 1.0 | $ 750.00 | $ 750.00 | 15 | Daily update call with Trustee, Jenner, and Novo teams (W. Rittsteuer & S. Gupta) to discuss ongoing workstreams with DIP, tech companies, and operational updates [Meetings of and Communications with Case Professionals] |
| 10/30/2024 | J. Grall | 1.0 | $ 750.00 | $ 750.00 | 1 | Call with Novo team (M. Mimlitz and W. Rittsteuer) regarding project management of ongoing workstreams [Case Administration] |
| 10/30/2024 | J. Grall | 0.4 | $ 750.00 | $ 300.00 | 2 | Call with Trustee regarding ongoing operational workstreams [Business Operations] |
| 10/30/2024 | J. Grall | 0.7 | $ 750.00 | $ 525.00 | 15 | Daily update call with Trustee, Jenner, and Novo teams [Meetings of and Communications with Case Professionals] |
| 10/31/2024 | J. Grall | 0.7 | $ 750.00 | $ 525.00 | 2 | Established Trustee accounts for Apple Developer platforms [Business Operations] |
| 10/31/2024 | J. Grall | 2.0 | $ 750.00 | $ 1,500.00 | 2 | Reviewed Apple accounts for each debtor and gathering reporting and information, email correspondence with counsel and Trustee regarding the same [Business Operations] |
| 10/31/2024 | J. Grall | 0.5 | $ 750.00 | $ 375.00 | 7 | Reviewed opening statements for hearing [Support for Orders and Filings] |
| 11/1/2024 | J.Grall | 1.1 | $ 750.00 | $ 825.00 | 15 | Daily update call with Trustee, Jenner and Novo teams [Meetings of and Communications with Case Professionals] |
| 11/1/2024 | J.Grall | 0.5 | $ 750.00 | $ 375.00 | 1 | Internal call with Novo team to discuss project management [Case Administration] |
| 11/1/2024 | J.Grall | 0.5 | $ 750.00 | $ 375.00 | 2 | Email correspondence regarding various operational matters [Business Operations] |
| 11/1/2024 | J.Grall | 0.2 | $ 750.00 | $ 150.00 | 15 | Call with M. Root (Jenner) and Apple counsel regarding Apple accounts [Meetings of and Communications with Case Professionals] |
| 11/1/2024 | J.Grall | 0.3 | $ 750.00 | $ 225.00 | 15 | Call with W. Williams (Jenner) and M. Root (Jenner) regarding Voizzit [Meetings of and Communications with Case Professionals] |
| 11/2/2024 | J.Grall | 0.9 | $ 750.00 | $ 675.00 | 15 | Call with trustee regarding sales process, warehousing, and other operational matters [Meetings of and Communications with Case Professionals] |

**Epic! Creations, Inc.,** *et al.*                                                              Case 24-11161 (JTD)
*Fee Application Excerpts - Novo Advisors*                                          Jointly Administered

