**Exhibit D**

**Kirkland & Ellis LLP**

# Filed Under Seal