**Exhibit E**

**Reed Smith LLP**

# Filed Under Seal