**Exhibit F**

**Pachulski Stang Ziehl & Jones LLP**

**Filed Under Seal**