**Exhibit G**

**Khaitan & Co**

# Filed Under Seal