**Exhibit H**

**UK Consultant/Investigator**

# Filed Under Seal