**Exhibit I**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EPIC! CREATIONS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11161 (JTD)<br><br>(Jointly Administered)<br><br>**Re. D.I. 244 & 276** |

## JUDGMENT ORDER

Upon the *Certification of Damages as a Result of the Violations of the Automatic Stay by Think & Learn Ltd., Vinay Ravindra, Rajendran Vellapalath, Voizzit Information Technology LLC and Voizzit Technology Private Ltd.* [D.I. ●] (the "Certification"); and the Memorandum Opinion and Order of this Court dated [●] [D.I. [●]], and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of the Chapter 11 Cases in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that sufficient notice of the Certification has been given; and after due deliberation; and good and sufficient cause appearing thereof;

**IT IS HEREBY ORDERED THAT**:

1. Judgment is entered in favor of Claudia Springer, not individually but as Chapter 11 Trustee of the above-captioned debtors (the "Trustee") and against each of Think & Learn Ltd., Vinay Ravindra, Voizzit Technology Private Ltd, and Voizzit Information Technology LLC, and those acting in concert with them, including Rajendran Vellapalath (collectively, the "Respondents") in the amount of $[●], with post-judgment interest running from the date of this Judgment Order at the rate established by 28 U.S.C. § 1961.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

1

2

2. Each Respondent remains jointly and severally responsible for the entire sum of $[●] until the Trustee's judgment is fully satisfied.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.