**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*, | Case No. 24-11161 (JTD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF CHANGE IN HOURLY RATES**
**OF PASHMAN STEIN WALDER HADYEN, P.C.**

**PLEASE TAKE NOTICE** that on October 10, 2024, Claudia Z. Springer, Esq., in her capacity as Chapter 11 Trustee (the "Trustee") of Epic! Creations, Inc. ("Epic"), Neuron Fuel, Inc. ("Neuron Fuel"), and Tangible Play, Inc. ("Tangible Play," together with Epic and Neuron Fuel, collectively the "Debtors") filed the *Chapter 11 Trustee's Application for Entry of an Order Under Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of Pashman Stein Walder Hayden, P.C. as Co-Counsel for the Trustee* Nunc Pro Tunc *to the Appointment Date* (the "Application") [D.I. 184].[2]

**PLEASE TAKE FURTHER NOTICE** that as set forth in the Application, the hourly rates of the attorneys and paralegals as Pashman Stein Walder Hayden, P.C. ("Pashman") are subject to periodic adjustments. Pashman hereby provides notice of the following revised hourly rates, effective as of January 1, 2025:

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

[2]     On October 28, 2024, the Court entered the *Order Under Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1 Authorizing the Retention and Employment of Pashman Stein Walder Hayden, P.C. as Co-Counsel for the Chapter 11 Trustee* Nunc Pro Tunc *to the Appointment Date* [D.I. 211].

| Timekeeper Category | Hourly Rate |
|---|---|
| Partners | $595.00 - $1,070.00 |
| Of Counsel | $620.00 - $980.00 |
| Counsel | $460.00 - $690.00 |
| Associates | $420.00 - $545.00 |
| Paraprofessionals | $395.00 - $430.00 |

Dated: December 16, 2024
      Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Alexis R. Gambale*
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: hjaffe@pashmanstein.com
      jbarsalona@pashmanstein.com
      agambale@pashmanstein.com

-and-

**JENNER & BLOCK LLP**
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
William A Williams (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Email: csteege@jenner.com
      mroot@jenner.com
      wwilliams@jenner.com

*Co-counsel to the Trustee*