### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> EPIC! CREATIONS, INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 24-11161 (JTD) <br><br> (Jointly Administered) |

**NOTICE OF CHANGE IN HOURLY RATES OF JENNER & BLOCK LLP**

**PLEASE TAKE NOTICE** that on October 10, 2024, Claudia Z. Springer, Esq., in her capacity as Chapter 11 Trustee (the "Trustee") of Epic! Creations, Inc. ("Epic"), Neuron Fuel, Inc. ("Neuron Fuel"), and Tangible Play, Inc. ("Tangible Play," together with Epic and Neuron Fuel, collectively the "Debtors") filed the *Chapter 11 Trustee's Application for Entry of an Order Under Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of Jenner & Block LLP as Co-Counsel for the Trustee* Nunc Pro Tunc *to the Appointment Date* (the "Application") [D.I. 183].[2]

**PLEASE TAKE FURTHER NOTICE** that as set forth in the Application, the hourly rates of the attorneys and paraprofessionals at Jenner & Block LLP ("Jenner & Block") are subject to periodic adjustments. Jenner & Block hereby provides notice of the following revised hourly rates, effective as of January 1, 2025:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

[2] On October 28, 2024, the Court entered the *Order Under Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1 Authorizing the Retention and Employment of Jenner & Block LLP as Co-Counsel for the Chapter 11 Trustee* Nunc Pro Tunc *to the Appointment Date* [D.I. 219].

| Timekeeper Category | Hourly Rate |
|---|---|
| Partners | $1,450.00 - $2,345.00 |
| Of Counsel/Special Counsel | $1,175.00 - $1,980.00 |
| Associates | $850.00 - $1,400.00 |
| Paraprofessionals | $335.00 - $630.00 |

Dated: December 16, 2024
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Alexis R. Gambale*
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email:  hjaffe@pashmanstein.com
         jbarsalona@pashmanstein.com
         agambale@pashmanstein.com

-and-

**JENNER & BLOCK LLP**
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Email:  csteege@jenner.com
         mroot@jenner.com
         wwilliams@jenner.com

*Counsel to the Trustee*