# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EPIC! CREATIONS, INC., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 24-11161 (JTD)<br><br>(Jointly Administered) |
| Claudia Z. Springer, Chapter 11 Trustee,<br><br>      Plaintiff,<br><br>vs.<br><br>Voizzit Technology Private Ltd.,<br>Voizzit Information Technology LLC, Think and Learn Pvt Ltd, and<br>Rajendran Vellapalath,<br><br>      Defendants. | Adv. Pro. No. 24-50280 (JTD)<br><br>(Jointly Administered) |
| In re:<br><br>BYJU'S ALPHA, INC.,[2]<br><br>      Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 19, 2024 AT 1:00 P.M. (ET)

> **This proceeding will be conducted remotely via Zoom before John T. Dorsey. Please refer to Judge Dorsey's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

[2] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

> **of allowed participation (video or audio), Judge Dorsey's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required is one-hour prior to the hearing (Prevailing Eastern Time) unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**RESOLVED MATTERS**

1. Second Interim Fee Applications of the Debtor's Professionals for the Period from May 1, 2024 Through and Including July 31, 2024 [Case No. 24-10140, D.I. 293, 11/22/24)]

    Response Deadline: December 13, 2024 at 4:00 p.m. (ET)

    Responses Received: Informal Comments from the Office of the United State Trustee

    Related Documents:

    Quinn Emanuel Fee Applications:

    A. Fourth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2024 through May 31, 2024 [Case No. 24-10140, D.I. 226, 7/16/24]

    B. Certificate of No Objection Regarding D.I. 226 [Case No. 24-10140, D.I. 249, 8/8/24]

    C. Fifth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2024 through July 31, 2024 [Case No. 24-10140, D.I. 255, 8/19/24]

    D. Certificate of No Objection Regarding D.I. 255 [Case No. 24-10140, D.I. 261, 9/10/24]

    E. Supplement to Second Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [Case No. 24-10140, D.I. 294, 11/22/24]

    Young Conaway Stargatt & Taylor Fee Applications

    F. Fourth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of

        Expenses as Counsel for the Debtor for the Period from May 1, 2024 through May 31 2024 [Case No. 24-10140, D.I. 227, 7/16/24]

    G.    Certificate of No Objection Regarding D.I. 227 [Case No. 24-10140, D.I. 250, 8/8/24]

    H.    Fifth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from June 1, 2024 July 31, 2024 [Case No. 24-10140, D.I. 256, 8/19/24]

    I.    Certificate of No Objection Regarding D.I. 256 [Case No. 24-10140, D.I. 262, 9/10/24]

    J.    Supplement to Second Interim Fee Application of Young Conaway Stargatt & Taylor, LLP [Case No. 24-10140, D.I. 295, 11/22/24]

    K.    Certification of Counsel Regarding Proposed Omnibus Order Approving First Second Fee Applications of Debtor's Professionals [Case No. 24-10140, D.I. 303, 12/13/24]

    L.    Omnibus Order Approving Second Interim Fee Applications of Debtor's Professionals [Case No. 24-10140. D.I. 304, 12/17/2024]

Status: The order was entered. No hearing is necessary.

## MATTERS GOING FORWARD

2.    Trustee's Motion for Entry of Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 2, 12/10/2024]

    Objection Deadline: December 16, 2024 at 11:59 p.m. (ET)

    Responses Received: None as of the filing of this agenda

    Related Documents:

    a.    Complaint for Temporary Restraining Order, Preliminary and Permanent Injunctive Relief, and to Enforce the Automatic Stay [Adv. D.I. 1, 12/10/2024]

    b.    Chapter 11 Trustee's Memorandum of Law in Support of Chapter 11 Trustee's Motion for Entry of Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 3, 12/10/2024]

    c.    Declaration of Jacob Grall in Support of Motion for Entry of Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 4, 12/10/2024]

d.  Notice of Hearing Regarding Trustee's Motion for Entry of Temporary Restraining Order [Adv. D.I. 5, 12/10/2024]

e.  Order Granting Chapter 11 Trustee's Motion for Entry of Temporary Restraining Order [Adv. D.I. 12, 12/11/2024]

f.  Notice of Filing of Proposed Order Granting Chapter 11 Trustee's Motion for a Preliminary Injunction [Adv. D.I. 17, 12/17/2024]

Status:  The Trustee has not received any objections to the entry of the preliminary injunction.  The Trustee intends to file a certificate of no objection in advance of the hearing.

Dated: December 17, 2024
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Henry J. Jaffe (D.I. 2987)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 North Market Street, Suite 800
Wilmington, DE 07601
Telephone: (302) 592-6497
Email: hjaffe@ pashmanstein.com
          jbarsalona@pashmanstein.com
          agambale@pashmanstein.com

-and-

**JENNER & BLOCK LLP**
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
csteege@jenner.com
mroot@jenner.com
wwilliams@jenner.com

*Counsel to the Trustee*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted pro hac vice)
Benjamin Finestone (admitted pro hac vice)
Daniel Holzman (admitted pro hac vice)
Jianjian Ye (admitted pro hac vice)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

*Counsel for Debtor, BYJU's Alpha, Inc.*