**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*,[1] | Case No. 24-11161 (JTD) |
| Debtors. | (Jointly Administered) |
| | Re. De. 462 |

**NOTICE OF FILING OF CORRECTED EXHIBIT B TO**
**COMBINED FIRST MONTHLY APPLICATION OF MOELIS &**
**COMPANY LLC FOR COMPENSATION FOR PROFESSIONAL SERVICES**
**RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**
**AS INVESTMENT BANKER TO THE CHAPTER 11 TRUSTEE FOR THE PERIOD**
**FROM NOVEMBER 7, 2024 THROUGH AND INCLUDING DECEMBER 31, 2024**

**PLEASE TAKE NOTICE** that on January 23, 2025, Moelis & Company LLC, as investment banker to Claudia Springer, not individually, but solely as Chapter 11 Trustee (the "Trustee") of the estates of Epic! Creations, Inc. ("Epic"), Neuron Fuel, Inc. ("Neuron Fuel"), and Tangible Play, Inc. ("Tangible Play," together with Epic and Neuron Fuel, collectively the "Debtors"), filed the *Combined First Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Chapter 11 Trustee for the Period form November 7, 2024 through including December 31, 2024* [D.I. 462] (the "Application").

**PLEASE TAKE FURTHER NOTICE** that corrected Exhibit B to the Application is annexed hereto, as **Exhibit 1**.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

Dated: January 23, 2025
      Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

_/s/ Alexis R. Gambale_
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: hjaffe@pashmanstein.com
      jbarsalona@pashmanstein.com
      agambale@pashmanstein.com

_Co-counsel to the Trustee_