**Exhibit 1**

## EXHIBIT B — EXPENSE SUPPLEMENT

*($ in actuals)*

| Out-of-Pocket Expenses | |
|---|---:|
| **Compensation Period Expenses (November 7, 2024 - December 31, 2024)** | |
| Legal | $8,475.50 |
| **Total Expenses** | **$8,475.50** |



**PAUL HASTINGS LLP**
71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606
t: +1.312.499.6000 | f: +1.312.499.6100 | www.paulhastings.com

| | |
|---|---|
| Moelis & Company LLC<br>4th Floor<br>399 Park Avenue<br>New York, NY 10022 | January 8, 2025<br><br>Please Refer to<br>Invoice Number: 2425848 |
| Attn: Cullen Murphy | PH LLP Tax ID No. 95-2209675 |

## SUMMARY SHEET

**Epic! Creations engagement**
PH LLP Client/Matter # 100455-00001
Matt Warren

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $6,269.00 |
| **Current Fees and Costs Due** | **$6,269.00** |
| **Total Balance Due - Due Upon Receipt** | **$6,269.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

**TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank<br>ABA # 322271724<br>SWIFT Address: CITIUS33<br>787 W. 5th Street<br>Los Angeles, CA 90071<br>Account Number: 206628380<br>Account Name: Paul Hastings LLP | Paul Hastings LLP<br>Lockbox 4803<br>PO Box 894803<br>Los Angeles, CA<br>90189-4803 | You can now pay your invoices online via real-time bank payments, credit cards or in installments:<br>https://paywithtranch.com/paulhastings |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606
t: +1.312.499.6000 | f: +1.312.499.6100 | www.paulhastings.com

Moelis & Company LLC
4th Floor
399 Park Avenue
New York, NY 10022

January 8, 2025

Please Refer to
Invoice Number: 2425848

Attn: Cullen Murphy

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Epic! Creations engagement**
PH LLP Client/Matter # 100455-00001
Matt Warren

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $6,269.00 |
| **Current Fees and Costs Due** | **$6,269.00** |
| **Total Balance Due - Due Upon Receipt** | **$6,269.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

**TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | https://paywithtranch.com/paulhastings |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606
t: +1.312.499.6000 | f: +1.312.499.6100 | www.paulhastings.com

Moelis & Company LLC
4th Floor
399 Park Avenue
New York, NY 10022

Attn: Cullen Murphy

January 8, 2025

Please Refer to
Invoice Number: 2425848

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

### Epic! Creations engagement                                       $6,269.00

| Date | Timekeeper Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/25/2024 | Lindsey Henrikson | Conference call with Moelis and Paul Hastings teams regarding retention application; review and analyze DE precedent; review and revise retention application and discuss same with Paul Hastings team | 1.20 | 2,130.00 |
| 11/25/2024 | Rasha El Mouatassim Bih | Call with Moelis team regarding Epic bankruptcy and related issues; review and revise draft application to employ Moelis; correspond with L. Henrikson regarding same | 2.00 | 2,540.00 |
| 11/26/2024 | Lindsey Henrikson | Correspond with Paul Hastings and Moelis regarding retention application | 0.40 | 710.00 |
| 11/26/2024 | Rasha El Mouatassim Bih | Review and revise draft application to incorporate comments from L. Henrikson | 0.70 | 889.00 |
|  | **Total** |  | **4.30** | **6,269.00** |

**Timekeeper Summary**

| | |
|---|---|
| Lindsey Henrikson | 1.60 |
| Rasha El Mouatassim Bih | 2.70 |

Moelis & Company LLC     Page 2
100455-00001
Invoice No. 2425848

| | |
|---|---:|
| **Current Fees and Costs** | $6,269.00 |
| **Total Balance Due - Due Upon Receipt** | $6,269.00 |



**PAUL HASTINGS LLP**
71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606
t: +1.312.499.6000 | f: +1.312.499.6100 | www.paulhastings.com

| | |
|---|---|
| Moelis & Company LLC<br>4th Floor<br>399 Park Avenue<br>New York, NY 10022 | January 8, 2025<br><br>Please Refer to<br>Invoice Number: 2425849 |
| Attn: Cullen Murphy | PH LLP Tax ID No. 95-2209675 |

# SUMMARY SHEET

**Epic! Creations engagement**
PH LLP Client/Matter # 100455-00001
Matt Warren

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2024 | $2,206.50 |
| **Current Fees and Costs Due** | **$2,206.50** |
| **Total Balance Due - Due Upon Receipt** | **$2,206.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

**TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank<br>ABA # 322271724<br>SWIFT Address: CITIUS33<br>787 W. 5th Street<br>Los Angeles, CA 90071<br>Account Number: 206628380<br>Account Name: Paul Hastings LLP | Paul Hastings LLP<br>Lockbox 4803<br>PO Box 894803<br>Los Angeles, CA<br>90189-4803 | You can now pay your invoices online via real-time bank payments, credit cards or in installments:<br>https://paywithtranch.com/paulhastings |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606
t: +1.312.499.6000 | f: +1.312.499.6100 | www.paulhastings.com

| | |
|---|---|
| Moelis & Company LLC<br>4th Floor<br>399 Park Avenue<br>New York, NY 10022 | January 8, 2025<br><br>Please Refer to<br>Invoice Number: 2425849 |
| Attn: Cullen Murphy | PH LLP Tax ID No. 95-2209675 |

## REMITTANCE COPY

**Epic! Creations engagement**
PH LLP Client/Matter # 100455-00001
Matt Warren

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2024 | $2,206.50 |
| **Current Fees and Costs Due** | **$2,206.50** |
| **Total Balance Due - Due Upon Receipt** | **$2,206.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

**TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank<br>ABA # 322271724<br>SWIFT Address: CITIUS33<br>787 W. 5th Street<br>Los Angeles, CA 90071<br>Account Number: 206628380<br>Account Name: Paul Hastings LLP | Paul Hastings LLP<br>Lockbox 4803<br>PO Box 894803<br>Los Angeles, CA<br>90189-4803 | You can now pay your invoices online via real-time bank payments, credit cards or in installments:<br>*https://paywithtranch.com/paulhastings* |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606
t: +1.312.499.6000 | f: +1.312.499.6100 | www.paulhastings.com

Moelis & Company LLC
4th Floor
399 Park Avenue
New York, NY 10022

January 8, 2025

Please Refer to
Invoice Number: 2425849

Attn: Cullen Murphy

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2024

### Epic! Creations engagement $2,206.50

| Date | Timekeeper Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/2024 | Rasha El Mouatassim Bih | Review docket for latest updates | 0.20 | 254.00 |
| 12/23/2024 | Lindsey Henrikson | Review UST comments to Moelis retention, including in light of precedent; correspond with Moelis team regarding recommendations relating to same | 0.60 | 1,065.00 |
| 12/27/2024 | Lindsey Henrikson | Review revised retention order; correspond with Moelis team regarding same | 0.50 | 887.50 |
| | **Total** | | **1.30** | **2,206.50** |

**Timekeeper Summary**

| | |
|---|---|
| Lindsey Henrikson | 1.10 |
| Rasha El Mouatassim Bih | 0.20 |

| | |
|---|---|
| **Current Fees and Costs** | **$2,206.50** |
| **Total Balance Due - Due Upon Receipt** | **$2,206.50** |