**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

---

IN RE:

EPIC! CREATIONS, INC., *et al.,*                                         Chapter 11

    Debtors.                                                                    Case No. 24-11161 (JTD)

---

**STATEMENT THAT UNSECURED CREDITORS**
**COMMITTEE HAS NOT BEEN APPOINTED**

---

**TO: THE CLERK OF THE BANKRUPTCY COURT**

    As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(   )   Debtors petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

(   )   No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( x )   Insufficient response to the United States Trustee communication/contact for service on the committee.

(   )   No unsecured creditor interest

(   )   Non-operating debtor-in-possession - - No creditor interest.

(   )   Application to convert to Chapter 7 or to dismiss pending.

(   )   Converted or dismissed.

(   )   Other:

                                                  **ANDREW R. VARA**
                                                **UNITED STATES TRUSTEE**

                                                /s/ *Linda J. Casey for*
                                                JOSEPH J. MCMAHON, JR.
                                                Assistant United States Trustee

DATED: January 24, 2025

Trial Attorney Assigned to Case: Linda J. Casey, Esq.
cc: Joseph C. Barsalona, II, Esq., Attorneys for Trustee