# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THE FIRST INTERIM APPLICATION[1]

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate in the Application Period |
|---|---|---|---|---|---|---|
| Dennis Hranitzky | Partner | Bankruptcy and Restructuring | 1996 | $3,172.50 | 1.5 | $2,115.00 |
| Nick Marsh | Partner | Civil Fraud Practice | 2001 | $1,995.00 | 1.0 | $1,995.00 |
| Benjamin Finestone | Partner | Bankruptcy and Restructuring | 2005 | $22,806.00 | 12.6 | $1,810.00 |
| Jagdish John Menezes | Counsel | International Arbitration | 2013 | $690.00 | .4 | $1,725.00 |
| Katherine A. Scherling | Counsel | Bankruptcy and Restructuring | 2010 | $785.00 | .5 | $1,570.00 |
| James Smithdale | Associate | Commercial Litigation and Arbitration | 2016 | $15,484.00 | 9.8 | $1,580.00 |
| Jianjian Ye | Associate | Bankruptcy and Restructuring | 2019 | $4,981.00 | 3.4 | $1,465.00 |
| Christine Botvinnik | Law Clerk | | | $64.50 | .1 | $645.00 |
| Barbara Howell | Paralegal | Bankruptcy and Restructuring | | $7,378.00 | 12.4 | $595.00 |
| **Total** | | | | **$57,356.00** | **41.7** | |

---

[1] Fees are billed at 100% in Exhibit B.

12013-00001/15551617.1