# EXHIBIT C

## BUDGET AND STAFFING PLAN
## QUINN EMANUEL DOES NOT HAVE A STAFFING PLAN

A budget was not prepared in this case. Quinn Emanuel continues to work the Trustee to ensure efficient and cost-effective service to the estates.

| BUDGET | | |
|---|---|---|
| **Project Category** | **Estimated Hours** | **Estimated Fees** |
| BY01-Case Administration | | |
| BY02-Asset Analysis and Recovery | | |
| BY05-Fee/Employment Application | | |
| BY07-Avoidance Action Analysis | | |
| BY08-Attend Court Hearings | | |
| BY09-Adversary Proceedings | | |
| BY10-Other Contested Matters | | |
| **Total** | | |

| STAFFING PLAN | | |
|---|---|---|
| QUINN EMANUEL DOES NOT HAVE A STAFFING PLAN | | |
| **Category of Timekeeper** | **Number of Timekeepers Expected to Work on the Matter During the Budgeted Period** | **Average Rate** |
| Partner | | |
| Counsel | | |
| Associate (7 or more years since first admission) | | |
| Associate (4-6 years since first admission) | | |
| Associate (less than 4 years since first admission) | | |
| Paralegal | | |