**EXHIBIT D**

**SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENTS**

| SUMMARY OF COMPENSATION BY PROJECT CATEGORY[2] | | | |
|---|---|---|---|
| **Project Category** | **Hours Billed** | **Fees Sought** | **Fees with 10% Discount** |
| BY01-Case Administration | 2.4 | $1,433.00 | $1,289.70 |
| BY02-Asset Analysis and Recovery | 13.3 | $22,427.50 | $20,184.75 |
| BY05-Fee/Employment Application | 10.1 | $6,009.50 | $5,408.55 |
| BY07-Avoidance Action Analysis | .5 | $785.00 | $706.50 |
| BY08-Attend Court Hearings | 1.8 | $3,016.50 | $2,714.85 |
| BY09-Adversary Proceedings | 6.4 | $10,652.50 | $9,587.25 |
| BY10-Other Contested Matters | 7.2 | $13,032.00 | $11,728.80 |
| Total | 41.7 | $57,356.00 | $51,620.40 |

---

[2]    Travel billed at 50%.

12013-00001/15551617.1