**EXHIBIT E**
**EXPENSES**

| EXPENSE | AMOUNT |
|---|---:|
| Postage | |
| Local Business Travel | |
| Document Services | |
| Deposition Transcripts | |
| Air Travel | |
| Video Deposition | |
| Document Reproduction (Black & White at $0.10 per page) | $35.60 |
| Document Reproduction (Color at $0.25 per page) | |
| Filing Fee | |
| Local Meals (for depositions) | |
| Travel | |
| Hotel | |
| Messenger | $17.93 |
| Velobind | $6.06 |
| Trial Materials | |
| Express Mail | |
| Professional Services | |
| Attorney Services | |
| 3 inch binder | |
| Tabs | $22.50 |
| Hyperlink | |
| Rel One User Fee | |
| Rel One Tiff (per page) | |
| Rel One Active Hosting (per GB) | |
| Rel One Processing | |
| Total | $82.09 |