**EXHIBIT F**

| SUMMARY OF FIRST INTERIM APPLICATION | |
|---|---|
| Name of Applicant | Quinn Emanuel Urquhart & Sullivan, LLP |
| Name of Client | Epic! Creations, Inc., *et al.* |
| Time period covered by First Interim Application | September 23, 2024, through November 30, 2024 |
| Total compensation sought during the Application Period | $51,620.40 |
| Total expenses sought during the Application Period | $82.09 |
| Petition Date (Involuntary) | June 4, 2024 |
| Retention Date (Date of Appointment of the Chapter 11 Trustee) | September 23, 2024 |
| Date of order approving employment | October 28, 2024 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date (at the time of filing this First Interim Application) | $41,296.32 |
| Total allowed expenses paid to date (at the time of filing this First Interim Application) | $82.09 |
| Blended rate in the First Interim Application for all attorneys (using 90% fees) | $1,538.43 |
| Blended rate in the First Interim Application for all timekeepers (using 90% fees) | $1,237.90 |
| Compensation sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $41,296.32 |
| Expenses sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $82.09 |
| Number of professionals included in the First Interim Application | 7 |
| If applicable, number of professionals in the First Interim Application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 7 |
| Are any rates higher than those approved or disclosed at retention? | No |