**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EPIC! CREATIONS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11161 (JTD)<br><br>(Jointly Administered)<br><br>Re D.I. 439 |

**CERTIFICATE OF NO OBJECTION REGARDING**
**CHAPTER 11 TRUSTEE'S THIRD MOTION FOR ENTRY OF AN**
**ORDER FIXING TIME TO FILE LISTS OF CREDITORS, SCHEDULES**
**OF ASSETS AND LIABILITIES, AND STATEMENTS OF FINANCIAL AFFAIRS**

The undersigned hereby certifies that, as of the date hereof, Pashman Stein Walder Hayden, P.C. ("Pashman") has received no answer, objection or other responsive pleading to the *Chapter 11 Trustee's Third Motion for Entry of an Order Fixing Time to File Lists of Creditors, Schedules of Assets and Liabilities, and Statements of Financial Affairs* (the "Motion") [D.I. 439] filed on January 9, 2025.

The undersigned further certifies that Pashman has caused a review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than January 23, 2025, at 4:00 p.m. (ET).

**WHEREFORE**, the Trustee respectfully requests that the Order attached to the Motion as **Exhibit A** be entered at the earliest convenience of the Court.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

1

<table>
<tr><td>Dated: January 24, 2025<br>Wilmington, Delaware</td><td>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ Alexis R. Gambale*<br>Henry J. Jaffe (No. 2987)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>824 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Email:  hjaffe@pashmanstein.com<br>           jbarsalona@pashmanstein.com<br>           agambale@pashmanstein.com<br><br>-and-<br><br>**JENNER & BLOCK LLP**<br>Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>William A. Williams (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Telephone: (312) 923-2952<br>Email:  csteege@jenner.com<br>           mroot@jenner.com<br>           wwilliams@jenner.com<br><br>*Co-counsel to the Trustee*</td></tr>
</table>