# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Epic! Creations, Inc., *et al.*, | ) | Case No. 24-11161 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## ORDER OF REASSIGNMENT OF JUDGE

IT IS HEREBY ORDERED that the above captioned Chapter 11 case (and all jointly administered cases, associated cases and associated adversary proceedings) is **TRANSFERRED** to the **Honorable Brendan Linehan Shannon** for all further proceedings and dispositions.[1]

Dated: January 29, 2025

JOHN T. DORSEY, Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.