## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF RESCHEDULED OMNIBUS HEARING

**PLEASE TAKE NOTICE** that the omnibus hearing previously scheduled for February 25, 2025 at 10:00 a.m. (ET) (the "February 25 Hearing") has been rescheduled to February 26, 2025 at 11:00 a.m. (ET) before the Honorable Judge Brendan L. Shannon.  All matters previously scheduled to be heard at the February 25 Hearing will now be heard on February 26, 2025 at 11:00 a.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

Dated: January 31, 2025
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

<u>/s/ Alexus R. Gambale</u>
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email:  hjaffe@pashmanstein.com
         jbarsalona@pashmanstein.com
         agambale@pashmanstein.com

-and-

**JENNER & BLOCK LLP**
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Email:  csteege@jenner.com
         mroot@jenner.com
         wwilliams@jenner.com

*Co-Counsel to the Trustee*