# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: March 31, 2025 at 10:00 a.m. (ET)** |
| | **Obj. Deadline: March 24, 2025 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on March 17, 2025, Claudia Z. Springer, not individually but solely as chapter 11 trustee for the debtors in the above-captioned cases (the "Trustee") filed the *Chapter 11 Trustee's Motion for an Order Authorizing the Assumption and Assignment of Tangible Play Lease and Guaranty Agreement* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before **March 24, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline"), (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for the Trustee.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion shall be held on **March 31, 2025 at 10:00 a.m. (ET)**, before the Honorable Brendan L. Shannon, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, DE 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

| | |
|---|---|
| Dated: March 17, 2025<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ Alexis R. Gambale*<br>Henry J. Jaffe (No. 2987)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>824 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Email: hjaffe@pashmanstein.com<br>          jbarsalona@pashmanstein.com<br>          agambale@pashmanstein.com<br><br>-and-<br><br>**JENNER & BLOCK LLP**<br>Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>William A. Williams (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Telephone: (312) 923-2952<br>Email: csteege@jenner.com<br>          mroot@jenner.com<br>          wwilliams@jenner.com<br><br>*Co-counsel to the Trustee* |