# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*, | Case No. 24-11161 (BLS) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew Henchen, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On March 12, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; via Overnight Mail upon the service list attached hereto as **Exhibit B**; and via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **Second Notice to Counterparties to Potentially Assumed and Assigned Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Successful Bidder at Auction** [Docket No. 560]

Dated: March 17, 2025

*/s/ Andrew Henchen*
Andrew Henchen
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor | Aeronet | Byron Countryman, Mark Pereira | BEC@cargolaw.com; mpereira@aeronet.com |
| Counsel for Realio LLC and Realio Technology, Ltd | Akerman LLP | Brian Lemon | brian.lemon@akerman.com |
| Top 30 Creditor | Amazon | | laurendorsett@dwt.com |
| Counsel for Conscious Content Media, Inc. dba Begin | Benesch Friedlander Coplan & Aronoff LLP | Daniel Brogan | dbrogan@beneschlaw.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cahill Gordon & Reindel LLP | Sesi Garimella; Joel Moss; Richard Stieglitz, Jr; Jordan Wishnew | sgarimella@cahill.com; jmoss@cahill.com; rstieglitz@cahill.com; jwishnew@cahill.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; India Credit Solutions, L.P.; Gamstar (US) V Pte Ltd; and Gamstar (US) VI Pte Ltd | Cole Schotz PC | G. David Dean, Justin R. Alberto | ddean@coleschotz.com; jalberto@coleschotz.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cole Schotz PC | Seth Van Aalten, Sarah Carnes, Bryant Churbuck | svanaalten@coleschotz.com; scarnes@coleschotz.com; bchurbuck@coleschotz.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | R. Craig Martin | craig.martin@us.dlapiper.com |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | Richard Chesley | richard.chesley@us.dlapiper.com |
| Top 30 Creditor | Geodis Usa, LLC | Shane Ramsey, Crystal Moroney, General Counsel | shane.ramsey@nelsonmullins.com; Crystal.moroney@geodis.com |
| Top 30 Creditor | Google, LLC | White and Williams LLP | ingrassiam@whiteandwilliams.com |
| Top 30 Creditor | Google, LLC | White and Williams LLP | vandermarkj@whiteandwilliams.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 30 Creditor | Kaustav Mitra | | kaustavmitra@gmail.com |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Brian Schartz, Jordan Elkin | bschartz@kirkland.com; jordan.elkin@kirkland.com |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Richard Howell; Sarah Kimmer; Patrick Nash, Jr; Colin Rathe; Ravi Shankar | richard.howell@kirkland.com; sarah.kimmer@kirkland.com; pnash@kirkland.com; colin.rathe@kirkland.com; ravi.shankar@kirkland.com |
| Counsel for Realio LLC and Realio Technology, Ltd | Lessne Hoffman, PLLC | Michael Lessne | mlessne@lessnehoffman.law |
| Top 30 Creditor | Moduslink Australia Pty Ltd | Jeff Hokanson | Jeff.Hokanson@icemiller.com |
| Top 30 Creditor | Moduslink B V | Jeff Hokanson | Jeff.Hokanson@icemiller.com |
| Counsel for Geodis USA, LLC and Geodis Hong Kong Limited | Nelson Mullins Riley & Scarborough, LLP | Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | Linda.Casey@usdoj.gov |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones, Peter J. Keane | ljones@pszjlaw.com; pkeane@pszjlaw.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for BYJU's Alpha, Inc. | Quinn Emanuel Urquhart & Sullivan, LLP | Susheel Kirpalani, Benjamin Finestone, Daniel Holzman, Jianjian Ye | SusheelKirpalani@quinnemanuel.com; BenjaminFinestone@quinnemanuel.com; DanielHolzman@quinnemanuel.com; JianjianYe@quinnemanuel.com |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Reed Smith LLP | David Pisciotta; Nicholas Vislocky | dpisciotta@reedsmith.com; nvislocky@reedsmith.com |
