## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF RESCHEDULED OMNIBUS HEARING

**PLEASE TAKE NOTICE** that the omnibus hearing previously scheduled for April 23, 2025 at 10:00 a.m. (ET) (the "April 23 Hearing") has been rescheduled to April 30, 2025 at 11:00 a.m. (ET) before the Honorable Judge Brendan L. Shannon.  All matters previously scheduled to be heard at the April 23 Hearing will now be heard on April 30, 2025 at 11:00 a.m. (ET).

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

Dated: March 20, 2025  
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Alexis R. Gambale*
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: hjaffe@pashmanstein.com
      jbarsalona@pashmanstein.com
      agambale@pashmanstein.com

-and-

**JENNER & BLOCK LLP**
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Email: csteege@jenner.com
      mroot@jenner.com
      wwilliams@jenner.com

*Co-Counsel to the Trustee*