# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EPIC! CREATIONS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11161 (BLS)<br><br>(Jointly Administered)<br><br>Re D.I. 567 |

**CERTIFICATE OF NO OBJECTION REGARDING CHAPTER 11
TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING THE ASSUMPTION
AND ASSIGNMENT OF TANGIBLE PLAY LEASE AND GUARANTY AGREEMENT**

The undersigned hereby certifies that, as of the date hereof, Pashman Stein Walder Hayden, P.C. ("Pashman") has received no answer, objection or other responsive pleading to the *Chapter 11 Trustee's Motion for an Order Authorizing the Assumption and Assignment of Tangible Play Lease and Guaranty Agreement* (the "Motion") [D.I. 567] filed on March 17, 2025.

Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than March 24, 2025, at 4:00 p.m. (ET). The undersigned further certifies that Pashman has caused a review of the Court's docket in these Chapter 11 Cases and that no answer, objection or other responsive pleading to the Motion appears thereon.

**WHEREFORE**, the Trustee respectfully requests that the Order attached to the Motion as **Exhibit A** be entered at the earliest convenience of the Court.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

1

|  |  |
|---|---|
| Dated: March 25, 2025<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ Alexis R. Gambale*<br>Henry J. Jaffe (No. 2987)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>824 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Email:  hjaffe@pashmanstein.com<br>          jbarsalona@pashmanstein.com<br>          agambale@pashmanstein.com<br><br>-and-<br><br>**JENNER & BLOCK LLP**<br>Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>William A. Williams (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Telephone: (312) 923-2952<br>Email:  csteege@jenner.com<br>          mroot@jenner.com<br>          wwilliams@jenner.com<br><br>*Co-counsel to the Trustee* |