IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re. D.I. 433, 474, 693 & 724 |

**NOTICE OF SALE CLOSING AND**
**EFFECTIVE DATE OF AMENDMENT OF CASE CAPTION**

**PLEASE TAKE NOTICE** that, on May 20, 2025, the United States Bankruptcy Court for the District of Delaware entered the *Order (I) Approving the Sale of Epic! Creations, Inc.'s Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith and (III) Granting Related Relief* [D.I. 724], (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that the Sale Order, provided that, upon the closing of the sale of substantially all of Epic Creations, Inc.'s assets and the service of this notice, the caption for the Debtor's chapter 11 cases shall be amended as set forth below.

**PLEASE TAKE FURTHER NOTICE** that, on May 27, 2025, the sale closed (the "Closing").

**PLEASE TAKE FURTHER NOTICE** that, effective as of the Closing, the Trustee proposes that the case captions in each of the Debtors' jointly administered chapter 11 cases shall be amended as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

[2] Capitalized terms used but not defined herein shall have the meanings as set forth in the Sale Order.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

Dated: June 3, 2025
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Alexis R. Gambale*
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email:  hjaffe@pashmanstein.com
   jbarsalona@pashmanstein.com
   agambale@pashmanstein.com

-and-

**JENNER & BLOCK LLP**
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Email:  csteege@jenner.com
   mroot@jenner.com
   wwilliams@jenner.com

*Co-counsel to the Trustee*