IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EPIC! CREATIONS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11161 (BLS)<br><br>(Jointly Administered)<br><br>Re. D.I. 244, 276 & 397 |

## JUDGMENT ORDER

Upon the *Order Granting in Part Trustee's Emergency Motion for Entry of an Order (I) Enforcing the Automatic Stay, (II) Declaring Violations of the Automatic Stay to be Void Ab Initio, (III) Awarding Fees, Expenses, and Punitive Damages, and (IV) Granting Related Relief* [D.I. 276] (the "Stay Violation Order") and the *Certification of Damages as a Result of the Violations of the Automatic Stay by Think & Learn Ltd., Vinay Ravindra, Rajendran Vellapalath, Voizzit Information Technology LLC and Voizzit Technology Private Ltd.* [D.I. 397] (the "Certification"); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of the Chapter 11 Cases in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that sufficient notice of the Certification has been given; and after due deliberation; and good and sufficient cause appearing thereof;

**IT IS HEREBY ORDERED THAT**:

1. Judgment is entered in favor of Claudia Springer, not individually but as Chapter 11 Trustee of the above-captioned debtors (the "Trustee") and against each of Think & Learn Ltd.,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

Vinay Ravindra, Voizzit Technology Private Ltd, and Voizzit Information Technology LLC, and those acting in concert with them, including Rajendran Vellapalath (collectively, the "Respondents") in the amount of $3,139,565.04, with post-judgment interest running from the date of this Judgment Order at the rate established by 28 U.S.C. § 1961.

2. Each Respondent remains jointly and severally responsible for the entire sum of $3,139,565.04 until the Trustee's judgment is fully satisfied.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: June 4th, 2025**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

2