# Notice Recipients

District/Off: 0311−1          User: admin                    Date Created: 6/4/2025
Case: 24−11161−BLS           Form ID: pdfjo                  Total: 103

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| op | Pakaj Srivastava |
| intp | Voizzit Technology Private Ltd. |
| intp | Voizzit Information Technology LLC |
| intp | Rajendran Vellapalath |
| ombc | Elise S Frejka |

TOTAL: 5

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Albert Kass | ECFpleadings@kccllc.com |
| aty | Alexis R. Gambale | agambale@pashmanstein.com |
| aty | Andrew N. Goldman | andrew.goldman@wilmerhale.com |
| aty | Benjamin Finestone | benjaminfinestone@quinnemanuel.com |
| aty | Brian Schartz | bschartz@kirkland.com |
| aty | Catherine Steege | csteege@jenner.com |
| aty | Curtis S. Miller | csmefiling@mnat.com |
| aty | Daniel N. Brogan | dbrogan@beneschlaw.com |
| aty | Debra A Dandeneau | debra.dandeneau@bakermckenzie.com |
| aty | Echo Yi Qian | eqian@morrisnichols.com |
| aty | G. David Dean | ddean@coleschotz.com |
| aty | Henry Jon Jaffe | hjaffe@pashmanstein.com |
| aty | Hugh Robert McCullough | hughmccullough@dwt.com |
| aty | Jamie Lynne Edmonson | jedmonson@rc.com |
| aty | Jason Daniel Angelo | JAngelo@reedsmith.com |
| aty | John R. Knapp, Jr. | john.knapp@millernash.com |
| aty | Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| aty | Kenneth J. Enos | kenos@ycst.com |
| aty | Kimberly A. Walsh | bk−kwalsh@oag.texas.gov |
| aty | L Katie Mason | katie.mason@quarles.com |
| aty | Laura L. McCloud | agbankdelaware@ag.tn.gov |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Lauren Friend McKelvey | lmckelvey@reitlerlaw.com |
| aty | Linda J. Casey | Linda.Casey@usdoj.gov |
| aty | Michael Ingrassia | ingrassiam@whiteandwilliams.com |
| aty | Michael D Lessne | michael.lessne@nelsonmullins.com |
| aty | Michael Joseph Joyce | mjoyce@mjlawoffices.com |
| aty | Nicholas Baker | nbaker@stblaw.com |
| aty | Paul Noble Heath | heath@rlf.com |
| aty | Peter J Keane | pkeane@pszjlaw.com |
| aty | R. Craig Martin | craig.martin@dlapiper.com |
| aty | Richard A. Stieglitz Jr. | rstieglitz@mayerbrown.com |
| aty | Richard C. Solow | rsolow@reedsmith.com |
| aty | Robert S. Brady | rbrady@ycst.com |
| aty | Scott J. Leonhardt | scott.leonhardt@esbrook.com |
| aty | Shane G Ramsey | shane.ramsey@nelsonmullins.com |
| aty | Susan E. Kaufman | skaufman@skaufmanlaw.com |
| aty | William A. Hazeltine | whazeltine@sha−llc.com |

TOTAL: 39

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Epic! Creations, Inc.     702 Marshall St.     Suite 280     Redwood City, CA 94063 |
| cr | HPS Investment Partners, LLC on behalf of HPS Petitioning Creditors     40 West 57th Street     Floor 33     New York, NY 10019 |
| cr | TBK Bank, SSB     12700 Park Central Drive     Suite 1700     Dallas, TX 75251 |
| cr | Redwood Capital Management, LLC on behalf of the Redwood Petitioning Creditors     250 West 55th Street     26th Floor     New York, NY 10019 |
| cr | Veritas Capital Credit Opportunities Fund SPV, L.L.C. and Veritas Capital Credit Opportunities Fund II SPV, L.L.C.     9 West 57th Street     32nd Floor     New York, NY 10019 |
| cr | HGV BL SPV, LLC     330 Madison Avenue     21st Floor     New York, NY 10017 |
| cr | Midtown Acquisitions GP LLC, as general partner of Midtown Acquisitions L.P.     520 Madison Avenue     30th Floor     New York, NY 10022 |
| cr | Silver Point Capital, L.P. on behalf of the Silver Point Petitioning Creditors     2 Greenwich Plaza     Greenwich, CT 06830 |
| cr | Shawnee 2022−1 LLC     850 Library Avenue     Suite 204     Newark, DE 19711 |
| cr | Sentinel Dome Partners, LLC on behalf of the Sentinel Dome Petitioning Creditors     1350 Bayshore Hwy     Suite 905     Burlingame, CA 94010 |

