**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| Saga Formations, Inc. *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | **Objection Deadline**:<br>July 7, 2025, at 4:00 p.m. (Eastern) |

**SUMMARY OF THE SEVENTH MONTHLY FEE STATEMENT OF QUINN EMANUEL URQUHART & SULLIVAN, LLP, SPECIAL COUNSEL TO THE CHAPTER 11 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2025, THROUGH MAY 31, 2025**

| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
|---|---|
| Authorized to Provide Professional Services to: | Chapter 11 Trustee |
| Date of Retention: | October 28, 2024, effective as of September 23, 2024 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $2,099.16 (80% of $2,623.95)[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |
| This is a monthly fee statement. | |

---

[1] The Debtors in these chapter cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (9758); and Tangible Play, Inc. (9331).

[2] Quinn Emanuel has agreed to discount the fees in this case by 10%. Each monthly invoice reflects the 10% discount as does this Summary, except for the fees listed in the chart named Compensation by Individual. 100% of Quinn Emanuel's fees total $2,915.50. 90% of Quinn Emanuel's fees total $2,623.95 and 80% of Quinn Emanuel's fees total $2,099.16.

12013-00001/17017290.1

## PRIOR MONTHLY APPLICATIONS

| | | Requested (100%) | | Approved (80%/100%) | | |
|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Fees | Expenses | CNO Filed/ Docket No. |
| 12/30/24/424 | 9/23/24-10/31/24 | $12,805.20 | $0.00 | $10,244.16 | $0.00 | 1/23/25/461 |
| 01/16/25/453 | 11/1/24-11/30/24 | $38,815.20 | $82.09 | $31,052.16 | $82.09 | 2/11/25/512 |
| 02/05/25/505 | 12/1/24-12/31/24 | $15,088.95 | $0.00 | $12,071.16 | $0.00 | 2/27/25/542 |
| 02/28/25/549 | 1/1/25-1/31/25 | $23,790.60 | $0.00 | $19,032.48 | $0.00 | 3/24/25/588 |
| 03/17/25/566 | 2/1/25-2/28/25 | $6,070.95 | $0.00 | $4,856.76 | $0.00 | 4/8/25/621 |
| 06/05/25/763 | 3/1/25-4/30/25 | $2,673.00 | $0.00 | | | |

## PRIOR QUARTERLY APPLICATIONS

| | | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Fees | Expenses | Order Entered/ Docket No. |
| 01/17/25/457 | 9/23/24-11/30/24 | $51,620.40 | $82.09 | $51,620.40 | $82.09 | 2/21/25/531 |
| 04/01/25/605 | 12/1/24-2/28/25 | $44,950.50 | $0.00 | $44,950.50 | $0.00 | 4/28/25/659 |

## COMPENSATION BY INDIVIDUAL

| Name | Position | Year of Admission | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Dennis Hranitzky | Partner | 1996 | $2,115.00 | 0.0 | $0.00 |
| James Smithdale | Associate | 2016 | $1,580.00 | 0.0 | $0.00 |
| Barbara J. Howell | Paralegal | | $595.00 | 4.9 | $2,915.50 |
| Total | | | | 4.9 | $2,915.50 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees 100% | Total Fees 90% | Total Fees 80% |
|---|---|---|---|---|
| BY01-Case Administration | .9 | $535.50 | $481.95 | $385.56 |
| BY05-Fee/Employment Application | 4.0 | $2,380.00 | $2,142.00 | $1,713.60 |
| Total | 4.9 | $2,915.50 | $2,623.95 | $2,099.16 |

## EXPENSES SUMMARY

| Expense Category | Total Expense |
|---|---:|
| Messenger | |
| Document Reproduction ($0.10 per page) | |
| Velobind | |
| Tabs | |
| Total | $0.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc. *et al.*,[3] | Case No. 24-11161 (BLS) |
| Debtors. | **Objection Deadline**: <br> **July 7, 2025, at 4:00 p.m. (Eastern)** |

