IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON AUGUST 21, 2025 AT 11:00 A.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE
HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**RESOLVED MATTERS:**

1.  Trustee's Application to Retain Special Counsel [D.I. 848 (sealed), filed 07/18/2025]

    Objection Deadline: August 1, 2025 at 4:00 p.m. (ET).

    Responses Received: None

    Related Documents:

    A.  Certificate of No Objection [D.I. 867, filed 08/04/2025]

    B.  Order Approving Application to Employ Special Counsel [D.I. 870 (sealed), filed 08/04/2025]

    Status:  The Court entered the order. No hearing is necessary.

2.  Trustee's Motion for an Order Authorizing the Filing Under Seal of Retention Application [D.I. 849, filed 07/18/2025]

    Objection Deadline: August 1, 2025 at 4:00 p.m. (ET).

    Responses Received: None

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

-2-

Related Documents:

    A.  Certificate of No Objection Trustee's Motion for an Order Authorizing the Filing Under Seal of Retention Application [D.I. 868, filed 08/04/2025]

    B.  Order Approving Motion to file Under Seal of Retention Application [D.I. 869, filed 08/04/2025]

Status:  The Court entered the order. No hearing is necessary.

Dated: August 18, 2025
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Alexis R. Gambale*
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: hjaffe@pashmanstein.com
      jbarsalona@pashmanstein.com
      agambale@pashmanstein.com

-and-

**JENNER & BLOCK LLP**
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Email: csteege@jenner.com
      mroot@jenner.com
      wwilliams@jenner.com

*Co-Counsel to the Trustee*