# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF PUBLICATION OF THE PUBLICATION NOTICE OF HEARING ON FIRST AMENDED COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN IN THE WALL STREET JOURNAL

This Affidavit of Publication includes the sworn statements verifying that the *Publication Notice Hearing on First Amended Combined Disclosure Statement and Chapter 11 Plan* was Published and Incorporated by reference herein as follows:

1. In *The Wall Street Journal* on August 8, 2025, attached hereto as **Exhibit A**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

# Exhibit A

# AFFIDAVIT

**STATE OF NEW JERSEY** )
                                        ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX** )

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): 08/08/2025

ADVERTISER: SAGA FORMATIONS, INC.

and that the foregoing statements are true and correct to the best of my knowledge.

           Sworn to
        before me this
         8th day of
         August 2025

_____ *Wayne Sidor*

_____
Notary Public



IAN C. MARTIN
NOTARY PUBLIC
ID # 50086494
COMMISSION EXPIRES 07/18/2028
STATE OF NEW JERSEY

This page consists of Wall Street Journal stock tables ("Biggest 1,000 Stocks"), legal notices (Notice of Sale, Commercial Real Estate UCC Public Auction, Public Notices, Bankruptcies), and a sealed-bid auction advertisement for the 2017 Lürssen 106m yacht AMADEA. Page header: "Case 24-11161-BLS Doc 893 Filed 08/19/25 Page 4 of 4". B6 | Friday, August 8, 2025 | THE WALL STREET JOURNAL.

