# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On August 15, 2025, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Amended Agenda of Matters Scheduled for Hearing on August 5, 2025 at 11:00 a.m. (ET)** [Docket No. 865]

Dated: August 27, 2025

/s/ *Heather Fellows*
Heather Fellows
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

# Exhibit A

**Exhibit A**
**Supplemental Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Top 30 Creditor | Lea Schauer | 812 Westbourne Dr Apt 9 | W Hollywood | CA | 90069-4621 |