**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No.: 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |

**GOVERNMENT ATTORNEY CERTIFICATION**

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent The State of Nevada, *ex rel.* Department of Taxation in this action:  I am admitted to practice in the United States District Court for the District of Nevada.  I am in good standing in all jurisdictions to which I have been admitted; and further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

Office of the Nevada Attorney General
Agency/Organization

Name: Marcianelle C. Villanueva-Escolin
Address: 1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Phone: (702) 486-3125
Email: mescolin@ag.nv.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of Debtor's federal tax identification number, are: Saga Formations, Inc. f/k/a Epic Creations, Inc. (9113); Pajeau, Inc. f/k/a Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

Local Form 105A