**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

From August 19, 2025 through August 25, 2025, as indicated on the exhibit, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Approval of First Amended Combined Plan and Disclosure Statement on an Interim Basis for Solicitation Purposes Only and the Hearing to Consider (A) Final Approval of the First Amended Combined Plan and Disclosure Statement as Containing Adequate Information and (B) Confirmation of the Plan** [Docket No. 872]

- **First Amended Combined Plan and Disclosure Statement Summary** [Docket No. 873]

Dated: September 5, 2025

*/s/ Heather Fellows*
Heather Fellows
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

# Exhibit A

**Exhibit A**

Supplemental Classes 1-2 & 4-7 Non-Voting Parties and Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Service Date |
|---|---|---|---|---|---|---|---|
| Alyssa Miller | | Address on File | | | | | 8/19/2025 |
| Familius LLC | | PO Box 1130 | | Sanger | CA | 93657-1130 | 8/19/2025 |
| Lea Teresa Schauer | | Address on File | | | | | 8/19/2025 |
| Leaf Group | | PMB 364 | 12335 Kingsride Ln | Houston | TX | 77024-4116 | 8/20/2025 |
| Lee & Low, Books, Inc. | Thomas (Tom) Low, CEO | 381 Park Ave S Rm 1401 | | New York | NY | 10016-8829 | 8/19/2025 |
| Little Libros, LLC | Ariana Stein, Co-founder | 730 Centinela Ave | | Inglewood | CA | 90302-2414 | 8/19/2025 |
| Mason Crest (National Highlights Inc) | | PO Box 221876 | | Hollywood | FL | 33022-1876 | 8/19/2025 |
| Movable Ink | | 841 Broadway Frnt 3 | | New York | NY | 10003-4704 | 8/25/2025 |
| Paradigm | | 4009 W 49th St Ste 201 | | Sioux Falls | SD | 57106-5521 | 8/19/2025 |
| Rachel Lang | | Address on File | | | | | 8/19/2025 |
| Touchstone Research, Inc. | | 470 James St Ste 7 | | New Haven | CT | 06513-3175 | 8/19/2025 |

In re Saga Formations, Inc., et al.
Case No. 24-11161

Page 1 of 1