# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 876 and 877 |

## NOTICE OF WITHDRAWAL OF CERTAIN OMNIBUS CLAIM OBJECTIONS

**PLEASE TAKE NOTICE** that on August 6, 2025, Claudia Z. Springer, in her capacity as Chapter 11 Trustee (the "Trustee") of the estates of the above captioned debtors estates filed the *Trustee's First Omnibus Objection (Substantive) to Certain (I) Priority Claims and (II) Administrative Expense Claims* [D.I. 876].

**PLEASE TAKE FURTHER NOTICE** that on August 6, 2025, the Trustee filed the *Trustee's Second Omnibus Objection (Non-Substantive) to Certain (I) Claims that Do Not Have a Basis in the Debtors' Books and Records and (II) Amended and Superseded Claims* [D.I. 876] (the "Second Omnibus Claims Objection").

**PLEASE TAKE FURTHER NOTICE** that the Trustee hereby files this notice withdrawing the Second Omnibus Claims Objection without prejudice solely with respect to certain claims, specifically claim nos. 12, 13, 53, 54, 114, 118 and 219.

Dated: September 12, 2025
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Alexis R. Gambale*
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

Alexis R. Gambale (No. 7150)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: hjaffe@pashmanstein.com
        jbarsalona@pashmanstein.com
        agambale@pashmanstein.com

-and-

**JENNER & BLOCK LLP**
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Email: csteege@jenner.com
        mroot@jenner.com
        wwilliams@jenner.com

*Co-Counsel to the Trustee*