## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Andrew Henchen, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On August 29, 2025, at my direction and under my supervision, employees of Verita caused to be served the following via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Order (I) Approving the Sale of Neuron Fuel, Inc.'s Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith and (III) Granting Related Relief** [Docket No. 723]

- **Order (I) Approving the Sale of Epic! Creations, Inc.'s Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith and (III) Granting Related Relief** [Docket No. 724]

- **Notice of Sale Closing and Effective Date of Amendment of Case Caption** [Docket No. 758]

- **Notice of Sale Closing** [Docket No. 759]

Dated: September 12, 2025

*/s/ Andrew Henchen*
Andrew Henchen
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

# Exhibit A

**Exhibit A**
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BADGER PUBLISHING LTD | Danny Pearson | Unit 55 Oldmedow Road | Hardwick Industrial Estate | King's Lynn | Norfolk | | PE30 4JJ | United Kingdom |
| Barefoot Books, Inc. | Nancy Traversy, CEO & Co-founder | 23 Bradford Street | 2nd Floor | | Concord | MA | 01742 | |
| Charlesbridge Publishing, Inc. | Megan Bencivenni Quinn, Director, Subsidiary Rights, | 9 Galen Street | | | Watertown | MA | 02472 | |
| Cuento De Luz | Carolina Schwarz, Chritian Hultner, Director | Laveles 10 | | | Madrid | | 28223 | Spain |
| Freshworks Inc. | | 2950 S DELAWARE STREET, SUITE 201 | | | SAN MATEO | CA | 94403 | |
| Harriet Ziefert Inc. | Harriet Ziefert | 515 Valley St. | Suite 2 | | Maplewood | NJ | 07040 | |
| Oni-Lion Forge Publishing Group, LLC | Erika Kuster, Managing Editor, signed by David Steward II/Chris Faerber, Counsel | 227 NORTH LINDBERGH BLVD | | | St. Louis | MO | 63141 | |
| Pajama Press, Inc. | Jenny La | 11 Davies Ave. | Suite 103 | | Toronto | ON | M4M 2A9 | Canada |
| Rabbit Ears Entertainment, LLC | | 114 Washington St. | | | South Norwalk | CT | 06854 | |
| Readers to Eaters | Philip Lee | 1620 Broadway, Suite 6 | | | San Francisco | CA | 94109 | |
| Referralsaasquatch.Com Inc. | | 223 E De La Guerra St | | | Santa Barbara | CA | 93101 | |
| Stormfront Entertainment / Blue Water | Darren G. Davis | 10893 NW Laurinda Court | | | Portland | OR | 97229 | |
| Streamline Brand Associates, Inc. | Jane F. Collen, President | 311 Rolling Hills Drive | | | Fairfield | CT | 06824 | |
| SupperTime Media | Liz Stahler | 12023 Goshen Ave #2 | | | Los Angeles | CA | 90049 | |
| The Wild Adventure Girls | | 610 Lasalle Drive | | | Keller | TX | 76248 | |