# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew Henchen, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On September 3, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Order Sustaining the Trustee's First Omnibus Objection (Substantive) to Certain (I) Priority Claims and (II) Administrative Expense Claims** [Docket No. 912]

Furthermore, on September 3, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit E**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit F**:

- **Order Sustaining Trustee's Second Omnibus Objection (Non-Substantive) to Certain (I) Claims that Do Not Have a Basis in the Debtors' Books and Records and (II) Amended And Superseded Claims** [Docket No. 913]

Dated: September 12, 2025

*/s/ Andrew Henchen*
Andrew Henchen
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor | Aeronet | Byron Countryman, Mark Pereira | BEC@cargolaw.com; mpereira@aeronet.com |
| Top 30 Creditor | Amazon | | laurendorsett@dwt.com |
| Counsel for Conscious Content Media, Inc. dba Begin | Benesch Friedlander Coplan & Aronoff LLP | Daniel Brogan | dbrogan@beneschlaw.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cahill Gordon & Reindel LLP | Sesi Garimella; Joel Moss; Jordan Wishnew | sgarimella@cahill.com; jmoss@cahill.com; jwishnew@cahill.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; India Credit Solutions, L.P.; Gamstar (US) V Pte Ltd; and Gamstar (US) VI Pte Ltd | Cole Schotz PC | G. David Dean, Justin R. Alberto | ddean@coleschotz.com; jalberto@coleschotz.com |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cole Schotz PC | Seth Van Aalten, Sarah Carnes, Bryant Churbuck | svanaalten@coleschotz.com; scarnes@coleschotz.com; bchurbuck@coleschotz.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | R. Craig Martin | craig.martin@us.dlapiper.com |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | Richard Chesley | richard.chesley@us.dlapiper.com |
| Top 30 Creditor | Geodis Usa, LLC | Shane Ramsey, Crystal Moroney, General Counsel | shane.ramsey@nelsonmullins.com; Crystal.moroney@geodis.com |
| Top 30 Creditor | Google, LLC | White and Williams LLP | ingrassiam@whiteandwilliams.com |
| Top 30 Creditor | Google, LLC | White and Williams LLP | vandermarkj@whiteandwilliams.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel for Chapter 11 Trustee | Jenner & Block LLP | Catherine Steege, Melissa Root | csteege@jenner.com; mroot@jenner.com |
| Top 30 Creditor | Kaustav Mitra | | kaustavmitra@gmail.com |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Brian Schartz, Jordan Elkin | bschartz@kirkland.com; jordan.elkin@kirkland.com |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Richard Howell; Sarah Kimmer; Patrick Nash, Jr; Colin Rathe; Ravi Shankar | richard.howell@kirkland.com; sarah.kimmer@kirkland.com; pnash@kirkland.com; colin.rathe@kirkland.com; ravi.shankar@kirkland.com |
| Counsel for Aaron Kornblum | Miller Nash LLP | John R. Knapp, Jr. | john.knapp@millernash.com |
| Counsel for TAL Education Group and Hy Ruby Limited | Morris, Nichols, Arsht & Tunnell LLP | Curtis Miller, Echo Yi Qian | cmiller@morrisnichols.com; eqian@morrisnichols.com |
| Counsel for Geodis USA, LLC and Geodis Hong Kong Limited | Nelson Mullins Riley & Scarborough, LLP | Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| Chapter 11 Trustee | Novo Advisors | Claudia Springer | cspringer@novo-advisors.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | Linda.Casey@usdoj.gov |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones, Peter J. Keane | ljones@pszjlaw.com; pkeane@pszjlaw.com |
| Counsel for Chapter 11 Trustee | Pashman Stein Walder Hayden, P.C. | Henry J. Jaffe, Joseph C. Barsalona II | hjaffe@pashmanstein.com; JBarsalona@pashmanstein.com |
| Counsel for Tynker Holdings, LLC | Quarles & Brady LLP | L. Katie Mason | katie.mason@quarles.com |
| Counsel for BYJU's Alpha, Inc. | Quinn Emanuel Urquhart & Sullivan, LLP | Susheel Kirpalani, Benjamin Finestone, Daniel Holzman, Jianjian Ye | SusheelKirpalani@quinnemanuel.com; BenjaminFinestone@quinnemanuel.com; DanielHolzman@quinnemanuel.com; JianjianYe@quinnemanuel.com |
| Special Counsel for Chapter 11 Trustee | Quinn Emmanuel | Susheel Kirpalani, Benjamin Finestone | SusheelKirpalani@quinnemanuel.com; BenjaminFinestone@quinnemanuel.com |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Reed Smith LLP | David Pisciotta; Nicholas Vislocky | dpisciotta@reedsmith.com; nvislocky@reedsmith.com |
| Counsel for Epic! Creations, Inc.; and Conscious Content Media, Inc. dba Begin | Reitler Kallas & Rosenblatt LLP | Lauren Friend McKelvey | lmckelvey@reitlerlaw.com |
| Counsel for Ad Hoc Group of Publishers | Robinson & Cole LLP | Jamie Edmonson | jedmonson@rc.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel for TAL Education Group and Hy Ruby Limited | Simpson Thacher & Bartlett LLP | Nicholas Baker, Sean Lee | nbaker@stblaw.com; sean.lee@stblaw.com |
| Counsel for Tynker Holdings, LLC | Sullivan Hazeltine Allinson LLC | William Hazeltine | whazeltine@sha-llc.com |
| Texas Comptroller of Public Accounts | Texas Attorney General's Office | Bankruptcy & Collections Division | bk-kwalsh@oag.texas.gov; sherri.simpson@oag.texas.gov |
| Top 30 Creditor | Tiago Silva | | eng.tiago.silva@gmail.com |
| Tennessee Department of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | agbankdelaware@ag.tn.gov |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel for The Walt Disney Company and its affiliates, including National Geographic Partners, LLC | Wilmer Cutler Pickering Hale and Dorr LLP | Andrew Goldman, Benjamin Loveland | andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com |
| Counsel for BYJU's Alpha, Inc. | Young, Conaway, Stargatt & Taylor, LLP | Robert Brady, Kenneth Enos, Jared W. Kochenash, Timothy R. Powell | kenos@ycst.com; rbrady@ycst.com; jkochenash@ycst.com; tpowell@ycst.com |

