IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above captioned Chapter 11 Cases.

| **Date and Time** | **Location** |
|---|---|
| November 19, 2025 at 10:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 1<br>Wilmington, Delaware 19801 |
| December 17, 2025 at 10:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 1<br>Wilmington, Delaware 19801 |
| January 21, 2026 at 10:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 1<br>Wilmington, Delaware 19801 |

Dated: September 15th, 2025
Wilmington, Delaware

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).