IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Saga Formations, Inc., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11161 (BLS)<br><br>(Jointly Administered)<br><br>**Re. D.I. 861, 866 & 933** |

**NOTICE OF ADJOURNMENT OF CONFIRMATION HEARING AND FURTHER EXTENSION OF CERTAIN OTHER DEADLINES RELATED TO CONFIRMATION OF THE FIRST AMENDED COMBINED PLAN AND DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE** that, as previously noticed, the hearing on confirmation (the "Confirmation Hearing") of the *First Amended Combined Disclosure Statement and Chapter 11 Plan for the Estates of Saga Formations, Inc., Pajeau, Inc., and Tangible Play, Inc.* [D.I. 861] (as may be modified, amended, or supplemented from time to time, the "Plan") is currently scheduled for September 24, 2025 at 11:00 a.m. (Eastern Time) before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order (I) Approving the First Amended Combined Plan and Disclosure Statement of an Interim Basis for Solicitation Purposes Only; (II) Establishing Solicitation and Voting Procedures; (III) Approving the Form of Ballots and Solicitation Materials; (IV) Establishing the Voting Record Date; (V) Fixing the Date, Time, and Place for the Combined Hearing and the Deadlines for Filing Objections Thereto; and (VI) Granting Related Relief* [D.I. 866] (the "Solicitation Order"),[2] certain other deadlines related to the confirmation of the Plan (the "Confirmation Deadlines") have been further extended and modified as follows:

| Confirmation Deadline | Current Date | Modified Date |
|---|---|---|
| **Deadline to File Brief in Support of Confirmation and Voting Declaration** | **September 22, 2025 at 12:00 p.m. (ET)** | **October 27, 2025 at 12:00 p.m. (ET)** |
| **Confirmation Hearing** | **September 24, 2025 at 11:00 a.m. (ET)** | **October 29, 2025 at 10:00 a.m. (ET)** |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Solicitation Order.

1

**PLEASE TAKE FURTHER NOTICE** that, the Trustee reserves the right to further adjourn the Confirmation Deadlines.

**PLEASE TAKE FURTHER NOTICE** that the Solicitation Order, and the Plan and other and any related documents may be obtained (either in electronic or print form, contact the Voting Agent at https://www.veritaglobal.net/epiccreations/inquiry or via telephone at (888) 249-2716(toll-free in the U.S. and Canada) or (310) 751-2603 (International).

| | |
|---|---|
| Dated: September 19, 2025<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ Alexis R. Gambale*<br>Henry J. Jaffe (No. 2987)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>824 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Email:  hjaffe@pashmanstein.com<br>         jbarsalona@pashmanstein.com<br>         agambale@pashmanstein.com<br>-and-<br><br>**JENNER & BLOCK LLP**<br>Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>William A. Williams (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Telephone: (312) 923-2952<br>Email:  csteege@jenner.com<br>         mroot@jenner.com<br>         wwilliams@jenner.com<br><br>*Co-Counsel to the Trustee* |