**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: Oct. 29, 2025 at 10:00 a.m. ET<br>Obj. Deadline: Oct 20, 2025 at 4:00 p.m. ET |

**NOTICE OF CERTAIN TRUSTEE'S**
**PROFESSIONALS' FOURTH INTERIM FEE APPLICATION FOR**
**THE PERIOD JUNE 1, 2025, THROUGH AND INCLUDING AUGUST 31, 2025**

**PLEASE TAKE NOTICE** that, pursuant to that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 218] (the "Interim Compensation Procedures Order"), the professionals retained by Claudia Z. Springer, Esq., in her capacity as Chapter 11 Trustee (the "Trustee") of Saga Formations, Inc. ("Saga"), Pajeau, Inc. ("Pajeau"), and Tangible Play, Inc. ("Tangible Play," together with Saga and Pajeau, collectively the "Debtors") hereby apply for interim allowance of compensation and reimbursement of expenses (each, a "Fee Request,") and collectively, the "Fee Requests") for all monthly applications filed during the previously quarterly period covering the period from June 1, 2025 through and including August 31, 2025. Summaries of the fees and expenses subject to each Fee Request are annexed in the attachments hereto and set forth in the monthly fee applications previously filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Compensation Order, the Debtors were authorized to pay on an interim basis eighty percent (80%) of the amount of compensation requested and one hundred percent (100%) of the amount requested for reimbursement of expenses without further order of the Court upon the expiration of a twenty-one (21) day objection period.

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to any Fee Request are to be filed and served on the affected professional and the parties set forth in the Interim Compensation Order on or before **October 20, 2025 at 4:00 p.m**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Fee Requests will be held before the Honorable Brendan L. Shannon in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801 on **October 29, 2025 at 10:00 a.m. (ET)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS FEE REQUEST, THE COURT MAY ENTER AN ORDER APPROVING THE FEE REQUESTS WITHOUT FURTHER NOTICE OF A HEARING.**

Dated: September 29, 2025
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

/s/ *Alexis R. Gambale*
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email:  hjaffe@pashmanstein.com
 jbarsalona@pashmanstein.com
 agambale@pashmanstein.com

-and-

**JENNER & BLOCK LLP**
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Email:  csteege@jenner.com
 mroot@jenner.com
 wwilliams@jenner.com

*Co-counsel to the Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Saga Formations, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11161 (BLS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Oct. 29, 2025 at 10:00 a.m. ET**<br>**Obj. Deadline: Oct 20, 2025 at 4:00 p.m. ET** |

## FOURTH INTERIM FEE APPLICATION OF JENNER & BLOCK LLP

| | |
|---|---|
| Name of Application: | Jenner & Block LLP |
| Authorized to Provide Professional Services to | Claudia Z. Springer, as Chapter 11 Trustee |
| Date of Retention: | October 28, 2024 *nunc pro tunc* to September 23, 2024 |
| Period for which compensation and reimbursement is sought: | June 1, 2025 through August 31, 2025 |

| Monthly Fee Period, Re. D.I. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO D.I. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 06/01/2025– 06/30/2025 [D.I. 827; 07/10/2025] | $442,788.50 | $143,544.80 | D.I. 864; 08/01/2025 | $354,230.80 | $143,544.80 | $88,557.70 |
| 07/01/2025- 07/31/2025 [D.I. 881; 08/07/2025] | $326,755.00 | $18,086.16 | D.I. 907; 08/29/2025 | $261,404.00 | $18,086.16 | $65,351.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

| Monthly Fee Period, Re. D.I. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO D.I. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 08/01/2025-08/31/2025 [D.I. 923; 09/08/2025] | $142,229.00 | $29,936.33 | Objection Date Pending 09/29/2025 | $113,783.20 | $29,936.33 | $28,445.80 |
| **TOTAL** | **$911,772.50** | **$191,567.29** | | **$729,418.00** | **$191,567.29** | **$182,354.50** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Saga Formations, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11161 (BLS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Oct. 29, 2025 at 10:00 a.m. ET**<br>**Obj. Deadline: Oct 20, 2025 at 4:00 p.m. ET** |

