# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re D.I. 919 |

### ORDER APPROVING THIRD APPLICATION OF CLAUDIA Z. SPRINGER, CHAPTER 11 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD MAY 1, 2025, THROUGH AND INCLUDING AUGUST 31, 2025

Upon consideration of the Application of Claudia Z. Springer (the "Trustee"), pursuant to 11 U.S.C. § 330(a)(1)(B) and Bankruptcy Rule 2016(a), for reimbursement of actual, necessary expenses incurred by the Trustee for the period May 1, 2025 through and including August 31, 2025, in the above-captioned Debtors; and the Court having thoroughly reviewed the Application; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, that notice of the Application, and any hearing thereon, was adequate under the circumstances, and that the expenses incurred by the Trustee were reasonable and necessary; and after due deliberation and sufficient good cause appearing therefor, it is hereby **ORDERED** that:

1. The Application is **GRANTED** as set forth herein.

2. Claudia Z. Springer is awarded reimbursement of actual, necessary expenses in the amount of $2,717,412.54.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

3. The Trustee is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

4. This Court shall retain jurisdiction with respect to all matters related to the interpretation or implementation of this Order.

5. This Order shall be effective immediately upon entry.

Dated: October 1st, 2025
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE