**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC! CREATIONS, INC., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 932 |

**CERTIFICATE OF NO OBJECTION
REGARDING COMBINED FOURTH MONTHLY
APPLICATION OF FTI CONSULTING, INC. AS INVESTIGATIVE
AND FINANCIAL ADVISORS TO THE CHAPTER 11 TRUSTEE,
FOR ALLOWANCE OF MONTHLY COMPENSATION AND FOR MONTHLY
REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED
FOR THE PERIOD JUNE 1, 2025, THROUGH AND INCLUDING AUGUST 31, 2025**

The undersigned hereby certifies that, as of the date hereof, Pashman Stein Walder Hayden, P.C. ("Pashman") has received no answer, objection or other responsive pleading to the *Combined Fourth Monthly Application of FTI Consulting, Inc. as Investigative and Financial Advisor to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for the Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period June 1, 2025 Through and Including August 31, 2025* [D.I 932] (the "Application") filed on September 15, 2025.

Pursuant to the Notice, objections to the Application were to be filed and served no later than October 6, 2025, at 4:00 p.m. (ET). The undersigned further certifies that Pashman has caused

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

a review of the Court's docket in these Chapter 11 Cases and that no answer, objection or other responsive pleading to the Application appears thereon.[2]

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Related Professionals* [D.I. 218] entered on October 28, 2024, the Debtors are authorized and directed to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | (4) Total Debtor is Authorized to Pay ( (2)+(3) ) |
|---|---|---|---|
| $47,620.00 | $0.00 | $38,096.00 | $38,096.00 |

Dated: October 7, 2025
      Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

/s/ *Alexis R. Gambale*
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email:  hjaffe@pashmanstein.com
          jbarsalona@pashmanstein.com
          agambale@pashmanstein.com
-and-

**JENNER & BLOCK LLP**
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Email:  csteege@jenner.com
          mroot@jenner.com
          wwilliams@jenner.com

*Co-counsel to the Trustee*

---

[2]    FTI Consulting, Inc. received informal comments from the Office of the United States Trustee ("UST") that did not require adjustment.