IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Saga Formations, Inc., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-11161 (BLS) <br><br> (Jointly Administered) <br><br> Re: D.I. 943 |

**CERTIFICATE OF NO OBJECTION
REGARDING ELEVENTH MONTHLY APPLICATION OF NOVO
ADVISORS LLC AS ACCOUNTANTS AND FINANCIAL ADVISORS
TO THE CHAPTER 11 TRUSTEE, FOR ALLOWANCE OF MONTHLY
COMPENSATION AND FOR MONTHLY REIMBURSEMENT
OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE
PERIOD AUGUST 1, 2025, THROUGH AND INCLUDING AUGUST 31, 2025**

The undersigned hereby certifies that, as of the date hereof, Pashman Stein Walder Hayden, P.C. ("Pashman") has received no answer, objection or other responsive pleading to the *Eleventh Monthly Application of Novo Advisors LLC as Accountants and Financial Advisors to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2025 Through and Including August 31, 2025* [D.I. 943] (the "Application") filed on September 18, 2025.

Pursuant to the Notice, objections to the Application were to be filed and served no later than October 9, 2025, at 4:00 p.m. (ET). The undersigned further certifies that Pashman has caused a review of the Court's docket in these Chapter 11 Cases and that no answer, objection or other responsive pleading to the Application appears thereon.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Related Professionals* [D.I. 218] entered on October 28, 2024, the Debtors are authorized and directed to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | (4) Total Debtor is Authorized to Pay ( (2)+(3) ) |
|---|---|---|---|
| $40,978.50 | $0.00 | $32,782.80 | $32,782.80 |

Dated: October 10, 2025  
      Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Alexis R. Gambale*  
Henry J. Jaffe (No. 2987)  
Joseph C. Barsalona II (No. 6102)  
Alexis R. Gambale (No. 7150)  
824 N. Market Street, Suite 800  
Wilmington, DE 19801  
Telephone: (302) 592-6496  
Email: hjaffe@pashmanstein.com  
       jbarsalona@pashmanstein.com  
       agambale@pashmanstein.com

and-

**JENNER & BLOCK LLP**

Catherine Steege (admitted *pro hac vice*)  
Melissa Root (admitted *pro hac vice*)  
William A. Williams (admitted *pro hac vice*)  
353 N. Clark Street  
Chicago, Illinois 60654  
Telephone: (312) 923-2952  
Email: csteege@jenner.com  
       mroot@jenner.com  
       wwilliams@jenner.com

*Co-counsel to the Trustee*