### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| | (Jointly Administered) |
| Debtors. | Re: D.I. 944 |

### CERTIFICATE OF NO OBJECTION
### REGARDING SIXTH MONTHLY APPLICATION
### OF THE LAW OFFICES OF PANAG & BABU AS INDIAN LOCAL
### COUNSEL TO THE CHAPTER 11 TRUSTEE, FOR ALLOWANCE OF
### MONTHLY COMPENSATION AND FOR MONTHLY REIMBURSEMENT
### OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE
### PERIOD AUGUST 1, 2025, THROUGH AND INCLUDING AUGUST 31, 2025

The undersigned hereby certifies that, as of the date hereof, Pashman Stein Walder Hayden, P.C. ("Pashman") has received no answer, objection or other responsive pleading to the *Sixth Monthly Application of the Law Offices of Panag & Babu as Indian Local Counsel to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2025, Through and Including August 31, 2025* [D.I. 944] (the "Application") filed on September 18, 2025.

Pursuant to the Notice, objections to the Application were to be filed and served no later than October 9, 2025, at 4:00 p.m. (ET). The undersigned further certifies that Pashman has caused a review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Related Professionals* [D.I. 218] entered on October 28, 2024, the Debtors are authorized and directed to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | (4) Total Debtor is Authorized to Pay ( (2)+(3) ) |
|---|---|---|---|
| $58,4691.75 | $6,051.74 | $46,769.50 | $52,821.14 |

Dated: October 10, 2025
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Alexis R. Gambale*
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: hjaffe@pashmanstein.com
         jbarsalona@pashmanstein.com
         agambale@pashmanstein.com

-and-

**JENNER & BLOCK LLP**
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Email: csteege@jenner.com
         mroot@jenner.com
         wwilliams@jenner.com

*Co-counsel to the Trustee*