**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SAGA FORMATIONS, INC., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |

**AGREED ORDER SETTLING AND RESOLVING CERTAIN**
**GEODIS HONG KONG LIMITED CLAIMS**

This Order settles and resolves certain Geodis Hong Kong Limited ("Geodis Hong Kong")

claims filed in these Chapter 11 Cases and this Court having jurisdiction over this matter pursuant

to 28 U.S.C. §1334(b) and the *Amended Standing Order of Reference from the United States*

*District Court for the District of Delaware* dated February 29, 2012; and this Court having found

that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), and (O); and this Court

having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this

Court having found that all of the requirements of section 503(b) of title 11 of the United States

Code, and the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy

Court for the District of Delaware have been satisfied; and Chapter 11 Trustee Claudia Z. Springer

(the "Trustee") of the estates of Saga Formations, Inc. ("Saga"), Pajeau, Inc. ("Pajeau"), and

Tangible Play, Inc. ("Tangible Play," together with Saga and Pajeau, collectively the "Debtors"

and, each, a "Debtor") having agreed to resolve Geodis's claims in these Chapter 11 Cases on the

terms set forth herein; and after due deliberation and sufficient good cause appearing therefor, it is

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

**HEREBY ORDERED THAT**:

1.      Geodis Hong Kong is allowed a priority claim against the estate of Tangible Play in the amount of $50,000.00 (the "Allowed Geodis Hong Kong Priority Claim") on account of Claim No. 106.

2.      Geodis Hong Kong is allowed an administrative expense claim against the estate of Tangible Play in the amount of $115,000.00 (the "Allowed Geodis Hong Kong Administrative Claim" and together with the Allowed Geodis Hong Kong Priority Claim, the "Allowed Geodis Hong Kong Claims").

3.      The Trustee shall pay the Allowed Geodis Hong Kong Administrative Claim in full within four (4) business days after entry of this Order.

4.      Upon the payment of both the Allowed Geodis Hong Kong Claims: (a) except as otherwise expressly provided for herein, Geodis Hong Kong, on behalf of itself and its respective successors, assigns, representatives, and any and all other entities who may purport to assert any claim or causes of action against the Trustee, the Debtors, or the Debtors' estates, shall be deemed to have fully and finally released and extinguished any claims, debts, judgments, awards, liens, and causes of action that they may hold against any of the Trustee, the Debtors, or the Debtors' estates, whether known or unknown, asserted or unasserted (including, without limitation, the claims asserted by Geodis Hong Kong in Claim No. 106 and any claims relating thereto); and (b) the Trustee, on behalf of each of the Debtors' estates, shall be deemed to have fully and finally released any and all claims, debts, judgments, awards, liens, and causes of action against Geodis Hong Kong, whether known or unknown, asserted or unasserted; provided, however, that the releases provided for in this paragraph 4 shall not apply to Claim No. 104 filed by Geodis USA, LLC in these Chapter 11 Cases (the "Geodis USA Claim").

5.      For the avoidance of doubt, this Order does not apply to the Geodis USA Claim,

which shall remain in full force and effect pending any further order from this Court.

6.      This Order shall be effective immediately upon entry.

7.      This Court shall retain jurisdiction with respect to all matters arising from or related

to the implementation or interpretation of this Order.


**Dated: October 16th, 2025**
**Wilmington, Delaware**                        **BRENDAN L. SHANNON**
                                                **UNITED STATES BANKRUPTCY JUDGE**

3