IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SAGA FORMATIONS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11161 (BLS)<br><br>(Jointly Administered)<br><br>Re. D.I. 961 |

**ORDER AUTHORIZING PROFESSIONALS**
**TO FILE FEE APPLICATIONS UNDER SEAL**

Upon the motion (the "Motion")[2] of Claudia Z. Springer, not individually but solely as chapter 11 trustee (the "Trustee") of the estates of Saga Formations, Inc. f/k/a Epic! Creations, Inc., Pajeau, Inc. f/k/a Neuron Fuel, Inc., and Tangible Play, Inc. (collectively, the "Debtors"), for entry of an order, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b), authorizing certain Trustee's professionals to file their Fee Applications under seal, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found and determined that the

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

[2]   Capitalized terms not defined herein are defined in the Motion.

relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors, and all other parties-in-interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief ranted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. Trustee's Professionals are authorized to file their Fee Applications under seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b).

3. The unredacted Fee Applications are confidential and shall remain under seal, and shall not be made available to anyone, except that copies of unredacted the Fee Applications shall be provided to the U.S. Trustee, counsel to GLAS, and as further directed by order of this Court, which parties shall keep the unredacted Fee Applications strictly confidential.

4. Any party who receives the unredacted Fee Applications in accordance with this Order shall not disclose or otherwise disseminate such unredacted Fee Applications, or the information contained therein, to any other person or entity.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Trustee is authorized to take all actions necessary and appropriate to carry out the relief granted in this Order.

3

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: October 17th, 2025
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE