# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 951, 952, 953 and 954** |

### CERTIFICATE OF NO OBJECTION REGARDING NOTICE OF CERTAIN TRUSTEE'S PROFESSIONALS' FOURTH INTERIM FEE APPLICATION FOR THE PERIOD JUNE 1, 2025, THROUGH AND INCLUDING AUGUST 31, 2025

The undersigned counsel to Claudia Z. Springer, Esq., in her capacity as Chapter 11 Trustee (the "Trustee") of Saga Formations, Inc. ("Saga"), Pajeau, Inc. ("Pajeau"), and Tangible Play, Inc. ("Tangible Play," together with Saga and Pajeau, collectively the "Debtors") hereby certifies that, as of the date hereof, Pashman Stein Walder Hayden, P.C. ("Pashman") has received no answer, objection or other responsive pleading to the *Notice of Certain Trustee's Professionals' Fourth Interim Fee Application for the Period June 1, 2025 Through and Including August 31, 2025* [D.I 951]; *Supplement to Fourth Interim Fee Application of Pashman Stein Walder Hayden, P.C.* [D.I. 952]; *Supplement to the Fourth Interim Fee Application of Jenner & Block LLP* [D.I. 953], and *Supplement to Third Interim Fee Application of Law Offices of Panag & Babu* [D.I. 954] (collectively, the "Interim Fee Applications") filed on September 29, 2025.

Pursuant to the Notice, any objections to the Interim Fee Applications were to be filed and served no later than October 20, 2025, at 4:00 p.m. (ET). The undersigned further certifies that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

Pashman has caused a review of the Court's docket in these Chapter 11 Cases and that no answer, objection or other responsive pleading to the Interim Fee Applications appears thereon.

**WHERFORE**, the Trustee respectfully requests that the Interim Fee Applications be approved.

| | |
|---|---|
| Dated: October 21, 2025<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ Alexis R. Gambale*<br>Henry J. Jaffe (No. 2987)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>824 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Email: hjaffe@pashmanstein.com<br>         jbarsalona@pashmanstein.com<br>         agambale@pashmanstein.com<br><br>-and-<br><br>**JENNER & BLOCK LLP**<br>Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>William A. Williams (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Telephone: (312) 923-2952<br>Email: csteege@jenner.com<br>         mroot@jenner.com<br>         wwilliams@jenner.com<br><br>*Co-counsel to the Trustee* |

2