# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SAGA FORMATIONS, INC., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |

**ORDER SHORTENING NOTICE OF HEARING ON
CHAPTER 11 TRUSTEE'S MOTION FOR AN ORDER
APPROVING SETTLEMENT AGREEMENT WITH AMAZON**

Upon the motion (the "Motion to Shorten")[2] of Claudia Z. Springer, Esq., in her capacity as Chapter 11 Trustee (the "Trustee") of Debtors for entry of an order (the "Order") shortening notice of the *Trustee's Motion for Entry of an Order Approving Settlement with Amazon* (the "Motion"), the Court having reviewed the Motion to Shorten and found that the relief requested therein is justified under the circumstances,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is **GRANTED**.

2. The Motion will be considered at the hearing scheduled for October 29, 2025 at 10:00 am (ET) (the "Hearing").

3. Objections, if any, to the relief requested in the Motion must be filed and served so as to be received by the Trustee by no later than the time set for the Hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

4. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**Dated: October 24th, 2025**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**