IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JANUARY 21, 2026 AT 10:00 A.M. (ET)

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE
HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**RESOLVED MATTERS:**

1. Supplement to Final Fee Application of SC&H Group, Inc. as Investment Banking and Advisory Services Provider to the Chapter 11 Trustee, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period June 1, 2025 through and including November 19, 2025 [D.I. 1053, filed 12/08/2025]

    Objection Deadline: December 29, 2025 at 4:00 p.m. (ET).

    Responses Received: None

    Related Documents:

    A. Certificate of Counsel Regarding Supplement to Final Fee Application of SC&H Group, Inc. [D.I. 1078, filed 01/06/2026]

    B. Order Approving Supplement to Final Fee Application of SC&H Group, Inc. [D.I. 1083, filed 01/07/2026].

    Status: The Court has entered an order on this matter. Accordingly, no hearing is necessary.

2. Notice of Certain Trustee's Professionals' Fifth Interim Fee Applications for the Period September 1, 2025, through and Including November 30, 2025 [D.I. 1062, filed 12/18/2025]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

Objection Deadline: January 7, 2026 at 4:00 p.m. (ET).

Responses Received: None

Related Documents:

    C.    See **Schedule 1** attached hereto.

    D.    Certificate of Counsel Regarding Proposed Fifth Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals [D.I. 1090, filed 01/13/2026]

    E.    Fifth Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals [D.I. 1093, filed 01/14/2026]

Status: The Court has entered an order on this matter. Accordingly, no hearing is necessary.

3. Fifth Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 1066, filed 12/19/2025]

Objection Deadline: January 9, 2026 at 4:00 p.m. (ET).

Responses Received: None

Related Documents:

    A.    Certificate of Counsel Regarding Proposed Fifth Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals [D.I. 1090, filed 01/13/2026]

    B.    Fifth Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals [D.I. 1093, filed 01/14/2026]

Status: The Court has entered an order on this matter. Accordingly, no hearing is necessary.

**MATTERS UNDER CERTIFICATION:**

4. Motion for Payment of Administrative Expenses/Claims [D.I. 1046, filed 12/01/2025]

Objection Deadline: January 14, 2026 at 4:00 p.m. (ET).

Responses Received:

    A.    Trustee's Objection to Minnesota Department of Revenue's Motion for Payment of Administrative Expenses/Claim [D.I. 1091, filed 01/13/2026]

Related Documents:

    B.    Certification of Counsel Submitting Agreed Order Resolving Minnesota's Motion for Payment of Administrative Expense/Claims [D.I. 1098, filed 0116/2026]

Status: A certification of counsel was filed resolving the motion. Accordingly, no hearing is necessary.

Dated: January 16, 2026
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Alexis R. Gambale*
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: hjaffe@pashmanstein.com
       jbarsalona@pashmanstein.com
       agambale@pashmanstein.com

-and-

**JENNER & BLOCK LLP**
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Email: csteege@jenner.com
       mroot@jenner.com
       wwilliams@jenner.com

*Co-Counsel to the Trustee*