IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON FEBRUARY 18, 2026 AT 10:30 A.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE*
*HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**RESOLVED MATTERS:**

1.  Fourth Application of Claudia Z. Springer, Chapter 11 Trustee, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 1, 2025 through and including December 31, 2025 [D.I. 1097, filed 01/15/2026]

    Objection Deadline: February 5, 2026 at 4:00 p.m. (ET).

    Responses Received: None

    Related Documents:

    A.  Certificate of Counsel Regarding Order Approving Fourth Application of Claudia Z. Springer, Chapter 11 Trustee, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 1, 2025 through and including December 31, 2025 [D.I. 1111, filed 02/06/2025]

    B.  Order Approving Fourth Application of Claudia Z. Springer, Chapter 11 Trustee, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 1, 2025 through and including December 31, 2025 [D.I. 1113, filed 02/09/2025]

    Status:  The Court has entered an order on this matter. Accordingly, no hearing is necessary.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

-2-

| | |
|---|---|
| Dated: February 13, 2026<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ Alexis R. Gambale*<br>Henry J. Jaffe (No. 2987)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>824 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Email: hjaffe@pashmanstein.com<br>         jbarsalona@pashmanstein.com<br>         agambale@pashmanstein.com<br>-and-<br><br>**JENNER & BLOCK LLP**<br>Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>William A. Williams (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Telephone: (312) 923-2952<br>Email: csteege@jenner.com<br>         mroot@jenner.com<br>         wwilliams@jenner.com<br><br>*Co-Counsel to the Trustee* |