**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON APRIL 15, 2026 AT 10:30 A.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE
HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**RESOLVED MATTERS:**

1.    Trustee's Fifth Omnibus Objection (Non-Substantive) to Amended and Superseded Claims [D.I. 1133, filed 03/13/2026]

Objection Deadline: April 6, 2026 at 4:00 p.m. (ET).

Responses Received: None

Related Documents:

  A.    Certificate of No Objection Regarding Trustee's Fifth Omnibus Objection (Non-Substantive) to Amended and Superseded Claims [D.I. 1155, filed 04/07/2026]

  B.    Order Sustaining the Trustee's Fifth Omnibus Objection (Non-Substantive) to Amended and Superseded Claims [D.I. 1158, filed 04/08/2026]

Status:  The Court has entered an order on this matter.  Accordingly, no hearing is necessary.

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

-2-

Dated: April 14, 2026
      Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Alexis R. Gambale*
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: hjaffe@pashmanstein.com
      jbarsalona@pashmanstein.com
      agambale@pashmanstein.com
-and-

**JENNER & BLOCK LLP**
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Email: csteege@jenner.com
      mroot@jenner.com
      wwilliams@jenner.com

*Co-Counsel to the Trustee*