**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[1] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MAY 21, 2026 AT 11:30 A.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE*
*HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**RESOLVED MATTERS:**

1.      Trustee's Objection to Arizona Department of Revenue's Amended Priority Claim [D.I. 1144, filed 03/13/2026]

Objection Deadline: April 16, 2026 at 4:00 p.m. (ET).

Responses Received: None

Related Documents:

      A.      Certificate of No Objection Regarding Trustee's Objection to Arizona Department of Revenue's Amended Priority Claim [D.I. 1175, filed 04/17/2026]

      B.      Order Sustaining the Trustee's Objection to Arizona Department of Revenue's Amended Priority Claim [D.I. 1177, filed 04/20/2026]

Status:  The Court has entered an order on this matter.  Accordingly, no hearing is necessary.

2.      Final Fee Applications, See attached **Exhibit A.**

Objection Deadline: May 7, 2026 at 4:00 p.m. (ET).

Responses Received: None

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

-2-

Related Documents:

 A. Certification of Counsel Regarding Proposed Omnibus Order Granting Final Allowance of Fees and Expenses for Certain Professionals [D.I. 1188, filed 05/08/2026]

 B. Omnibus Order Granting Final Allowance of Fees and Expenses for Certain Professionals [D.I. 1190, filed 05/11/2026]

 C. Certification of Counsel Regarding Amended Omnibus Order Granting Final Allowance of Fees and Expenses for Certain Professionals [D.I. 1193, filed 05/12/2026]

 D. Amended Omnibus Order Granting Final Allowance of Fees and Expenses for Certain Professionals [D.I. 1194, filed 05/13/2026]

Status: The Court has entered an order on this matter.  Accordingly, no hearing is necessary.

3. Final Application of Claudia Z. Springer, Chapter 11 Trustee, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 23, 2024 Through and Including March 31, 2026 [D.I. 1174, filed 04/16/2026]

Objection Deadline: May 7, 2026 at 4:00 p.m. (ET).

Responses Received: None

Related Documents:

 A. Certificate of Counsel Regarding Order Approving Final Applications of Claudia Z. Springer, Chapter 11 Trustee, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 23, 2024 through and Including March 31, 2026 [D.I. 1189, filed 05/08/2026]

 B. Order Approving Final Applications of Claudia Z. Springer, Chapter 11 Trustee, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 23, 2024 through and Including March 31, 2026 [D.I. 1191, filed 05/11/2026]

Status: The Court has entered an order on this matter.  Accordingly, no hearing is necessary.

-3-

Dated: May 19, 2026
      Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Alexis R. Gambale*
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: hjaffe@pashmanstein.com
      jbarsalona@pashmanstein.com
      agambale@pashmanstein.com
-and-

**JENNER & BLOCK LLP**
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Email: csteege@jenner.com
      mroot@jenner.com
      wwilliams@jenner.com

*Co-Counsel to the Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Saga Formations, Inc., *et al.*,[2] | Case No. 24-11161 (BLS) |
| Debtors. | (Jointly Administered) |

**FINAL FEE APPLICATION**

**JENNER & BLOCK LLP**

A.    Eighteenth Monthly (For the Period March 1, 2026 through March 31, 2026) and Final Application of Jenner & Block LLP as Co-Counsel to the Chapter 11 Trustee, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 23, 2024, Through and Including March 31, 2026 [D.I. 1167, filed 04/16/2026]

Related Documents:

1.    Fifteenth Monthly Application of Jenner & Block LLP as Counsel to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period of December 1, 2025 through and including December 31, 2025 [D.I. 1092, filed 01/13/2026]

2.    Certificate of No Objection Regarding Fifteenth Monthly Application of Jenner & Block LLP as Counsel to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period of December 1, 2025 through and including December 31, 2025 [D.I. 1110, filed 02/04/2026]

3.    Sixteenth Monthly Application of Jenner & Block LLP as Counsel to the Chapter 11 Trustee, for Allowance of Monthly Compensation for the Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period of January 1, 2026 Through and Including January 31, 2026 [D.I. 1120, filed 02/18/2026]

4.    Certificate of No Objection Regarding Sixteenth Monthly Application of Jenner & Block LLP as Counsel to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period January 1, 2026 Through and Including January 31, 2026 [D.I. 1128, filed 03/12/2026]

---

[2]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Saga Formations, Inc. (9113); Pajeau, Inc. (8758); and Tangible Play, Inc. (9331).

5.    Seventeenth Monthly Application of Jenner & Block LLP as Counsel to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period of February 1, 2026 Through and Including February 28, 2026 [D.I. 1129, filed 03/12/2026]

6.    Certificate of No Objection Regarding Seventeenth Monthly Application of Jenner & Block LLP as Counsel to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period of February 1, 2026 Through and Including February 28, 2026 [D.I. 1151, filed 04/06/2026]

7.    Notice of Filing of Supplemental to Eighteenth Monthly (for the Period March 1, 2026 through March 31, 2026) and Final Application of Jenner & Block LLP as Co-Counsel to the Chapter 11 Trustee for Allowance of Compensation and for Reimbursement pf All Actual and Necessary Expenses [D.I. 1185, filed 05/08/2026]

## NOVO ADVISORS LLC

B.    Sixteenth Monthly (for the Period March 1, 2026 through March 31, 2026) and Final Application of Novo Advisors LLC as Accountants and Financial Advisors to the Chapter 11 Trustee, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 23, 2024, Through and Including March 31, 2026 [D.I. 1168, filed 04/16/2026]

1.    Combined Fourteenth Monthly Application of Novo Advisors LLC as Accountants and Financial Advisors to the Chapter 11 Trustee, for Allowance of Monthly Compensation for the Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period December 1, 2025 Through and Including January 31, 2026 [D.I. 1122, filed 02/20/2026]

