**Exhibit C**
**MCAs**

| Lender | Agreement Date | Calc. Termination Date[10] | Disbursement Amount | Repayment | Daily Payment | Calc. Repayment Business Days[11] | Calc. APR%[12] |
|---|---|---|---|---|---|---|---|
| 24 Capital | 2/27/2023 | 7/18/2023 | $2,500,000.00 | $3,750,000.00 | $34,090.90 | 111 | 129% |
| Riverside Capital NY | 3/1/2023 | 5/21/2023 | $10,500,000.00 | $15,750,000.00 | $250,000.00 | 63 | 225% |
| Fidi Capital | 3/28/2023 | 12/9/2023 | $5,000,000.00 | $7,495,000.00 | $37,475.00 | 200 | 71% |
| Progressive Capital | 3/30/2023 | 12/25/2023 | $17,000,000.00 | $23,561,830.00 | $112,442.73 | 210 | 52% |
| Symplifi Capital | 7/19/2023 | 10/10/2023 | $2,500,000.00 | $4,125,000.00 | $63,461.54 | 65 | 286% |
| Redstone Advance | 7/20/2023 | 10/27/2023 | $16,250,000.00 | $19,250,000.00 | $250,000.00 | 77 | 68% |
| American Funding | 7/17/2023 | 11/22/2023 | $2,700,000.00 | $4,650,000.00 | $46,500.00 | 100 | 206% |
| Lion Business Funding | 8/3/2023 | 10/18/2023 | $5,000,000.00 | $7,500,000.00 | $125,000.00 | 60 | 240% |
| Shift Capital | 8/4/2023 | 10/19/2023 | $2,000,000.00 | $3,000,000.00 | $50,000.00 | 60 | 240% |
| Shift Capital | 8/8/2023 | 10/23/2023 | $2,000,000.00 | $3,000,000.00 | $50,000.00 | 60 | 240% |
| Cobalt Funding Solutions | 11/14/2022 | 1/17/2023 | $1,000,000.00 | $1,490,000.00 | $29,800.00 | 50 | 279% |
| Cobalt Funding Solutions | 11/17/2022 | 2/1/2023 | $1,000,000.00 | $1,400,000.00 | $23,333.34 | 60 | 192% |
| Coldwater Capital | 8/16/2023 | 11/1/2023 | $5,000,000.00 | $7,495,000.00 | $124,916.00 | 61 | 237% |
| Infusion Capital | 3/16/2023 | 11/26/2023 | $6,250,000.00 | $8,750,000.00 | $43,999.00 | 199 | 57% |
| City Capital | 1/12/2023 | 3/22/2023 | $4,000,000.00 | $5,996,000.00 | $110,000.00 | 55 | 264% |
| Alva Advance | 1/16/2023 | 1/27/2023 | $2,500,000.00 | $3,750,000.00 | $416,666.67 | 9 | 1659% |
| Alva Advance | 1/16/2023 | 6/19/2023 | $2,500,000.00 | $3,750,000.00 | $31,250.00 | 120 | 119% |
| Alva Advance | 1/16/2023 | 3/5/2023 | $2,575,000.00 | $3,862,500.00 | $103,000.00 | 38 | 380% |
| Cheetah Capital | 5/4/2023 | 8/14/2023 | $5,500,000.00 | $9,075,000.00 | $113,437.50 | 80 | 233% |
| Secure Capital | 5/4/2023 | 8/14/2023 | $5,500,000.00 | $9,075,000.00 | $113,437.50 | 80 | 233% |
| Redstone Advance | 5/1/2023 | 10/2/2023 | $12,000,000.00 | $19,800,000.00 | $165,000.00 | 120 | 154% |

[10] The Calc. Termination Date was calculated by dividing the daily payment into the repayment amount and then converting business days to calendar days.
[11] The Calc. Repayment Business Days was calculated by dividing the Repayment by the Daily Payment.
[12] The Calc. APR was calculated using: ((Repayment-Disbursement)/Disbursement)*(365/(Calendar Repayment Days)).

| Lender | Agreement Date | Calc. Termination Date[10] | Disbursement Amount | Repayment | Daily Payment | Calc. Repayment Business Days[11] | Calc. APR%[12] |
|---|---|---|---|---|---|---|---|
| Riverside Capital NY | 2/7/2023 | 1/16/2024 | $8,000,000.00 | $10,000,000.00 | $37,500.00 | 267 | 27% |
| Smart Business | 10/27/2022 | 11/17/2022 | $1,500,000.00 | $2,248,500.00 | $132,295.00 | 17 | 867% |
| Itria Ventures | 10/26/2022 | 12/12/2022 | $1,000,000.00 | $1,300,000.00 | $36,111.11 | 37 | 233% |
| Mr Advance | 11/3/2022 | 1/18/2023 | $1,000,000.00 | $1,450,000.00 | $24,166.67 | 60 | 216% |
| BMF Advance | 10/26/2022 | 1/11/2023 | $2,000,000.00 | $2,900,000.00 | $48,333.00 | 61 | 213% |
| Itria Ventures | 10/26/2022 | 12/11/2022 | $50,000.00 | $65,000.00 | $1,805.56 | 36 | 238% |
| Itria Ventures | 10/26/2022 | 12/11/2022 | $450,000.00 | $585,000.00 | $16,250.00 | 36 | 238% |
| Itria Ventures | 10/26/2022 | 12/11/2022 | $500,000.00 | $650,000.00 | $18,055.56 | 36 | 238% |
| City Capital | 1/10/2023 | 3/20/2023 | $4,000,000.00 | $5,996,000.00 | $110,000.00 | 55 | 264% |
| City Capital | 2/7/2023 | 5/20/2023 | $5,000,000.00 | $7,495,000.00 | $93,750.00 | 80 | 179% |
| Canon Advance | 12/5/2022 | 1/24/2023 | $2,000,000.00 | $2,998,000.00 | $75,500.00 | 40 | 364% |
| Riverside Capital NY | 2/7/2023 | 1/8/2024 | $8,000,000.00 | $11,992,000.00 | $46,000.00 | 261 | 54% |
| Amerifi Capital | 9/5/2023 | 11/20/2023 | $2,000,000.00 | $2,998,000.00 | $49,967.00 | 60 | 240% |
| Amerifi Capital | 11/2/2022 | 1/17/2023 | $500,000.00 | $725,000.00 | $12,084.00 | 60 | 216% |
| ACH Capital West, LLC | 10/18/2022 | 8/22/2023 | $5,000,000.00 | $7,050,000.00 | $29,375.00 | 240 | 49% |
| Fundamental Capital | 12/16/2022 | 5/13/2023 | $1,564,435.00 | $2,127,631.60 | $18,501.14 | 116 | 89% |
| Fundamental Capital | 12/16/2022 | 3/10/2023 | $2,666,120.00 | $3,625,923.20 | $55,783.43 | 66 | 156% |
| Geko Capital Fund | 9/5/2023 | 11/20/2023 | $2,000,000.00 | $2,998,000.00 | $49,967.00 | 60 | 240% |
| 22 Capital Inc | 12/27/2022 | 2/13/2023 | $1,200,000.00 | $1,800,000.00 | $48,000.00 | 38 | 380% |
| Alva Advance | 1/6/2023 | 4/29/2023 | $5,491,734.00 | $8,044,841.00 | $90,475.00 | 89 | 150% |
| Alva Advance | 3/3/2023 | 5/8/2023 | $4,100,000.00 | $6,050,000.00 | $117,000.00 | 52 | 263% |