# Exhibit 1

## Transaction Participants

| Name | Registered Address | Role |
|---|---|---|
| 24 Capital LLC | 80 STATE STREET, ALBANY, NY, UNITED STATES, 12207 - 2543 | MCA Lender |
| Riverside Capital NY LLC | 6 Landmark Sq, 4th Floor, Stamford, CT, 06901-2701 | MCA Lender |
| City Capital NY LLC | 164 20TH STREET 4E, BROOKLYN, NY, 11232 | MCA Lender |
| Fidi Capital Inc. | 150 BROADWAY, RM 701, NEW YORK, NY, 10038 | MCA Lender |
| Progressive Capital (c/o MCA Management Group) | 99 Wall Street Suite #3626 New York NY 10005 | MCA Lender |
| Symplifi Capital (a/k/a Funders App LLC) | CORPORATION SERVICE COMPANY<br>1201 HAYS STREET<br>TALLAHASSEE, FL 32301 | MCA Lender |
| Redstone Advance Inc. | 605 Lincoln Road, 5th Floor, MIAMI BEACH, FL 33139 | MCA Lender |
| American Funding Services, Inc. | FLORIDA FILING & SEARCH SERVICES, INC., 155 OFFICE PLAZA DR. TALLAHASSEE, FL 32301;<br><br>8950 Southwest 74th Court<br>Suite 2201<br>MIAMI, FL 33156 | MCA Lender |
| Lion Business Funding LLC | 1266 E MAIN ST SUITE 700R, STAMFORD, CT, 06901;<br>500 West Putnam Ave, Suite 400 Greenwich, CT 06830 | MCA Lender |
| Cobalt Funding Solutions LLC | 99 WALL STREET, 3618, NEW YORK, NY, UNITED STATES, 10005 | MCA Lender |
| Coldwater Capital Inc | 109 South Spring Street, Floor 1, Brooklyn, NY 11249; 1111 Lincoln Road, Miami Beach, FL 33139 | MCA Lender |
| Infusion Capital Group LLC (D/B/A Paragon Capital) | 572 SACKETT ST, BROOKLYN, NY, UNITED STATES, 11217 | MCA Lender |
| Alva Advance LLC | 80 State Street, Albany, NY 12207-2543 | MCA Lender |
| Cheetah Capital, Inc | 605 Lincoln Road, 5th Floor, MIAMI BEACH, FL 33139 | MCA Lender |
| Secure Capital LLC | 243 Tresser Blvd, 17th Flr, Stamford, CT, 06901 | MCA Lender |
| Smart Business Funding (a/k/a Collins Cash Inc.) | 601 OCEAN PARKWAY APT 8E, BROOKLYN, NY, UNITED STATES, 11218 | MCA Lender |
| Itria Ventures LLC | 251 LITTLE FALLS DRIVE, WILMINGTON DE 19808;<br>Itria Ventures LLC, One Penn Plaza, Suite 4530, New York, NY 10119; | MCA Lender |
| Canon Advance LLC | 500 W Putnam Ave Ste 400, Greenwich, CT, 06830-6096, United States | MCA Lender |
| BMF Advance LLC | 1820 AVE M STE 125, BROOKLYN, NY, UNITED STATES, 11230 | MCA Lender |
| Mr. Advance LLC | 20200 W. Dixie Hwy<br>Miami, FL 33180 | MCA Lender |
| Amerifi Capital LLC | 39 REMSEN ROAD, KINGS POINT, NY, UNITED STATES, 11024; 19495 BISCAYNE BLVD. SUITE 408 AVENTURA, FL 33180; 1200 SOUTH PINE ISLAND ROAD PLANTATION, FL 33324 | MCA Lender |
| ACH Capital West, LLC | 375 W 200 S SUITE 225, Salt Lake City, UT, 84101, USA | MCA Lender |

| Name | Registered Address | Role |
|---|---|---|
| Nexi Finance (f/k/a Fundamental Capital LLC) | 20803 Biscayne Blvd. Suite 401<br>Aventura, FL 33180<br><br>100 Garden City Plaza, Suite 410<br>Garden City, NY 11530 | MCA Lender |
| Geko Capital Fund | GEKO CAPITAL FUND<br>244 FIFTH AVENUE, SUITE 2585, NEW YORK, NY 10001 | MCA Lender |
| 22 Capital Inc | 53 Bridge St. Suite 501 Brooklyn NY, 11201 | MCA Lender |
| Chase Bank | Mail Code LA2-7300<br>1414 Woodward Avenue<br>Ruston, LA 71270-2015 | Bank |
| Silicon Valley Bank | 2625 Augustine Drive, Suite 301<br>Santa Clara, CA 95054 | Bank |
| Citibank | 5800 S. Corporate Place, MC-451<br>Sioux Falls, SD 57108 | Bank |