**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAGA FORMATIONS, INC., *et al.*,[1] | ) | Case No. 24-11161 (BLS) (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Hearing Date:** TBD<br>**Objection Deadline:** September 1, 2026<br>**Related Docket No.:** 1204 |

**DECLARATION OF STEVEN B. EICHEL IN SUPPORT OF SHIFT CAPITAL'S OBJECTION TO THE PLAN ADMINISTRATOR'S MOTION PURSUANT TO BANKRUPTCY RULE 2004 AND LOCAL RULE 2004-1 DIRECTING THE PRODUCTION OF DOCUMENTS AND EXAMINATION OF DEBTORS' BANKS AND MCA LENDERS**

I, Steven B. Eichel, declare under penalty of perjury, as follows:

1. I am a partner with Leech Tishman Robinson Brog, PLLC ("Leech Tishman"), counsel to Shift Capital, Inc. ("Shift Capital") in the above-referenced Chapter 11 cases.

2. I submit this declaration in support of Shift Capital's *Objection To The Plan Administrator's Motion Pursuant To Bankruptcy Rule 2004 And Local Rule 2004-1 Directing The Production Of Documents And Examination Of Debtors' Banks And MCA Lenders* (the "Objection").

3. Attached hereto as **Exhibit A** is a true and correct copy of my communication to the Plan Administrator's counsel dated August 5, 2026 that enclosed, *inter alia*, a WhiteHat bank statement. The enclosures to this Exhibit A have not been included for the reasons set forth in the Objection.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Saga Formations, Inc. f/k/a Epic Creations, Inc. (9113), Pajeau, Inc. f/k/a Neuron Fuel, Inc. (8758), and Tangible Play, Inc. (9331).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 1, 2026
New York, New York

*/s/ Steven B. Eichel*
Steven B. Eichel