# EXHIBIT A

**Steven Eichel**

**From:** Majewski, Kate <KMajewski@ycst.com>
**Sent:** Wednesday, August 5, 2026 1:12 PM
**To:** Steven Eichel
**Cc:** A. Mitchell Greene
**Subject:** RE: Saga Formations/ Shift Capital -- Subject to FRE 408

Thank you, received.

YOUNG CONAWAY

**Kate Majewski, Associate**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P: 302.571.6712
KMajewski@ycst.com | www.youngconaway.com

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

**From:** Steven Eichel <seichel@leechtishman.com>
**Sent:** Wednesday, August 5, 2026 1:03 PM
**To:** Majewski, Kate <KMajewski@ycst.com>
**Cc:** A. Mitchell Greene <amgreene@leechtishman.com>
**Subject:** Saga Formations/ Shift Capital -- Subject to FRE 408

Kate,

In anticipation of our upcoming settlement conference call, I am writing this email and producing the attached contract and WhiteHat bank statement (with sensitive information redacted in both documents) for settlement purposes only under FRE 408 and not pursuant to your June 30th letter or the Rule 2004 motion. We reserve all rights with respect to the Rule 2004 motion. We look forward to speaking with you and your colleague(s) tomorrow.

Steve

**Steven Eichel**
Partner

LEECH | TISHMAN

**T:** 212.603.6300
**DD:** 212.603.6345
**M:** 917.455.3232
**F:** 212.956.2164
**Toll Free:** 844.750.1600
**E:** seichel@leechtishman.com

One Dag Hammarskjold Plaza

885 Second Avenue, 3rd Floor
New York, NY 10017

**PITTSBURGH | CHICAGO | LOS ANGELES | MIAMI / FORT LAUDERDALE | NEW YORK | PHILADELPHIA | SARASOTA | WASHINGTON, D.C.**

**Privileged and Confidential:** This e-mail may contain or attach privileged, confidential or otherwise protected information intended only for the use of the intended recipient(s). If you are not an intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.