**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SAGA FORMATIONS, INC.,[1] | ) | Case No. 24-11161 (BLS) |
| Debtor. | ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTER SCHEDULED**
**FOR HEARING ON SEPTEMBER 30, 2026 AT 11:30 A.M. (ET)**

This proceeding will be conducted in person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

**MATTER GOING FORWARD**

1. Motion for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents and the Examination of the Debtors' Banks and MCA Lenders [D.I. 1204, 7/23/26]

   Response Deadline: August 6, 2026 at 4:00 p.m. (ET)

   Responses Filed:

   A. Shift Capital, Inc.'s Objection to the Plan Administrator's Motion for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents and the Examination of the Debtors' Banks and MCA Lenders [D.I. 1213, 9/1/26]

[1] The last four digits of Saga Formations, Inc. f/k/a Epic Creations, Inc. federal tax identification number are 9113. In addition to the foregoing Debtor, the "Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/epiccreations. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Saga Formations, Inc., Case No. 24-11161 (BLS).

Related Documents:

B. Order Directing the Production of Documents and Examination of the Debtors' Banks and MCA Lenders Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 [D.I. 1212, 8/27/26]

C. Notice of Hearing on September 30, 2026 [D.I. 1217, 9/23/26]

D. [SEALED] Reply in Support of Plan Administrators Motion for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents and the Examination of the Debtors Banks and MCA Lenders [D.I. 1222, 9/25/26]

Status: This matter is going forward.

Dated: September 28, 2026
Wilmington, Delaware

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted *pro hac vice*)
Kate Scherling (admitted *pro hac vice*)
Benjamin Finestone (admitted *pro hac vice*)
Daniel Holzman (admitted *pro hac vice*)
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
susheelkirpalani@quinnemanuel.com
katescherling@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com

*Counsel for the Plan Administrator*

*/s/ Kenneth J. Enos*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Katherine Majewski (Del. No. 7623)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
kmajewski@ycst.com

*Counsel for the Plan Administrator*