# **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SAGA FORMATIONS, INC.,[1] | ) | Case No. 24-11161 (BLS) |
| Debtor. | ) | |
| | ) | **Ref. Docket No: ___** |

**ORDER (I) AUTHORIZING THE FILING UNDER SEAL OF CONFIDENTIAL INFORMATION AND (II) GRANTING RELATED RELIEF**

Upon consideration of the *Plan Administrator's Motion for an Order (I) Authorizing the Filing Under Seal of Certain Confidential Information and (II) Granting Related Relief* (the "Motion")[2] for entry of an order (this "Order") pursuant to sections 105(a), 107(b), and 107(c) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(d), authorizing the filing of the Reply under seal; and upon consideration of the Motion and pleadings related thereto; and due and proper notice of the Motion having been given; and having determined that no other or further notice of the Motion is required; and having determined that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated as of February 29, 2012; and having determined that this is a core proceeding

---

1 The last four digits of Saga Formations, Inc. f/k/a Epic Creations, Inc. federal tax identification number are 9113. In addition to the foregoing Debtor, the "Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/epiccreations. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Saga Formations, Inc., Case No. 24 11161 (BLS).

2 Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

pursuant to 28 U.S.C. § 157(b)(2); and having determined that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**, as set forth herein.

2. Pursuant to sections 107(b) and 107(c) of and Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, the Plan Administrator is authorized to (i) file the Reply under seal and (ii) file a redacted version of the Reply.

3. The Confidential Information shall remain confidential, and shall not be made available to anyone, except to: (i) this Court; (ii) the Clerk of this Court; (iii) Shift's counsel; and (iv) by agreement with the Plan Administrator or as may be further directed by order of this Court, which parties shall keep the Confidential Information therein strictly confidential.

4. Any party who receives the unredacted Reply in accordance with this Order shall not disclose or otherwise disseminate the unredacted Reply, or the information contained therein, to any other person or entity.

5. Notwithstanding the provisions of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

6. The Plan Administrator is authorized to take all actions necessary and appropriate to carry out the relief granted in this Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.