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|------|------|-------|-----------|--------|------|-------------|
| 11/5/2024 | J.Grall | 1.0 | $ 750.00 | $ 750.00 | 15 | Update call with India counsel, Trustee, Jenner, and Novo teams [Meetings of and Communications with Case Professionals] |
| 11/5/2024 | J.Grall | 1.0 | $ 750.00 | $ 750.00 | 1 | Review and reply to emails regarding various operating and case matters [Case Administration] |
| 11/5/2024 | J.Grall | 1.0 | $ 750.00 | $ 750.00 | 7 | review of Motions regarding Voizzit and Declaration regarding the same [Support for Orders and Filings] |
| 11/6/2024 | J.Grall | 0.4 | $ 750.00 | $ 300.00 | 15 | Call with W. Williams and M. Root (Jenner) regarding status of vendor and tech company notices [Meetings of and Communications with Case Professionals] |
| 11/6/2024 | J.Grall | 0.7 | $ 750.00 | $ 525.00 | 15 | Weekly update call with K&E, HL, and Trustee teams [Meetings of and Communications with Case Professionals] |
| 11/6/2024 | J.Grall | 0.8 | $ 750.00 | $ 600.00 | 1 | Email correspondence regarding various operating and case matters [Case Administration] |
| 11/6/2024 | J.Grall | 0.5 | $ 750.00 | $ 375.00 | 1 | Review and reply to emails regarding various operating and case matters [Case Administration] |
| 11/7/2024 | J.Grall | 0.2 | $ 750.00 | $ 150.00 | 15 | India update call with Panag & Babu, Trustee, Jenner, FTI, and Novo teams [Meetings of and Communications with Case Professionals] |
| 11/7/2024 | J.Grall | 0.3 | $ 750.00 | $ 225.00 | 15 | Call with Trustee regarding case updates [Meetings of and Communications with Case Professionals] |
| 11/7/2024 | J.Grall | 1.0 | $ 750.00 | $ 750.00 | 1 | Review and replied to emails regarding various case matters [Case Administration] |
| 11/8/2024 | J.Grall | 0.5 | $ 750.00 | $ 375.00 | 15 | India update call with Panag & Babu, Trustee, Jenner, FTI, and Novo teams [Meetings of and Communications with Case Professionals] |
| 11/8/2024 | J.Grall | 0.5 | $ 750.00 | $ 375.00 | 1 | Call with W. Rittsteuer (Novo) to discuss project management [Case Administration] |
| 11/8/2024 | J.Grall | 0.4 | $ 750.00 | $ 300.00 | 1 | Call with S. Prasad (HL) to discuss various case updates [Case Administration] |
| 11/8/2024 | J.Grall | 0.3 | $ 750.00 | $ 225.00 | 1 | Update call with Novo team to discuss ongoing workstreams [Case Administration] |
| 11/8/2024 | J.Grall | 1.0 | $ 750.00 | $ 750.00 | 2 | Call with Tangible Play employees [Business Operations] |
| 11/8/2024 | J.Grall | 1.0 | $ 750.00 | $ 750.00 | 1 | Review and replied to emails regarding various case and operating matters [Case Administration] |
| 11/8/2024 | J.Grall | 0.4 | $ 750.00 | $ 300.00 | 15 | Call with Trustee about various case matters [Meetings of and Communications with Case Professionals] |
| 11/8/2024 | J.Grall | 1.2 | $ 750.00 | $ 900.00 | 1 | Review and replied to emails regarding various case and operating matters [Case Administration] |
| 11/11/2024 | J.Grall | 1.0 | $ 750.00 | $ 750.00 | 2 | Call with Korean reseller for Tangible Play about bankruptcy and business plan [Business Operations] |
| 11/11/2024 | J.Grall | 0.3 | $ 750.00 | $ 225.00 | 15 | Weekly status call with Trustee, Pashman, Jenner, and Novo teams [Meetings of and Communications with Case Professionals] |
| 11/11/2024 | J.Grall | 0.4 | $ 750.00 | $ 300.00 | 1 | Call with Novo team to discuss project management and deliverables [Case Administration] |
| 11/11/2024 | J.Grall | 0.8 | $ 750.00 | $ 600.00 | 7 | Review of Apple order [Support for Orders and Filings] |

**Epic! Creations, Inc.,** *et al.*                                                                                          Case 24-11161 (JTD)
*Fee Application Excerpts - Novo Advisors*                                                                         Jointly Administered