| Counsel for Epic! Creations, Inc.; and Conscious Content Media, Inc. dba Begin | Reitler Kallas & Rosenblatt LLP | Lauren Friend McKelvey | lmckelvey@reitlerlaw.com |
| Counsel for Ad Hoc Group of Publishers | Robinson & Cole LLP | Jamie Edmonson | jedmonson@rc.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Top 30 Creditor | Shipwire | Tiffany Strelow Cobb | TSCobb@vorys.com |
| Texas Comptroller of Public Accounts | Texas Attorney General's Office | Bankruptcy & Collections Division | bk-kwalsh@oag.texas.gov; sherri.simpson@oag.texas.gov |
| Top 30 Creditor | Tiago Silva | | eng.tiago.silva@gmail.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel for The Walt Disney Company and its affiliates, including National Geographic Partners, LLC | Wilmer Cutler Pickering Hale and Dorr LLP | Andrew Goldman, Benjamin Loveland | andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com |
| Counsel for BYJU's Alpha, Inc. | Young, Conaway, Stargatt & Taylor, LLP | Robert Brady, Kenneth Enos, Jared W. Kochenash, Timothy R. Powell | kenos@ycst.com; rbrady@ycst.com; jkochenash@ycst.com; tpowell@ycst.com |

# Exhibit B

**Exhibit B**
**Contract Counterparties**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ABDO Publishing | | 8000 W 78th St | Suite 310 | | Minneapolis | MN | 55439 | |
| Adobe Inc. | | 345 Park Avenue | | | San Jose | CA | 95110 | |
| ADP TotalSource, Inc. | | 10200 Sunset Drive | | | Miami | FL | 33173 | |
| AgileBits Inc. (d/b/a 1Password) | | 4711 Yonge St | 10th Floor | | Toronto | ON | M2N 6K8 | Canada |
| Alamy, Inc. | | 49 Flatbush Ave 130 | | | Brooklyn | NY | 11217 | |
| Amanta Ltd. | | Gwanak-gu | Seoul street 15 second floor Inheon | | Seoul | | | South Korea |
| Amazon, Inc. | | 410 Terry Avenue North | | | Seattle | WA | 98109 | |
| Amazon.com Services LLC | | 410 Terry Avenue North | | | Seattle | WA | 98109 | |
| Andrea Modica | | Address on File | | | | | | |
| Annick Press Ltd. | | 15 Patricia Ave. | | | Toronto | ON | M2M1H9 | Canada |
| Anthony Cuizon | | Address on File | | | | | | |
| Apple, Inc. | | Apple One Apple Park Way | | | Cupertino | CA | 95014 | |
| Asana, Inc. | Attn: Legal Department | 633 Folsom Street | Suite 100 | | San Francisco | CA | 94107 | |
| Astonishing Studios | | 55 Farm Dr | | | Cumberland | RI | 02864 | |
| Avalara, Inc. | | 512 South Mangum Street | Suite 100 | | Durham | NC | 27701 | |
| BeachHouse Publishing, LLC | | 45-124B William Henry Road | PO Box 5464 | | Kaneohe | HI | 96744 | |
| Beaming Books | | 510 Marquette Ave | Suite 800 | | Minneapolis | MN | 55402 | |
| Beijing Caterpillar Books | | Room 3-806, Meitang Garden | No. 106 Kexingxilu Road | Huilongguan Chamgping District | Beijing | | | China |
| Bellevue School District No. 405 | | P.O. Box 90010 | | | Bellevue | WA | 98009 | |
| Berbay Books | | CharterNet Suite 2003 | 109 Pitt Street | | Sydney | NSW | | Austrailia |
| Better Kids, Ltd. | Attn: Ondine Bullot | 251 Little Falls Drive | | | Wilmington | DE | 19808 | |
| Big Word Club | | PO Box 7477 | | | Boulder | CO | 80306 | |
| Blue Planet Archive LLC | | 77-6425 Kuakini Hwy. Suite C2-300 | | | Kailua Kona | HI | 96740 | |
| Blythe Russo | | Address on File | | | | | | |
| Bonnier Books UK Inc. | | 460 N. Orlando Ave | Suite 200 | | Winter Park | FL | 32789 | |
| Box, Inc. | | 900 Jefferson Ave | | | Redwood City | CA | 94063 | |
| Brain Warp Studios | | 2412 Central Ave. | | | Victoria | BC | | Canada |
| Brian Taylor | | Address on File | | | | | | |
| BRICK 101, Inc. | | 1579 N Milwaukee Ave | Suite 305 | | Chicago | IL | 60622 | |
| CAC Specialty, LLC | | 115 Office Park Drive | | | Birmingham | AL | 35223 | |
| Cantab Research Ltd. (d/b/a Speechmatics) | Attn: Finance Team | 296 Science Park | Milton Road | | Cambridge | | CB4 0PZ | United Kingdom |