| | |
|---|---|
| cr | Stonehill Capital Management LLC, on behalf of the Stonehill Petitioning Creditors    320 Park Ave.    26th Floor    New York, NY 10022 |
| cr | Diameter Capital Partners LP, on behalf of the Diameter Petitioning Creditors    55 Hudson Yards    Suite 29B    New York, NY 10001 |
| cr | Ellington CLO III, Ltd. and Ellington Special Relative Value Fund L.L.C.    53 Forest Avenue    Old Greenwich, CT 06880 |
| cr | GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent    3 Second Street    Suite 206    Jersey City, NJ 07311 |
| cr | Continental Casualty Company    151 North Franklin Street    15th Floor    Chicago, IL 60606 |
| cr | India Credit Solutions, L.P.    190 Elgin Avenue    George Town KY1–9008 GRAND CAYMAN |
| cr | Texas Comptroller of Public Accounts, Revenue Accounting Division    Kimberly Walsh    PO Box 12548    Austin, TX 78711–2548 |
| clagent | Kurtzman Carson Consultants, LLC dba Verita Global    222 N. Pacific Coast Highway    Suite 300    El Segundo, CA 90245 |
| cr | Geodis Hong Kong Limited    Attn: Shane G. Ramsey    Nelson Mullins Riley & Scarborough LLP    1222 Demonbreun St., Suite 1700    Nashville, TN 37203 |
| cr | Geodis USA, LLC    Attn: Shane G. Ramsey    Nelson Mullins Riley & Scarborough LLP    1222 Demonbreun St., Suite 1700    Nashville, TN 37203 |
| cr | Google LLC    White and Williams LLP    c/o Michael Ingrassia    600 N. King Street, Suite 800    Wilmington, DE 19801 |
| intp | Aaron Kornblum    c/o Miller Nash LLP    Attn: John R. Knapp, Jr.    605 5th Ave S, Ste 900    Seattle, WA 98104 |
| cr | TN Dept of Revenue    c/o TN Attorney General's Office    Bankruptcy Division    P.O. Box 20207    Nashville, TN 37202–0207 |
| aty | Benjamin I. Finestone    Quinn Emanuel Urquhart & Sullivan LLP    51 Madison Avenue    22nd Floor    New York, NY 10010 |
| aty | Benjamin W. Loveland    Wilmer Cutler Pickering Hale & Dorr LLP    7 World Trade Center    250 Greenwhich Street    New York, NY 10007 |
| aty | Bryant P. Churbuck    Cole Schotz P.C.    1325 Avenue of the Americas    19th Floor    New York, NY 10019 |
| aty | Claudia Z. Springer    Novo Advisors    401 N. Franklin St.    Suite 4 East    Chicago, IL 60654 UNITED STATES |
| aty | Colin B Rathe    Kirkland & Ellis LLP    333 West Wolf Point Plaza    Chicago, IL 60654 |
| aty | Daniel S. Holzman    Quinn Emanuel Urquhart & Sullivan, LLP    295 5th Avenue, 9th Floor    New York, NY 10016 |
| aty | David A Pisciotta    Reed Smith LLP    599 Lexington Avenue    22nd Floor    New York, NY 10022 |
| aty | Evan Sills    Kirkland & Ellis LLP    1301 Pennsylvania Ave N.W.    Washington, DC 20004 |
| aty | James C. Vandermark    White and Williams LLP    1650 Market Street    Suite 1800    Philadelphia, PA 19103 |
| aty | Jianjian Ye    Quinn Emanuel Urquhart & Sullivan, LLP    295 5th Avenue    New York, NY 10016 |