**SEVENTH MONTHLY FEE STATEMENT OF QUINN EMANUEL URQUHART & SULLIVAN, LLP, SPECIAL COUNSEL TO THE CHAPTER 11 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2025, THROUGH MAY 31, 2025**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and rule 2016 of the Federal Rules of Bankruptcy Procedure, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") hereby files its Seventh Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP, Special Counsel to the Chapter 11 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2025, through May 31, 2025 (the "Application"), and moves the Court for an order granting Quinn Emanuel reasonable compensation for professional legal services rendered as special counsel to the Chapter 11 Trustee (the "Trustee") in these chapter 11 cases (the "Chapter 11 Cases") in the aggregate amount of $2,099.16 (80% of $2,623.95), together with reimbursement for actual and necessary expenses incurred in the amount of $0.00 for the period May 1, 2025, through May 31, 2025 (the "Fee Period"). In support of the Application, Quinn Emanuel respectfully represents as follows:

---

[3] The Debtors in these chapter cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (9758); and Tangible Play, Inc. (9331).

12013-00001/17017290.1

1. On June 4, 2024, an involuntary petition under chapter 11 of the Bankruptcy Code was filed against Epic! Creations, Inc (the "Petition"). The Petition was filed by GLAS Trust Company LLC, in its capacity as administrative and collateral agent under the November 24, 2021 Credit and Guaranty Agreement and certain other lenders under the Credit Agreement.

2. On September 16, 2024, this Court entered an Order for Relief in Involuntary Cases and Appointing Chapter 11 Trustee (D.I. 147).

3. On September 23, 2024, the United States Trustee filed an Application for Entry of an Order Approving the Appointment of Claudia Z. Springer, Esq. as Chapter 11 Trustee (D.I. 151) and a Notice of Appointment Appointing Claudia Z. Springer, Esq. as Trustee of the Debtors (D.I. 152). Since that time, the Trustee has managed the Debtors' affairs pursuant to section 1106 of the Bankruptcy Code. No official committee has been appointed in these chapter 11 cases (the "Chapter 11 Cases").

4. A more detailed description of the background of the Debtors and these Chapter 11 Cases is set forth in the Declaration of Claudia Z. Springer in Support of First Day Motions (D.I. 193).

5. On October 10, 2024, the Trustee filed the Chapter 11 Trustee's Application for Order Under Sections 327(e) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1 Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel for the Chapter 11 Trustee *Nunc Pro Tunc* to the Appointment Date (the "Retention Application") (D.I. 185). The Court entered an order approving Quinn Emanuel's Retention Application on October 28, 2024 (the "Retention Order"). *See* D.I. 212.

6. Also on October 10, 2024, the Trustee filed its Chapter 11 Trustee's Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals (the "Interim Compensation Motion") (D.I. 187). An order granting the Interim Compensation Motion was entered on October 28, 2024 (the "Interim Compensation Order") (D.I. 218).

7. The Interim Compensation Order permits the Debtor's professionals to seek compensation for professional services rendered and reimbursement of expenses on a monthly basis by filing a monthly fee statement and serving the parties listed below (the "Notice Parties").

   a. the Trustee, Claudia Z. Springer, Novo Advisors, LLC, 401 N. Franklin St., Suite 4 East, Chicago, IL 60654;

   b. Counsel for the Trustee, Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege (CSteege@jenner.com); Melissa Root (Mroot@jenner.com);

   c. Co-counsel for the Trustee, Pashman Stein Walder Hayden, P.C. 824 N. Market Street, Suite 800, Wilmington, Delaware, 19801, Attn: Henry J. Jaffe (hjaffe@pashmanstein.com) and Joseph C. Barsalona II (jbarsalona@pashmanstein.com);

   d. Counsel for GLAS (i) Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, IL 60654, Attn: Patrick J. Nash Jr. (patrick.nash@kirkland.com); (ii) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Brian Schartz, P.C. (bschartz@kirkland.com) and Jordan Elkin (jordan.elkin@kirkland.com);