# Exhibit B

**Exhibit B**
**First Omnibus Objection Parties**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Aello Consulting Company Limited | April Lam Ching Chi | april.lam@aelloconsulting.com |
| Arizona Department of Revenue | Lorraine Averitt, Bankruptcy Collector | laveritt@azdor.gov |
| Arizona Department of Revenue | Office of the Arizona Attorney General - BCE | bankruptcyUnit@azag.gov |
| Daniel Philip Rezac | | Email on File |
| David Lockhart | | Email on File |
| Debra Simpson | | Email on File |
| Henry Hengrui Zhang | | Email on File |
| Indinero Inc | | billing@indinero.com |
| Ines Filipa Guerreiro de Almeida Maria | | Email on File |
| Jamie May | | Email on File |
| Jose Tong | | Email on File |
| Kaustav Mitra | | Email on File |
| Nadezhda Leonova | | Email on File |
| North Star Editions, Inc. | Sam Temple | stemple@northstareditions.com |
| Ryan Magee | | Email on File |
| Sophia Noelle Badzik | | Email on File |
| State of New Jersey Division of Taxation Bankruptcy Section | State of NJ Division of Taxation Bankruptcy | daniel.debenedict@treas.nj.gov |
| Sulivan Nguyen | | Email on File |
| Tide Consulting Group LLC | Yvonne Schmidt | joseph@tidecg.com |
| Tiffanie Lo | | Email on File |
| Venkat Varada | | Email on File |
| Yoshi Sakaguchi | | Email on File |