## FOURTH INTERIM FEE APPLICATION OF NOVO ADVISORS LLC

| | |
|---|---|
| Name of Application: | Novo Advisors LLC |
| Authorized to Provide Professional Services to | Claudia Z. Springer, as Chapter 11 Trustee |
| Date of Retention: | October 28, 2024 *nunc pro tunc* to September 23, 2024 |
| Period for which compensation and reimbursement is sought: | June 1, 2025 through August 31, 2025 |

| Monthly Fee Period, Re. D.I. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO D.I. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 06/01/2025–06/30/2025<br>[D.I. 858; 07/30/2025] | $107,561.00 | $72.35 | D.I. 898; 08/21/2025 | $86,048.80 | $72.35 | $21,512.20 |
| 07/01/2025-07/31/2025<br>[D.I. 902; 08/26/2025] | $76,967.00 | $10.95 | D.I. 940; 09/17/2025 | $61,573.60 | $10.95 | $15,393.40 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

| Monthly Fee Period, Re. D.I. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO D.I. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 08/01/2025-08/31/2025 [D.I. 943; 09/18/2025] | $40,978.50 | $0.00 | Objection Pending 10/09/2025 | $32,782.80 | $0.00 | $8,195.70 |
| **TOTAL** | **$225,506.50** | **$ 83.30** | | **$180,405.20** | **$ 83.30** | **$45,101.30** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: Oct. 29, 2025 at 10:00 a.m. ET |
| | Obj. Deadline: Oct 20, 2025 at 4:00 p.m. ET |

## FOURTH INTERIM FEE APPLICATION OF PASHMAN STEIN WALDER HAYDEN, P.C

| | |
|---|---|
| Name of Application: | Pashman Stein Walder Hayden, P.C |
| Authorized to Provide Professional Services to | Claudia Z. Springer, as Chapter 11 Trustee |
| Date of Retention: | October 28, 2024 *nunc pro tunc* to September 23, 2024 |
| Period for which compensation and reimbursement is sought: | June 1, 2025 through August 31, 2025 |

| Monthly Fee Period, Re. D.I. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO D.I. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 06/01/2025-06/30/2025 [D.I. 817; 07/07/2025] | $87,563.50 | $10.12 | D.I. 857; 07/29/2025 | $70,050.80 | $10.12 | $17,512.70 |
| 07/01/2025-07/31/2025 [D.I. 879; 08/06/2025] | $74,043.00 | $525.72 | D.I. 908; 08/28/2025 | $59,234.40 | $525.72 | $14,808.60 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

| Monthly Fee Period, Re. D.I. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO D.I. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 08/01/2025-08/31/2025 [D.I. 917; 09/03/2025 | $64,575.00 | $47.68 | D.I. 950; 09/25/2025 | $51,660.00 | $47.68 | $12,915.00 |
| **TOTAL** | **$226,181.50** | **$ 583.52** | | **$180,945.20** | **$ 583.52** | **$45,236.30** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: Oct. 29, 2025 at 10:00 a.m. ET<br>Obj. Deadline: Oct 20, 2025 at 4:00 p.m. ET |

## FOURTH INTERIM FEE APPLICATION OF LAW OFFICES OF PANAG & BABU

| | |
|---|---|
| Name of Application: | The Law Offices of Panag & Babu |
| Authorized to Provide Professional Services to | Claudia Z. Springer, as Chapter 11 Trustee |
| Date of Retention: | December 4, 2024 *nunc pro tunc* to October 14, 2024 |
| Period for which compensation and reimbursement is sought: | June 1, 2025 through August 31, 2025 |

| Monthly Fee Period, Re. D.I. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO D.I. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 06/1/2025 – 07/31/2025<br>[D.I. 895; 08/20/2025] | $141,424.20 | $13,025.38 | D.I. 925; 09/11/2025 | $113,139.36 | $13,025.38 | $28,284.84 |
| 08/01/2025-08/31/2025<br>[D.I. 944; 09/18/2025] | $58,461.75 | $6,051.74 | Objection Pending 10/09/2025 | $46,769.50 | $6,051.75 | $11,692.35 |
| TOTAL | $199,885.95 | $19,077.12 | | $159,908.86 | $19,077.13 | $39,977.19 |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Saga Formations, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11161 (BLS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Oct. 29, 2025 at 10:00 a.m. ET**<br>**Obj. Deadline: Oct 20, 2025 at 4:00 p.m. ET** |

### FOURTH INTERIM FEE APPLICATION OF FTI CONSULTING, INC.

| | |
|---|---|
| Name of Application: | FTI Consulting, Inc. |
| Authorized to Provide Professional Services to | Claudia Z. Springer, as Chapter 11 Trustee |
| Date of Retention: | December 17, 2024 *nunc pro tunc* to October 15, 2024 |
| Period for which compensation and reimbursement is sought: | June 1, 2025 through August 31, 2025 |

| Monthly Fee Period, Re. D.I. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO D.I. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 06/01/2025-08/31/2025 [D.I. 932; 09/15/2025] | $47,620.00 | $0.00 | Objection Date Pending 10/16/2025 | $38,096.00 | $0.00 | $9,524.00 |
| **TOTAL** | **$47,620.00** | **$ 0.00** | | **$38,096.00** | **$ 0.00** | **$9,524.00** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).