2.    Certificate of No Objection Regarding Combined Fourteenth Monthly Application of Novo Advisors LLC as Accountants and Financial Advisors to the Chapter 11 Trustee, for Allowance of Monthly Compensation for the Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period December 1, 2025, Through and Including January 31, 2026 [D.I. 1134, filed 03/16/2026]

3.    Fifteenth Monthly Application of Novo Advisors LLC as Accountants and Financial Advisors to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period February 1, 2026, Through and Including February 28, 2026 [D.I. 1140, filed 03/23/2026]

4.    Certificate of No Objection Regarding Fifteenth Monthly Application of Novo Advisors LLC as Accountants and Financial Advisors to the Chapter 11 Trustee, for

Allowance of Monthly Compensation and for Monthly Reimbursement of All Actually and Necessary Expenses Incurred for the Period February 1, 2026 through and Including February 28, 2026 [D.I. 1164, filed 04/14/2026]

5.  Notice of Filing of Supplemental to Sixteenth Monthly (for the Period March 1, 2026 through March 31, 2026) and Final Application of Novo Advisors LLC as Accountants and Financial Advisors to the Chapter 11 Trustee, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 23, 2024 through and including March 31, 2026 [D.I. 1186, filed 05/08/2026]

## PASHMAN STEIN WALDER HAYDEN, P.C.

C.  Eighteenth Monthly (for the Period March 1, 2026 through March 31, 2026) and Final Application of Pashman Stein Walder Hayden, P.C. as Counsel to the Chapter 11 Trustee, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 23, 2024, Through and Including March 31, 2026 [D.I. 1169, filed 04/16/2026]

1.  Fifteenth Monthly Application of Pashman Stein Walder Hayden, P.C. as Counsel to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period December 1, 2025, Through and Including December 31, 2025 [D.I. 1080, filed 01/06/2026]

2.  Certificate of No Objection Regarding Fifteenth Monthly Application of Pashman Stein Walder Hayden, P.C. as Counsel to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period December 1, 2025 Through and Including December 31, 2025 [D.I. 1106, filed 01/28/2026]

3.  Sixteenth Monthly Application of Pashman Stein Walder Hayden, P.C. as Counsel to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period January 1, 2026 Through and Including January 31, 2026 [D.I. 1109, filed 02/03/2026]

4.  Certificate of No Objection Regarding Sixteenth Monthly Application of Pashman Stein Walder Hayden, P.C. as Counsel to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period January 1, 2026 Through and Including January 31, 2026 [D.I. 1123, filed 02/25/2026]

5.  Seventeenth Monthly Application of Pashman Stein Walder Hayden, P.C. as Counsel to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period

February 1, 2026, through and Including February 28, 2026 [D.I. 1125, filed 03/04/2026]

6. Certificate of No Objection Regarding Seventeenth of No Objection Regarding Seventeenth Monthly Application of Pashman Stein Walder Hayden, P.C. as Counsel to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the period February 1, 2026, Through and Including February 28, 2026 [D.I. 1146, filed 03/26/2026]

7. Notice of Filing of Supplemental to Eighteenth Monthly (for the Period March 1, 2026 through March 31, 2026) and Final Application of Pashman Stein Walder Hayden, P.C. as Counsel to the Chapter 11 Trustee, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 23, 2024 through and including March 31, 2026 [D.I. 1187, filed 05/08/2026]

**THE LAW OFFICES OF PANAG & BABU**

D. Tenth Monthly (for the Period March 1, 2026 through March 31, 2026) and Final Application of Law Offices of Panag & Babu as Indian Local Counsel for the Trustee, for Allowance of Monthly Compensation and for the Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period October 1, 2024 Through and Including March 31, 2026 [D.I. 1170, filed 04/16/2026]

1. Combined Eighth Monthly Application of the Law Offices of Panag & Babu as Indian Local Counsel to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period December 1, 2025, through and Including January 31, 226 [D.I. 1119, filed 02/18/2026]

2. Certificate of No Objection Regarding Combined Eighth Monthly Application of the Law Offices of Panag & Babu as Indian Local Counsel to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period December 1, 2025, Through and Including January 31, 2026 [D.I. 1130, filed 03/12/2026]

3. Ninth Monthly Application of the Law Offices of Panag & Babu as Indian Local Counsel to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period February 1, 2026, Through and Including February 28, 2026 [D.I. 1145, filed 03/26/2026]

4. Certificate of No Objection Regarding Ninth Monthly Application of the Law Offices of Panag & Babu as Indian Local Counsel to the Chapter 11 Trustee, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and

-5-

Necessary Expenses Incurred for the Period February 1, 2026, Through and Including February 28, 2026 [D.I. 1178, filed 04/20/2026]

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

E.    Sixth and Final Fee Application of Quinn Emanual Urquhart & Sullivan, LLP [D.I. 1171, filed 04/16/2026]

**FTI CONSULTING INC.**

F.    Final Fee Application of FTI Consulting, Inc. as Investigative and Financial Advisors to the Chapter 11 Trustee, For Allowance of Final Compensation Incurred for the Period from October 15, 2024, Through March 31, 2026 [D.I. 1172, filed 04/16/2026]

**KURTZMAN CARSON CONSULTANTS, LLC DBA VERITA GLOBAL**

G.    Final Fee Application of Kurtzman Carson Consultants, LLC dba Verita Global, as Administrative Advisor to the Chapter 11 Trustee for the Period from September 23, 2024 Through and Including March 31, 2026 [D.I. 1173, 04/16/2026]