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|------|------|-------|-----------|--------|------|-------------|
| 11/12/2024 | J.Grall | 0.2 | $ 750.00 | $ 150.00 | 15 | Call with Trustee regarding hearing [Meetings of and Communications with Case Professionals] |
| 11/12/2024 | J.Grall | 0.5 | $ 750.00 | $ 375.00 | 7 | Review of orders and declaration ahead of hearing [Support for Orders and Filings] |
| 11/12/2024 | J.Grall | 0.8 | $ 750.00 | $ 600.00 | 17 | Attended hearing on Trustee's motion to enforce automatic stay [Trial and Hearing Attendance] |
| 11/12/2024 | J.Grall | 0.6 | $ 750.00 | $ 450.00 | 15 | Call with Trustee, S. Gupta (Novo), Jenner team, and Pashman team to discuss hearing [Meetings of and Communications with Case Professionals] |
| 11/12/2024 | J.Grall | 0.3 | $ 750.00 | $ 225.00 | 15 | India update call with Trustee, Panag & Babu, Jenner, Kirkland, and Novo to discuss legal updates [Meetings of and Communications with Case Professionals] |
| 11/12/2024 | J.Grall | 0.5 | $ 750.00 | $ 375.00 | 8 | Call with Trustee to discuss Moelis engagement and other operational updates [Asset Sales and Transaction Support] |
| 11/13/2024 | J.Grall | 1.0 | $ 750.00 | $ 750.00 | 1 | Review and replied to emails regarding various operational matters [Case Administration] |
| 11/14/2024 | J.Grall | 0.5 | $ 750.00 | $ 375.00 | 15 | India update call with Trustee, Panag & Babu, Jenner, Kirkland, and Novo to discuss legal updates [Meetings of and Communications with Case Professionals] |
| 11/14/2024 | J.Grall | 0.7 | $ 750.00 | $ 525.00 | 15 | Call with Trustee regarding treasury matters, progress with tech platforms, and other case updates [Meetings of and Communications with Case Professionals] |
| 11/15/2024 | J.Grall | 0.4 | $ 750.00 | $ 300.00 | 15 | Call with M. Root (Jenner), C. Steege (Jenner), and Trustee regarding Voizzit [Meetings of and Communications with Case Professionals] |
| 11/15/2024 | J.Grall | 1.0 | $ 750.00 | $ 750.00 | 2 | Review and reply to emails regarding various operational and case matters  [Business Operations] |
| 11/16/2024 | J.Grall | 1.0 | $ 750.00 | $ 750.00 | 7 | Read of Voizzit motion and declarations and correspondence regarding the same [Support for Orders and Filings] |
| 11/16/2024 | J.Grall | 0.5 | $ 750.00 | $ 375.00 | 2 | Transfer of Epic and Tangible Play applications within Apple accounts [Business Operations] |
| 11/17/2024 | J.Grall | 0.4 | $ 750.00 | $ 300.00 | 15 | Call with Trustee, C. Steege (Jenner), and M. Root (Jenner) regarding Voizzit matter [Meetings of and Communications with Case Professionals] |
| 11/17/2024 | J.Grall | 1.1 | $ 750.00 | $ 825.00 | 1 | Review and replies to emails regarding various legal and operational matters [Case Administration] |
| 11/18/2024 | J.Grall | 1.0 | $ 750.00 | $ 750.00 | 1 | Email correspondence regarding various orders and Voizzit matter [Case Administration] |
| 11/18/2024 | J.Grall | 0.6 | $ 750.00 | $ 450.00 | 1 | Call with Novo team to discuss ongoing workstreams for Epic and other legal matters [Case Administration] |
| 11/18/2024 | J.Grall | 1.5 | $ 750.00 | $ 1,125.00 | 2 | Review and replied to emails regarding various operational matters and tech platform concerns [Business Operations] |
| 11/19/2024 | J.Grall | 0.3 | $ 750.00 | $ 225.00 | 15 | Call with Trustee, C. Steege (Jenner), M. Root (Jenner) for hearing preparation  [Meetings of and Communications with Case Professionals] |

**Epic! Creations, Inc.,** *et al.*                                                                                            Case 24-11161 (JTD)
*Fee Application Excerpts - Novo Advisors*                                                                            Jointly Administered