| Chad Thomas | | Address on File | | | | | | |
| Chelsea Trousdale | | Address on File | | | | | | |
| Cherry Lake / Sleeping Bear Press | | 315 East Eisenhowor Parkway | | | Ann Arbor | MI | 48108 | |
| Cider Mill Press | | 12 Spring St. Kennebunkport | | | | ME | 04046 | |
| Cindy Zhi | | Address on File | | | | | | |
| Circana, LLC | | 900 West Shore Road | | | Port Washington | NY | 11050 | |
| Claris International Inc. | | One Apple Park Way 174-DEF | | | Cupertino | CA | 95014 | |
| Classroom Champions, Inc. | | 7901 4th St. N STE 4274 | | | St. Petersburg | FL | 33702 | |
| Clever Media Group, LLC | Diane Naughton, Marketing Director | 79 Madison Avenue | 8th Floor | | New York | NY | 10016 | |
| Clever Media Group, LLC | | Bld. 1, 16, 3rd Monetchikovskiy per. | | | Moscow | | 115054 | Russia |
| Cloudflare, Inc. | | 101 Townsend St. | | | San Francisco | CA | 94107 | |
| Common Core 4 Kids | | 13124 S. 2110W. | | | Riverton | UT | 84065 | |
| Complexly | | 224 Spruce St | | | Missoula | MT | 59802 | |
| Crabtree Publishing Company | | 612 Welland Ave | | | St Catharines | ON | | Canada |
| Daniel Nordskog | | Address on File | | | | | | |
| Dave McDonald | | Address on File | | | | | | |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 1 of 5

**Exhibit B**
**Contract Counterparties**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Distribution360, Inc. | | 74 Fraser Avenue | Suite 100 | | Toronto | ON | M6K 3E1 | Canada |
| DocuSign, Inc | | 221 Main Street | Suite 1550 | | San Francisco | CA | 94105 | |
| Dolphin Books | | 24th Bai Wan Zhuang Street | Xi Cheng District | | Beijing | | 100037 | China |
| Dover Publications, Inc. | | 31 East 2nd Street | | | Mineola | NY | 11501 | |
| Dropbox, Inc. | | 1800 Owens Street | Suite 200 | | San Francisco | CA | 94158 | |
| Earthtree Media A.S. | | Storgata 11 | | | Fredrikstad | | N-1607 | Norway |
| Editions Planete Rebelle | | 373 Rue LabadieMontréal | | | | QC | H2V 2J9 | Canada |
| Editions Tournez la Page | | 5 | chemin de law Berne | | Ecotay l'Olme | | 42600 | France |
| Eduardo Medeiros | | Address on File | | | | | | |
| Electric AI, Inc. | | 408 Broadway | 5th Floor | | New York | NY | 10013 | |
| Electric AI, Inc. | | 915 Broadway | Floor 11 | Suite 1106 | New York | NY | 10010 | |
| Ellen Stubbings | | Address on File | | | | | | |
| Encyclopedia Britannica, Inc. | | 331 N. LaSalle St | | | Chicago | IL | 60654 | |
| Erich Owen | | Address on File | | | | | | |
| ETC Educational Technology Connection (HK) Ltd. | | Room 811 | Eastern Harbour Centre | 28 Hoi Chak Street | Quarry Bay | | | Hong Kong |
| Everett Collection, Inc. | | 225 W. 35th St # 14 | | | New York | NY | 10001 | |
| Fabulous Lemon Drops | | PO Box 1150 | | | INDOOROOPILLY | QLD | 4068 | Australia |
| Figma, Inc. | | 760 Market Street | Floor 10 | | San Francisco | CA | 94102 | |
| Fitzhenry & Whiteside Ltd. | | 195 Allstate Parkway | | | Markham | ON | L3R 4T8 | Canada |
| Flying Start Books Ltd. | | 18 Ardern Avenue | Stanmore Bay | | Auckland | | NZ 0932 | New Zealand |
| Frederator Books, LLC | | 22 West 21st St | 7th Floor | | New York | NY | 10010 | |
| FRNGE, Inc. | c/o Andrew Dunlap, Head of Operations | 1717 Summit Ave | | | Richmond | VA | 23230 | |
| Gibbs M. Smith, Inc. | | 1877 E Gentile Street | PO Box 667 | | Layton | UT | 84041 | |
| GitHub, Inc. | c/o Corporation Service Company | 2710 Gateway Oaks Drive | Suite 150N | | Sacramento | CA | 95833-3505 | |
| GitHub, Inc. | c/o Corporation Service Company | 2710 Gateway Oaks Drive, Suite 150N | | | Sacramento | CA | 95833-3505 | |
| Global Tinker Inc. | | 9665 Santa Monica Blvd #1274 Beverly Hills | | | | CA | 90212 | |
| GoDaddy Inc. | | 2155 E. GoDaddy Way | | | Tempe | AZ | 85284 | |