| aty | Joel Moss    Cahill Gordon & Reindel LLP    32 Old Slip    New York, NY 10005 |
| aty | Jordan Wishnew    Cahill Gordon & Reindel LLP    32 Old Slip    New York, NY 10005 UNITED STATES |
| aty | Jordan E. Elkin    Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | Lucille Hague    Kirkland & Ellis LLP    1301 Pennsylvania Avenue, NW    Washington, DC 20004 |
| aty | Melissa M. Root    Jenner & Block LLP    353 N. Clark Street    Chicago, IL 60654 US |
| aty | Nicholas B Vislocky    Reed Smith LLP    599 Lexington Avenue    22nd Floor    New York, NY 10022 |
| aty | Patrick J. Nash, Jr.    Kirkland & Ellis LLP    333 West Wolf Point Plaz    Chicago, IL 60654 |
| aty | Ravi Subramanian Shankar    Kirkland & Ellis LLP    333 West Wolf Point Plaza    Chicago, IL 60654 |
| aty | Richard A. Chesley    DLA Piper LLP (US)    444 West Lake Street    Suite 900    Chicago, IL 60606 |
| aty | Richard U.S. Howell    Kirkland & Ellis LLP    333 West Wolf Point Plaza    Chicago, IL 60654 |
| aty | Sarah Kimmer    Kirkland & Ellis LLP    333 West Wolf Point Plaza    Chicago, IL 60654 |
| aty | Sarah A. Carnes    Cole Schotz P.C.    1325 Avenue of the Americas    19th Floor    New York, NY 10019 |
| aty | Sean L. Lee    SIMPSON THACHER & BARTLETT LLP    425 Lexington Avenue    New York, NY 10017 UNITED STATES |
| aty | Sesi Garimella    Cahill Gordon & Reindel LLP    32 Old Slip    New York, NY 10005 |
| aty | Seth Van Aalten    Cole Schotz P.C    1325 Avenue of the Americas    19th Floor    New York, NY 10019 |
| aty | Susheel Kirpalani    Quinn Emanuel Urquhart Oliver Hedges LLP    295 Fifth Avenue 9th Fl    New York, NY 10016 |
| aty | Suzanne Daigle    Davis Wright Tremaine LLP    920 5th Avenue, Suite 3300    Seattle, WA 98104 |
| aty | William A. Williams    Jenner & Block LLP    353 N. Clark Street    Chicago, IL 60654–3456 |
| 19161943 | ARIZONA DEPARTMENT OF REVENUE    Office of the Arizona Attorney General    c/o Tax, Bankruptcy and Collection Sct    2005 N Central Ave, Suite 100    Phoenix AZ 85004 |
| 19231884 | Comptroller of Public Accounts    C/O Office of the Attorney General    Bankruptcy – Collections Division MC–008    PO Box 12548    Austin TX 78711–2548 |
| 19142732 | Department of the Treasury    Internal Revenue Service    P.O. Box 7346    Philadelphia, PA 19101–7346 |
| 19314152 | Illinois Department of Employment Security    33 S State St 10th Flr    Chicago, IL 60603 |
| 19297581 | NJ Dept. of Labor, Div. Employer Accounts    PO Box 379    Trenton, NJ 08625–0379 |
| 19319000 | Oregon Dept of Revenue    ODR Bkcy    955 Center St NE    Salem, OR 97301–2555 |
| 19149836 | Pennsylvania Department of Revenue    Bankruptcy Division    PO Box 280946    Harrisburg, PA 17128–0946 |
| 19814559 | TN Dept of Revenue    c/o TN Attorney General's Office    Bankruptcy Division    PO Box 20207    Nashville, Tennessee 37202–0207 |

TOTAL: 59