   e. Co-counsel for GLAS, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19801, Attn: Laura Davis Jones (ljones@pszjlaw.com);

   f. Co-counsel for GLAS, Reed Smith LLP, 599 Lexington Avenue, 22nd Floor, New York, New York 10022, Attn: David A. Pisciotta (dpisciotta@reedsmith.com);

   g. Counsel for the Petitioning Lender Creditors, Cahill, Gordon & Reindel LLP, 32 Old Slip, New York, New York 10005, Attn: Joel Moss (jmoss@cahill.com);

      h.      Co-counsel for the Petitioning Lender Creditors, Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: G. David Dean (ddean@coleschotz.com);

      i.      United States Trustee, Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Linda Casey (linda.casey@usdoj.gov); and

      j.      Counsel to any official committee of unsecured creditors appointed in these Chapter 11 Cases (each a "Notice Party" and collectively, the "Notice Parties").

### SUMMARY OF SERVICES RENDERED

8. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Fee Period, showing the total amount of fees incurred during the Fee Period is $2,623.95, 80% of which is $2,099.16.

### DISBURSEMENTS

9. Attached hereto as Exhibit B is a detailed description of expenses paid during the Fee Period, showing the total amount of $0.00 for which Quinn Emanuel seeks reimbursement. Pursuant to Local Rule 2016-1, Quinn Emanuel represents that: (i) its rate for copying charges is $0.10 per page for black and white copies and $0.25 per page for color copies; (ii) its rate for outgoing facsimile transmission charges do not exceed $0.25 per page, with no charge for incoming facsimiles: and (iii) when billed for computer-assisted legal research, the Debtor is billed no more than actual costs.

### VALUATION OF SERVICES

10. Attorneys and paraprofessionals of Quinn Emanuel have expended a total of 4.9 hours in connection with this matter during the Fee Period.

11. The amount of time spent by each of these persons providing services to the Debtor is fully set forth in the detailed statement attached hereto as Exhibit A. The hourly rates set forth

therein are Quinn Emanuel's normal hourly rates of compensation for work of this nature. The reasonable value of the services rendered by Quinn Emanuel for the Fee Period is $2,623.95.

12. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (i) the complexity of the Chapter 11 Case, (ii) the time expended, (iii) the nature and extent of the services rendered, (iv) the value of such services, and (v) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code. In addition, Quinn Emanuel has reviewed the requirements of Local Rule 2016-1 and believes that this Application complies with the requirements set forth therein.

## CONCLUSION

WHEREFORE, Quinn Emanuel requests that the Court (i) authorize the Debtor to (a) pay Quinn Emanuel the sum of $2,099.16 (representing 80% of the total fees) as compensation for actual and necessary professional services it rendered to the Debtor during the Fee Period and (b) reimburse Quinn Emanuel the sum of $0.00 for the actual and necessary costs and expenses it incurred during the Fee Period, each in accordance with the Interim Compensation Order, and (ii) grant such other and further relief as the Court may deem just and proper.

Respectfully submitted this 16th day of June, 2025.

> **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
>
> By: */s/ Benjamin I. Finestone*
> Benjamin I. Finestone (admitted *pro hac vice*)
> 295 5th Avenue
> New York, New York 10016
> Tel.: (212) 849 7000
> benjaminfinestone@quinnemanuel.com
>
> *Special Counsel to the Chapter 11 Trustee*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 2016-1

I, Benjamin Finestone, hereby certify as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and have been admitted to practice pro hac vice in this bankruptcy case.

2. I have personally performed certain of the legal services rendered by Quinn Emanuel, as special counsel to the Chapter 11 Trustee, and am generally familiar with all other work performed on behalf of the Debtor by the lawyers and paraprofessionals at Quinn Emanuel.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed the requirements of Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and submit that the Application complies with such requirements.

Dated: June 16th, 2025

*/s/ Benjamin Finestone*
Benjamin Finestone