# Exhibit C

Exhibit C
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | ABDO Publishers | | 8000 W 78th St, Suite 310 | | | Minneapolis | MN | 55439 | |
| Top 30 Creditor | Aeronet | Byron Countryman, Mark Pereira | 42 Corporate Park, Suite 100 | | | Irvine | CA | 92606 | |
| Top 30 Creditor | Amanda Jeanne Ohsiek | | 3970 The Woods Dr, No 114 | | | San Jose | CA | 95136 | |
| Top 30 Creditor | Amazon | | P.O. Box 81226 | | | Seattle | WA | 98108-1226 | |
| Top 30 Creditor | BellWether Media Inc. | | 5357 Penn Ave. S | | | Minneapolis | MN | 55419 | |
| Counsel for Conscious Content Media, Inc. dba Begin | Benesch Friedlander Coplan & Aronoff LLP | Daniel Brogan | 1313 N Market Street | Ste 1201 | | Wilmington | DE | 19801-6101 | |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cahill Gordon & Reindel LLP | Sesi Garimella; Joel Moss; Jordan Wishnew | 32 Old Slip | | | New York | NY | 10005 | |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| California Secretary of State | California Secretary of State | | 1500 11th St | | | Sacramento | CA | 95814 | |
| Top 30 Creditor | Christopher M Clark | | 300 Watrous Ave | | | Des Moines | IA | 50315 | |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; India Credit Solutions, L.P.; Gamstar (US) V Pte Ltd; and Gamstar (US) VI Pte Ltd | Cole Schotz PC | G. David Dean, Justin R. Alberto | 500 Delaware Ave | Ste 1410 | | Wilmington | DE | 19801 | |
| Counsel for HPS Petitioning Creditors; TBK Banks, SSB; Redwood Petitioning Creditors; Veritas Capital Credit Opportunities Fund SPV, L.L.C.; Veritas Capital Credit Opportunities Fund II SPV, L.L.C.; HGV BL SPV, LLC; Midtown Acquisitions GP LLC; the Silver Point Petitioning Creditors; Shawnee 2022-1 LLC; the Sentinel Dome Petitioning Creditors; the Stonehill Petitioning Creditors; the Diameter Petitioning Creditors; Ellington CLO III, Ltd.; Ellington Special Relative Value Fund L.L.C.; and India Credit Solutions, L.P. | Cole Schotz PC | Seth Van Aalten, Sarah Carnes, Bryant Churbuck | 1325 Avenue of the Americas | 19th Fl | | New York | NY | 10019 | |
| Top 30 Creditor | Daniel Rezac | | 641 Dorset Ct | | | Wheeling | IL | 60090 | |
| Top 30 Creditor | David Lockhart | | 3356 Hunters Lodeg Rd | | | Marietta | GA | 30062 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | R. Craig Martin | 1201 N Market St | Ste 2100 | | Wilmington | DE | 19801 | |
| Counsel for Epic! Creations, Inc.; Tangible Play, Inc.; and Neuron Fuel, Inc. | DLA Piper LLP (US) | Richard Chesley | 444 W Lake St | Ste 900 | | Chicago | IL | 60606 | |
| Top 30 Creditor | Eduardo G Llach | | 1075 Texas Street | | | San Francisco | CA | 94107 | |
| Debtor's Registered Agent | Epic! Creations, Inc. | c/o NATIONAL REGISTERED AGENTS, INC., as registered agent | 1209 ORANGE STREET | | | Wilmington | DE | 19801 | |