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|------|------|-------|-----------|--------|------|-------------|
| 11/19/2024 | J.Grall | 0.5 | $ 750.00 | $ 375.00 | 2 | Updates to report on Epic tech platforms [Business Operations] |
| 11/19/2024 | J.Grall | 0.5 | $ 750.00 | $ 375.00 | 15 | Call with Cloudflare representatives, Trustee, M. Root (Jenner), and W. Williams (Jenner) regarding account turnovers [Meetings of and Communications with Case Professionals] |
| 11/20/2024 | J.Grall | 0.5 | $ 750.00 | $ 375.00 | 15 | India update call with Trustee, PB Law, Jenner, Pashman, Novo, and FTI teams to discuss status of India complaint [Meetings of and Communications with Case Professionals] |
| 11/20/2024 | J.Grall | 2.0 | $ 750.00 | $ 1,500.00 | 18 | Travel to Wilmington, DE for sanctions hearing [Non-Working Travel Time] |
| 11/20/2024 | J.Grall | 1.5 | $ 750.00 | $ 1,125.00 | 1 | Correspondence regarding various operational and case matters, including Cloudflare and Google matters [Case Administration] |
| 11/21/2024 | J.Grall | 0.9 | $ 750.00 | $ 675.00 | 2 | Cloudflare access, call with Cloudflare representative and email correspondence regarding the same [Business Operations] |
| 11/21/2024 | J.Grall | 0.6 | $ 750.00 | $ 450.00 | 2 | Review and replied to emails regarding various operational matters [Business Operations] |
| 11/21/2024 | J.Grall | 0.8 | $ 750.00 | $ 600.00 | 2 | Review of Cloudflare accounts and documentation of evidence [Business Operations] |
| 11/21/2024 | J.Grall | 2.0 | $ 750.00 | $ 1,500.00 | 15 | Meetings with Trustee, C. Steege (Jenner), M. Root (Jenner), J. Barsalona (Pashman), and A. Gamble (Pashman) in preparation for damages hearing [Meetings of and Communications with Case Professionals] |
| 11/21/2024 | J.Grall | 2.0 | $ 750.00 | $ 1,500.00 | 17 | Attended hearing on damages for stay violation [Trial and Hearing Attendance] |
| 11/21/2024 | J.Grall | 1.0 | $ 750.00 | $ 750.00 | 15 | Meetings with Trustee, S. Gupta (Novo), and legal team during hearing recess [Meetings of and Communications with Case Professionals] |
| 11/21/2024 | J.Grall | 0.4 | $ 750.00 | $ 300.00 | 17 | Attended hearing, post recess on damages for stay violation [Trial and Hearing Attendance] |
| 11/21/2024 | J.Grall | 2.0 | $ 750.00 | $ 1,500.00 | 18 | Travel from Wilmington to ORD [Non-Working Travel Time] |
| 11/22/2024 | J.Grall | 0.4 | $ 750.00 | $ 300.00 | 15 | Call with Trustee to discuss various case matters [Meetings of and Communications with Case Professionals] |
| 11/25/2024 | J.Grall | 0.4 | $ 750.00 | $ 300.00 | 15 | Weekly status call with Trustee, Pashman, Jenner, and Novo teams [Meetings of and Communications with Case Professionals] |
| 11/25/2024 | J.Grall | 0.6 | $ 750.00 | $ 450.00 | 1 | Update call with Novo team to discuss project planning and weekly agenda [Case Administration] |
| 11/25/2024 | J.Grall | 2.0 | $ 750.00 | $ 1,500.00 | 2 | Email correspondence regarding various operational matters [Business Operations] |
| 11/25/2024 | J.Grall | 0.5 | $ 750.00 | $ 375.00 | 7 | Read of Motion to Withdraw order from PotterAnderson [Support for Orders and Filings] |
| 11/26/2024 | J.Grall | 0.6 | $ 750.00 | $ 450.0 | 15 | India update call with Trustee, PB Law, Jenner, Pashman, Novo, and FTI teams to discuss status of India matters [Meetings of and Communications with Case Professionals] |

**Epic! Creations, Inc.,** *et al.*                                                                    Case 24-11161 (JTD)
*Fee Application Excerpts - Novo Advisors*                                                        Jointly Administered

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 12/02/2024 | J.Grall | 2.6 | $ 750.00 | $ 1,950.00 | 7 | Read of Voizzit and Vellaplath pro se declarations [Support for Orders and Filings] |
| 12/02/2024 | J.Grall | 0.8 | $ 750.00 | $ 600.00 | 7 | Email correspondence with Cloudflare regarding exhibits [Support for Orders and Filings] |
| 12/03/2024 | J.Grall | 1.8 | $ 750.00 | $ 1,350.00 | 17 | Attended continued hearing on sanctions for stay violations [Trial and Hearing Attendance] |
| **Total** | | **95.2** | | **$ 71,400.00** | | |