| Google LLC | | 1600 Amphitheatre Parkway | | | Mountain View | CA | 94043 | |
| Guideline, Inc. | | 1412 Chapin Avenue | | | Burlingame | CA | 94010 | |
| Harriet Ziefert Inc. | | 515 Valley Street | Suite 170 | | Maplewood | NJ | 07040 | |
| Health Nuts Media, LLC | | 29512 Lisaview Drive | | | Bay Village | OH | 44140 | |
| Heritage Builders, LLC | | 3105 E. Locan Ave | | | Clovis | CA | 93619 | |
| Highlights for Children, Inc. | | 1800 Watermark Drive | | | Columbus | OH | 43215 | |
| Holiday House Publishing, Inc. | | 425 Madison Avenue | | | New York | NY | 10017 | |
| Imagine Create Media | | 4438 West 10th Ave. | Suite #184 | | Vancouver | BC | V6R 4R* | Canada |
| IMGIX | | 423 Tehama St. | | | San Francisco | CA | 94103 | |
| Inhabit Media Inc. | | 191 Eglinton Avenue East | | | Toronto | ON | M4P 1K1 | Canada |
| InMobi Pte. Ltd. | | 30 Cecil Street #19-08 | Prudential Tower | | | | 049712 | Singapore |
| Inte Q | | 1815 S Meyers Rd #300 | | | Oakbrook Terrace | IL | 60181 | |
| Iterable, Inc. | Attn: General Counsel | 201 Spear Street | Suite 1050 | | San Francisco | CA | 94105 | |
| Iterable, Inc. | | 2261 Market Street | #5212 | | San Francisco | CA | 94114 | |
| Jared Owen | | Address on File | | | | | | |
| Joy Education LTD | | 15F, No. 306 Hsin-Yi Road | Section 4 | | Taipei | | | Taiwan |
| Kane Press, Inc. | | 350 Fifth Avenue | Suite 7206 | | New York | NY | 10118 | |
| Kasper Borys | | Address on File | | | | | | |
| Kids Learning Tube | | 7987 SW Skyhar Dr | | | Portland | OR | 97223 | |
| Knowledgemotion Limited | | 22 Upper Ground | | | London | | SEI 9PD | United Kingdom |
| Kugamon LLC | | 301 Mission St Unit 15J | | | San Francisco | CA | 94105 | |

**Exhibit B**
**Contract Counterparties**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Language World Co., Ltd. | | Yangcheon-gu Mokdonseo-ro 211 Panmun Bldg. 2F | | | Seoul | | 7995 | Korea |
| Les Editions Les 400 Coups Inc. | | 600 4609 Rue Diberville | | | Montreal | QC | H2H 2L9 | Canada |
| Listen & Live Audio, Inc. | | 1700 Manhattan Avenue | | | Union City | NJ | 07087 | |
| Little Libros, LLC | | 1960 Hawkins Circle | | | Los Angeles | CA | 90001 | |
| Logitech Inc. | | 3930 North First Street | | | San Jose | CA | 95134 | |
| Manzanita Associates, LLC | | 338 Manzanita St | | | Redwood City | CA | 94063 | |
| Mark Lavery | | Address on File | | | | | | |
| Mason Crest, an imprint of National Highlights Inc. | | 450 Park Way Ste 206 | | | Broomall | PA | 19008-4202 | |
| Math Masters Inc. | | Room 811 | Eastern Harbour Centre | 28 Hoi Chak Street | Quarry Bay | | | Hong Kong |
| Matt Sheldon | | Address on File | | | | | | |
| Matthew Cody | | Address on File | | | | | | |
| Megha Sharma | | Address on File | | | | | | |
| Meika Hashimoto | | Address on File | | | | | | |
| Merriam-Webster, Inc. | Attn: Legal Department | 47 Federal Street | P.O. Box 281 | | Springfield | MA | 01102 | |
| Metabase, Inc. | | 9740 Campo Rd. Suite 1029 | | | Spring Valley | CA | 91977 | |
| MetaMetrics Inc. | | 800 Taylor Street | Suite 102A | | Durham | NC | 27701 | |
| Michael Hilton | | Address on File | | | | | | |
| Michael Page International Inc. | | 1156 Avenue of the Americas | 5th Floor | | New York | NY | 10036 | |
| Michael Page International Recruitment Private Ltd. | | 1156 Avenue of the Americas | 5th FL | | New York | NY | 10036 | |
| Microsoft Corporation | | One Microsoft Way | | | Redmond | WA | 98052 | |
| Mims House | | 1309 Broadway | | | Little Rock | AR | 72202 | |
| Minden Pictures, Inc. | | 9565 Soquel Drive | Suite 202 | | Aptos | CA | 95003 | |
| Monotype Imaging Inc. | | 600 Unicorn Park Drive | | | Woburn | MA | 01801 | |
| Mylemarks LLC | | 2212 Shillelagh Rd. | | | Chesapeake | VA | 23323 | |