Exhibit C
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | Geodis Usa, LLC | Shane Ramsey, Crystal Moroney, General Counsel | 200 Tradeport Drive, Suite 400 | | | Atlanta | GA | 30354 | |
| Top 30 Creditor | Google, LLC | White and Williams LLP | James Vandermark | 1650 Market St | Ste 1800 | Philadelphia | PA | 19103 | |
| Top 30 Creditor | Google, LLC | White and Williams LLP | Michael Ingrassia | Courthouse Square | 600 N King St, Ste 800 | Wilmington | DE | 19899-1347 | |
| Top 30 Creditor | Inês Filipa Guerreiro de Almeida Maria | | 734 Sequoia Dr | | | Sunnyvale | CA | 94086 | |
| Top 30 Creditor | Ingram Micro Inc | | 3351 Michelson Drive, Suite 100 | | | Irvine | CA | 92612 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Top 30 Creditor | Jamie May | | 1430 Lee rd | | | Northbrook | IL | 60062 | |
| Top 30 Creditor | Kaustav Mitra | | 280 Hope Street | | | Mountain View | CA | 94041 | |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Brian Schartz, Jordan Elkin | 601 Lexington Ave | | | New York | NY | 10022 | |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Kirkland & Ellis | Richard Howell; Sarah Kimmer; Patrick Nash, Jr; Colin Rathe; Ravi Shankar | 333 West Wolf Point Plaza | | | Chicago | IL | 60654 | |
| Top 30 Creditor | Lea Schauer | | 812 Westbourne Dr | Apt 9 | | W Hollywood | CA | 90069-4621 | |
| Top 30 Creditor | Luís Pedro da Cunha Brandão Martinho | | 286 Rua das Moutadas, Vila Nova de Gaia | | | Porto | | 4405-665 | Portugal |
| Counsel for Aaron Kornblum | Miller Nash LLP | John R. Knapp, Jr. | 605 5th Ave S, Ste 900 | | | Seattle | WA | 98104 | |
| Counsel for TAL Education Group and Hy Ruby Limited | Morris, Nichols, Arsht & Tunnell LLP | Curtis Miller, Echo Yi Qian | 1201 N Market St | 16th Fl | | Wilmington | DE | 19801 | |
| Counsel for Geodis USA, LLC and Geodis Hong Kong Limited | Nelson Mullins Riley & Scarborough, LLP | Shane G. Ramsey | 1222 Demonbreun St., Suite 1700 | | | Nashville | TN | 37203 | |
| Debtor's Registered Agent | NEURON FUEL, INC. | c/o INCORPORATING SERVICES, LTD., as registered agent | 3500 S DUPONT HWY | | | DOVER | DE | 19901 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Pachulski, Stang, Ziehl & Jones LLP | Laura Davis Jones, Peter J. Keane | 919 N Market St | 17th Fl | | Wilmington | DE | 19801 | |
| Top 30 Creditor | Patrick Yiang Gan | | 151 Calderon Ave, 164 | | | Mountain View | CA | 94041 | |
| Counsel for Tynker Holdings, LLC | Quarles & Brady LLP | L. Katie Mason | 411 E Wisconsin Ave | Ste 2400 | | Milwaukee | WI | 53202 | |
| Counsel for BYJU's Alpha, Inc. | Quinn Emanuel Urquhart & Sullivan, LLP | Susheel Kirpalani, Benjamin Finestone, Daniel Holzman, Jianjian Ye | 51 Madison Ave | 22nd Fl | | New York | NY | 10010 | |
| Counsel for GLAS Trust Company LLC, in its capacity as administrative agent and collateral agent | Reed Smith LLP | David Pisciotta; Nicholas Vislocky | 599 Lexington Ave | 22nd Fl | | New York | NY | 10022 | |
| Counsel for Epic! Creations, Inc.; and Conscious Content Media, Inc. dba Begin | Reitler Kallas & Rosenblatt LLP | Lauren Friend McKelvey | 11921 Freedom Dr | Ste 550 | | Reston | VA | 20190 | |
| Counsel for Ad Hoc Group of Publishers | Robinson & Cole LLP | Jamie Edmonson | 1201 N Market St | Ste 1406 | | Wilmington | DE | 19801 | |
| Top 30 Creditor | Ryan Justin Magee | | 580 Glen Canyon Rd | | | Santa Cruz | CA | 95060 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Top 30 Creditor | Shipwire | | 2445 Augustine Dr | Suite 201 | | Santa Clara | CA | 95054 | |
| Top 30 Creditor | Silicon Valley Bank | | 3003 Tasman Drive | | | Santa Clara | CA | 95054 | |
| Counsel for TAL Education Group and Hy Ruby Limited | Simpson Thacher & Bartlett LLP | Nicholas Baker, Sean Lee | 425 Lexington Ave | | | New York | NY | 10017 | |
| Top 30 Creditor | Stephen Gould Corporation | | 5 Giralda Farms | | | Madison | NJ | 07940 | |