| Neptune Studios, LLC | | 127 E. Main Street | Suite 214 | | Missoula | MT | 59802 | |
| Newscom, LLC | | 375 Chipeta Way Suite B | | | Salt Lake City | UT | 84108 | |
| Nick Filardi | | Address on File | | | | | | |
| Niels Duinker | | Address on File | | | | | | |
| Norman Basch | | Address on File | | | | | | |
| North Star Editions, Inc. | | 1600 Cliff Road East | | | Burnsville | MN | 55337 | |
| Norwood House Press, Inc. | | 6150 N. Milwaukee Ave | | | Chicago | IL | 60614 | |
| Note to Health, LLC | | 1172 Industrial Blvd | | | New Kensington | PA | 15068 | |
| Notion Labs, Inc. | | 2300 Harrison Street | Floor 2 | | San Francisco | CA | 94110 | |
| Nuans Kitapcilik San. Tic. Ltd. Sti. | | Mustafa Kemal Mahallesi 2157 Sokak 12-A 06530 Cankaya | | | Ankara | | | Turkey |
| Oceanic Research Group, Inc. | | 59 Old Andover Road | | | North Reading | MA | 1864 | |
| October 5 Productions | | 1446 Eastshore Drive | | | Alameda | CA | 94501 | |
| Open Road Integrated Media Inc | | 345 Hudson Street | 6C | | New York | NY | 10014 | |
| OpenVPN Technologies, Inc. | | 6200 Stoneridge Mall Road | 3rd Floor | | Pleasanton | CA | 94588 | |
| Owlkids Books, Inc. | | 10 Lower Spadina Ave. | | | Toronto | ON | M5V 2Z2 | Canada |
| PagerDuty, Inc. | | 600 Townsend St. | #200 | | San Francisco | CA | 94103 | |
| Paypal, Inc. | | 2211 North First Street | | | San Jose | CA | 95131 | |
| PayPlay Inc. | | 2915 Ogletown Road | | | Newark | DE | 19713 | |
| Premier Cloud Inc. | | 504-1803 Douglas St. | | | Victoria | BC | V8T 5C3 | Canada |
| Property and Casualty Insurance Company of Hartford | | One Hartford Plaza | | | Hartford | CT | 06155 | |
| Purple Toad Publishing, Inc. | | PO Box 631 | | | Kennett Square | PA | 19348 | |
| Red Chair Press, LLC | | 263 Egremont Road | PO Box 333 | | Egremont | MA | 01258-0333 | |
| ReferralSaaSquatch.com Inc. (d/b/a Saasquatch) | c/o Farris, Vaughan, Will & Murphy LLP | 3rd - 1005 Langley Street | | | Victoria | BC | V8W 1V7 | Canada |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 3 of 5

Exhibit B
Contract Counterparties
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ReferralSaaSquatch.com Inc. (d/b/a Saasquatch) | | 223 E. De La Guerra St. | | | Santa Barbara | CA | 93101 | |
| Regus Management Group, LLC | | 15305 Dallas Pkwy Fl 12 | | | Addison | TX | 75001-4637 | |
| RGB Ventures LLC (d/b/a SuperStock) | | 2401 S. Ervay | Suite 206 | | Dallas | TX | 75215 | |
| Rourke Educational Media | | 1701 S. A1A | | | Verao Beh | FL | 32963 | |
| Sabbatical Entertainment LLC | | 3044 SW 28th Lane | | | Miami | FL | | |
| Salesforce, Inc. | | 415 Mission Street | 3rd Floor | | San Francisco | CA | 94105 | |
| Scholastic, Inc. | Attn: Mark Seidenfeld, Vice President & Deputy General Counsel | 557 Broadway | | | New York | NY | 10012 | |
| Scratch Garden | | PO Box 57064 Jackson Square | | | Hamilton | ON | L8P 4W9 | Canada |
| Second Story Feminist Press Inc | | 401-20 Maud St | | | Toronto | ON | M5V 2M5 | Canada |
| Sesame Workshop | | 1900 Broadway | | | New York | NY | 10023 | |
| Shelley Johnson (d/b/a SJ Consulting) | | 815 PROSPECT ROW #2 | | | SAN MATEO | CA | 94401 | |
| Shilpa Narayanlal Prajapati | | Address on File | | | | | | |
| Shutterstock, Inc. | Attn: General Counsel | 350 Fifth Avenue | 21st Floor | | New York | NY | 10118 | |
| SimilarWeb Inc. | | 16 East 34th Street | 15th floor | | New York | NY | 10016 | |
| SKS Digital PTE Ltd. | | #05-03 Plus | 20 Cecil Street | | | | 049705 | Singapore |
| Slack Technologies, LLC | | 415 Mission St | 3rd Floor | | San Francisco | CA | 94105 | |
| Smart Study Co. Ltd. | | 5th Floor, 94 Myeongdal-ro | Seocho-gu | | Seoul | | 136-871 | South Korea |
| Smithsonian Enterprises | | 600 Maryland Ave, SW | Suite 6001 | | Washington | DC | 20024 | |