Exhibit C
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel for Tynker Holdings, LLC | Sullivan Hazeltine Allinson LLC | William Hazeltine | 919 N Market St | Ste 420 | | Wilmington | DE | 19801 | |
| Debtor's Registered Agent | Tangible Play, Inc. | c/o Delaware Secretary of State | 401 Federal St. | Suite 3 | | Dover | DE | 19901 | |
| Top 30 Creditor | Target Corporation | | 1000 Nicollet Mall, TPN-1101 | | | Minneapolis | MN | 55403 | |
| Texas Comptroller of Public Accounts | Texas Attorney General's Office | Bankruptcy & Collections Division | Kimberly Walsh, Sherri Simpson | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Top 30 Creditor | Tiago Silva | | Rua 23, N79S, 1DTO | | | Espinho | Aveiro | 4500-276 | Portugal |
| Top 30 Creditor | Tiffanie Lo | | 3907 Riverbend Terrace | | | Fremont | CA | 94555 | |
| Tennessee Department of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | | Nashville | TN | 37202-0207 | |
| Top 30 Creditor | Tyler Paul Ortman | | 1333 Page St. Apt 1 | | | San Francisco | CA | 94117 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| US Department of Justice | US Department of Justice | | 950 Pennsylvania Ave NW | | | Washington | DC | 20530-0001 | |
| Top 30 Creditor | Venkat Varada | | PO Box 171 | | | Bastrop | TX | 78602 | |
| Top 30 Creditor | Walmart Corp Accounting | | 702 SW 8th Street | | | Bentonville | AR | 72716-0860 | |
| Counsel for The Walt Disney Company and its affiliates, including National Geographic Partners, LLC | Wilmer Cutler Pickering Hale and Dorr LLP | Andrew Goldman, Benjamin Loveland | 7 World Trade Center | 250 Greenwich St | | New York | NY | 10007 | |
| Counsel for BYJU's Alpha, Inc. | Young, Conaway, Stargatt & Taylor, LLP | Robert Brady, Kenneth Enos, Jared W. Kochenash, Timothy R. Powell | 1000 N King St | | | Wilmington | DE | 19801 | |

# Exhibit D

**Exhibit D**
**First Omnibus Objection Parties**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Aello Consulting Company Limited | April Lam Ching Chi | 21/F, CMA Building 64 Connaught Road Central | | Sheung Wan | | | Hong Kong |
| Arizona Department of Revenue | Lorraine Averitt, Bankruptcy Collector | 1600 W. Monroe 7th Floor | | Phoenix | AZ | 85007 | |
| Arizona Department of Revenue | Office of the Arizona Attorney General - BCE | 2005 N Central Ave, Suite 100 | | Phoenix | AZ | 85004 | |
| Daniel Philip Rezac | | Address on File | | | | | |
| David Lockhart | | Address on File | | | | | |
| Debra Simpson | | Address on File | | | | | |
| Henry Hengrui Zhang | | Address on File | | | | | |
| Indinero Inc | | 440 N Barranca Ave #4637 | | Covina | CA | 91723 | |
| Ines Filipa Guerreiro de Almeida Maria | | Address on File | | | | | |
| Jamie May | | Address on File | | | | | |
| Jose Tong | | Address on File | | | | | |
| Kaustav Mitra | | Address on File | | | | | |
| Nadezhda Leonova | | Address on File | | | | | |
| North Star Editions, Inc. | Sam Temple | 2297 Waters Drive | | Mendota Heights | MN | 55120 | |
| Ryan Magee | | Address on File | | | | | |
| Sophia Noelle Badzik | | Address on File | | | | | |
| State of New Jersey Division of Taxation Bankruptcy Section | State of NJ Division of Taxation Bankruptcy | PO Box 245 | | Trenton | NJ | 08695 | |
| Sulivan Nguyen | | Address on File | | | | | |
| Tide Consulting Group LLC | Yvonne Schmidt | 685 34th Ave | | Santa Cruz | CA | 95062 | |
| Tiffanie Lo | | Address on File | | | | | |
| Venkat Varada | | Address on File | | | | | |
| Yoshi Sakaguchi | | Address on File | | | | | |