| Solvvy, Inc. | | 1325 Howard Ave #417 | | | Burlingame | CA | 94010 | |
| Springs Charter Schools | Attn: Vendor Relations | 43250 Business Park Drive | Suite 101 | | Temecula | CA | 92590 | |
| StormFront Entertainment, LLC | | 11110 SW 170th Ave #203 | | | Beaverton | OR | 97006 | |
| Stripe, Inc. | | 354 Oyster Point Boulevard | | | San Francisco | CA | 94080 | |
| TeamWorks, Inc. | | 2010 El Camino Real | | | Santa Clara | CA | 95050 | |
| The Bug Chicks | | 3826 SE 51st Ave | | | Portland | OR | 97206 | |
| The Columbus Zoo and Aquarium | | 4850 W. Powell Road | | | Powell | OH | 43065 | |
| The Lion Forge, LLC | | 6600 Manchester Ave. | | | St. Louis | MO | 63139 | |
| The Rosen Publishing Group, Inc | | 29 East 21st Street | | | New York | NY | 10010 | |
| The Secret Mountain | | 3816 Royal Avenue | | | Montreal | QC | H4A 2M2 | Canada |
| The Singing Walrus | | 6437 Parkcrest Drive | | | Burnaby | BC | V5B 2T1 | Canada |
| Tiasha Sarkar | | Address on File | | | | | | |
| Timbuktu Labs, Inc. | | 520 Broadway | Suite 200 | | Santa Monica | CA | 90401 | |
| TIY Makers Pvt. Ltd. | | 1st and 2nd Floor, Kagalwala House | E State 175 CST Road | Santacruz East | Mumbai | MH | 400009 | India |
| TMW Media Group, Inc. | | 2321 Abbot Kinney Blvd. | Top Floor | | Venice | CA | 90291 | |
| Tools for Schools, Inc. | | 31 - 34 High Street | | | Bristol | | BS1 2AW | United Kingdom |
| Trustpilot Group plc | | 5th Floor | The Minster Building | 21 Mincing Lane | London | | EC3R 7AG | United Kingdom |
| Unicorn Media LTD | | Trust company complex | Ajeltake road | | | | | Republic of Marshall Isalnds |
| US Copyright Office | | 101 Independence Ave SE | | | Washington | DC | 20540 | |
| UWC SEA | | 1207 Dover Road | | | | | 139654 | Singapore |
| Veritex Community Bank | | 8214 Westchester Drive | Suite 800 | | Dallas | TX | 75225 | |
| Video Elephant Limited | | 40 Lower Lesson St | | | Dublin | | D02 W213 | Ireland |
| Voucherify, Inc. | | 99 Hudson Street 5th Floor | | | New York | NY | 10013 | |
| Weston Woods Studio | Attn: Linda Lee, Vice President | 90 Old Sherman Turnpike | | | Danbury | CT | 06810 | |
| Weston Woods Studio | c/o Senior Vice President, Business and Legal Affairs | Scholastic Entertainment, Inc. | 557 Broadway | | New York | NY | 10012 | |
| WGBH Educational Foundation | | One Guest Street | | | Boston | MA | 02135 | |
| What on Earth Publishing Limited | | Allington Castle | Maidstone | | Kent | | ME16 0NB | United Kingdom |
| Whitney Cogar | | Address on File | | | | | | |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 4 of 5

**Exhibit B**
**Contract Counterparties**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| WildWorks Inc. | | 105 N 400 W | | | Salt Lake City | UT | 84103 | |
| Winfortune Cultural Enterprise Co. Ltd. | | 2F, No. 286, Rui'an St. | Da'an Dist. | | Taipei City | | 106 | Taiwan |
| Wolf Weidner | | Address on File | | | | | | |
| Wonderscape Entertainment, LLC | | 1556 Hyannis Lane | | | San Pedro | CA | 90732 | |
| Xist Media Group | | 24200 Southwest Fwy Ste 402-290 | | | Rosenberg | TX | 77471 | |
| XOMAD LLC | Attn: Rob Perry | 3616B The Strand | | | Manhattan Beach | CA | 90266 | |
| Zendesk, Inc. | Attn: Legal Department | 181 Fremont St. | | | San Francisco | CA | 94105 | |
| Zhengjian Youjia Shaoer Company | | Unit 603, No. 40 Tianmushan Road | Hangzhou | | Zhengjiang Province | | | China |
| Zuckerberg Media, Inc | | 1178 Broadway 3rd Floor #1312 | | | New York | NY | 10036 | |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 5 of 5

# Exhibit C

Exhibit C
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | ABDO Publishers | | 8000 W 78th St, Suite 310 | | | Minneapolis | MN | 55439 | |
| Top 30 Creditor | Aeronet | Byron Countryman, Mark Pereira | 42 Corporate Park, Suite 100 | | | Irvine | CA | 92606 | |