In re Saga Formations, Inc., et al.
Case No. 24-11161

Page 1 of 1

# Exhibit E

**Exhibit E**
**Second Omnibus Objection Parties**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Arizona Department of Revenue | c/o Tax, Bankruptcy and Collection Sct | BankruptcyUnit@azag.gov |
| Arizona Department of Revenue | Lorraine Averitt, Bankruptcy Collector | laveritt@azdor.gov |
| Department of Treasury - Internal Revenue Service | Internal Revenue Service | lisa.jiggetts@irs.gov |
| Illinois Department of Employment Security | Bankruptcy Unit | william.heslup@illinois.gov; sarah.horn@illinois.gov |
| New York State Dept. of Tax and Finance | Bankruptcy Section | BankruptcyCourtMailing@tax.ny.gov |
| Ohio Bureau of Workers Compensation | Erin M. Dooley | erin.d.1@bwc.ohio.gov |
| Oregon Department of Revenue | | john.butlerjr@dor.oregon.gov; robert.bruders@dor.oregon.gov |
| Oregon Department of Revenue | | robert.bruders@dor.oregon.gov |
| STATE OF NEVADA DEPARTMENT OF TAXATION | | tax−bankruptcy@tax.state.nv.us |
| State of New Jersey Division of Taxation Bankruptcy Section | State of NJ Division of Taxation Bankruptcy | daniel.debenedict@treas.nj.gov |
| WA Department of Revenue | Eric Pfieffer | ericp@dor.wa.gov |
| Wisconsin Department of Revenue | Special Procedures Unit | DORBankruptcySpecialist@wisconsin.gov |

# Exhibit F

# Exhibit F

**Exhibit F**
**Second Omnibus Objection Parties**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Arizona Department of Revenue | c/o Tax, Bankruptcy and Collection Sct | Office of the Arizona Attorney General - BCE | 2005 N Central Ave, Suite 100 | Phoenix | AZ | 85004 |
| Arizona Department of Revenue | Lorraine Averitt, Bankruptcy Collector | 1600 W. Monroe 7th Floor | | Phoenix | AZ | 85007 |
| Department of Treasury - Internal Revenue Service | Internal Revenue Service | 31 Hopkins Plaza, RM 1150 | | Baltimore | MD | 21201 |
| Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Illinois Department of Employment Security | Bankruptcy Unit | 115 S La Salle St, 5th Flr | | Chicago | IL | 60603 |
| Illinois Department of Employment Security | | 33 S State St 10th Flr | | Chicago | IL | 60603 |
| New York State Dept. of Tax and Finance | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 |
| Ohio Bureau of Workers Compensation | Erin M. Dooley | 30 W Spring St 26th Floor | | Columbus | OH | 43215 |
| Ohio Bureau of Workers Compensation | | PO Box 15567 | | Columbus | OH | 43215-0567 |
| Oregon Department of Revenue | | 955 Center St NE | | Salem | OR | 97301-2555 |
| Oregon Department of Revenue | | PO Box 14725 | | Salem | OR | 97309-5018 |
| STATE OF NEVADA DEPARTMENT OF TAXATION | | 700 E WARM SPRINGS RD STE 200 | | LAS VEGAS | NV | 89119 |
| State of New Jersey Division of Taxation Bankruptcy Section | State of NJ Division of Taxation Bankruptcy | PO Box 245 | | Trenton | NJ | 08695 |
| WA Department of Revenue | Eric Pfieffer | 2101 4th Ave Ste 1400 | | Seattle | WA | 98121 |
| Wisconsin Department of Revenue | Special Procedures Unit | PO Box 8901 | | Madison | WI | 53708-8901 |

In re Saga Formations, Inc., et al.
Case No. 24-11161

Page 1 of 1