| Counsel for Realio LLC and Realio Technology, Ltd | Akerman LLP | Brian Lemon | 222 Delaware Ave, Ste 1710 | | | Wilmington | DE | 19801 | |
| Top 30 Creditor | Amanda Jeanne Ohsiek | | 3970 The Woods Dr, No 114 | | | San Jose | CA | 95136 | |
| Top 30 Creditor | Amazon | | P.O. Box 81226 | | | Seattle | WA | 98108-1226 | |
| Top 30 Creditor | BellWether Media Inc. | | 5357 Penn Ave. S | | | Minneapolis | MN | 55419 | |
| Counsel for Conscious Content Media, Inc. dba Begin | Benesch Friedlander Coplan & Aronoff LLP | Daniel Brogan | 1313 N Market Street | Ste 1201 | | Wilmington | DE | 19801-6101 | |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cahill Gordon & Reindel LLP | Sesi Garimella; Joel Moss; Richard Stieglitz, Jr; Jordan Wishnew | 32 Old Slip | | | New York | NY | 10005 | |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| California Secretary of State | California Secretary of State | | 1500 11th St | | | Sacramento | CA | 95814 | |
| Top 30 Creditor | Christopher M Clark | | 300 Watrous Ave | | | Des Moines | IA | 50315 | |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; India Credit Solutions, L.P.; Gamstar (US) V Pte Ltd; and Gamstar (US) VI Pte Ltd | Cole Schotz PC | G. David Dean, Justin R. Alberto | 500 Delaware Ave | Ste 1410 | | Wilmington | DE | 19801 | |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cole Schotz PC | Seth Van Aalten, Sarah Carnes, Bryant Churbuck | 1325 Avenue of the Americas | 19th Fl | | New York | NY | 10019 | |
| Top 30 Creditor | Daniel Rezac | | 200 W Madison Ave, Ste 1000 | | | Chicago | IL | 60606 | |
| Top 30 Creditor | David Lockhart | | 3356 Hunters Lodeg Rd | | | Marietta | GA | 30062 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | R. Craig Martin | 1201 N Market St | Ste 2100 | | Wilmington | DE | 19801 | |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | Richard Chesley | 444 W Lake St | Ste 900 | | Chicago | IL | 60606 | |
| Top 30 Creditor | Eduardo G Llach | | 1075 Texas Street | | | San Francisco | CA | 94107 | |
| Debtor's Registered Agent | Epic! Creations, Inc. | c/o NATIONAL REGISTERED AGENTS, INC., as registered agent | 1209 ORANGE STREET | | | Wilmington | DE | 19801 | |
| Top 30 Creditor | Geodis Usa, LLC | Shane Ramsey, Crystal Moroney, General Counsel | 200 Tradeport Drive, Suite 400 | | | Atlanta | GA | 30354 | |
| Top 30 Creditor | Google, LLC | White and Williams LLP | James Vandermark | 1650 Market St | Ste 1800 | Philadelphia | PA | 19103 | |
| Top 30 Creditor | Google, LLC | White and Williams LLP | Michael Ingrassia | Courthouse Square | 600 N King St, Ste 800 | Wilmington | DE | 19899-1347 | |
| Top 30 Creditor | Inês Filipa Guerreiro de Almeida Maria | | 734 Sequoia Dr | | | Sunnyvale | CA | 94086 | |
| Top 30 Creditor | Ingram Micro Inc | | 3351 Michelson Drive, Suite 100 | | | Irvine | CA | 92612 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Top 30 Creditor | Jamie May | | 1430 Lee rd | | | Northbrook | IL | 60062 | |
| Top 30 Creditor | Kaustav Mitra | | 280 Hope Street | | | Mountain View | CA | 94041 | |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Brian Schartz, Jordan Elkin | 601 Lexington Ave | | | New York | NY | 10022 | |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Richard Howell; Sarah Kimmer; Patrick Nash, Jr; Colin Rathe; Ravi Shankar | 333 West Wolf Point Plaza | | | Chicago | IL | 60654 | |
| Top 30 Creditor | Lea Schauer | | 1000 Speer Blvd, Apt 1202 | | | Denver | CO | 80204 | |
| Counsel for Realio LLC and Realio Technology, Ltd | Lessne Hoffman, PLLC | Michael Lessne | 100 SE 3rd Ave, 10th Fl | | | Ft. Lauderdale | FL | 33394 | |
| Top 30 Creditor | Luís Pedro da Cunha Brandão Martinho | | 286 Rua das Moutadas, Vila Nova de Gaia | | | Porto | | 4405-665 | Portugal |
| Top 30 Creditor | Moduslink Australia Pty Ltd | Jeff Hokanson | 395 Pembroke Rd Building C | | | Minto | NSW | 2566 | Austrailia |
| Top 30 Creditor | Moduslink B V | Jeff Hokanson | 2000 Midway Ln | | | Smyrna | TN | 37167 | |
| Counsel for Geodis USA, LLC and Geodis Hong Kong Limited | Nelson Mullins Riley & Scarborough, LLP | Shane G. Ramsey | 1222 Demonbreun St., Suite 1700 | | | Nashville | TN | 37203 | |
| Debtor's Registered Agent | NEURON FUEL, INC. | c/o INCORPORATING SERVICES, LTD., as registered agent | 3500 S DUPONT HWY | | | DOVER | DE | 19901 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones, Peter J. Keane | 919 N Market St | 17th Fl | | Wilmington | DE | 19801 | |
| Top 30 Creditor | Patrick Yiang Gan | | 151 Calderon Ave, 164 | | | Mountain View | CA | 94041 | |
| Counsel for BYJU's Alpha, Inc. | Quinn Emanuel Urquhart & Sullivan, LLP | Susheel Kirpalani, Benjamin Finestone, Daniel Holzman, Jianjian Ye | 51 Madison Ave | 22nd Fl | | New York | NY | 10010 | |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Reed Smith LLP | David Pisciotta; Nicholas Vislocky | 599 Lexington Ave | 22nd Fl | | New York | NY | 10022 | |
| Counsel for Epic! Creations, Inc.; and Conscious Content Media, Inc. dba Begin | Reitler Kallas & Rosenblatt LLP | Lauren Friend McKelvey | 11921 Freedom Dr | Ste 550 | | Reston | VA | 20190 | |
| Counsel for Ad Hoc Group of Publishers | Robinson & Cole LLP | Jamie Edmonson | 1201 N Market St | Ste 1406 | | Wilmington | DE | 19801 | |
| Top 30 Creditor | Ryan Justin Magee | | 580 Glen Canyon Rd | | | Santa Cruz | CA | 95060 | |
| SEC Regional Office | Securities & Exchange Commission | Andrew Calamari, Regional Director | New York Regional Office | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |

Exhibit C
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Top 30 Creditor | Shipwire | Tiffany Strelow Cobb | 3131 Jay Street Suite #210 | | | Santa Clara | CA | 95054 | |
| Top 30 Creditor | Silicon Valley Bank | | 3003 Tasman Drive | | | Santa Clara | CA | 95054 | |
| Top 30 Creditor | Stephen Gould Corporation | | 5 Giralda Farms | | | Madison | NJ | 07940 | |
| Debtor's Registered Agent | Tangible Play, Inc. | c/o Delaware Secretary of State | 401 Federal St. | Suite 3 | | Dover | DE | 19901 | |
| Top 30 Creditor | Target Corporation | | 1000 Nicollet Mall, TPN-1101 | | | Minneapolis | MN | 55403 | |
| Texas Comptroller of Public Accounts | Texas Attorney General's Office | Bankruptcy & Collections Division | Kimberly Walsh, Sherri Simpson | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Top 30 Creditor | Tiago Silva | | 792 Rua 23 | | | Espinho | | 4500 | Portugal |
| Top 30 Creditor | Tiffanie Lo | | 3907 Riverbend Terrace | | | Fremont | CA | 94555 | |
| Top 30 Creditor | Tyler Paul Ortman | | 1333 Page St. Apt 1 | | | San Francisco | CA | 94117 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| US Department of Justice | US Department of Justice | | 950 Pennsylvania Ave NW | | | Washington | DC | 20530-0001 | |
| Top 30 Creditor | Venkat Varada | | 14955 Foothill Avenue | | | San Martin | CA | 95046 | |
| Top 30 Creditor | Walmart Corp Accounting | | 702 SW 8th Street | | | Bentonville | AR | 72716-0860 | |
| Counsel for The Walt Disney Company and its affiliates, including National Geographic Partners, LLC | Wilmer Cutler Pickering Hale and Dorr LLP | Andrew Goldman, Benjamin Loveland | 7 World Trade Center | 250 Greenwich St | | New York | NY | 10007 | |
| Counsel for BYJU's Alpha, Inc. | Young, Conaway, Stargatt & Taylor, LLP | Robert Brady, Kenneth Enos, Jared W. Kochenash, Timothy R. Powell | 1000 N King St | | | Wilmington | DE | 19801 | |

In re Epic! Creations, Inc., et al.
Case No. 24-11161

Page 3 of 3